ORIGINAL

**SAKAI IWANAGA SUTTON**
A Law Group, AAL, LLLC
RICHARD C. SUTTON, JR.  1010-0
Email:  dsutton@lava.net
City Financial Tower
201 Merchant Street, Suite 2307
Honolulu, Hawaii 96813
Telephone: (808) 792-3888
Facsimile:  (808) 521-5262

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 0 9 2006

at___l___o'clock and ___min_P_M
SUE BEITIA, CLERK

**CASE LOMBARDI & PETTIT**
A Law Corporation
MICHAEL R. MARSH          1327-0
Email:  mmarsh@caselombardi.com
TED N. PETTIT               4287-0
Email:  tpettit@caselombardi.com
JOHN D. ZALEWSKI            4718-0
Email:  jzalewski@caselombardi.com
MALIA S. LEE                8159-0
Email:  mlee@caselombardi.com
Pacific Guardian Center, Mauka Tower
737 Bishop Street, Suite 2600
Honolulu, Hawaii 96813
Telephone (808) 547-5400
Facsimile:  (808) 523-1888

Co-Counsel for Defendant
**GMP HAWAI`I, INC.**

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| SYNAGRO TECHNOLOGIES, INC., | CIVIL NO. CV04-00509 SPK LEK |
| Plaintiff, | **NOTICE OF FIRM NAME CHANGE; CERTIFICATE OF SERVICE** |

vs.

GMP HAWAI`I, INC.,

        Defendant.

## NOTICE OF FIRM NAME CHANGE

TO:  THE CLERK OF THE COURT AND ALL OTHER PARTIES HEREIN:

      The undersigned, as co-counsel for Defendant GMP HAWAI`I, INC., hereby gives notice that effective immediately, the law corporation of Case Bigelow & Lombardi has changed its name to **CASE LOMBARDI & PETTIT**. The address, telephone number and facsimile number remain unchanged and are as follows:

MICHAEL R. MARSH  (Email: mmarsh@caselombardi.com)
TED N. PETTIT  (Email: tpettit@caselombardi.com)
JOHN D. ZALEWSKI  (Email:  jzalewski@caselombardi.com)
MALIA S. LEE  (Email:  mlee@caselombardi.com)
**CASE LOMBARDI & PETTIT**
Pacific Guardian Center, Mauka Tower
737 Bishop Street, Suite 2600
Honolulu, Hawaii  96813
Telephone No: (808) 547-5400
Facsimile No: (808) 523-1888

DATED:  Honolulu, Hawaii, _____FEB   9  2006_____.


_____
MICHAEL M. MARSH
TED N. PETTIT
JOHN D. ZALEWSKI
MALIA S. LEE
Co-Counsel for Defendant
**GMP HAWAI`I, INC.**

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| SYNAGRO TECHNOLOGIES, INC., | CIVIL NO. CV04-00509 SPK LEK |
| Plaintiff, | |
| vs. | CERTIFICATE OF SERVICE |
| GMP HAWAI`I, INC., | |
| Defendant. | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was duly served upon the parties listed below at their last known addresses by U.S. Mail, postage pre-paid on the date stated below:

PAUL ALSTON, ESQ.
MEI-FEI KUO, ESQ.
ALSTON HUNT FLOYD & ING
American Savings Bank Tower
1001 Bishop Street, 18th Floor
Honolulu, Hawaii  96813

Attorneys for Plaintiff
**SYNAGRO TECHNOLOGIES, INC.**

RICHARD C. SUTTON, JR.
SAKAI IWANAGA SUTTON
City Financial Tower
201 Merchant Street, Suite 2307
Honolulu, Hawaii 96813

Co-Counsel for Defendant
**GMP HAWAI`I, INC.**


DATED:  Honolulu, Hawaii, _____ FEB   9  2006 _____.


_____
MICHAEL M. MARSH
TED N. PETTIT
JOHN D. ZALEWSKI
MALIA S. LEE
Co-Counsel for Defendant
**GMP HAWAI`I, INC.**