# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

2/28/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 04-00509SPK-LEK |
| CASE NAME: | Synagro Technologies, Inc. Vs. GMP Hawaii, Inc. |
| ATTYS FOR PLA: | Paul Alston<br>Mei-Fei Kuo |
| ATTYS FOR DEFT: | Michael R. Marsh<br>Dan Habib<br>Ted N. Pettit |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | In Chambers-No Record |
| DATE: | 2/28/2006 | TIME: | 2:00-2:32 |

COURT ACTION:  EP Further Settlement Conference held.

Submitted by: Warren N. Nakamura, Courtroom Manager