# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

3/16/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 04-00509SPK-LEK |
| CASE NAME: | Synagro Technologies, Inc. Vs. GMP Hawaii, Inc. |
| ATTYS FOR PLA: | Mei-Fei Kuo |
| ATTYS FOR DEFT: | Michael R. Marsh |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | Courtroom 7-No Record |
| DATE: | 3/16/2006 | TIME: | 3:35-3:45 |

COURT ACTION:  EP: Status Conference Re: Trial Date and Deadlines held.

Case tentatively settled.  Stipulation to be submitted to Judge Samuel P. King for his consideration.

Plaintiff's Motion for Attorneys' Fees and Costs due 4/21/06.

Submitted by: Warren N. Nakamura, Courtroom Manager