Of Counsel:
ALSTON HUNT FLOYD & ING
Attorneys At Law
A Law Corporation

PAUL ALSTON               1126-0
MEI-FEI KUO               7377-0
SHELLIE K. PARK-HOAPILI   7885-0
American Savings Bank Tower
1001 Bishop Street, 18th Floor
Honolulu, Hawai‘i  96813
Telephone:  (808) 524-1800
E-Mail: palston@ahfi.com

Attorneys for Plaintiff
  SYNAGRO TECHNOLOGIES, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI‘I

| | | |
|---|---|---|
| SYNAGRO TECHNOLOGIES, INC., | ) | CIVIL NO. CV04-00509 SPK LEK |
| | ) | |
| Plaintiff, | ) | BILL OF COSTS; MEMORANDUM IN |
| | ) | SUPPORT OF BILL OF COSTS; |
| vs. | ) | DECLARATION OF PAUL ALSTON; |
| | ) | EXHIBITS "A"-"C"; CERTIFICATE |
| GMP HAWAI‘I, INC., | ) | OF SERVICE |
| | ) | |
| Defendant. | ) | HEARING |
| | ) |   DATE:  _____ |
| | ) |   TIME:  _____ |
| | ) |   JUDGE: _____ |
| | ) | |

**BILL OF COSTS**

        Plaintiff SYNAGRO TECHNOLOGIES, INC. ("Synagro"), by

and through its attorneys, Alston Hunt Floyd & Ing, hereby

requests that costs be taxed in its favor and against Defendant

GMP Hawai‘i, Inc. ("GMP").

611007v2 / 7392-3

On January 11, 2006, the Court entered its *Order Granting Plaintiff's Renewed Motion For Summary Judgment On Defendant's Counterclaim And Denying Defendant's Motion For Leave To File Amended Counterclaim* (hereinafter "Summary Judgment Order").  The Summary Judgment Order effectively disposed of the Counterclaim in its entirety.  As the prevailing party, Synagro is entitled to costs and, therefore, requests taxation of the following costs:

| | |
|---|---|
| Fees of the Court Reporter for all or any part of the stenographic transcripts necessary for use in the case | $2,862.48 |
| Fees for the Exemplification and Copies of Papers necessary for use in the case (at actual cost or at $.10 per page) | $4,044.58 |
| **TOTAL** | **$6,907.06** |

By this Bill of Costs, Synagro seeks costs against GMP in the amount of $6,907.06, which were reasonably and necessarily incurred in prosecuting, defending, and defeating the claims raised in GMP's untenable Counterclaim for implied breach of contract and punitive damages.

This Bill of Costs is brought pursuant to Fed. R. Civ. P. Rules 7 and 54(d)(1) and Local Rules 7.2, 54.2 and 54.3, and is supported by the accompanying memorandum of law, the affidavit and exhibits attached hereto, the records and files in this

matter, and any further evidence and argument that may be

presented at the hearing of this Motion.

DATED:  Honolulu, Hawai`i, April 21, 2006.


        /s/ MEI-FEI KUO
PAUL ALSTON
MEI-FEI KUO
SHELLIE K. PARK-HOAPILI
Attorneys for Plaintiff
  SYNAGRO TECHNOLOGIES, INC.