# Alston Hunt Floyd & Ing

ALVIN L. THOMAS II
Client: 7392-3
Invoice No.: 184641

September 11, 2004
Page -5-

| DATE | COST ADVANCED | AMOUNT |
|------|---------------|--------|
|      | COPIES        | 175.00 |

## PAYABLE UPON RECEIPT

*This invoice may not include some expenses (telephone, copying, depositions, etc.) for which we have not yet been billed.*
*Delinquent accounts will be charged interest at the maximum legal rate.*
*Prior unpaid balance is for this matter only.*



**Alston Hunt Floyd & Ing**

ALVIN L. THOMAS II
Client: 7392-3
Invoice No.: 186017

October 11, 2004
Page -3-

| DATE | COST ADVANCED | AMOUNT |
|------|---------------|--------|
|      | COPIES        | 8.00   |

## Alston Hunt Floyd & Ing

ALVIN L. THOMAS II
Client: 7392-3
Invoice No.: 187207

| DATE | COST ADVANCED | AMOUNT |
|------|---------------|--------|
|      | COPIES        | 3.60   |

## Alston Hunt Floyd & Ing

ALVIN L. THOMAS II
Client: 7392-3
Invoice No.: 188777

December 7, 2004
Page -4-

| DATE | COST ADVANCED | AMOUNT |
|------|---------------|--------|
|      | COPIES        | 56.70  |

### PAYABLE UPON RECEIPT

*This invoice may not include some expenses (telephone, copying, depositions, etc.) for which we have not yet been billed.*
*Delinquent accounts will be charged interest at the maximum legal rate.*
*Prior unpaid balance is for this matter only.*

## Alston Hunt Floyd & Ing

ALVIN L. THOMAS II                                        January 7, 2005
Client: 7392-3                                           Page -3-
Invoice No.: 189898

| DATE | COST ADVANCED | AMOUNT |
|------|---------------|--------|
|      | COPIES        | 609.20 |

### PAYABLE UPON RECEIPT

*This invoice may not include some expenses (telephone, copying, depositions, etc.) for which we have not yet been billed.*
*Delinquent accounts will be charged interest at the maximum legal rate.*
*Prior unpaid balance is for this matter only.*

## Alston Hunt Floyd & Ing

ALVIN L. THOMAS II                                                    March 9, 2005
Client: 7392-3                                                        Page -4-
Invoice No.: 193130

| DATE | COST ADVANCED | AMOUNT |
|------|---------------|--------|
|      | COPIES        | 166.40 |

### PAYABLE UPON RECEIPT

*This invoice may not include some expenses (telephone, copying, depositions, etc.) for which we have not yet been billed.*
*Delinquent accounts will be charged interest at the maximum legal rate.*
*Prior unpaid balance is for this matter only.*

**Alston Hunt Floyd & Ing**

ALVIN L. THOMAS II                                      April 12, 2005
Client: 7392-3                                          Page -6-
Invoice No.: 194539

| DATE | COST ADVANCED | AMOUNT |
|------|---------------|--------|
|      | COPIES        | 10.20  |

**Alston Hunt Floyd & Ing**

ALVIN L. THOMAS II
Client: 7392-3
Invoice No.: 195926

May 7, 2005
Page -6-

| DATE | COST ADVANCED | AMOUNT |
|------|---------------|--------|
|      | COPIES        | 321.80 |

PAYABLE UPON RECEIPT

*This invoice may not include some expenses (telephone, copying, depositions, etc.) for which we have not yet been billed.*
*Delinquent accounts will be charged interest at the maximum legal rate.*
*Prior unpaid balance is for this matter only.*

**Alston Hunt Floyd & Ing**

ALVIN L. THOMAS II
Client: 7392-3
Invoice No.: 197734

June 15, 2005
Page -3-

| DATE | COST ADVANCED | AMOUNT |
|------|---------------|--------|
| | COPIES | 10.00 |
| 05/18/05 | DOCUMENT PRODUCTION 741 File copies - originals provided by Sakai Imanaka | 354.56 |

## Alston Hunt Floyd & Ing

ALVIN L. THOMAS II
Client: 7392-3
Invoice No.: 199168

July 13, 2005
Page -3-

| DATE | COST ADVANCED | AMOUNT |
|------|---------------|--------|
|      | COPIES        | 27.50  |

### PAYABLE UPON RECEIPT

*This invoice may not include some expenses (telephone, copying, depositions, etc.) for which we have not yet been billed.*
*Delinquent accounts will be charged interest at the maximum legal rate.*
*Prior unpaid balance is for this matter only.*

## Alston Hunt Floyd & Ing

ALVIN L. THOMAS II                                            August 17, 2005
Client: 7392-3                                                Page -4-
Invoice No.: 200711

| DATE | COST ADVANCED | AMOUNT |
|------|---------------|--------|
| | COPIES | 304.90 |
| 05/31/05 | DOCUMENT PRODUCTION 78 File copies from Sakai Iwanaga Sutton | 11.38 |
| 07/15/05 | DEPOSITIONS Dr. Peter Melnyk | 881.40 |

## Alston Hunt Floyd & Ing

ALVIN L. THOMAS II                                September 15, 2005
Client: 7392-3                                    Page -5-
Invoice No.: 201986

| DATE | COST ADVANCED | AMOUNT |
|------|---------------|--------|
|  | COPIES | 376.70 |
| 08/23/05 | DOCUMENT PRODUCTION 772 File copies of documents produced by GMP | 124.17 |
| 08/26/05 | DOCUMENT PRODUCTION 1,095 File | 881.40 |

## Alston Hunt Floyd & Ing

ALVIN L. THOMAS II
Client: 7392-3
Invoice No.: 201986

September 15, 2005
Page -6-

| DATE | COST ADVANCED | AMOUNT |
|------|---------------|--------|
|      | copies (B&W, Color copies & oversize) - originals from GMP | |

## PAYABLE UPON RECEIPT

*This invoice may not include some expenses (telephone, copying, depositions, etc.) for which we have not yet been billed.*
*Delinquent accounts will be charged interest at the maximum legal rate.*
*Prior unpaid balance is for this matter only.*

## Alston Hunt Floyd & Ing

ALVIN L. THOMAS II
Client: 7392-3
Invoice No.: 203518

October 12, 2005
Page -9-

| DATE | COST ADVANCED | AMOUNT |
|------|---------------|--------|
|      | COPIES        | 405.20 |

## Alston Hunt Floyd & Ing

ALVIN L. THOMAS II
Client: 7392-3
Invoice No.: 203518

October 12, 2005
Page -10-

| DATE | COST ADVANCED | AMOUNT |
|------|---------------|--------|
| 09/19/05 | DEPOSITIONS Wagdy Guirguis, P. E. | 1,156.92 |

### PAYABLE UPON RECEIPT

*This invoice may not include some expenses (telephone, copying, depositions, etc.) for which we have not yet been billed.*
*Delinquent accounts will be charged interest at the maximum legal rate.*
*Prior unpaid balance is for this matter only.*

## Alston Hunt Floyd & Ing

ALVIN L. THOMAS II
Client: 7392-3
Invoice No.: 204842

November 10, 2005
Page -5-

| DATE | COST ADVANCED | AMOUNT |
|------|---------------|--------|
|      | COPIES        | 55.60  |

## Alston Hunt Floyd & Ing

ALVIN L. THOMAS II
Client: 7392-3
Invoice No.: 206547

December 13, 2005
Page -3-

| DATE | COST ADVANCED | AMOUNT |
|------|---------------|--------|
|      | COPIES        | 205.20 |

### PAYABLE UPON RECEIPT

*This invoice may not include some expenses (telephone, copying, depositions, etc.) for which we have not yet been billed.*
*Delinquent accounts will be charged interest at the maximum legal rate.*
*Prior unpaid balance is for this matter only.*

## Alston Hunt Floyd & Ing

ALVIN L. THOMAS II
Client: 7392-3
Invoice No.: 207581

January 11, 2006
Page -4-

| DATE | COST ADVANCED | AMOUNT |
|------|---------------|--------|
|      | COPIES        | 28.10  |

## Alston Hunt Floyd & Ing

ALVIN L. THOMAS II
Client: 7392-3
Invoice No.: 207581

January 11, 2006
Page -5-

| DATE | COST ADVANCED | AMOUNT |
|------|---------------|--------|
| 10/05/05 | DEPOSITIONS Peter Melnyk, PH. D., P. E. | 672.91 |

## PAYABLE UPON RECEIPT

*This invoice may not include some expenses (telephone, copying, depositions, etc.) for which we have not yet been billed.*
*Delinquent accounts will be charged interest at the maximum legal rate.*
*Prior unpaid balance is for this matter only.*

## Alston Hunt Floyd & Ing

ALVIN L. THOMAS II
Client: 7392-3
Invoice No.: 208945

February 8, 2006
Page -2-

| DATE | COST ADVANCED | AMOUNT |
|------|---------------|--------|
| | COPIES | 0.20 |
| 01/13/06 | TRANSCRIPTS re 12/14/05 Plaintiff's Renewed and Supplemented Motion for Summary Motion on Defendant's Counterclaim Filed 9/15/04 | 151.25 |

## Alston Hunt Floyd & Ing

ALVIN L. THOMAS II
Client: 7392-3
Invoice No.: 210619

March 13, 2006
Page -3-

| DATE | COST ADVANCED | AMOUNT |
|------|---------------|--------|
|      | COPIES        | 28.30  |

## Alston Hunt Floyd & Ing

ALVIN L. THOMAS II
Client: 7392-3
Invoice No.: 212078

April 17, 2006
Page -3-

| DATE | COST ADVANCED | AMOUNT |
|------|---------------|--------|
|      | COPIES        | 43.20  |

## PAYABLE UPON RECEIPT

*This invoice may not include some expenses (telephone, copying, depositions, etc.) for which we have not yet been billed.*
*Delinquent accounts will be charged interest at the maximum legal rate.*
*Prior unpaid balance is for this matter only.*