IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| SYNAGRO TECHNOLOGIES, INC., ) | CIVIL NO. CV04-00509 SPK LEK |
| Plaintiff, ) | **CERTIFICATE OF SERVICE** |
| vs. ) | |
| GMP HAWAII, INC., ) | |
| Defendant. ) | |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this date and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

**SERVED ELECTRONICALLY THROUGH CM/ECF:**

RICHARD C. SUTTON, JR., ESQ.                      sutton@silawgroup.com
Sakai Iwanaga Sutton
201 Merchant Street, Suite 2307
Honolulu, HI  96813

TED N. PETTIT, ESQ.                               tnp@caselombardi.com
CASE BIGELOW & LOMBARDI
Pacific Guardian Center, Mauka Tower
737 Bishop Street, Suite 2600
Honolulu, Hawaii 96813

**SERVED VIA U.S. MAIL:**

MICHAEL R. MARSH, ESQ.
JOHN D. ZALEWSKI, ESQ.
CASE BIGELOW & LOMBARDI
Pacific Guardian Center, Mauka Tower
737 Bishop Street, Suite 2600
Honolulu, Hawaii 96813

Attorneys for Defendant
  GMP HAWAII, INC.

DATED:  Honolulu, Hawai`i, April 21, 2006.

　　　　　　　　　　　　/s/ MEI-FEI KUO
　　　　　　　　　　PAUL ALSTON
　　　　　　　　　　MEI-FEI KUO
　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　  SYNAGRO TECHNOLOGIES, INC