Of Counsel:
ALSTON HUNT FLOYD & ING
Attorneys At Law
A Law Corporation

PAUL ALSTON                1126-0
MEI-FEI KUO                7377-0
SHELLIE K. PARK-HOAPILI    7885-0
American Savings Bank Tower
1001 Bishop Street, 18th Floor
Honolulu, Hawai'i  96813
Telephone:  (808) 524-1800
E-Mail: palston@ahfi.com

Attorneys for Plaintiff
  SYNAGRO TECHNOLOGIES, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| SYNAGRO TECHNOLOGIES, INC., | CIVIL NO. CV04-00509 SPK LEK |
|---|---|
| Plaintiff, | **SYNAGRO TECHNOLOGIES, INC'S MOTION FOR ATTORNEYS' FEES AND RELATED NON-TAXABLE EXPENSES; MEMORANDUM IN SUPPORT OF MOTION; DECLARATION OF JAMES P. CARMICHAEL; DECLARATION OF PAUL ALSTON; EXHIBITS "A"-"D"; CERTIFICATE OF SERVICE** |
| vs. | |
| GMP HAWAI'I, INC., | |
| Defendant. | |
| | Hearing |
| | Date:  _____ |
| | Time:  _____ |
| | Judge: _____ |

**PLAINTIFF SYNAGRO TECHNOLOGIES, INC.'S MOTION FOR ATTORNEYS' FEES AND RELATED NON-TAXABLE EXPENSES**

As the prevailing party in this action, Plaintiff SYNAGRO TECHNOLOGIES, INC. ("Synagro"), by and through its attorneys, Alston Hunt Floyd & Ing, hereby requests an award of

611378v3 / 7392-3

attorneys' fees and related non-taxable expenses against Defendant GMP Hawai'i, Inc. ("GMP").

On January 11, 2006, the Court entered its *Order Granting Plaintiff's Renewed Motion For Summary Judgment On Defendant's Counterclaim And Denying Defendant's Motion For Leave To File Amended Counterclaim* (hereinafter "Summary Judgment Order"). In its Order, the Court rejected all of GMP's counterclaims against Synagro and, by implication, validated Synagro's claim for a declaratory ruling that it owed no unmet contractual obligations to GMP. Since GMP's principal Counterclaim was a claim in the nature of of assumpsit, Synagro is entitled to an award of attorneys' fees and related non-taxable expenses as a matter of law.

By this Motion, Synagro seeks an award against GMP for **$79,877.70** in attorneys' fees and **$230.94** in related non-taxable expenses, totaling **$80,108.64,** which were reasonably and necessarily incurred in defending against and prevailing on GMP's untenable implied contract claim and request for punitive damages set forth in its Counterclaim. Synagro will separately file a Bill of Costs, pursuant to Local Rule ("L.R.") 54.2, concurrently with this Motion.

This Motion is brought pursuant to Fed. R. Civ. P. Rules 7 and 54(d), Local Rules 7.2 and 54.3, and Haw. Rev. Stat. §§ 607-14 and 607-9, and is supported by the accompanying

memorandum of law, the affidavit, declaration, and exhibits attached hereto, the records and files in this matter, and any further evidence and argument that may be presented at the hearing of this Motion.

   DATED:  Honolulu, Hawai'i, April 21, 2006.

             /s/ MEI-FEI KUO
           PAUL ALSTON
           MEI-FEI KUO
           SHELLIE K. PARK-HOAPILI
           Attorneys for Plaintiff
            SYNAGRO TECHNOLOGIES, INC.