# EXHIBIT B

## ITEMIZATION OF WORK PERFORMED

### Table of Contents

|   | Page |
|---|---|
| Summary of Fees Incurred for Litigation Phase A (case development, background investigation and case administration) | ii |
| Summary of Fees Incurred for Litigation Phase B (pleadings) | iii |
| Summary of Fees Incurred for Litigation Phase C (interrogatories, document production, and other written discovery) | iv |
| Summary of Fees Incurred for Litigation Phase D (depositions) | v |
| Summary of Fees Incurred for Litigation Phase E (motions practice) | vi |
| Summary of Fees Incurred for Litigation Phase F (attending court hearings) | vii |
| Itemization of Work Performed for Litigation Phase A (case development, background investigation and case administration) | 1 |
| Itemization of Work Performed for Litigation Phase B (pleadings) | 13 |
| Itemization of Work Performed for Litigation Phase C (interrogatories, document production, and other written discovery) | 19 |
| Itemization of Work Performed for Litigation Phase D (depositions) | 31 |
| Itemization of Work Performed for Litigation Phase E (motions practice) | 39 |
| Itemization of Work Performed for Litigation Phase F (attending court hearings) | 53 |
| Total Amount of Fees Incurred | 56 |



A. **CASE DEVELOPMENT, BACKGROUND INVESTIGATION AND CASE ADMINISTRATION (INCLUDES INITIAL INVESTIGATIONS, FILE SETUP, PREPARATION OF BUDGETS, AND ROUTINE COMMUNICATIONS WITH CLIENT, CO-COUNSEL, OPPOSING COUNSEL AND THE COURT**

| BY | RATE | HOURS | AMOUNT |
|---|---|---|---|
| PAUL ALSTON | 450.00 | 30.0 | $ 13,500.00 |
| MEI-FEI KUO | 135.00 | 24.9 | $ 3,361.50 |
| NOREEN M. KANADA | 100.00 | 2.3 | $ 230.00 |
| TOTALS: | | 57.2 | $ 17,091.50 |

|  |  |
|---|---|
| FEES | $ 17,091.50 |
| COURTESY DISCOUNT | (4,073.00) |
| LEGAL SERVICES | $ 13,018.50 |
| STATE EXCISE TAX | 541.57 |
| **SUBTOTAL** | $ 13,560.07 |

B.  **PLEADINGS**

| BY | RATE | HOURS | AMOUNT |
|---|---|---|---|
| PAUL ALSTON | 450.00 | 6.7 | $ 3,015.00 |
| MEI-FEI KUO | 135.00 | 50.4 | $ 6,804.00 |
| DANIE K. KAKAZU | 120.00 | 1.3 | $ 156.00 |
| NOREEN M. KANADA | 100.00 | 0.80 | $ 80.00 |
| TOTALS: | | 59.2 | $ 10,055.00 |

| | | |
|---|---|---|
| FEES | $ | 10,055.00 |
| COURTESY DISCOUNT | | (2,457.00) |
| LEGAL SERVICES | $ | 7,598.00 |
| STATE EXCISE TAX | | 316.08 |
| **SUBTOTAL** | $ | 7,914.08 |

C.  **INTERROGATORIES, DOCUMENT PRODUCTION, AND OTHER WRITTEN DISCOVERY**

| BY | RATE | HOURS | AMOUNT | |
|---|---|---|---|---|
| PAUL ALSTON | 450.00 | 4.9 | $ | 2,205.00 |
| MEI-FEI KUO | 135.00 | 40.5 | $ | 5,467.50 |
| DANIE K. KAKAZU | 120.00 | 18.4 | $ | 2,208.00 |
| NOREEN M. KANADA | 100.00 | 7.5 | $ | 750.00 |
| KELLIANN A. SHIMOTE | 75.00 | 1.3 | $ | 97.50 |
| SAMSON W. LEE | 30.00 | 12.3 | $ | 369.00 |
| JYA-MING M. BUNCH | 30.00 | 15.2 | $ | 456.00 |
| TOTALS: | | 100.1 | $ | 11,553.00 |

| | | |
|---|---|---|
| FEES | $ | 11,553.00 |
| COURTESY DISCOUNT | | ( ) |
| LEGAL SERVICES | $ | 11,553.00 |
| STATE EXCISE TAX | | 480.60 |
| **SUBTOTAL** | $ | 12,033.60 |

D.  **DEPOSITIONS**

| BY | RATE | HOURS | AMOUNT |
|---|---|---|---|
| PAUL ALSTON | 450.00 | 2.2 | $ 990.00 |
| MEI-FEI KUO | 135.00 | 58.0 | $ 7,830.00 |
| DANIE K. KAKAZU | 120.00 | 5.0 | $ 600.00 |
| NOREEN M. KANADA | 100.00 | 1.4 | $ 140.00 |
| SAMSON W. LEE | 30.00 | 4.2 | $ 126.00 |
| JYA-MING M. BUNCH | 30.00 | 4.6 | $ 138.00 |
| TOTALS: | | 75.4 | $ 9,824.00 |
| | | FEES | $ 9,824.00 |
| | | COURTESY DISCOUNT | ( ) |
| | | LEGAL SERVICES | $ 9,824.00 |
| | | STATE EXCISE TAX | 408.68 |
| | | **SUBTOTAL** | $ 10,232.68 |

E.  **MOTIONS PRACTICE (INCLUDES RESEARCH)**

| BY | RATE | HOURS | AMOUNT |
|---|---|---|---|
| PAUL ALSTON | 450.00 | 14.9 | $ 6,705.00 |
| MEI-FEI KUO | 135.00 | 180.3 | $ 24,340.50 |
| SHELLIE K. PARK-HOAPILI | 125.00 | 0.1 | $ 12.50 |
| DANIE K. KAKAZU | 120.00 | 0.6 | $ 72.00 |
| TOTALS: | | 195.9 | $ 31,130.00 |

| | | |
|---|---|---|
| FEES | $ | 31,130.00 |
| COURTESY DISCOUNT | | (562.50) |
| LEGAL SERVICES | $ | 30,567.50 |
| STATE EXCISE TAX | | 1,271.61 |
| **SUBTOTAL** | $ | 31,839.11 |

F.  **ATTENDING COURT HEARINGS**

| BY | RATE | HOURS | AMOUNT |
|---|---|---|---|
| PAUL ALSTON | 450.00 | 3.5 | $ 1,575.00 |
| MEI-FEI KUO | 135.00 | 20.9 | $ 2,821.50 |
| TOTALS: | | 24.4 | $ 4,396.50 |

| | |
|---|---|
| FEES | $ 4,396.50 |
| COURTESY DISCOUNT | (270.00) |
| LEGAL SERVICES | $ 4,126.50 |
| STATE EXCISE TAX | 171.66 |
| **SUBTOTAL** | $ 4,298.16 |



American Savings Bank Tower
18th Floor
1001 Bishop Street
Honolulu, Hawai`i 96813
Phone: (808) 524-1800
Fax: (808) 524-5976

Palani Court, Suite 104
74-5620 Palani Road
Kailua-Kona, Hawai`i 96740
Phone: (808) 326-7979
Fax: (808) 326-4779

www.ahfi.com

FOR LEGAL SERVICES RENDERED: AUGUST 2004 - MARCH 2006

Federal I.D.# 99-0287757
Hawaii I.D.# 10438996

RE: SYNAGRO TECHNOLOGIES, INC./
GMP ASSOCIATES - CONTRACT DISPUTE
(7395-3)

A. **CASE DEVELOPMENT, BACKGROUND INVESTIGATION AND CASE ADMINISTRATION (INCLUDES INITIAL INVESTIGATIONS, FILE SETUP, PREPARATION OF BUDGETS, AND ROUTINE COMMUNICATIONS WITH CLIENT, CO-COUNSEL, OPPOSING COUNSEL AND THE COURT**

| DATE | TIME | BY | DESCRIPTION |
|---|---|---|---|
| 08/03/04 | 0.90 | PA | review letters; email from and to J. Carmichael; telephone call from J. Hecht re [REDACTED]; telephone calls from and to A. Thomas re dealing with GMP |
| 08/04/04 | 0.30 | PA | email to R. Sutton re GMP; telephone call to J. Tani (Sutton's associate) |
| 08/05/04 | 1.20 | PA | email to and from D. Sutton re GMP; email from and to A. Thomas re Sutton; email from and to A. Thomas and J. Carmichael re revised letters to Andritz and CB&I; email to A. Thomas and J. Carmichael re [REDACTED]; email to Sutton; telephone calls from and to J. Tani (Sutton's associate) |
| 08/06/04 | 0.70 | PA | telephone call from V. Olson (Andritz's in-house counsel) re response to GMP; draft letter to R. Sutton; telephone call from A. Thomas |
| 08/07/04 | 0.50 | PA | emails to and from J. Carmichael; finalize letter to R. Sutton and J. Tani |

Page 2

| DATE | TIME | BY | DESCRIPTION |
|------|------|-----|-------------|
| 08/08/04 | 0.10 | PA | email from and to D. Hastert re status |
| 08/10/04 | 0.70 | PA | review [REDACTED]; email to D. Hastert, [REDACTED]; telephone call from A. Thomas re [REDACTED] |
| 08/12/04 | 1.40 | PA | email from and to J. Carmichael re [REDACTED]; review emails between J. Carmichael and K. Kawahara re [REDACTED]; email to J. Carmichael; telephone calls from and to [REDACTED]; email to and from D. Hastert re [REDACTED] |
| 08/13/04 | 0.10 | PA | email from and to J. Carmichael re [REDACTED]; telephone call from A. Oshiro (Andritz's counsel) |
| 08/14/04 | 0.30 | PA | review pleadings filed by Andritz; emails to and from D. Hastert |
| 08/16/04 | 0.80 | PA | email from and to M. Kuo; email from A. Oshiro re [REDACTED]; email to A. Thomas; telephone calls from and to a. Thomas; telephone call from J. Carmichael re [REDACTED]; telephone calls from and to A. Oshiro |
| 08/17/04 | 0.20 | PA | email from and to A. Thomas re witness testimony; email Andritz's complaint to A. Thomas |
| 08/18/04 | 0.40 | PA | email to R. Sutton; email to A. Thomas, D. Hastert and J. Carmichael; telephone call to A. Thomas; emails to and from R. Sutton |
| 08/18/04 | 0.20 | MFK | meeting with P. Alston re [REDACTED] |
| 08/19/04 | 1.40 | PA | telephone calls from and to A. Oshiro; telephone call from D. Hastert; telephone calls from and to J. Carmichael; review filings by GMP |

611344_1/7392-3

Page 3

| DATE | TIME | BY | DESCRIPTION |
|---|---|---|---|
| 08/20/04 | 0.80 | PA | emails from and to D. Hastert re [REDACTED]; email to A. Oshiro; email to J. Carmichael re [REDACTED]; email from and to A. Thomas and J. Carmichael re [REDACTED]; email to K. Kawahara; telephone calls from and to J. Carmichael |
| 08/23/04 | 0.40 | PA | email to J. Carmichael; email from J. Carmichael; emails from and to D. Hastert re [REDACTED]; fax to F. Doyle; email to D. Hastert re claims |
| 08/24/04 | 1.60 | PA | email from and to A. Thomas; email from and to J. Carmichael re [REDACTED]; telephone call from J. Carmichael and A. Thomas; telephone calls from and to M. Chun; Telephone call to F. Doyle; telephone calls from and to A. Oshiro (5x) |
| 08/25/04 | 0.40 | PA | review email from J. Carmichael; email to A. Oshiro and D. Hastert; email from and to A. Oshiro re [REDACTED] |
| 08/26/04 | 2.80 | PA | conference with J. Carmichael; conference with attorneys for Andritz; work on [REDACTED]; emails to and from A. Thomas |
| 08/27/04 | 1.20 | PA | conference with attorneys for Andritz; conference with attorney for GMP; telephone call to A. thomas; conference with J. Carmichael |
| 08/29/04 | 0.20 | PA | forward reservation of rights agreement to A. Thomas; emails to and from J. Carmichael; review transmittal A. Thomas re [REDACTED]; review declaration of F. Doyle filed August 26, 2004; review documents from client on August 25, 2004; receipt and review transmittal from D. Hastert re declaration of J. Carmichael |
| 09/01/04 | 0.30 | PA | telephone call to A. Thomas re [REDACTED]; telephone call to R. Hassis re opportunity for settlement |

611344_1/7392-3