Page 4

| DATE | TIME | BY | DESCRIPTION |
|---|---|---|---|
| **09/02/04** | **0.20** | **MFK** | **review docs from client re July 2004 progress report, reservation of rights agreement, change orders for case background and development** |
| 09/03/04 | 0.10 | PA | email to A. Thomas |
| 09/07/04 | 0.40 | PA | email to A. Thomas and J. Carmichael re [REDACTED]; Telephone call to D. Hastert and A. Oshiro re electrical drawings; telephone call from and to J. Carmichael |
| 09/17/04 | 0.30 | MFK | review of Defendants opposition to motion to compel and opposition to motion to consolidate and exhibits for case background and development |
| 09/18/04 | 0.50 | MFK | review Synagro's presentation slides to CCH re facility and references to GMP |
| 09/19/04 | 0.10 | PA | email to A. Thomas |
| 09/23/04 | 0.10 | PA | email from and to A. Thomas |
| 09/23/04 | 0.50 | MFK | review of case file and pleadings to determine proper party and to distinguish Synagro Technologies, Inc. from Synagro WWT; meeting and email with P. Alston on same |
| 09/27/04 | 0.50 | PA | telephone call from J. Hecht and followup re D. Bainum |
| 10/21/04 | 0.50 | MFK | call (left message) to Rick Sutton (GMP counsel) re scheduling of meet and confer; review of FRCP 26 and LR 16 re meet and conferral issues and topics; review complaint and counterclaim and prepare outline for meet and confer |
| 10/22/04 | 0.20 | PA | email from and to M. Kuo; review and revise report of planning meeting |

611344_1/7392-3

Page 5

| DATE | TIME | BY | DESCRIPTION |
|---|---|---|---|
| 10/22/04 | 1.00 | MFK | telephone meet and conferral with Richard Sutton (Defendant's counsel) on issues required to be discussed pursuant to Rule 26(f) and L.R. 26.1; draft report of planning meeting; review and revise draft; emails to P. Alston and Richard Sutton on same |
| 10/23/04 | 0.20 | PA | email from and to M. Kuo |
| 10/25/04 | 0.10 | MFK | email from P. Alston re report of planning meeting; misc work re fax to Sutton (GMP counsel) re draft of report |
| 10/27/04 | 0.10 | MFK | misc work re filing of Plaintiffs' report of planning meeting with Court |
| 11/15/04 | 0.30 | PA | conference with M. Kuo; telephone conference with A. Thomas |
| 11/15/04 | 0.30 | MFK | participate in call with client providing update on case and case strategy |
| 11/16/04 | 0.30 | PA | email from and to M. Kuo; telephone calls from and to A. Thomas and J. Carmichael |
| 11/17/04 | 0.20 | PA | email from and to M. Kuo re budget |
| 11/17/04 | 1.00 | MFK | work on [REDACTED] for client |
| 11/18/04 | 0.30 | PA | email from and to M. Kuo re update; review budget |
| 11/18/04 | 0.50 | MFK | clarify [REDACTED] for client |
| 11/22/04 | 0.20 | MFK | call from Anna Oshiro re [REDACTED]; call and email to J. Carmichael re [REDACTED] |
| 11/29/04 | 0.10 | PA | review email re [REDACTED] |

611344_1/7392-3

| DATE | TIME | BY | DESCRIPTION |
|------|------|----|-------------|
| 11/29/04 | 0.20 | MFK | email to and from J. Carmicheal on [REDACTED] |
| 12/06/04 | 0.20 | PA | telephone calls from and to J. Hecht re variance |
| 12/08/04 | 0.20 | MFK | email to and from J. Carmicheal and P. Alston re [REDACTED] |
| 12/22/04 | 0.70 | PA | telephone calls from and to A. Thomas and followup regarding [REDACTED]; telephone call to [REDACTED] |
| 12/23/04 | 0.50 | PA | telephone conference with J. Carmichael; telephone call to J. Hecht |
| 12/29/04 | 0.20 | PA | telephone call to J. Hecht |
| 02/04/05 | 0.50 | PA | email to J. Carmichael re Dr. Takamura; telephone call to D. Sutton; telephone calls from and to J. Carmichael re Andritz issues |
| 02/05/05 | 0.20 | PA | email to A. Thomas and J. Carmichael re status |
| 02/10/05 | 0.20 | PA | **review notice of change of address of counsel for GMP (NO CHARGE for .1)**; emails to and from W. Kaneko re [REDACTED] |
| 02/24/05 | 0.40 | PA | email from and to M. Kuo; conference with R. Sutton |
| 02/24/05 | 0.20 | PA | emails to and from M. Kuo re pretrial deadlines; conference with D. Sutton re settlement |
| 02/24/05 | 0.30 | MFK | emails with P. Alston and between P. Alston and client re [REDACTED]; emails and meeting with P. Alston on [REDACTED] |

611344_1/7392-3

| DATE | TIME | BY | DESCRIPTION |
|------|------|-----|-------------|
| 02/25/05 | 0.50 | PA | telephone call to J. Carmichael (3x); telephone calls to D. Sutton all re settlement |
| 03/16/05 | 0.40 | MFK | meeting with P. Alston [REDACTED]; calls with R. Sutton (GMP counsel), J. King's chambers, and J. Kobayashi's chambers to set up status conference |
| 03/17/05 | 0.10 | MFK | call from J. Kobayashi's chambers confirming status conference; email to R. Sutton confirming status conference date and time |
| 03/18/05 | 0.10 | MFK | call with J. Carmicheal [REDACTED] |
| 03/21/05 | 0.20 | PA | conference with R. Sutton |
| 03/22/05 | 0.10 | PA | email from and to M. Kuo re [REDACTED] |
| 03/22/05 | 0.40 | MFK | draft email updating client on [REDACTED] |
| 03/23/05 | 0.20 | MFK | email to client updating [REDACTED] |
| 03/29/05 | 0.20 | PA | email from and to A. Thomas |
| 04/06/05 | 1.10 | PA | email to A. Thomas re attorneys for independent third parties; conference with J. Carmichael and M. Kuo |
| 04/06/05 | 1.00 | MFK | call with J. Carmicheal re meeting on Synagro's documents; meeting with J. Carmicheal and P. Alston re [REDACTED] |
| 04/15/05 | 0.60 | MFK | identify key documents in review supporting claims in action for case development |
| 05/20/05 | 0.20 | MFK | call with J. Carmichael re status of case, discovery from |

611344_1/7392-3

Page 8

| DATE | TIME | BY | DESCRIPTION |
|---|---|---|---|
| | | | GMP, 30(b)(6) deposition, and settlement offer |
| 07/07/05 | 0.10 | MFK | emails to and from J. Carmicheal re [REDACTED] |
| 07/18/05 | 0.10 | PA | email from and to M. Kuo re meeting |
| 07/18/05 | 0.20 | MFK | calls (two) with J. Carmicheal re scheduling meeting and brief update on deposition; emails to and from P. Alston re meeting with J. Carmicheal |
| 07/20/05 | 0.70 | PA | conference with A. Thomas, J. Carmichael and M. Kuo; email from and to M. Kuo re settlement conference; |
| 07/20/05 | 2.70 | MFK | review deposition notes and tab key GMP exhibits from deposition in preparation for meeting with J. Carmicheal to update on case; meeting with J. Carmicheal and P. Alston re [REDACTED]; conference call with J. Carmicheal, P. Alston, and A. Thomas on same; meeting with P. Alston on [REDACTED] |
| 08/01/05 | 0.10 | MFK | call from [REDACTED] |
| 08/03/05 | 0.10 | MFK | emails to and from J. Carmicheal [REDACTED] |
| 08/10/05 | 0.10 | MFK | meeting with P. Alston on problems with R. Sutton on scheduling and production |
| 09/09/05 | 1.80 | MFK | review correspondence file re fax from Don Clegg on contract with Synagro; call with [REDACTED] |
| 09/12/05 | 0.30 | PA | meeting with J. Carmichael and J. Hecht |
| 09/12/05 | 0.10 | MFK | call from W. Kaneko re Synagro files requested to be reviewed by J. Carmicheal |
| 09/16/05 | 0.60 | MFK | meeting with P. Alston on case strategy re depositions, |

611344_1/7392-3

| DATE | TIME | BY | DESCRIPTION |
|------|------|-----|-------------|
| | | | motion for summary judgment, and trial date; draft letter to D. Sutton on same; email P. Alston on same; review and revise to final draft for send out |
| 09/19/05 | 3.20 | MFK | call with J. Carmicheal re proposal to RFB, references to GMP, GMP's construction management figures and costs breakdown, and key supporting documents; meeting with D. Sutton re trial date, Synagro's production of documents, privilege log, GMP's production, and Melnyk's deposition exhibits; email to J. Carmicheal re Gurguis deposition, documents needed for case, and update on hearing and trial |
| 09/20/05 | 0.50 | MFK | emails with P. Alston on [REDACTED]; email to R. Sutton re Melnyk's deposition and trial date; call with D. Sutton on same; meeting with P. Alston on [REDACTED] |
| 09/21/05 | 0.20 | PA | email from and to M. Kuo; email to and from R. Sutton re trial date |
| 09/21/05 | 0.30 | MFK | call with J. Hecht re [REDACTED]; emails to and from D. Sutton re Melnyk's deposition and trial date |
| 10/04/05 | 0.60 | MFK | review supplemental documents from Synagro re contract pricing, contract pricing submittals to County, and proposals from GMP on Project; calls (2) and emails with J. Hecht on additional correspondence re same between Synagro and GMP |
| 10/05/05 | 0.10 | PA | email from and to M. Kuo re update |
| 10/05/05 | 0.50 | MFK | meeting with Sutton re trial vacating and re-scheduling and Synagro's settlement offer for conference |
| 10/06/05 | 0.20 | PA | review correspondence; email from and to M. Kuo |
| 10/06/05 | 0.20 | MFK | calls with Court re rescheduling of trial date, hearing on summary judgment motion, and scheduled pretrial and |

611344_1/7392-3

| DATE | TIME | BY | DESCRIPTION |
|---|---|---|---|
| | | | settlement conferences |
| **10/13/05** | **2.30** | **NMK** | **review and analyze documents, pleadings and correspondence files re history and status of case (NO CHARGE)** |
| 10/24/05 | 0.10 | MFK | email from P. Alston re [REDACTED]; call with Ted Pettit on same |
| 10/25/05 | 0.10 | PA | review email from Ted Pettit; email from and to M. Kuo |
| 10/26/05 | 0.10 | PA | email from and to M. Kuo re update |
| 10/26/05 | 0.40 | MFK | emails with P. Alston and T. Pettit (GMP's counsel) re request to continue hearing and confirming hearing date; call with J. Carmicheal updating on case, settlement conference, trial date, and motion for summary judgment; email to J. Carmicheal re [REDACTED]; email from GMP counsel and status of GMP counsel; email to P. Alston on same; call with T. Pettit on same |
| 10/27/05 | 0.20 | PA | email from and to A. Thomas; email from and to M. Kuo re update |
| 10/27/05 | 0.50 | MFK | emails with P. Alston re GMP's counsel and communications with A. Thomas and Thomas' questions re recovery of damages and trial expenses; call with A. Thomas to provide update on case, summary judgment motion, settlement conference, rescheduled trial, and recovery of damages and trial expenses |
| 10/28/05 | 0.10 | MFK | email from P. Alston on A. Thomas' questions re recovery of attorneys fees, trial, and trial budget; email to A. Thomas on same |
| 11/02/05 | 0.10 | PA | review amended rule 16 scheduling order |
| 11/02/05 | 0.10 | MFK | emails with T. Pettit re scheduling of hearing date and |

611344_1/7392-3

Page 11

| DATE | TIME | BY | DESCRIPTION |
|---|---|---|---|
|  |  |  | time and briefing schedule |
| 11/29/05 | 0.10 | PA | conference with M. Kuo re strategy |
| 11/30/05 | 0.30 | PA | telephone call from A. Thomas and follow up |
| 12/13/05 | 0.20 | PA | email from and to M. Kuo re strategy |
| 12/15/05 | 0.10 | MFK | call with J. Carmicheal updating on hearing |
| 01/17/06 | 0.10 | PA | email regarding conference call concerning strategy |
| 01/23/06 | 0.40 | PA | prepare for and attend conference call with A. Thomas and J. Carmichael |
| 01/23/06 | 0.50 | MFK | email to P. Alston re conference with clients; conference call with P. Alston, A. Thomas, and J. Carmicheal re case strategy, trial, and damages; meeting with P. Alston on same |
| 01/24/06 | 0.20 | PA | telephone calls from and to M. Marsh re settlement issues |
| 01/29/06 | 0.20 | PA | review email from W. Kaneko; email from and to J. Carmichael |
| 02/01/06 | 0.30 | PA | email from and to M. Marsh re settlement; telephone call to M. Marsh |
| 02/06/06 | 0.20 | PA | email from and to M. Kuo re strategy; telephone calls from and to M. Marsh |
| 02/06/06 | 0.20 | MFK | call from J. Carmicheal re status of case and GMP's response to settlement; email to P. Alston on same to update client |

611344_1/7392-3

| DATE | TIME | BY | DESCRIPTION |
|---|---|---|---|
| 02/07/06 | 0.10 | PA | email from and to M. Kuo re scheduling |
| 02/07/06 | 0.30 | MFK | email with J. Carmicheal re offer to GMP, response, and settlement conference; meeting with P. Alston on same and scheduling conference with Court; call court on same and email to P. Alston on status and available dates for conference |
| 02/09/06 | 0.20 | MFK | emails with A. Thomas re status of settlement conference; call to M. Marsh re same and availability for conference; call to Court to request continued holding of proposed dates |
| 02/13/06 | 0.20 | PA | email from and to M. Kuo re hearing date |
| 02/15/06 | 0.30 | PA | email from and to D. Roscoe re status |
| 02/15/06 | 0.10 | MFK | email to GMP counsel re scheduling of settlement conference statement |
| 02/16/06 | 0.30 | MFK | emails with GMP counsel re scheduling of conference; calls with W. Nakamura of J. Kobayshi's chambers re scheduling of settlement conference and filing of supplemental statements; review emails from P. Alston and D. Roscoe re status of case and settlement efforts |
| 02/18/06 | 0.10 | MFK | email to GMP counsel re message from Court on parties' discretion to submit supplemental statements and deadlines of same |
| 02/20/06 | 0.10 | PA | email from and to M. Kuo |
| 02/28/06 | 0.20 | MFK | Emails with J. Carmichael re contact for settlement conference; email with P. Alston on same |
| 03/08/06 | 0.5 | MFK | emails with A. Thomas re audit letter, receipt, and status; review 2005 audit letter for Synagro; draft 2006 |

611344_1/7392-3

Page 13

| DATE | TIME | BY | DESCRIPTION |
|---|---|---|---|
| | | | audit letter and expand attachment re pending case and status; review and revise audit letter to final; email to P. Alston on draft of same |
| 03/09/06 | 0.20 | MFK | emails with P. Alston re audit letter; email to A. Thomas re copy of audit letter |
| **03/10/06** | **0.00** | **PA** | **email from and to M. Kuo (NO CHARGE)** |
| 03/10/06 | 0.50 | MFK | calls with Court re status of parties' decision on vacating trial, scheduling of status conference, and motion on attorneys' fees and costs; call with M. Marsh re same and scheduling of status conference; call to Court updating on parties' agreement to vacate trial and related deadlines and scheduling of status conference; email update to P. Alston on same and scheduling conference |
| 03/16/06 | 0.20 | MFK | meeting with P. Alston to clarify agreement to dismiss remaining claim |
| 03/23/06 | 0.10 | MFK | email from T. Pettit re stipulation, hearing of motion by J. Kobayashi and review by J. King |
| 03/24/06 | 0.10 | PA | email from and to M. Kuo |
| 03/28/06 | 0.20 | PA | conference with J. Hecht re [REDACTED] |

**B.   PLEADINGS**

| DATE | TIME | BY | DESCRIPTION |
|---|---|---|---|
| **08/12/04** | **.10** | **PA** | **email from and to M. Kuo re complaint** |
| **08/14/04** | **0.70** | **PA** | **work on complaint against GMP; conference with M. Kuo re pleadings** |
| **08/16/04** | **0.50** | **PA** | **review and revise complaint** |

611344_1/7392-3