| DATE | TIME | BY | DESCRIPTION |
|---|---|---|---|
| 08/16/04 | 7.10 | MFK | review Andritz's motion for temporary injunction and attached exhibits; review consent decree, contract between Andritz and GMP, and contract between Syangro and Andritz for supporting provisions in preparation of drafting complaint; draft complaint against GMP - introduction, jurisdiction, venue, factual statement, causes of action, relief, damages, and accompanying summons; review and revise draft of complaint; meeting and email with P. Alston re same and complaint issues |
| 08/17/04 | 0.50 | PA | work on complaint |
| 08/17/04 | 2.80 | MFK | meeting with P. Alston re [REDACTED], and P. Alston's comments; compile exhibits to complaint; review and revise complaint draft; email to A. Thomas re [REDACTED]; misc work re summons and filing and service of complaint |
| 08/18/04 | 0.40 | PA | finalize complaint |
| 08/18/04 | 0.30 | MFK | draft cover sheet to district court re complaint filing and summons; review and revise sheet; misc work re filing of complaint and service to GMP |
| 08/25/04 | 0.10 | PA | review transmittal to sheriff re service of complaint; review return of service re complaint served on GMP (NO CHARGE) |
| 08/31/04 | 0.10 | PA | review Declaration of F. Doyle; Exhibits "A" and "B" and Declaration of J. Carmichael to A. Thomas (NO CHARGE) |
| 09/03/04 | 0.20 | PA | receipt and review Defendant GMP Hawaii, Inc.'s answer to complaint filed August 2, 2004 |
| 09/10/04 | 0.20 | MFK | review GMP's answer and counterclaim; review FRCP re reply to counterclaim deadline |
| 09/14/04 | 0.30 | PA | email from A. Thomas; telephone call to A. Thomas re |

611344_1/7392-3

| DATE | TIME | BY | DESCRIPTION |
|------|------|----|-------------|
|  |  |  | strategy for responding to counterclaim and GMP's response to Andritz |
| 09/18/04 | 2.20 | MFK | review GMP's counterclaim in preparation of drafting reply; draft reply to counterclaim and defenses |
| 09/19/04 | 0.50 | PA | review and revise answer to counterclaim |
| 09/20/04 | 0.20 | PA | email from and to M. Kuo re reply to counterclaim |
| 09/22/04 | 0.50 | PA | email to and from A. Thomas re [REDACTED]; review and finalize reply ro counterclaim |
| 09/22/04 | 0.40 | MFK | review and revise reply to counterclaim to final for filing |
| 09/23/04 | 0.10 | PA | review email from M. Kuo re comments to complaint |
| 11/06/04 | 1.70 | MFK | draft scheduling conference statement; review and revise statement; emails to and from P. Alston on same |
| 11/07/04 | 0.20 | PA | email from and to M. Kuo; review and revise scheduling conference statement |
| 11/08/04 | 0.20 | MFK | finalize and prepare filing of scheduling conference statement |
| 11/17/04 | 0.20 | PA | review rule 16 scheduling order |
| 11/22/04 | 0.20 | DKK | review scheduling conference order; catalog trial date |
| 11/30/04 | 2.10 | JB | work on preparing case, substantive pleadings, and discovery binders; work on updating substantive pleadings binder |
| 03/03/05 | 0.20 | PA | revise concise statement; email to and from M. Kuo |

Page 16

| DATE | TIME | BY | DESCRIPTION |
|---|---|---|---|
| 03/03/05 | 5.30 | MFK | review Rule 56 re concise statement of facts and draft concise statement of facts; review and revise concise statement; review pleading files to compile relevant exhibits supporting material facts for concise statement |
| 03/04/05 | 4.80 | MFK | finalize concise statement of facts and compile exhibits and highlight relevant language for concise statement; review and revise declaration in support of concise statement of facts; calls with and letter to R. Sutton on same; meeting with P. Alston on [REDACTED]; emails to and from J. Carmichael and J. Hecht re [REDACTED] |
| 03/16/05 | 0.10 | PA | review minute order re continuance of settlement conference |
| 03/17/05 | 0.10 | PA | review concise statement filed by GMP |
| 04/01/05 | 0.10 | PA | review amended rule 16 scheduling order |
| 05/09/05 | 0.50 | MFK | calls to and with B. Bordner, T. Cook, E. Lee, and V. Devens re stipulation for appearance of C. Benedict (0.2); revise stipulation to final to include E. Lee and review and revise to final for execution and email to counsel of record regarding stipulation and execution (0.3) |
| 05/12/05 | 0.90 | DKK | work on settlement conference statement |
| 05/18/05 | 0.20 | MFK | review federal and district court rules re submission of confidential settlement statements and required content |
| 05/23/05 | 0.20 | MFK | draft settlement offer letter to Sutton; review and revise to final |
| 05/24/05 | 0.90 | MFK | draft partial factual background for settlement conference statement; calls (three) with Court re Judge's request to postpone settlement conference |

| DATE | TIME | BY | DESCRIPTION |
|---|---|---|---|
| 06/02/05 | 0.20 | PA | review pleadings |
| 06/16/05 | 0.10 | PA | review minute order re continuance of settlement conference |
| 07/17/05 | 0.20 | DKK | research re confidential settlement conference statement; compose email to M. Kuo & P. Alston re same |
| 07/25/05 | 0.30 | PA | email from and to M. Kuo re settlement conference statement; review and revise draft |
| 07/25/05 | 6.70 | MFK | draft confidential settlement conference statement, including [REDACTED] |
| 07/26/05 | 2.00 | MFK | emails from P. Alston and J. Carmicheal re [REDACTED]; revise draft to incorporate J. Carmicheal edit; review and revise draft with P. Alston's comments to final for filing; review pleading files and correspondence files to compile exhibits to settlement conference statement; identify and highlight relevant pages and materials in exhibits for settlement conference statement |
| **07/26/05** | **0.00** | **DKK** | **work on exhibits for settlement conference statement (NO CHARGE)** |
| 07/27/05 | 0.60 | MFK | email from A. Thomas re [REDACTED]; emails to and from J. Carmicheal re [REDACTED]; review GMP for spreadsheet ; miscellaneous work re submission of settlement conference statement and exhibits |
| 09/06/05 | 0.30 | MFK | review letter from Sutton re settlement conference rescheduling; email from Debbie (Sutton's secretary on same); miscellaneous work re coordinating potential settlement confernce dates |
| 09/29/05 | 0.30 | MFK | review calender and federal rules re settlement conference statements and deadlines for upcoming settlement conference |

| DATE | TIME | BY | DESCRIPTION |
|---|---|---|---|
| 10/04/05 | 0.20 | PA | email from and to M. Kuo re settlement offer; review and revise letter |
| 10/04/05 | 1.30 | MFK | draft settlement offer letter to Sutton; emails with P. Alston on settlement offer and revise offer to incorporate P. Alston's edits; review letter to final |
| 10/06/05 | 1.40 | MFK | draft and expand facts, defenses, deposition summaries, and settlement update for first amended settlement conference statement; review and revise draft of same; email to P. Alston on same |
| 10/07/05 | 0.20 | PA | review and revise first amended confidential settlement conference statement; email from and to M. Kuo |
| 10/07/05 | 2.20 | MFK | review deposition of Wagdy Guirguis for [REDACTED]; expand and finalize confidential settlement conference statement for submission to Court; compile and highlight relevant portionsof exhibits and deposition testimony in support of statement |
| 10/11/05 | 0.10 | PA | review court minutes re trial re-setting conference |
| 12/02/05 | 5.80 | MFK | review GMP's opposition to concise statement and exhibits; draft opposition to concise statement and opposing facts; review declarations, depositions, and GMP's exhibits to concise statement re timelines and conflicting facts to counter sources and statements in concise statement of facts; complied and highlight relevant text of additional exhibits in support of concise statement; meeting with P. Alston on opposition to concise statement; revise and shorten concise statement to incorporate P. Alston's comments and character limitations under rule; miscellaneous work re filing of reply and opposition to concise statement; draft and revise declaration in support of opposition to concise statement |
| 12/04/05 | 0.30 | MFK | review civil rules re page limitations, authorities and content, and word certification; email to A. Matsuo re |

611344_1/7392-3

| DATE | TIME | BY | DESCRIPTION |
|---|---|---|---|
|  |  |  | errata and draft text for same |
| 02/20/06 | 0.10 | PA | review and revise supplemental settlement conference statement |
| 02/20/06 | 2.00 | MFK | draft supplemental confidential settlement conference statement; review and revise same; identify supporting exhibits on same |
| 02/21/06 | 0.70 | MFK | emails with N. Kanada re settlement conference statement and exhibits; finalize settlement conference statement for submission to court and review compiled exhibits to verify supporting exhibits to statement; emails with P. Alston re confidential settlement conference statement and comments re communications with GMP on settlement offer |
| 02/21/06 | 0.80 | NMK | prepare confidential settlement conference statement; research and compile exhibits to confidential settlement conference statement |
| 03/03/06 | 0.20 | PA | email from and to M. Kuo re [REDACTED] |
| 03/09/06 | 0.20 | PA | telephone call from M. Marsh and T. Pettit re settlement and follow up; email from and to M. Kuo |

C. **INTERROGATORIES, DOCUMENT PRODUCTION, AND OTHER WRITTEN DISCOVERY**

| DATE | TIME | BY | DESCRIPTION |
|---|---|---|---|
| 11/05/04 | 2.90 | MFK | draft initial disclosures - review pleading files, correspondence, and documents in case file for purposes of clarifying information, claims, and nature of documents for initial disclosures; meeting with P. Alston on same; revise and finalize initial disclosures for filing |
| 11/16/04 | 0.30 | DKK | work on case/substantive trial notebooks |
| 11/17/04 | 0.30 | DKK | work on case, substantive discovery trial notebooks |

Page 20

| DATE | TIME | BY | DESCRIPTION |
|---|---|---|---|
| 02/18/05 | 4.40 | MFK | review [REDACTED] |
| 02/22/05 | 0.30 | PA | email from and to M. Kuo re [REDACTED] |
| 02/23/05 | 0.60 | MFK | emails to and from P. Alston re proposed discovery; amend proposed discovery email to incorporate P. Alston's comments and email discovery plan to A. Thomas; email to D. Kakazu re preparation of discovery requests templates and proposed discovery requests to be incorporated |
| 02/23/05 | 1.80 | DKK | work on drafting our 1st request for admissions, interrogatories and production of documents to GMP Hawaii, Inc. |
| 02/24/05 | 0.10 | PA | email from and to A. Thomas re [REDACTED] |
| 02/24/05 | 0.70 | MFK | review case timelines and deadlines and draft email to P. Alston summarizing key deadlines related to discovery and relevance of discovery of pending deadlines |
| 02/24/05 | 0.10 | DKK | confer with M. Kuo re [REDACTED] |
| 03/05/05 | 0.20 | PA | email regarding discovery and disclosure obligations |
| 03/09/05 | 0.10 | DKK | emails back & forth with M. Kuo and P. Alston re [REDACTED] |
| 03/10/05 | 0.10 | PA | email to A. Thomas re [REDACTED]; email re disclosure of experts; review motion documents |
| 03/10/05 | 0.90 | DKK | work on expert disclosure |
| **03/11/05** | **0.00** | **PA** | **email from A. Thomas re [REDACTED]; email to M.** |

611344_1/7392-3

Case 1:04-cv-00509-SPK-LEK    Document 71-8    Filed 04/21/2006    Page 8 of 10

Page 21

| DATE | TIME | BY | DESCRIPTION |
|------|------|-----|-------------|
| | | | **Kuo (NO CHARGE)** |
| 03/16/05 | 0.20 | PA | telephone calls from and to auditor re disclosures |
| 03/21/05 | 0.20 | PA | work on discovery |
| 03/22/05 | 0.20 | PA | review request for production of documents |
| 03/23/05 | 2.30 | MFK | review GMP's request for production of documents; draft Synagro's first request for production of documents, including instruction and definitions, to GMP; review and revise draft of production request |
| 03/23/05 | 0.20 | DKK | emails back & forth with A. Matsuo & M. Kuo re [REDACTED] |
| **03/24/05** | **0.00** | **PA** | **review and revise notice of taking 30(b)(6) deposition re GMP Hawaii (NO CHARGE)** |
| 03/24/05 | 1.90 | MFK | review and revise to final request for production of documents for filing; draft 30(b)(6) deposition notice, including instructions, definitions, and exhibit A on deposition subjects; review and revise deposition notice |
| 03/28/05 | 0.30 | MFK | finalize 30(b)(6) deposition notice for service; call with P. Alston re deposition date |
| 03/29/05 | 0.10 | DKK | work on drafting our response to GMP's 1st request for production of documents |
| 03/31/05 | 0.20 | MFK | calls to and from J. Carmicheal on [REDACTED] |
| 04/05/05 | 0.10 | MFK | call from J. Carmicheal re responsive document and meeting to discuss documents requiring redaction |
| 04/06/05 | 1.10 | DKK | work on objections to GMP's 1st request for production of documents |

Page 22

| DATE | TIME | BY | DESCRIPTION |
|------|------|----|-----|
| 04/12/05 | 0.10 | MFK | email and call from J. Carmicheal re [REDACTED]; email to D. Kakazu on production of same |
| **04/12/05** | **0.00** | **DKK** | **coordinate client's documents for production in response to discovery requests (NO CHARGE)** |
| 04/13/05 | 2.00 | MFK | review scope of GMP's request for production; review draft from D. Kakazu of Synagro's response to GMP's production of documents; revise preliminary statement and general objections; review and expand objections for each request and draft responses for document requests; email to D. Kakazu re [REDACTED] |
| 04/13/05 | 0.40 | DKK | work on document production |
| 04/14/05 | 5.20 | MFK | review and revise Synagro's responses to final draft and [REDACTED]; review pleading and correspondence files to identify documents and correspondence responsive to GMP's request for production and documents related to Synagro's initial disclosures; review documents produced by Synagro (documents from Kirk Lucas and Alvin Thomas) in response to GMP's production request and identify responsive and privileged documents |
| 04/15/05 | 0.20 | PA | email from and to M. Kuo re [REDACTED]; review responses |
| 04/15/05 | 3.00 | MFK | emails to and from P. Alston on [REDACTED]; finalize responses for service to GMP; continue review of document from Synagro (main documents) for [REDACTED]; organize responsive documents to correspond to GMP's requests; call to J. Carmicheal (left message) re [REDACTED] |
| 04/15/05 | 0.50 | DKK | work on reviewing documents for production |
| 04/16/05 | 0.70 | MFK | review and organize documents in production for redaction and assertion of privilege and identify relevant privileges for log; chronologically organize responsive |

611344_1/7392-3


| DATE | TIME | BY | DESCRIPTION |
|---|---|---|---|
| | | | document for production and to identify duplicates; email to P. Alston on documents for production and questions on specific documents regarding responsiveness and privilege |
| 04/17/05 | 2.10 | PA | review and respond to email from M. Kuo re document production; review documents from client |
| 04/18/05 | 0.20 | PA | email from and to M. Kuo re client's documents |
| 04/18/05 | 0.80 | MFK | emails to and from P. Alston on [REDACTED]; meeting with P. Alston on [REDACTED]; incorporate duplicate documents into respective production folders |
| 04/18/05 | 0.90 | DKK | work on client's documents for production |
| 04/18/05 | 0.50 | JB | work on processing client documents for document notation |
| 04/19/05 | 1.40 | MFK | compare drafts of memorandum of understanding regarding sand island and honouliuli projects to final version; calls (two) with J. Carmicheal re [REDACTED]; draft email to J. Carmicheal [REDACTED]; meeting with P. Alston on [REDACTED] |
| 04/19/05 | 0.40 | DKK | work on client' documents for production; confer with M. Kuo re same |
| 04/20/05 | 1.10 | MFK | emails to and from J. Carmicheal re [REDACTED]; meeting with P. Alston on [REDACTED]; review responsive and privileged documents to [REDACTED] |
| 04/21/05 | 0.40 | MFK | calls (two) with J. Carmicheal on [REDACTED]; email to D. Kakazu re [REDACTED] |
| 04/21/05 | 1.90 | JB | work on production of client documents for document production and key documents |
| 04/21/05 | 4.00 | SWL | work on preparing/processing documents for document |