| DATE | TIME | BY | DESCRIPTION |
|---|---|---|---|
| | | | production (A000402 - A001668); work on processing selected documents for key documents |
| 04/22/05 | 0.20 | MFK | meeting with D. Kakazu re [REDACTED] |
| 04/22/05 | 1.90 | DKK | work on [REDACTED]; work on privilege log; emails back & forth with M. Kuo re key documents notebooks; confer with M. Kuo re incomplete agreements for production |
| 04/22/05 | 0.80 | KAS | work on privilege log |
| 04/22/05 | 0.70 | SWL | work on preparing/processing selected documents to be used as key documents |
| 04/25/05 | 0.50 | KAS | work on privilege log |
| 04/25/05 | 1.50 | SWL | work on preparing key documents binder |
| 04/26/05 | 0.30 | DKK | catalog client's documents; compose email to M. Kuo re [REDACTED] |
| 04/27/05 | 0.20 | MFK | call from J. Carmicheal on [REDACTED]; email to P. Alston on [REDACTED] |
| 04/27/05 | 0.30 | DKK | catalog initial disclosure and discovery requests & responses; work on witness files |
| 04/28/05 | 0.10 | PA | email from and to M. Kuo re [REDACTED] |
| 04/28/05 | 0.90 | MFK | calls (two) to Richard Sutton (GMP's counsel) and follow-up email re GMP's responses to document request and production of documents and Synagro's production of document; email to P. Alston [REDACTED]; review batestamped and redacted documents for production; review pleading files to confirm inclusion of all supportive documents and to |

611344_1/7392-3

| DATE | TIME | BY | DESCRIPTION |
|------|------|-----|-------------|
|  |  |  | replace marked copies of responsive documents; email to D. Kakazu on same and updating production to include additional documents |
| 04/28/05 | 0.70 | DKK | work on additional client documents for production; confer with M. Kuo re same; emails back & forth with M. Kuo re privilege log |
| 04/29/05 | 0.10 | MFK | call from R. Sutton (GMP's counsel) re service of responses, production of documents, and re-scheduling 30(b)(6) deposition; email to P. Alston [REDACTED] |
| 05/02/05 | 0.40 | MFK | calls to and from D. Sutton (GMP's counsel - left messages) regarding review and production of GMP's responsive documents and rescheduling deposition date; emails to and from P. Alston [REDACTED]; email to D. Sutton confirming voicemessages on same |
| 05/02/05 | 0.10 | DKK | follow up with document clerks re production date of client's documents in response to discovery request |
| 05/02/05 | 1.20 | SWL | work on updating substantive pleadings and discovery binder |
| 05/03/05 | 0.90 | DKK | work on privilege log |
| 05/04/05 | 0.10 | MFK | call to D. Sutton (left message) re GMP's production of documents and re-scheduling of 30(b)(6) deposition |
| 05/06/05 | 0.40 | MFK | calls (2 - left message) to Sutton re production and review of GMP's documents; email to Sutton on same; email to J. Carmicheal updating on document production and discovery; draft amended notice of deposition |
| 05/09/05 | 0.20 | DKK | research [REDACTED]; follow up with M. Kuo re same |
| 05/12/05 | 0.20 | MFK | calls to Dick Sutton (left message) and with Dan Chen re GMP's production of documents; emails from and to J. Carmicheal updating on status of production and discovery |

611344_1/7392-3

Page 26

| DATE | TIME | BY | DESCRIPTION |
|------|------|-----|-------------|
| 05/13/05 | 0.10 | MFK | call with D. Chen re scheduling of GMP production |
| 05/16/05 | 1.10 | MFK | review draft and revise Synagro's privilege log to final for production to GMP; calls to Professional Image and Dan Chen (GMP counsel) on scheduling copying of GMP's production |
| 05/18/05 | 0.20 | PA | review privilege log |
| 05/24/05 | 0.30 | DKK | research re production of privilege log to R. Sutton, Esq.; confer with B. Kawagoe re same |
| 05/25/05 | 0.20 | JB | work on preparing files for Synagro privilege documents and Synagro redacted documents |
| 05/26/05 | 0.30 | DKK | confer with M. Kuo re [REDACTED], documents produced by GMP and calculating approximate cost for our document production for R. Sutton, Esq.; work on amended oral deposition notice |
| 06/07/05 | 0.10 | MFK | email to R. Sutton (GMP counsel) re question on cost of production |
| 06/07/05 | 0.30 | DKK | work on calculating cost of production of client's documents to GMP's counsel; follow up with M. Kuo re same |
| 06/14/05 | 0.40 | DKK | compile/prepare client's documents for production and letter to Richard Sutton, Esq. |
| 06/17/05 | 0.20 | MFK | emails to and from J. Carmicheal re [REDACTED] |
| 07/11/05 | 2.00 | MFK | review GMP's production of documents responsive to Synagro's document request and GMP's intial disclosures to identify key documents and information as supporting exhibits and in preparation of 30(b)(6) deposition |

| DATE | TIME | BY | DESCRIPTION |
|------|------|-----|-------------|
| 07/11/05 | 0.20 | DKK | research re deadline to file discovery motions and discovery cutoff; compose email to P. Alston and M. Kuo re same |
| 07/13/05 | 0.60 | MFK | review document request to GMP and compare with documents produced by GMP; draft email to D. Sutton on discrepency between documents produced and outstanding, and request to supplement production at deposition |
| 08/03/05 | 0.30 | MFK | follow up call to R. Sutton (left message) re additional production of documents and scheduling of depositions; email to R. Sutton setting forth unreturned calls and email, demanding remaining production and description of documents, and scheduling depositions |
| 08/11/05 | 0.60 | MFK | draft letter to R. Sutton confirming conversation regarding scheduling of depositions and production of documents deadline; review and revise letter to final for send out; review GMP's initial disclosures on additional witnesses and relevance to case |
| 08/11/05 | 0.20 | DKK | research re discovery cut-off, hearing & non-dispositive motions deadline; compose email to M. Kuo & P. Alston re same |
| 08/12/05 | 0.40 | MFK | review scheduling order and GMP's initial disclosures on witnesses |
| 08/18/05 | 0.20 | MFK | call with Peter Melnyk re scheduling of review of supplemental documents at GMP's office; calls (two) to Debbie (Sutton's secretary) re production of GMP's supplemental documents produced at deposition; call and email with D. Kakazu re reproduction of produced documents |
| 08/22/05 | 0.10 | MFK | call from Peter Melnyk regarding scheduling of GMP production review of project work files; calls to and from Debbie (D. Sutton's secretary) regarding production of GMP's supplemental responsive documents |

611344_1/7392-3

| DATE | TIME | BY | DESCRIPTION |
|---|---|---|---|
| 08/22/05 | 0.50 | DKK | telephone conference with Debbie at Richard Sutton's office to coordinate document production; work on same |
| 08/23/05 | 0.40 | DKK | work on GMP's supplemental document production |
| 08/24/05 | 0.60 | DKK | review documents produced by GMP returned from Professional Image; follow up with document clerks re verification of GMP numbering series |
| 08/24/05 | 0.70 | JB | work on verifying documents produced by GMP on 8/23/05; work on preparing file re same |
| 08/25/05 | 0.20 | PA | email from and to M. Kuo re discovery and scheduling |
| 08/25/05 | 0.60 | MFK | document review of supplemental production of documents re to on-going work production and correspondence at GMP's office; meeting with P. Melnyk re supplemental documents |
| 08/25/05 | 0.90 | DKK | compile/prepare GMP's original document production and letter for return to same; telephone conference with M. Kuo from Peter Mylnek's office re document production & rescheduling oral deposition and court reporter for Mr. Guirguis's oral deposition; telephone conference with Abe at Professional Image to coordinate same; confer with S. Lee re exhibits from Peter Mylnek's oral depositions; compose email re numbering process of documents obtained from Peter Mylneck's office |
| 08/26/05 | 0.10 | DKK | telephone conference with Malcom at Professional Image re note on GMP's original documents re numbering documents |
| 08/29/05 | 0.70 | DKK | review documents produced by GMP (Peter Mylneck) on 8/29/05; catalog same |
| 08/30/05 | 1.60 | JB | work on processing documents produced by GMP (Peter Mylnek) on 8/29/05 |

| DATE | TIME | BY | DESCRIPTION |
|------|------|----|-------------|
| 08/31/05 | 0.20 | MFK | email and call to D. Kakazu re GMP's supplemental production of documents and exhibit compilation |
| 08/31/05 | 3.70 | JB | continue work on processing documents produced by GMP (Peter Mylnek) on 8/29/05 |
| 09/01/05 | 3.20 | JB | continue work on processing documents produced by GMP (Peter Mylnek) on 8/29/05 |
| 09/02/05 | 0.30 | JB | work on preparing files for documents produced by GMP (Peter Mylnek) on 8/29/05 |
| 09/08/05 | 0.30 | MFK | review of CCH files for contact information for Frank Doyle; call (left message) Frank Doyle re identification in GMP's initial disclosures |
| 09/08/05 | 0.40 | DKK | research re production of Synagro's documents; follow up with M. Kuo re same |
| 09/09/05 | 0.30 | MFK | emails and meeting with D. Kakazu re Synagro's production of documents and confirmation of delivery date; review emails to and from Sutton on request and delivery of same |
| 09/11/05 | 0.10 | PA | review correspondence re additional production of documents |
| 09/12/05 | 2.90 | SWL | work on verifying documents produced by GMP (GMP - 0001 - GMP 1259) |
| 09/16/05 | 0.30 | PA | work on discovery issues |
| 09/16/05 | 0.30 | DKK | work on witness files; catalog discovery requests and responses & settlement conference statement; update document production indices |
| 09/19/05 | 0.30 | DKK | research re GMP's production of documents |
| 09/19/05 | 0.60 | JB | work on preparing witness files for Wagdy Guirguis and Peter Melnyk, Ph.D., P.E.; work on updating substantive |

611344_1/7392-3

Page 30

| DATE | TIME | BY | DESCRIPTION |
|---|---|---|---|
| | | | pleadings and discovery binders |
| 09/23/05 | 0.50 | DKK | research re documents obtained from Peter Mylnek's office; telephone conference with Debbie at Dick Sutton's office to coordinate production of documents |
| 09/28/05 | 0.20 | DKK | work on updating witness file |
| 09/29/05 | 1.80 | MFK | review supplemental production of responsive documents from clients re pricing proposals to CCH, attachments denoting prices breakdowns, correspondence on same, and CCH's invitation for bid on project; call and email to J. Hecht (left message to call) re questions on same |
| 09/30/05 | 0.40 | MFK | meeting with P. Melynk and R. Sutton re status and clarification of GMP's document productions and batestamping, supplemental production of documents by GMP re correspondence with Synagro, Andritz, and CBI, rescheduling of deposition of P. Melnyk, and vacating of trial date pending motion for summary judgment |
| 09/30/05 | 0.30 | DKK | assist N. Kanada with numbering of additional GMP documents |
| 09/30/05 | 2.50 | NMK | conference with D. Kakazu re document production and bate stamping series; prepare supplemental client documents for production; process duplicate set of documents obtained from R. Melnick for bate stamping; update case binder and discovery charts; update substantive/discovery pleading notebooks and review same for status |
| 09/30/05 | 0.50 | JB | work on processing documents produced by GMP (Peter Mylnek) on 9/30/05 |
| 09/30/05 | 1.40 | SWL | work on preparing/processing Synagro's supplemental documents produced on 9/30/05 (A001711 - A001785); work on preparing/processing documents produced by GMP (Peter Mylnek) on 9/30/05 (G001271 - G001883) |

611344_1/7392-3

| DATE | TIME | BY | DESCRIPTION |
|---|---|---|---|
| 10/03/05 | 1.80 | NMK | process documents produced from Mylnek for production to R. Sutton; prepare transmittal letter with enclosures to R. Sutton; update master document and production logs re same |
| 10/03/05 | 1.60 | JB | work on preparing file for documents produced by GMP (Peter Mylnek) on 9/30/05; work on production of GMP (Peter Mylnek) documents |
| 10/04/05 | 0.60 | MFK | calls (three) with D. Habiv (GMP counsel) on supplemental documents, production of same, and nature of same |
| 10/04/05 | 0.20 | SWL | work on preparing/processing Synagro's supplemental documents produced on 10/5/05 (A001786 - A001827) |
| 10/12/05 | 1.50 | NMK | review and organize supplemental documents and drawings produced from GMP; catalog and index documents into discovery charts |
| 10/14/05 | 0.20 | PA | emails to and from M. Kuo regarding discovery and trial setting |
| 10/19/05 | 0.40 | SWL | work on preparing/processing documents produced by GMP (Peter Melnyk) on 10/3/05 (G001884 - G002019) |
| 10/26/05 | 0.40 | JB | work on updating substantive pleadings binders |
| 11/07/05 | 1.70 | NMK | update master document indices and charts; prepare pleadings summary chart; organize and prepare files for documents produced and obtained from various parties |

### D.   DEPOSITIONS

| DATE | TIME | BY | DESCRIPTION |
|---|---|---|---|
| 04/27/05 | 0.90 | PA | email from and to M. Kuo re [REDACTED]; review documents from client |

611344_1/7392-3

| DATE | TIME | BY | DESCRIPTION |
|---|---|---|---|
| 04/28/05 | 0.40 | DKK | coordinate oral deposition arrangements for GMP Hawaii's 30 (b) (6) oral deposition |
| 05/02/05 | 0.10 | PA | email from and to M. Kuo re [REDACTED] |
| 05/25/05 | 0.10 | MFK | call with Sutton re rescheduling GMP 30(b)(6) deposition |
| 06/01/05 | 0.10 | MFK | call from J. Carmichael re update on GMP deposition |
| 06/12/05 | 0.10 | PA | email from and to M. Kuo re depo schedule |
| 06/13/05 | 0.20 | MFK | email from D. Sutton re rescheduling 30(b)(6) deposition because of deponent's unavailability; emails with P. Alston on same; call to D. Sutton on rescheduling 30(b)(6) deposition (left message) |
| 06/14/05 | 0.10 | MFK | call to Dick Sutton re GMP's request to continue deposition and potential dates |
| 06/17/05 | 0.10 | PA | email from and to M. Kuo re depo scheduling |
| 06/17/05 | 0.20 | MFK | calls and emails to D. Sutton (GMP counsel) to reschedule 30(b)(6) deposition; email to P. Alston on [REDACTED]; call to D. Sutton (left message) on conflict with date and alternative dates |
| 06/21/05 | 0.10 | MFK | call to D. Sutton (left message) on rescheduling 30(b)(6) deposition and alternatives dates in early July |
| 06/23/05 | 0.20 | MFK | call to R. Sutton (GMP) counsel on rescheduling 30(b)(6) deposition (left message); email on same; meeting with P. Alston re [REDACTED] |
| 06/24/05 | 0.20 | MFK | email to D. Sutton re rescheduling of 30b6 deposition and issuance of notice; review amended notice for service |

611344_1/7392-3

| DATE | TIME | BY | DESCRIPTION |
|---|---|---|---|
| 07/12/05 | 4.50 | MFK | emails to and from J. Carmicheal re [REDACTED]; draft deposition outline in preparation of 30(b)(6) deposition |
| 07/13/05 | 0.80 | DKK | meet with M. Kuo re preparing oral deposition exhibits; work on same |
| 07/13/05 | 0.30 | JB | work on compiling deposition exhibits |
| 07/13/05 | 1.70 | SWL | work on preparing selected documents to be used for deposition |
| 07/14/05 | 6.40 | MFK | continue drafting 30(b)(6) outline of deposition questions and references to GMP's key document; review Synagro's key documents to locate supporting exhibits for deposition; review complaint, counterclaim, and motions pleadings to expand issues for 30(b)(6) deposition |
| 07/15/05 | 8.80 | MFK | review and revise 30(b)(6) deposition outline in preparation of deposition; review supplemental production of documents brought to deposition by GMP, including invoices, and email correspondence; meetings with D. Sutton and P. Alston re continuing deposition due to document production and producing W. Guirguis as additional 30(b)(6) deponent; take deposition of GMP's 30(b)(6) deponent P. Melnky |
| 08/09/05 | 0.10 | PA | review transcript of deposition of Peter Melnyk |
| 08/10/05 | 0.20 | MFK | call to R. Sutton (left message) and email on scheduling of depositions and supplemental production; call with J. Carmicheal re deposition of P. Melynk and status of case |
| 08/11/05 | 0.40 | MFK | emails and meeting with P. Alston on additional witnesses required to be deposed pursuant to GMP's initial disclosures and case strategy on depositions and filing of motion |