Page 34

| DATE | TIME | BY | DESCRIPTION |
|------|------|-----|-------------|
| 08/11/05 | 0.20 | DKK | emails back & forth with M. Kuo re drafting oral deposition notices for Peter Melnyk and Wagdy Guirguis |
| 08/15/05 | 0.80 | DKK | work on drafting oral deposition notices for Wagdy Guirguis and Peter Melnyk; emails back & forth with M. Kuo re same; catalog Peter Melnyk's 7/15/05 oral deposition; instruct document clerks on preparation of condensed oral deposition & exhibit notebooks |
| 08/16/05 | 0.40 | MFK | call with D. Sutton re deposition scheduling and production of supplemental documents; review and revise amended and continued notice for 30(b)(6) depositions for P. Melynk and W. Guirguis; call with D. Kakazu on clarification of split notices |
| 08/17/05 | 0.10 | PA | review notice of taking deposition upon oral examination pursuant to 30(b)(6) of designated representative GMP Hawaii, Inc. - W. Guirguis and P. Melnyk; conference with M. Kuo re strategy |
| 08/23/05 | 0.70 | SWL | work on preparing/updating condensed oral deposition and deposition exhibits binder for Peter Melnyk, Ph.D., P.E. taken on 7/15/05 |
| 08/24/05 | 0.20 | DKK | telephone conference with Rosenberg Court Reporters re exhibits 1 - 17 to Peter Melnyk, Ph.D.'s oral deposition |
| 08/25/05 | 3.00 | MFK | meeting wtih P. Melynk and W. Guirguis re deposition dates; call to D. Sutton office on same (not in office); emails and call to P. Alston re depositions of GMP's 30(b)(6) representatives and scheduling representations by D. Sutton; draft letter to D. Sutton re deposition of GMP's 30(b)(6) representatives; review and revise letter on same; review amended deposition notice for W. Guirguis |
| 08/25/05 | 1.70 | SWL | work on updating deposition exhibits binder re Peter Melnyk, Ph.D., P.E. taken on 7/15/05 |
| 08/26/05 | 0.20 | DKK | emails back & forth with A. Matsuo re contacting court |

| DATE | TIME | BY | DESCRIPTION |
|------|------|-----|-------------|
| | | | reporter re 30 (b)(6) oral deposition |
| 08/30/05 | 0.10 | MFK | email to J. Carmicheal re comments to P. Melnyk's deposition for continued deposition issues |
| 08/31/05 | 2.00 | MFK | review exhibits to Melnyk's deposition in preparation of continued 30b6 depositions; review GMP's supplemental production of documents for factual background, to identify key documents, and to select exhibits in preparation of 30b6 deposition; email to J. Carmicheal re GMP's supplemental production, questions on key documents, and comments to Melnyk's deposition testimony |
| 08/31/05 | 0.60 | DKK | work on documents provided by Peter Mylnek for oral deposition exhibit preparation |
| 09/01/05 | 0.10 | PA | email from and to M. Kuo re depo scheduling |
| 09/01/05 | 0.30 | MFK | emails with A. Matsuo re calls with Sutton office re rescheduling fo deposition of Peter Melnyke; emails with P. Alston re same and case strategy and alternatives on scheduling of depositions and effect on summary judgment motion and hearing date |
| 09/02/05 | 0.10 | PA | email from and to M. Kuo re [REDACTED] |
| 09/02/05 | 1.70 | MFK | emails from A. Matsuo re calls with Sutton's office on scheduling of 30(b)(6) depositions and settlement conference; calls (four) with A. Matsuo on same and confirming Sutton's reasons for rescheduling and status of Guirguis deposition; calls (three) with Debbie (Sutton's secretary) re 30(b)(6) depositions, reschduling of depositions, settlement conference; calls (two - left message) to R. Sutton on same; emails with P. Alston re same and [REDACTED]; emails with R.Sutton and Debbie re same, GMP's actions related to discovery, cancellation and rescheduling of depositions, trial and travel schedule of Sutton and Guirguis, and settlement conference; review letter from Sutton on same and call |

| DATE | TIME | BY | DESCRIPTION |
|------|------|-----|-------------|
| | | | with A. Matsuo on content of same |
| 09/06/05 | 0.40 | DKK | confer with M. Kuo re preparation of exhibits for 30 (b)(6) oral deposition; work on same |
| 09/07/05 | 1.20 | JB | work on production of selected documents for deposition preparation for GMP 30(b)(6) |
| 09/08/05 | 0.30 | MFK | emails with P. Alston and Debbie (Sutton's office) re scheduling of settlement conference and deposition of W. Gurguis; draft letter to Sutton re re-scheduling of deposition of GMP's 30(b)(6) deponents; review amended notice of deposition for Melnyk |
| 09/09/05 | 1.80 | MFK | emails with J. Carmichael re Tim Steinberger, depositions verses interviews of CCH personnel, Hawaii trip, acces to review declaration, meeting re declaration for summary judgment motion, comments to Melnyk deposition; review amended notice of deposition for Guirguis; draft letter to Sutton confirming rescheduling of 30(b)(6) depositions per agreement and clarifying re-scheduled dates |
| 09/14/05 | 0.10 | PA | email from and to M. Kuo re depo |
| 09/16/05 | 0.30 | PA | conference with M. Kuo re Guirguis depo |
| 09/16/05 | 0.60 | MFK | emails with PA re rescheduling of deposition of P. Melnyk, deposition strategy, and trial date; review of P. Melnyk deposition outline re identifying issues of coverage |
| 09/16/05 | 0.30 | DKK | catalog oral deposition notices for Wagdy Guirguis and Peter Melnyk |
| 09/18/05 | 6.70 | MFK | review deposition of Melnyk re references to Guirguis in preparation for deposition; draft deposition outline for Guirguis 30(b)(6) deposition; review key correspondence in Synagro and GMP's production to identify exhibits for deposition; review, revise, and |

Page 37

| DATE | TIME | BY | DESCRIPTION |
|------|------|----|----|
| | | | expand deposition outline for Guirguis to include references to key exhibits; review GMP's counterclaim and Guiguis's prior declaration in preparation of deposition |
| 09/19/05 | 5.60 | MFK | review deposition outline in preparation for Guirguis deposition; take 30(b)(6) deposition of Guirguis; review Synagro's production of documents to locate documents on same for continued deposition; call with courtreporter re missing exhibit |
| 09/19/05 | 0.80 | DKK | research re power point presentation for oral deposition exhibit; confer with A. Matsuo re same |
| 09/20/05 | 0.20 | PA | email from and to M. Kuo re status of deposition of Guirguis |
| 09/21/05 | 0.10 | DKK | follow up with C. Juan re oral deposition of Peter Mylnek |
| 09/26/05 | 0.20 | DKK | catalog original oral depositions |
| 09/28/05 | 0.10 | SWL | work on preparing original oral deposition file for Peter Melnyk, Ph.D., P.E. taken on 7/15/05 [Exhibits 1 - 17] |
| 09/29/05 | 2.30 | MFK | calls with GMP's office (Dan Habid) re status of Guirguis' deposition transcript; miscellaneous work tracking status of same; review client notes re deposition testimony of P. Melnyk and review corresponding deposition pages in preparation of continued deposition of P. Melnyk; draft deposition outline of issues and questions for continued deposition of P. Melnyk; identify and compile exhibits related to sludge testing, GMP's subcontracts with Andrtiz and CBI, and correspondence and invoice re GMP's work for CCH for continued deposition of P. Melnyk |
| 09/30/05 | 0.80 | MFK | emails and calls to J. Hecht (left message) and with C. Reynolds re pricing proposal submitted to CCH by Synagro and questions on same for supplemental production and Melnyk's continued deposition; |

Page 38

| DATE | TIME | BY | DESCRIPTION |
|------|------|-----|-------------|
| | | | miscellanous work re execution of amended notice of deposition; meeting with N. Kanada re supplmental production of documents from GMP, copying and batestamping of same for upcoming continued deposition; meeting with courtreporter re exhibits to Melnyk's deposition and status of Guirguis deposition |
| 10/04/05 | 3.60 | MFK | review supplemental responsive documents, correspondence, and plans produced by GMP on 9/30/05, 10/3/05, and 10/4/05 for further case development and in preparation of Melnyk's continued deposition; compile exhibits for Melnyk's deposition; review Carmicheal's notes regarding Melnyk's initial deposition and Guirguis' references to Melnyk in preparation of Melnyk's 30(b)(6) deposition; revise and expand 30(b)(6) deposition outline for Melnyk to clarify questions regarding relationship with Andrtiz, CBI, APC, and County, and work performed to date on Project and source of work |
| 10/04/05 | 0.60 | NMK | compile/prepare exhibits for continued deposition of P. Melnyk |
| 10/05/05 | 7.30 | MFK | review supplemental documents and plans produced by GMP on 10/5; revise and expand 30(b)(6) continued deposition for Melnyk to include exhibit references and questions on documents, correspondence, and plans in GMP's supplemental productions; attend and take continued deposition of P. Melnyk |
| 10/12/05 | 1.40 | NMK | review P. Melnyk's continued oral deposition transcript and load into summation database; catalog deposition and update deposition chart |
| 10/13/05 | 1.00 | JB | work on preparing oral deposition files for Wagdy Guirguis, P.E. (9/19/05) and Peter Mylnek, Ph.D., P.E. (10/5/05); work on production of condensed depositions and deposition exhibits for binder updating |
| 10/16/05 | 2.10 | JB | work on updating condensed deposition and deposition exhibits binders |

Page 39

| DATE | TIME | BY | DESCRIPTION |
|------|------|----|-------------|

### E.    MOTIONS PRACTICE (INCLUDES RESEARCH)

| DATE | TIME | BY | DESCRIPTION |
|------|------|----|-------------|
| *08/23/04* | *0.90* | *PA* | *draft declaration; review reply memo in support of motion for temporary restraining order; draft declaration* |
| *08/24/04* | *0.40* | *PA* | *revise declaration* |
| *08/25/04* | *1.20* | *PA* | *review and revise declaration; [REDACTED]* |
| 09/18/04 | 1.80 | MFK | review correspondence file, complaint, motion for preliminary injunction, and related exhibits for purposes of clarifying facts to draft motion to dismiss counterclaim; reserach re FRCP Rule 11 sanctions, 12(b)(6) review standard, HRS provisions re statute of frauds, state and federal statute of fraud cases, and factually similar cases re implied contracts and statute of frauds |
| 09/20/04 | 11.60 | MFK | conduct reserach re [REDACTED]; draft motion to dismiss complaint for failure to state a claim - introduction, facts, standard of review, arguments re lack of implied contract, statute of frauds bar, inapplicability of exceptions, prohibition against award of punitive damages in contract action, Rule 11 sanctions; review and revise draft of motion to dismiss; email to P. Alston on same |
| 09/21/04 | 1.00 | MFK | draft declaration of J. Carmichael in support of motion to dismiss; revise and expand facts and argument on construction contract terms, lack of implied contract, statute of frauds; review motion to shorten time on motion to consolidate and motion to consolidate filed by defendants |
| 10/16/04 | 0.20 | PA | email to M. Kuo re [REDACTED] |

611344_1/7392-3

| DATE | TIME | BY | DESCRIPTION |
|---|---|---|---|
| 10/18/04 | 0.10 | PA | email from and to M. Kuo re [REDACTED] |
| 11/15/04 | 1.40 | MFK | continue research on issues for motion for summary judgment on statute of frauds statute and arguments, and factually similar cases |
| 11/16/04 | 1.30 | PA | review and revise summary judgment motion |
| 11/16/04 | 5.50 | MFK | continue drafting motion for summary judgment - inserting motion for summary judgment standards and expanding facts and arguments related to statute of frauds, inapplicability of part performance, and no punitive damages |
| 11/17/04 | 2.00 | MFK | review and revise draft of motion for summary judgment; meeting with P. Alston on [REDACTED]; reserach [REDACTED] |
| 11/18/04 | 8.30 | MFK | conduct research re [REDACTED]; review of case file, contracts, correspondence, and client document to location terms reflecting intent for contract to exceed one year; emails and meetings with P. Alston on [REDACTED]; continue drafting motion for summary judgment - expand and reorganize factual statement to include City letter awarding contract and term of contract, and supplemental contract terms, and to expand and revise argument on statute of frauds and no enforceable contract; conform additional facts and arguments to declaration of Carmichael |
| 11/19/04 | 2.90 | MFK | reserach caselaw on personal service exception to statute of frauds; continue drafting motion for summary judgment - draft argument on personal service exception; review and revise draft; email to P. Alston on draft motion |
| 11/29/04 | 0.20 | PA | conference with M. Kuo re [REDACTED] |

611344_1/7392-3

| DATE | TIME | BY | DESCRIPTION |
|---|---|---|---|
| 11/29/04 | 2.10 | MFK | revise motion for summary judgment to include P. Alston's comments; continue reserach on personal service exception, jurisdictions adopting or discounting Florida position, review of Illinois and Minnosota law to distinguish personal service exception, factually similar cases regarding employment relationships and personal services exception; meeting with P. Alston on same |
| 12/08/04 | 3.60 | MFK | review Synagro/CBI contract and CBI/GMP contract for factual backgroud and provisions helpful to summary judgment motion; revise statement of facts in summary judgment motion to [REDACTED]; continue research of [REDACTED]; revise summary judgment arguments to [REDACTED]; revise declaration of J. Carmicheal to include reference to CBI contracts; review and revise to final draft summary judgment motion and Carmicheal declaration for consistency |
| 12/09/04 | 1.00 | PA | review emails re GMP contract value; review and revise draft summary judgment motion |
| 12/09/04 | 1.10 | MFK | calls (two) and emails from James Carmichael re [REDACTED]; meeting with P. Alston on same; revise motion for summary judgment to [REDACTED] value in contract provisions and coincide declaration of Carmicheal; email to P. Alston on [REDACTED] |
| 12/16/04 | 0.40 | PA | email from and to M. Kuo re [REDACTED]; review motion for summary judgment |
| 12/17/04 | 0.40 | MFK | compile exhibits in support of motion for summary judgment |
| 12/21/04 | 0.50 | PA | email from and to M. Kuo re [REDACTED]; revise motion |
| 12/21/04 | 1.10 | MFK | continue reserach on cases holding [REDACTED]; meeting with P. Alston on [REDACTED]; draft footnote discussing facts and related arguments to support summary judgment motion on same; email and call to Jim Carmicheal on [REDACTED] |

Page 42

| DATE | TIME | BY | DESCRIPTION |
|---|---|---|---|
| 12/23/04 | 0.80 | PA | prepare declaration for J. Hecht; revise J. Carmichael declaration; email re declaration |
| 12/29/04 | 0.20 | PA | review and revise declaration |
| 02/10/05 | 0.20 | MFK | review notice of withdrawal and substitution of counsel; review district court rule 7.4 to clarify filing date for opposition to motion for summary judgment and reply |
| 02/11/05 | 0.20 | PA | conference with J. Carmichael re [REDACTED] |
| 02/16/05 | 0.30 | PA | emails from and to M. Kuo re opposition to motion for summary judgment |
| 02/16/05 | 1.00 | MFK | review federal and district court rules on ramifications of failing to file opposition to motion for summary judgment; emails to P. Alston re [REDACTED]; calls (three) with R. Sutton (counsel for GMP) on status of opposition to motion for summary judgment, proposed extension, and case deadlines; meeting with P. Alston on same |
| 02/18/05 | 0.70 | MFK | review and revise memorandum to final; email to P. Alston on same |
| 02/25/05 | 0.20 | DKK | emails back & forth with A. Matsuo re motion for summary judgment |
| 03/01/05 | 1.20 | MFK | review GMP's memorandum in opposition to summary judgment motion to prepare reply; draft brief outline of arguments and counter-arguments; meeting with P. Alston on reply arguments |
| 03/02/05 | 0.20 | PA | email from and to M. Kuo re opposition; review draft documents |
| 03/02/05 | 4.00 | MFK | review GMP's exhibits in support of opposition; review declarations of Melnky and Guirguis in support of opposition; review ARI-GMP and CBI-GMP |

| DATE | TIME | BY | DESCRIPTION |
|---|---|---|---|
| | | | subcontracts to define scope of work and compare scope of work and contractual obligations to services and proposals in GMP's exhibits to support opposition; draft email to J. Carmichael and J. Hecht re [REDACTED]; email with P. Alston on [REDACTED]; research for [REDACTED] |
| 03/03/05 | 8.40 | MFK | calls (two) with J. Carmichael and (one) with Jim Hecht re [REDACTED]; continue research for reply to summary judgment motion - research [REDACTED]; continue drafting reply to memorandum - arguments re part performance, detrimental reliance, and judicial admissions doctrine; meeting with P. Alston re [REDACTED] |
| 03/04/05 | 7.40 | MFK | review factual background memorandums from J. Carmichael and J. Hecht; calls (two) with J. Carmichael re [REDACTED]; review of pleading file for procedural background for opposition to motion for a continuance; review motion for a continuance and declaration of counsel and attached discovery in preparation of drafting opposition; research re Rule 56(f) and (g) re a continuance, judge's discretion, lackof due diligence in conducting discovery; continue drafting consolidated reply to summary judgment motion/motion to continue - procedural background and arguments on lack of due diligence to obtain continuance, one year bar, and lack of sufficient writing |
| 03/05/05 | 0.10 | PA | email regarding motion for summary judgment |
| 03/05/05 | 5.90 | MFK | emails to and from J. Carmichael re [REDACTED]; review [REDACTED] provided by J. Carmichael [REDACTED] judgment motion; draft introductory conclusion of arguments for joint reply/opposition; review and revise draft of joint reply/opposition; expand factual background related to procedural background and deadlines; draft declarations of P. Alston and J. Carmichael in support of joint reply/opposition; review and revise declarations; identify and compile relevant exhibits supporting joint reply/opposition; compare |