| DATE | TIME | BY | DESCRIPTION |
|---|---|---|---|
| 08/04/05 | 0.10 | PA | email from and to M. Kuo re settlement conference |
| 08/05/05 | 0.90 | MFK | review of settlement statement in preparation of settlement conference with Court; calls to and from Sutton's secretary, P. Alston, and Court regarding rescheduling of settlement conference due to Sutton's unavailability, and coordinating alternative conference date |
| 08/06/05 | 0.10 | PA | email from and to M. Kuo re scheduling |
| 08/09/05 | 0.10 | PA | review court minute order re settlement conference |
| 08/09/05 | 0.10 | MFK | email from P. Alston re rescheduling of settlement conference; review court minutes on same |
| 10/14/05 | 2.00 | MFK | review settlement conference statement and exhibits in preparation of settlement conference; attend status conference and settlement conference in federal district court; email to P. Alston updating on same |
| 11/04/05 | 0.30 | MFK | emails with T. Pettit re amended notice of hearing; draft amended notice of hearing |
| 12/13/05 | 8.70 | MFK | review summary judgment pleadings, concise statements and oppositions, and related declarations and exhibits in preparation for hearing on motion for summary judgment; draft timeline of key events and dates of execution of contracts and scope of work; draft outline of arguments and counterarguments for motion hearing; emails with J. Carmicheal to clarify facts re [REDACTED] |
| 12/14/05 | 2.30 | MFK | continue preparing for hearing on summary judgment motion; review key cases cited by both parties in briefs; review timeline and outline of arguments; attend and argue motion for summary judgment at district court |
| 02/28/06 | 1.00 | PA | email from and to M. Kuo; prepare for and attend |

611344_1/7392-3

Page 55

| DATE | TIME | BY | DESCRIPTION |
|---|---|---|---|
| | | | settlement conference; review pleadings; review and revise email to clients re status |
| 02/28/06 | 1.70 | MFK | review complaint, answer, and settlement conference statements in preparation for conference with GMP and Court; attend settlement conference with GMP, Judge, and P. Alston; call with J. Carmicheal and update email to clients on same. |
| 03/16/06 | 1.00 | MFK | attend status conference at district court with GMP counsel re agreement to vacate trial and deadlines and scheduling of pleading deadlines and hearing on motion for attorneys' fees and costs |

**G.   TRIAL PREPARATION AND ATTENDING TRIAL**

None.

**H.   POST-TRIAL MOTIONS.**

None.

611344_1/7392-3

Page 56

| BY | RATE | HOURS | AMOUNT |
|---|---|---|---|
| PAUL ALSTON | 450.00 | 62.2 | $ 27,990.00 |
| MEI-FEI KUO | 135.00 | 375.0 | $ 50,625.00 |
| SHELLIE K. PARK-HOAPILI | 125.00 | 0.1 | $ 12.50 |
| DANIE K. KAKAZU | 120.00 | 25.3 | $ 3,036.00 |
| NOREEN M. KANADA | 100.00 | 12.0 | $ 1,200.00 |
| KELLIANN A. SHIMOTE | 75.00 | 1.3 | $ 97.50 |
| SAMSON W. LEE | 30.00 | 16.5 | $ 495.00 |
| JYA-MING M. BUNCH | 30.00 | 19.8 | $ 594.00 |
| TOTALS: | | 512.2 | $ 84,050.00 |

| | | |
|---|---|---|
| FEES | $ | 84,050.00 |
| COURTESY DISCOUNT | | (7,362.50) |
| LEGAL SERVICES | $ | 76,687.50 |
| STATE EXCISE TAX | | 3,190.20 |
| **SUBTOTAL** | $ | 79,877.70 |

611344_1/7392-3