

BOOK OF LISTS
PACIFIC BUSINESS NEWS
2006 EDITION $24.95
Vol. 43 Issue 43, Dec. 23, 2005

Jobs of the future

**********CR LOT 0110A**C001
#036751292#  06/02/06   S10 P3 315
LIBRARY COPY !!
ALSTON HUNT FLOYD & ING    HI 1 BL
1001 BISHOP ST STE 1800
HONOLULU, HI 96813-3689


 CENTRAL PACIFIC BANK
 CROWN RELOCATIONS
 HEMIC Employer Owned Workers' Comp
 HMAA
 KMH LLP
 BECKER
 Adecco

EXHIBIT C

# LAW FIRMS
Ranked by number of lawyers including Of Counsel

| Rank (Prior rank) | Company name Web site | Address | Phone number Fax number | No. of: lawyers partners | Hourly fee range: partners associates | Some specialty areas | Name of top executive Title |
|---|---|---|---|---|---|---|---|
| 1 (1) | Goodsill Anderson Quinn & Stifel www.goodsill.com | 1099 Alakea St., Suite 1800 Honolulu, HI 96813 | (808) 547-5600 (808) 547-5880 | 80 46 | DND DND | Full-service firm, litigation, real property, tax, banking, employment, environmental, public utilities | Miki Okumura Managing Director |
| 2 (2) | Carlsmith Ball LLP www.carlsmith.com | 1001 Bishop St., ASB Tower Suite 2200 Honolulu, Hawaii 96813 | (808) 523-2500 (808) 523-0842 | 64 41 | DND DND | Real estate, land use, litigation, corporate, finance, pension, estate planning, employment, maritime | Karl Kobayashi Chairman |
| 3 (3) | Cades Schutte LLP www.cades.com | 1000 Bishop St., 12th Fl. Honolulu, HI 96813 | (808) 521-9200 (808) 521-9210 | 57 34 | $200 - $400 $130 - $275 | Business, litigation, real estate, tax, banking, finance, land use, property rights, estate planning | Management Committee[1] |
| 4 (5) | McCorriston Miller Mukai MacKinnon LLP www.m4law.com | 500 Ala Moana Blvd., 5 Waterfront Plaza, 4th Fl. Honolulu, HI 96813 | (808) 529-7300 (808) 524-8293 | 42 31 | $175 - $400 $125 - $180 | Litigation, real estate, international business | D. Scott MacKinnon Managing Partner |
| 5 (4) | Alston Hunt Floyd & Ing www.ahfi.com | 1001 Bishop St., 18th Floor ASB Tower Honolulu, HI 96813 | (808) 524-1800 (808) 524-4591 | 41 16 | $215 - $475 $115 - $280 | Commercial, health care, construction, labor, government contracts, insurance, real estate | Paul Aston President |
| 6 (7) | Kobayashi Sugita & Goda, Attorneys at Law www.ksglaw.com | 999 Bishop St., Ste 2600 Honolulu, HI 96813 | (808) 539-8700 (808) 539-8799 | 35 22 | $185 - $350 $125 - $185 | Complex litigation, commercial, construction, corporate, international business | Bert T. Kobayashi Jr. Senior Partner |
| 7 (9) | Torkildson Katz Fonseca Moore & Hetherington www.torkildson.com | 700 Bishop St., 15th Fl. Honolulu, HI 96813 | (808) 523-6000 (808) 523-6001 | 33 24 | $210 - $340 $140 - $225 | Employment, litigation, corporate, health care, securities, retirement plans, real estate, tax, estates | J. George Hetherington Chairman |
| 7 (6) | Watanabe Ing Kawashima & Komeiji LLP www.wik.com | 999 Bishop St. 23rd Fl. Honolulu, HI 96813 | (808) 544-8300 (808) 544-8399 | 33 24 | $200 - $450 $150 - $200 | Litigation, government, regulatory affairs, banking, real estate, labor, employment, foreclosure | Jeffrey N. Watanabe Managing Partner |
| 9 (10) | Ashford & Wriston www.ashfordwriston.com | 1099 Alakea St., Suite 1400 Honolulu, HI 96813 | (808) 539-0400 (808) 533-4945 | 26 13 | $190 - $260 $125 - $185 | Real property, civil litigation, business, tax, bank and financial services, health care, family law | Cuyler Shaw Managing Partner |
| 10 (12) | Ayabe Chong Nishimoto Sia & Nakamura LLLP NA | 1001 Bishop St., Pauahi Tower 2500 Honolulu, HI 96813 | (808) 537-6119 (808) 526-3491 | 25 20 | $150 - $300 $110 - $150 | Commercial and civil litigation, professional liability, workers' compensation, dispute resolution | Sidney Ayabe Managing Partner |
| 11 (7) | Damon Key Leong Kupchak Hastert www.hawaiilawyer.com | 1001 Bishop St., Pauahi Tower, Suite 1600 Honolulu, HI 96813 | (808) 531-8031 (808) 533-2242 | 24 9 | $230 - $300 $130 - $210 | Full-service, business, commercial, construction, creditors' rights, dispute resolution, e-business | Denis C.H. Leong President |
| 12 (10) | Case Bigelow & Lombardi ALC www.casebigelow.com | 737 Bishop St., Suite 2600 Honolulu, HI 96813 | (808) 547-5400 (808) 523-1888 | 23 14 | $210 - $360 $150 - $185 | Real estate, business, land use, bankruptcy, collections, civil litigation, administrative, tax | Dennis Lombardi Director & President |
| 12 (NR) | Stanton Clay Chapman Krumpton & Iwamura www.paclawteam.com | 700 Bishop St., Suite 2100 Honolulu, HI 96813 | (808) 535-8412 (808) 535-8472 | 23 8 | $200 - $285 $150 - $225 | Business, collections, wills, condominium, construction, financial, immigration, mediation | Robert E. Chapman President |
| 14 (14) | Bays Deaver Lung Rose & Baba www.legalhawaii.com | 1099 Alakea St., 16th Fl. Honolulu, HI 96813 | (808) 523-9000 (808) 533-4184 | 21 8 | $215 - $335 $125 - $170 | Litigation, arbitration, real estate, construction, commercial, employment, trusts and estates | Harvey J. Lung Managing Partner |
| 14 (13) | Rush Moore LLP www.rmhawaii.com | 737 Bishop St., Suite 2400 Honolulu, HI 96813 | (808) 521-0400 (808) 521-0597 | 21 16 | $185 - $285 $105 - $150 | Civil litigation, real estate, corporate, estate planning, tax, health care, creditors' rights, | David Shibata Managing Partner |
| 16 (14) | Reinwald O'Connor & Playdon LLP www.roplaw.com | 733 Bishop St., Suite 2400 Honolulu, HI 96813 | (808) 524-8350 (808) 531-8628 | 18 11 | $150 - $300 $125 - $200 | Insurance defense, commercial litigation, construction, trusts and estates, employment | Michael McGuigan Managing Partner |
| 17 (17) | Cronin Fried Sekiya Kekina & Fairbanks www.croninfried.com | 841 Bishop St., Suite 600 Honolulu, HI 96813 | (808) 524-1433 (808) 536-2073 | 17 12 | NA[2] NA | Personal injury, litigation | L. Richard Fried President |
| 18 (18) | Oshima Chun Fong & Chung LLP www.ocfc.com | 841 Bishop St., Suite 400 Honolulu, HI 96813 | (808) 528-4200 (808) 531-8466 | 16 10 | DND DND | Banking and finance, business and commercial, business litigation and arbitration, e-commerce | Alan Oshima Managing Partner |
| 19 (18) | Chun Kerr Dodd Beaman & Wong LLP ckdbw.com | 745 Fort St. Mall, Suite 900 Honolulu, HI 96813 | (808) 528-8200 (808) 536-5869 | 14 7 | $210 - $350 $130 - $150 | Real estate, taxation, real estate and commercial litigation | Leroy Colombe Managing Partner |
| 19 (20) | Kessner Duca Umebayashi Bain & Matsunaga NA | 220 South King St., 19th Floor Honolulu, HI 96813 | (808) 536-1900 (808) 529-7177 | 14 8 | $125 - $275 NA | Insurance defense, auto accidents, medical malpractice, workers' compensation, construction | John Bain Managing Partner |
| 21 (14) | Burke McPheeters Bordner & Estes www.bmbe-law.com | 737 Bishop St., Suite 3100 Honolulu, HI 96813 | (808) 523-9833 (808) 528-1656 | 13 9 | $150 - $250 $125 - $150 | Professional liability, commercial and real estate litigation, personal injury litigation, family law | Willam Bordner President |
| 22 (20) | Paul Johnson Park & Niles www.pjpn.com | 1001 Bishop St., ASB Tower, Suite 1300 Honolulu, HI 96813 | (808) 524-1212 (808) 538-3322 | 12 9 | DND DND | Litigation, arbitration, mediation, commercial, financing, real estate, construction, maritime | William McKeon President |
| 23 (NR) | Belles Graham Proudfoot & Wilson www.kauai-law.com | 4334 Rice St., Suite 202 Lihue, HI 96766 | (808) 245-4705 808-245-3277 | 7 4 | $200 - $250 $135 - $175 | Land use, real property, business, cooperative, utilities, commercial litigation, admiralty and maritime | David Proudfoot Managing Partner |
| 24 (NR) | Ing Horikawa Kuwada Jorgensen and Toma www.ingmauilaw.com | 2145 Wells St. Ste. 204 Wailuku, HI 96793 | (808) 242-4555 (808) 244-6964 | 4 3 | $200 - $225 NA | Real estate, business, personal injury, litigation, estate planning, probate | Lawrence N.C. Ing Senior Partner |
| 25 (NR) | David A Sereno, A Law Corporation www.davidserenolaw.com | 55-B N. Church St. Wailuku, HI 96793 | (808) 242-5710 (808) 242-7246 | 3 0 | $200 - $350 $0 | Criminal law | David Sereno President |

Notes: DND: did not disclose; NA: not applicable/available; NR: not previously ranked. Last year, Oahu and Neighbor Island law firms were listed separately. Therefore, all neighbor island law firms are listed as not previously ranked. Number of support staff listed is full-time. Information on this list was supplied by individual firms through questionnaires.
[1] The members of the Cades Schutte management committee are Jeffrey S. Portnoy, Nicholas C. Dreher, David Schulmeister and Donna Y.L. Leong.
[2] Cronin Fried Sekiya Kekina & Fairbanks work on contingency fees and do not charge by the hour.