**EXHIBIT "D"**

Synagro/GMP
Civil No. CV04-00509 SPK LEK

Itemization of Costs

| Description | Amount |
|---|---|
| Messenger Services | $135.00 |
| Long-distance telephone charges | $11.16 |
| Facsimiles | $2.00 |
| Postage | $82.78 |
| TOTAL | $230.94 |



1.    Messenger Services

| Date Incurred | Description | Amount |
|---|---|---|
| 9/11/04 | Messenger Services | $6.00 |
| 10/11/04 | Messenger Services | $9.00 |
| 11/6/04 | Messenger Services | $3.00 |
| 12/7/04 | Messenger Services | $9.00 |
| 1/7/05 | Messenger Services | $6.00 |
| 3/9/05 | Messenger Services | $3.00 |
| 4/12/05 | Messenger Services | $6.00 |
| 5/7/05 | Messenger Services | $6.00 |
| 6/15/05 | Messenger Services | $9.00 |
| 7/13/05 | Messenger Services | $3.00 |
| 8/17/05 | Messenger Services | $3.00 |
| 9/15/05 | Messenger Services | $18.00 |
| 10/12/05 | Messenger Services | $18.00 |
| 11/10/05 | Messenger Services | $6.00 |
| 1/11/06 | Messenger Services | $18.00 |
| 2/8/06 | Messenger Services | $3.00 |
| 3/13/06 | Messenger Services | $3.00 |
| 4/17/06 | Messenger Services | $6.00 |
|  | Subtotal | $135.00 |

2.    Long-Distance Telephone Charges

| Date Incurred | Description | Amount |
|---|---|---|
| 9/14/04 | Long-Distance Telephone Charges | $0.42 |
| 12/9/04 | Long-Distance Telephone Charges | $0.49 |
| 2/25/05 | Long-Distance Telephone Charges | $0.87 |
| 3/3/05 | Long-Distance Telephone Charges | $1.19 |

| Date Incurred | Description | Amount |
|---|---|---|
| 3/31/05 | Long-Distance Telephone Charges | $0.42 |
| 9/6/05 | Long-Distance Telephone Charges | $0.59 |
| 9/10/05 | Long-Distance Telephone Charges | $0.47 |
| 9/19/05 | Long-Distance Telephone Charges | $0.78 |
| 9/21/05 | Long-Distance Telephone Charges | $0.89 |
| 9/30/05 | Long-Distance Telephone Charges | $0.39 |
| 10/4/05 | Long-Distance Telephone Charges | $1.08 |
| 11/30/05 | Long-Distance Telephone Charges | $0.81 |
| 12/01/05 | Long-Distance Telephone Charges | $2.76 |
| | Subtotal | $11.16 |

3.    Facsimiles

| Date Incurred | Description | Amount |
|---|---|---|
| 12/7/14 | Facsimile | $2.00 |
| | Subtotal | $2.00 |

4.    Postage

| Date Incurred | Description | Amount |
|---|---|---|
| 1/7/05 | Postage | $47.25 |
| 3/9/05 | Postage | $1.80 |
| 4/12/05 | Postage | $17.71 |
| 10/12/05 | Postage | $5.90 |
| 12/13/05 | Postage | $1.48 |
| 1/11/06 | Postage | $8.64 |
| | Subtotal | $82.78 |

## Alston Hunt Floyd & Ing

ALVIN L. THOMAS II
Client: 7392-3
Invoice No.: 184641

September 11, 2004
Page -5-

| DATE | COST ADVANCED | AMOUNT |
|------|---------------|--------|
|      | MESSENGER     | 6.00   |

## PAYABLE UPON RECEIPT

*This invoice may not include some expenses (telephone, copying, depositions, etc.) for which we have not yet been billed.*
*Delinquent accounts will be charged interest at the maximum legal rate.*
*Prior unpaid balance is for this matter only.*

## Alston Hunt Floyd & Ing

ALVIN L. THOMAS II
Client: 7392-3
Invoice No.: 186017

October 11, 2004
Page -3-

| DATE | COST ADVANCED | AMOUNT |
|------|---------------|--------|
| | MESSENGER | 6.00 |
| 09/14/06 | LONG DISTANCE TELEPHONE | 0.42 |

## Alston Hunt Floyd & Ing

ALVIN L. THOMAS II                                      November 6, 2004
Client: 7392-3                                          Page -2-
Invoice No.: 187207

DATE        COST ADVANCED                        AMOUNT

            MESSENGER                              3.00

## Alston Hunt Floyd & Ing

ALVIN L. THOMAS II                                              December 7, 2004
Client: 7392-3                                                  Page -4-
Invoice No.: 188777

| DATE | COST ADVANCED | AMOUNT |
|------|---------------|--------|
|      | FAX           | 2.00   |
|      | MESSENGER     | 9.00   |

## PAYABLE UPON RECEIPT

*This invoice may not include some expenses (telephone, copying, depositions, etc.) for which we have not yet been billed.*
*Delinquent accounts will be charged interest at the maximum legal rate.*
*Prior unpaid balance is for this matter only.*

## Alston Hunt Floyd & Ing

ALVIN L. THOMAS II
Client: 7392-3
Invoice No.: 189898

January 7, 2005
Page -3-

| DATE | COST ADVANCED | AMOUNT |
|------|---------------|--------|
|      | MESSENGER     | 6.00   |
|      | POSTAGE       | 47.25  |

## PAYABLE UPON RECEIPT

*This invoice may not include some expenses (telephone, copying, depositions, etc.) for which we have not yet been billed.*
*Delinquent accounts will be charged interest at the maximum legal rate.*
*Prior unpaid balance is for this matter only.*

## Alston Hunt Floyd & Ing

ALVIN L. THOMAS II                                      March 9, 2005
Client: 7392-3                                          Page -4-
Invoice No.: 193130

| DATE | COST ADVANCED | AMOUNT |
|------|---------------|--------|
|      | MESSENGER | 3.00 |
|      | POSTAGE | 1.80 |
| 12/09/04 | LONG DISTANCE TELEPHONE | 0.49 |

## PAYABLE UPON RECEIPT

*This invoice may not include some expenses (telephone, copying, depositions, etc.) for which we have not yet been billed.*
*Delinquent accounts will be charged interest at the maximum legal rate.*
*Prior unpaid balance is for this matter only.*

## Alston Hunt Floyd & Ing

ALVIN L. THOMAS II                                    April 12, 2005
Client: 7392-3                                        Page -6-
Invoice No.: 194539

| DATE | COST ADVANCED | AMOUNT |
|------|---------------|--------|
|      | MESSENGER     | 6.00   |

## Alston Hunt Floyd & Ing

ALVIN L. THOMAS II
Client: 7392-3
Invoice No.: 194539

April 12, 2005
Page -7-

| DATE | COST ADVANCED | AMOUNT |
|------|---------------|--------|
|  | POSTAGE | 17.71 |
| 02/25/05 | LONG DISTANCE TELEPHONE | 0.87 |
| 03/03/05 | LONG DISTANCE TELEPHONE | 1.19 |

## PAYABLE UPON RECEIPT

*This invoice may not include some expenses (telephone, copying, depositions, etc.) for which we have not yet been billed.*
*Delinquent accounts will be charged interest at the maximum legal rate.*
*Prior unpaid balance is for this matter only.*

## Alston Hunt Floyd & Ing

ALVIN L. THOMAS II                                                    May 7, 2005
Client: 7392-3                                                        Page -6-
Invoice No.: 195926

| DATE | COST ADVANCED | AMOUNT |
|------|---------------|--------|
|      | MESSENGER     | 6.00   |

## PAYABLE UPON RECEIPT

*This invoice may not include some expenses (telephone, copying, depositions, etc.) for which we have not yet been billed.*
*Delinquent accounts will be charged interest at the maximum legal rate.*
*Prior unpaid balance is for this matter only.*

## Alston Hunt Floyd & Ing

ALVIN L. THOMAS II                                              June 15, 2005
Client: 7392-3                                                  Page -6-
Invoice No.: 197734

| DATE | COST ADVANCED | AMOUNT |
|------|---------------|--------|
|  | MESSENGER | 9.00 |
| 03/18/05 | LONG DISTANCE TELEPHONE | 0.42 |

## Alston Hunt Floyd & Ing

ALVIN L. THOMAS II
Client: 7392-3
Invoice No.: 199168

July 13, 2005
Page -3-

| DATE | COST ADVANCED | AMOUNT |
|------|---------------|--------|
|      | MESSENGER     | 3.00   |

## PAYABLE UPON RECEIPT

*This invoice may not include some expenses (telephone, copying, depositions, etc.) for which we have not yet been billed.*
*Delinquent accounts will be charged interest at the maximum legal rate.*
*Prior unpaid balance is for this matter only.*

## Alston Hunt Floyd & Ing

ALVIN L. THOMAS II                                           August 17, 2005
Client: 7392-3                                              Page -4-
Invoice No.: 200711

| DATE | COST ADVANCED | AMOUNT |
|------|---------------|--------|
|      | MESSENGER     | 3.00   |

## Alston Hunt Floyd & Ing

ALVIN L. THOMAS II
Client: 7392-3
Invoice No.: 201986

September 15, 2005
Page -5-

| DATE | COST ADVANCED | AMOUNT |
|------|---------------|--------|
|      | MESSENGER     | 18.00  |

## Alston Hunt Floyd & Ing

ALVIN L. THOMAS II
Client: 7392-3
Invoice No.: 203518

October 12, 2005
Page -9-

| DATE | COST ADVANCED | AMOUNT |
|------|---------------|--------|
|      | MESSENGER     | 18.00  |

## Alston Hunt Floyd & Ing

ALVIN L. THOMAS II
Client: 7392-3
Invoice No.: 203518

October 12, 2005
Page -10-

| DATE | COST ADVANCED | AMOUNT |
|------|---------------|--------|
|      | POSTAGE       | 5.90   |

## PAYABLE UPON RECEIPT

*This invoice may not include some expenses (telephone, copying, depositions, etc.) for which we have not yet been billed.*
*Delinquent accounts will be charged interest at the maximum legal rate.*
*Prior unpaid balance is for this matter only.*

## Alston Hunt Floyd & Ing

ALVIN L. THOMAS II
Client: 7392-3
Invoice No.: 204842

November 10, 2005
Page -5-

| DATE | COST ADVANCED | AMOUNT |
|------|---------------|--------|
|  | MESSENGER | 6.00 |
| 09/06/05 | LONG DISTANCE TELEPHONE | 0.59 |
| 09/10/05 | LONG DISTANCE TELEPHONE | 0.47 |
| 09/19/05 | LONG DISTANCE TELEPHONE | 0.78 |
| 09/21/05 | LONG DISTANCE TELEPHONE | 0.89 |
| 09/30/05 | LONG DISTANCE TELEPHONE | 0.39 |
| 10/04/05 | LONG DISTANCE TELEPHONE | 1.08 |

# Alston Hunt Floyd & Ing

ALVIN L. THOMAS II
Client: 7392-3
Invoice No.: 206547

December 13, 2005
Page -3-

| DATE | COST ADVANCED | AMOUNT |
|------|---------------|--------|
|      | POSTAGE       | 1.48   |

## PAYABLE UPON RECEIPT

*This invoice may not include some expenses (telephone, copying, depositions, etc.) for which we have not yet been billed.*
*Delinquent accounts will be charged interest at the maximum legal rate.*
*Prior unpaid balance is for this matter only.*

## Alston Hunt Floyd & Ing

ALVIN L. THOMAS II
Client: 7392-3
Invoice No.: 207581

January 11, 2006
Page -5-

| DATE | COST ADVANCED | AMOUNT |
|------|---------------|--------|
|      | MESSENGER     | 18.00  |
|      | POSTAGE       | 8.64   |

### PAYABLE UPON RECEIPT

*This invoice may not include some expenses (telephone, copying, depositions, etc.) for which we have not yet been billed.*
*Delinquent accounts will be charged interest at the maximum legal rate.*
*Prior unpaid balance is for this matter only.*

## Alston Hunt Floyd & Ing

ALVIN L. THOMAS II
Client: 7392-3
Invoice No.: 208945

February 8, 2006
Page -2-

| DATE | COST ADVANCED | AMOUNT |
|------|--------------|--------|
|  | MESSENGER | 3.00 |
| 11/30/05 | LONG DISTANCE TELEPHONE | 0.81 |
| 12/01/05 | LONG DISTANCE TELEPHONE | 2.76 |

## Alston Hunt Floyd & Ing

ALVIN L. THOMAS II                                                                    March 13, 2006
Client: 7392-3                                                                        Page -3-
Invoice No.: 210619

| DATE | COST ADVANCED | AMOUNT |
|------|---------------|--------|
|      | MESSENGER     | 28.30  |

## Alston Hunt Floyd & Ing

ALVIN L. THOMAS II
Client: 7392-3
Invoice No.: 212078

April 17, 2006
Page -3-

| DATE | COST ADVANCED | AMOUNT |
|------|---------------|--------|
|      | MESSENGER     | 6.00   |

PAYABLE UPON RECEIPT

*This invoice may not include some expenses (telephone, copying, depositions, etc.) for which we have not yet been billed.*
*Delinquent accounts will be charged interest at the maximum legal rate.*
*Prior unpaid balance is for this matter only.*