fees for like work,[14] and (2) the customary fees for like work prevailing in Honolulu, Hawai'i:

| Name | Title | Rate/Hour | Years of Practice/ Experience |
|---|---|---|---|
| Paul Alston | Partner | $ 450.00 | 35 |
| Mei-Fei Kuo | Associate | $ 135.00 | 5.5 |
| Shellie K. Park-Hoapili | Associate | $ 125.00 | Approx. 1 |
| Danie K. Kakazu | Paralegal | $ 120.00 | 19 |
| Noreen M. Kanada | Paralegal | $ 100.00 | 9 |
| Kelliann A. Shimote | Paralegal | $ 75.00 | 1.5 |
| Jya-Ming M. Bunch | Doc. Anal. | $ 30.00 | --- |
| Samson W. Lee | Doc. Anal. | $ 30.00 | --- |

      b.    **Hours Reasonably Expended**

Pursuant to the requirements of Local Rule 54.3, the following items are attached as Exhibit "B" to the Alston Declaration:

      (1)    **Itemization of Work Performed**. All work performed by Alston Hunt Floyd & Ing on behalf of Synagro in this matter and organized according to the eight categories specified in Local Rule 54.3(d)(1).

---

[14] The requested rates for Paul Alston and Mei-Fei Kuo are less than their current hourly rates. See Alston Dec. at ¶ 11. As a matter of courtesy to clients in cases that are resolved relatively quickly, Alston Hunt Floyd & Ing frequently bills its clients at the rate the attorney (or paralegal) charged at the commencement of an action without making any adjustments over time.