Of Counsel:
ALSTON HUNT FLOYD & ING
Attorneys At Law
A Law Corporation

PAUL ALSTON            1126-0
MEI-FEI KUO            7377-0
SHELLIE K. PARK-HOAPILI  7885-0
American Savings Bank Tower
1001 Bishop Street, 18th Floor
Honolulu, Hawaiʻi  96813
Telephone:  (808) 524-1800
E-Mail: palston@ahfi.com

Attorneys for Plaintiff
  SYNAGRO TECHNOLOGIES, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| SYNAGRO TECHNOLOGIES, INC., | CIVIL NO. CV04-00509 SPK LEK |
| Plaintiff, | **AMENDED CERTIFICATE OF SERVICE** |
| vs. | |
| GMP HAWAII, INC., | |
| Defendant. | |

**AMENDED CERTIFICATE OF SERVICE**

The undersigned hereby certifies that true and correct copies of (1) **SYNAGRO TECHNOLOGIES, INC'S MOTION FOR ATTORNEYS' FEES AND RELATED NON-TAXABLE EXPENSES; MEMORANDUM IN SUPPORT OF MOTION; DECLARATION OF JAMES P. CARMICHAEL; DECLARATION OF PAUL ALSTON; EXHIBITS "A"-"D"; CERTIFICATE OF SERVICE,** Filed February 21, 2006 and(2) **BILL OF COSTS; MEMORANDUM IN SUPPORT OF BILL OF COSTS; DECLARATION OF PAUL ALSTON; EXHIBITS "A"-"C"; CERTIFICATE OF SERVICE,** Filed February 21, 2006, were served on the following

via Electronic Mail (through CM/ECF) on February 21, 2006 and via

Hand Delivery on April 24, 2006.

RICHARD C. SUTTON, JR., ESQ.                    sutton@silawgroup.com
Sakai Iwanaga Sutton
201 Merchant Street, Suite 2307
Honolulu, HI  96813

TED N. PETTIT, ESQ.                             tnp@caselombardi.com
MICHAEL R. MARSH, ESQ.
CASE BIGELOW & LOMBARDI
Pacific Guardian Center, Mauka Tower
737 Bishop Street, Suite 2600
Honolulu, Hawaii 96813

Attorneys for Defendant
  GMP HAWAII, INC.

         DATED:  Honolulu, Hawai`i, April 24, 2006.


                                    /s/ MEI-FEI KUO
                            PAUL ALSTON
                            MEI-FEI KUO
                            Attorneys for Plaintiff
                              SYNAGRO TECHNOLOGIES, INC