Of Counsel:
ALSTON HUNT FLOYD & ING
Attorneys At Law
A Law Corporation

| | |
|---|---|
| PAUL ALSTON | 1126-0 |
| MEI-FEI KUO | 7377-0 |
| SHELLIE K. PARK-HOAPILI | 7885-0 |

American Savings Bank Tower
1001 Bishop Street, 18th Floor
Honolulu, Hawai'i  96813
Telephone:  (808) 524-1800
E-Mail: palston@ahfi.com

Attorneys for Plaintiff
  SYNAGRO TECHNOLOGIES, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | | |
|---|---|---|
| SYNAGRO TECHNOLOGIES, INC., | ) | CIVIL NO. CV04-00509 SPK LEK |
| | ) | |
| Plaintiff, | ) | **AMENDED CERTIFICATE OF SERVICE** |
| | ) | |
| vs. | ) | |
| | ) | |
| GMP HAWAII, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**AMENDED CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this date true and correct copies of Supplement to Motion for Attorneys Fees (Page 16 of Synagro Technologies, Inc.'s Motion for Attorneys' Fees and Related Non-Taxable Expenses, filed April 21, 2006), Filed April 24, 2006 were served on the following via Electronic Mail and via Hand Delivery.

RICHARD C. SUTTON, JR., ESQ.                   sutton@silawgroup.com
Sakai Iwanaga Sutton
201 Merchant Street, Suite 2307
Honolulu, HI  96813

```
TED N. PETTIT, ESQ.                              tnp@caselombardi.com
MICHAEL R. MARSH, ESQ.                           HAND DELIVERED
CASE BIGELOW & LOMBARDI
Pacific Guardian Center, Mauka Tower
737 Bishop Street, Suite 2600
Honolulu, Hawaii 96813

Attorneys for Defendant
  GMP HAWAII, INC.

         DATED:  Honolulu, Hawai`i, April 24, 2006.


                                   /s/ MEI-FEI KUO
                              PAUL ALSTON
                              MEI-FEI KUO
                              Attorneys for Plaintiff
                                SYNAGRO TECHNOLOGIES, INC
```