# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

04/25/06  4:30 pm

WALTER A.Y.H. CHINN, CLERK

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 04-00509SPK-LEK |
| CASE NAME: | Synagro Technologies, Inc. Vs. GMP Hawai'i, Inc. |
| ATTYS FOR PLA: | |
| ATTYS FOR DEFT: | |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | |
| DATE: | 04/25/06 | TIME: | |

COURT ACTION:  EO:  Synagro Technologies, Inc's Motion for Attorneys' Fees and Related Non-Taxable Expenses filed on 4/21/06 was Referred to Magistrate Judge Leslie E. Kobayashi for consideration by Judge Samuel P. King.

Pursuant to LR 54.3,   Synagro Technologies, Inc's Motion for Attorneys' Fees and Related Non-Taxable Expenses will be considered by Magistrate Judge Leslie E. Kobayashi as a Non Hearing Motion.

Pursuant to LR 54.3   Synagro Technologies, Inc's Statement of Consultation is due on **5/5/06**.

Pursuant to LR 54.3 and FRCvP Rule 6(e): Memorandum in Opposition is due **5/19/06.**

Reply Memorandum is due **6/2/06.**

Synagro Technologies, Inc's Motion for Attorneys' Fees and Related Non-Taxable Expenses will be taken under advisement by Magistrate Judge Leslie E. Kobayashi thereafter.

**Settlement Conference Re: Attorneys' Fees and Costs set for 5/25/06 at 9:30 a.m. before Magistrate Judge Leslie E. Kobayashi.**

cc: all counsel

Submitted by: Warren N. Nakamura, Courtroom Manager

# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

04/25/06  4:30 pm

WALTER A.Y.H. CHINN, CLERK

CASE NUMBER:     CIVIL NO. 04-00509SPK-LEK

CASE NAME:       Synagro Technologies, Inc. Vs. GMP Hawai'i, Inc.

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE:    Leslie E. Kobayashi          REPORTER:

DATE:     04/25/06                      TIME:

COURT ACTION:  EO:  Synagro Technologies, Inc's Motion for Attorneys' Fees and Related Non-Taxable Expenses filed on 4/21/06 was Referred to Magistrate Judge Leslie E. Kobayashi for consideration by Judge Samuel P. King.

Pursuant to LR 54.3, Synagro Technologies, Inc's Motion for Attorneys' Fees and Related Non-Taxable Expenses will be considered by Magistrate Judge Leslie E. Kobayashi as a Non Hearing Motion.

Pursuant to LR 54.3  Synagro Technologies, Inc's Statement of Consultation is due on **5/5/06**.

Pursuant to LR 54.3 and FRCvP Rule 6(e): Memorandum in Opposition is due **5/19/06.**

Reply Memorandum is due **6/2/06.**

Synagro Technologies, Inc's Motion for Attorneys' Fees and Related Non-Taxable Expenses will be taken under advisement by Magistrate Judge Leslie E. Kobayashi thereafter.

**Settlement Conference Re: Attorneys' Fees and Costs set for 5/25/06 at 9:30 a.m. before Magistrate Judge Leslie E. Kobayashi.**

cc: all counsel

Submitted by: Warren N. Nakamura, Courtroom Manager

# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

04/25/06  4:30 pm

WALTER A.Y.H. CHINN, CLERK

CASE NUMBER: CIVIL NO. 04-00509SPK-LEK

CASE NAME: Synagro Technologies, Inc. Vs. GMP Hawai'i, Inc.

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE: Leslie E. Kobayashi      REPORTER:

DATE: 04/25/06                  TIME:

COURT ACTION:  EO:  Synagro Technologies, Inc's Motion for Attorneys' Fees and Related Non-Taxable Expenses filed on 4/21/06 was Referred to Magistrate Judge Leslie E. Kobayashi for consideration by Judge Samuel P. King.

Pursuant to LR 54.3,  Synagro Technologies, Inc's Motion for Attorneys' Fees and Related Non-Taxable Expenses will be considered by Magistrate Judge Leslie E. Kobayashi as a Non Hearing Motion.

Pursuant to LR 54.3  Synagro Technologies, Inc's Statement of Consultation is due on **5/5/06**.

Pursuant to LR 54.3 and FRCvP Rule 6(e): Memorandum in Opposition is due **5/19/06.**

Reply Memorandum is due **6/2/06.**

Synagro Technologies, Inc's Motion for Attorneys' Fees and Related Non-Taxable Expenses will be taken under advisement by Magistrate Judge Leslie E. Kobayashi thereafter.

**Settlement Conference Re: Attorneys' Fees and Costs set for 5/25/06 at 9:30 a.m. before Magistrate Judge Leslie E. Kobayashi.**

cc: all counsel

Submitted by: Warren N. Nakamura, Courtroom Manager