# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

5/4/06  4:30 pm

WALTER A.Y.H. CHINN, CLERK

CASE NUMBER: CIVIL NO. 04-00509SPK-LEK

CASE NAME: Synagro Technologies, Inc. Vs. GMP Hawai'i, Inc.

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE: Leslie E. Kobayashi          REPORTER:

DATE: 5/4/06                         TIME:

COURT ACTION: EO: **Parties are in agreement to continue all deadlines relating to** Synagro Technologies, Inc.'s Motion Attorneys' Fees and Related Non-Taxable Expenses filed on 4/21/06.

Synagro Technologies, Inc.'s Statement of Consultation is **now** due on **5/19/06.**

Memorandum in Opposition is **now** due **6/2/06**.

Reply Memorandum is **now** due **6/16/06**.

Synagro Technologies, Inc.'s Motion Attorneys' Fees and Related Non-Taxable Expenses will be taken under advisement by Magistrate Judge Leslie E. Kobayashi thereafter.

**Settlement Conference Re: Attorneys' Fees and Costs remains as set for 5/25/06 at 9:30 a.m. before Magistrate Judge Leslie E. Kobayashi.**

cc: all counsel

Submitted by: Warren N. Nakamura, Courtroom Manager

# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

5/4/06  4:30 pm

WALTER A.Y.H. CHINN, CLERK

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 04-00509SPK-LEK |
| CASE NAME: | Synagro Technologies, Inc. Vs. GMP Hawai'i, Inc. |

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | |
| DATE: | 5/4/06 | TIME: | |

COURT ACTION:  EO:  **Parties are in agreement to continue all deadlines relating to** Synagro Technologies, Inc.'s Motion Attorneys' Fees and Related Non-Taxable Expenses filed on 4/21/06.

Synagro Technologies, Inc.'s  Statement of Consultation is **now** due on **5/19/06.**

Memorandum in Opposition is **now** due **6/2/06**.

Reply Memorandum is **now** due **6/16/06**.

Synagro Technologies, Inc.'s Motion Attorneys' Fees and Related Non-Taxable Expenses will be taken under advisement by Magistrate Judge Leslie E. Kobayashi thereafter.

**Settlement Conference Re: Attorneys' Fees and Costs remains as set for 5/25/06 at 9:30 a.m. before Magistrate Judge Leslie E. Kobayashi.**

cc: all counsel

Submitted by: Warren N. Nakamura, Courtroom Manager

# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

5/4/06  4:30 pm

WALTER A.Y.H. CHINN, CLERK

CASE NUMBER:    CIVIL NO. 04-00509SPK-LEK

CASE NAME:    Synagro Technologies, Inc. Vs. GMP Hawai'i, Inc.

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE:    Leslie E. Kobayashi        REPORTER:

DATE:    5/4/06                      TIME:

COURT ACTION:  EO:  **Parties are in agreement to continue all deadlines relating to** Synagro Technologies, Inc.'s Motion Attorneys' Fees and Related Non-Taxable Expenses filed on 4/21/06.

Synagro Technologies, Inc.'s  Statement of Consultation is **now** due on **5/19/06.**

Memorandum in Opposition is **now** due **6/2/06**.

Reply Memorandum is **now** due **6/16/06**.

Synagro Technologies, Inc.'s Motion Attorneys' Fees and Related Non-Taxable Expenses will be taken under advisement by Magistrate Judge Leslie E. Kobayashi thereafter.

**Settlement Conference Re: Attorneys' Fees and Costs remains as set for 5/25/06 at 9:30 a.m. before Magistrate Judge Leslie E. Kobayashi.**

cc: all counsel

Submitted by: Warren N. Nakamura, Courtroom Manager