# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

5/10/06  4:30 pm

WALTER A.Y.H. CHINN, CLERK

CASE NUMBER:        CIVIL NO. 04-00509SPK-LEK

CASE NAME:          Synagro Technologies, Inc. Vs. GMP Hawai'i, Inc.

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE:   Leslie E. Kobayashi         REPORTER:

DATE:    5/10/06                     TIME:

COURT ACTION:  EO:  **Parties are in agreement to continue all deadlines relating to** Synagro's Motion for Attorneys' Fees and Related Non-Taxable Costs filed on 4/21/06.

Synagro's Statement of Consultation is **now** due on **6/9/06**.

Memorandum in Opposition is **now** due **6/23/06**.

Reply Memorandum is **now** due **7/7/06**.

Synagro's Motion for Attorneys' Fees and Related Non-Taxable Costs will be taken under advisement by Magistrate Judge Leslie E. Kobayashi thereafter.

Settlement Conference Re: Attorneys' Fees and Costs set for 5/25/06 at 9:30 a.m. is continued to **6/14/06 at 9:30 a.m.** before Magistrate Judge Leslie E. Kobayashi**.**

cc: all counsel

Submitted by: Warren N. Nakamura, Courtroom Manager