# EXHIBIT F

# ITEMIZATION OF WORK PERFORMED

## Table of Contents

| | Page |
|---|---|
| Summary of Fees Incurred for Litigation Phase A (case development, background investigation and case administration) | ii |
| Summary of Fees Incurred for Litigation Phase B (pleadings) | iii |
| Summary of Fees Incurred for Litigation Phase C (interrogatories, document production, and other written discovery) | iv |
| Summary of Fees Incurred for Litigation Phase D (depositions) | v |
| Summary of Fees Incurred for Litigation Phase E (motions practice) | vi |
| Summary of Fees Incurred for Litigation Phase F (attending court hearings) | vii |
| Itemization of Work Performed for Litigation Phase A (case development, background investigation and case administration) | 1 |
| Itemization of Work Performed for Litigation Phase B (pleadings) | 13 |
| Itemization of Work Performed for Litigation Phase C (interrogatories, document production, and other written discovery) | 19 |
| Itemization of Work Performed for Litigation Phase D (depositions) | 32 |
| Itemization of Work Performed for Litigation Phase E (motions practice) | 39 |
| Itemization of Work Performed for Litigation Phase F (attending court hearings) | 57 |
| Total Amount of Fees Incurred | 60 |



EXHIBIT F

A.  **CASE DEVELOPMENT, BACKGROUND INVESTIGATION AND CASE ADMINISTRATION (INCLUDES INITIAL INVESTIGATIONS, FILE SETUP, PREPARATION OF BUDGETS, AND ROUTINE COMMUNICATIONS WITH CLIENT, CO-COUNSEL, OPPOSING COUNSEL AND THE COURT**

| BY | RATE | HOURS | AMOUNT | |
|---|---|---|---|---|
| PAUL ALSTON | 450.00 | 30.2 | $ | 13,590.00 |
| MEI-FEI KUO | 135.00 | 25.2 | $ | 3,402.00 |
| NOREEN M. KANADA | 100.00 | 2.3 | $ | 230.00 |
| TOTALS: | | 57.7 | $ | 17,222.00 |

|  |  |  |
|---|---|---|
| FEES | $ | 17,222.00 |
| COURTESY DISCOUNT | | (4,059.50) |
| LEGAL SERVICES | $ | 13,162.50 |
| STATE EXCISE TAX | | 547.56 |
| **SUBTOTAL** | $ | 13,710.06 |

610908-3 \ 7392-3

ii

B.  **PLEADINGS**

| BY | RATE | HOURS | AMOUNT | | |
|---|---|---|---|---|---|
| PAUL ALSTON | 450.00 | 6.7 | $ | 3,015.00 | |
| MEI-FEI KUO | 135.00 | 50.4 | $ | 6,804.00 | |
| DANIE K. KAKAZU | 120.00 | 1.3 | $ | 156.00 | |
| NOREEN M. KANADA | 100.00 | 0.80 | $ | 80.00 | |
| TOTALS: | | 59.2 | $ | 10,055.00 | |
| | | FEES | | $ | 10,055.00 |
| | | COURTESY DISCOUNT | | | (90.00) |
| | | LEGAL SERVICES | | $ | 9,965.00 |
| | | STATE EXCISE TAX | | | 414.54 |
| | | **SUBTOTAL** | | $ | 10,379.54 |

C. **INTERROGATORIES, DOCUMENT PRODUCTION, AND OTHER WRITTEN DISCOVERY**

| BY | RATE | HOURS | AMOUNT | |
|---|---|---|---|---|
| PAUL ALSTON | 450.00 | 4.9 | $ | 2,205.00 |
| MEI-FEI KUO | 135.00 | 40.5 | $ | 5,467.50 |
| DANIE K. KAKAZU | 120.00 | 18.4 | $ | 2,208.00 |
| NOREEN M. KANADA | 100.00 | 7.5 | $ | 750.00 |
| KELLIANN A. SHIMOTE | 75.00 | 1.3 | $ | 97.50 |
| SAMSON W. LEE | 30.00 | 12.3 | $ | 369.00 |
| JYA-MING M. BUNCH | 30.00 | 15.2 | $ | 456.00 |
| TOTALS: | | 100.1 | $ | 11,553.00 |

| | | |
|---|---|---|
| FEES | $ | 11,553.00 |
| COURTESY DISCOUNT | | ( ) |
| LEGAL SERVICES | $ | 11,553.00 |
| STATE EXCISE TAX | | 480.60 |
| **SUBTOTAL** | $ | 12,033.60 |

D. **DEPOSITIONS**

| BY | RATE | HOURS | | AMOUNT |
|---|---|---|---|---|
| PAUL ALSTON | 450.00 | 2.2 | $ | 990.00 |
| MEI-FEI KUO | 135.00 | 58.0 | $ | 7,830.00 |
| DANIE K. KAKAZU | 120.00 | 5.0 | $ | 600.00 |
| NOREEN M. KANADA | 100.00 | 1.4 | $ | 140.00 |
| SAMSON W. LEE | 30.00 | 4.2 | $ | 126.00 |
| JYA-MING M. BUNCH | 30.00 | 4.6 | $ | 138.00 |
| TOTALS: | | 75.4 | $ | 9,824.00 |

|  |  |  |
|---|---|---|
| FEES | $ | 9,824.00 |
| COURTESY DISCOUNT | | ( ) |
| LEGAL SERVICES | $ | 9,824.00 |
| STATE EXCISE TAX | | 408.68 |
| **SUBTOTAL** | $ | 10,232.68 |

E.   **MOTIONS PRACTICE (INCLUDES RESEARCH)**

| BY | RATE | HOURS | AMOUNT | | |
|---|---|---|---|---|---|
| PAUL ALSTON | 450.00 | 16.7 | $ | 7,515.00 | |
| MEI-FEI KUO | 135.00 | 197.7 | $ | 26,689.50 | |
| SHELLIE K. PARK-HOAPILI | 125.00 | 44.3 | $ | 5,537.50 | |
| DANIE K. KAKAZU | 120.00 | 0.6 | $ | 72.00 | |
| NOREEN M. KANADA | 100.00 | 8.3 | $ | 830.00 | |
| TOTALS: | | 267.6 | $ | 40,644.00 | |
| | | FEES | $ | 40,644.00 | |
| | | COURTESY DISCOUNT | | (4,608.00) | |
| | | LEGAL SERVICES | $ | 36,036.00 | |
| | | STATE EXCISE TAX | | 1,499.10 | |
| | | **SUBTOTAL** | $ | 37,535.10 | |

F.  **ATTENDING COURT HEARINGS**

| BY | RATE | HOURS | AMOUNT | | |
|---|---|---|---|---|---|
| PAUL ALSTON | 450.00 | 3.5 | $ | 1,575.00 | |
| MEI-FEI KUO | 135.00 | 20.9 | $ | 2,821.50 | |
| TOTALS: | | 24.4 | $ | 4,396.50 | |
| | | FEES | | $ | 4,396.50 |
| | | COURTESY DISCOUNT | | | (270.00) |
| | | LEGAL SERVICES | | $ | 4,126.50 |
| | | STATE EXCISE TAX | | | 171.66 |
| | | **SUBTOTAL** | | $ | 4,298.16 |



American Savings Bank Tower
18th Floor
1001 Bishop Street
Honolulu, Hawai'i 96813
Phone: (808) 524-1800
Fax: (808) 524-5976

Palani Court, Suite 104
74-5620 Palani Road
Kailua-Kona, Hawai'i 96740
Phone: (808) 326-7979
Fax: (808) 326-4779

www.ahfi.com

FOR LEGAL SERVICES RENDERED: AUGUST 2004 - APRIL 2006

Federal I.D.# 99-0287757
Hawaii I.D.# 10438996

RE: SYNAGRO TECHNOLOGIES, INC./
GMP ASSOCIATES - CONTRACT DISPUTE
(7395-3)

**A. CASE DEVELOPMENT, BACKGROUND INVESTIGATION AND CASE ADMINISTRATION (INCLUDES INITIAL INVESTIGATIONS, FILE SETUP, PREPARATION OF BUDGETS, AND ROUTINE COMMUNICATIONS WITH CLIENT, CO-COUNSEL, OPPOSING COUNSEL AND THE COURT**

| DATE | TIME | BY | DESCRIPTION |
|---|---|---|---|
| 08/03/04 | 0.90 | PA | review letters; email from and to J. Carmichael; telephone call from J. Hecht re [REDACTED]; telephone calls from and to A. Thomas re dealing with GMP |
| 08/04/04 | 0.30 | PA | email to R. Sutton re GMP; telephone call to J. Tani (Sutton's associate) |
| 08/05/04 | 1.20 | PA | email to and from D. Sutton re GMP; email from and to A. Thomas re Sutton; email from and to A. Thomas and J. Carmichael re revised letters to Andritz and CB&I; email to A. Thomas and J. Carmichael re [REDACTED]; email to Sutton; telephone calls from and to J. Tani (Sutton's associate) |
| 08/06/04 | 0.70 | PA | telephone call from V. Olson (Andritz's in-house counsel) re response to GMP; draft letter to R. Sutton; telephone call from A. Thomas |
| 08/07/04 | 0.50 | PA | emails to and from J. Carmichael; finalize letter to R. Sutton and J. Tani |

| DATE | TIME | BY | DESCRIPTION |
|---|---|---|---|
| 08/08/04 | 0.10 | PA | *email from and to D. Hastert re status* |
| 08/10/04 | 0.70 | PA | *review [REDACTED]; email to D. Hastert, [REDACTED]; telephone call from A. Thomas re [REDACTED]* |
| 08/12/04 | 1.40 | PA | *email from and to J. Carmichael re [REDACTED]; review emails between J. Carmichael and K. Kawahara re [REDACTED]; email to J. Carmichael; telephone calls from and to [REDACTED]; email to and from D. Hastert re [REDACTED]* |
| 08/13/04 | 0.10 | PA | *email from and to J. Carmichael re [REDACTED]; telephone call from A. Oshiro (Andritz's counsel)* |
| 08/14/04 | 0.30 | PA | *review pleadings filed by Andritz; emails to and from D. Hastert* |
| 08/16/04 | 0.80 | PA | *email from and to M. Kuo; email from A. Oshiro re [REDACTED]; email to A. Thomas; telephone calls from and to a. Thomas; telephone call from J. Carmichael re [REDACTED]; telephone calls from and to A. Oshiro* |
| 08/17/04 | 0.20 | PA | *email from and to A. Thomas re witness testimony; email Andritz's complaint to A. Thomas* |
| 08/18/04 | 0.40 | PA | *email to R. Sutton; email to A. Thomas, D. Hastert and J. Carmichael; telephone call to A. Thomas; emails to and from R. Sutton* |
| 08/18/04 | 0.20 | MFK | *meeting with P. Alston re [REDACTED]* |
| 08/19/04 | 1.40 | PA | *telephone calls from and to A. Oshiro; telephone call from D. Hastert; telephone calls from and to J. Carmichael; review filings by GMP* |
| 08/20/04 | 0.80 | PA | *emails from and to D. Hastert re [REDACTED]; email* |

611344_3/7392-3

| DATE | TIME | BY | DESCRIPTION |
|------|------|----|-------------|
|  |  |  | to A. Oshiro; email to J. Carmichael re [REDACTED]; email from and to A. Thomas and J. Carmichael re [REDACTED]; email to K. Kawahara; telephone calls from and to J. Carmichael |
| 08/23/04 | 0.40 | PA | email to J. Carmichael; email from J. Carmichael; emails from and to D. Hastert re [REDACTED]; fax to F. Doyle; email to D. Hastert re claims |
| 08/24/04 | 1.60 | PA | email from and to A. Thomas; email from and to J. Carmichael re [REDACTED]; telephone call from J. Carmichael and A. Thomas; telephone calls from and to M. Chun; Telephone call to F. Doyle; telephone calls from and to A. Oshiro (5x) |
| 08/25/04 | 0.40 | PA | review email from J. Carmichael; email to A. Oshiro and D. Hastert; email from and to A. Oshiro re [REDACTED] |
| 08/26/04 | 2.80 | PA | conference with J. Carmichael; conference with attorneys for Andritz; work on [REDACTED]; emails to and from A. Thomas |
| 08/27/04 | 1.20 | PA | conference with attorneys for Andritz; conference with attorney for GMP; telephone call to A. thomas; conference with J. Carmichael |
| 08/29/04 | 0.20 | PA | forward reservation of rights agreement to A. Thomas; emails to and from J. Carmichael; review transmittal A. Thomas re [REDACTED]; review declaration of F. Doyle filed August 26, 2004; review documents from client on August 25, 2004; receipt and review transmittal from D. Hastert re declaration of J. Carmichael |
| 09/01/04 | 0.30 | PA | telephone call to A. Thomas re [REDACTED]; telephone call to R. Hassis re opportunity for settlement |
| 09/02/04 | 0.20 | MFK | review docs from client re July 2004 progress report, reservation of rights agreement, change orders for case background and development |

611344_3/7392-3