| DATE | TIME | BY | DESCRIPTION |
|------|------|-----|-------------|
| | | | performed pursuant to local rules **(NO CHARGE FOR 3.6 Hrs.)** |
| **04/12/06** | **0.10** | **MFK** | **email from and call with S. Park-Hoapili re [REDACTED] (NO CHARGE)** |
| **04/12/06** | **6.80** | **SPH** | **email to and from N. Kanada re [REDACTED]; status update to M. Kuo re [REDACTED]; continue reviewing invoices and categoricallly itemize work performed as required by federal local rules; discussion with N. Kanada re [REDACTED]; calculaet and categorize time itemization to support motion for fees and costs (NO CHARGE)** |
| 04/13/06 | 0.50 | MFK | meeting with S. Park-Hoapili re [REDACTED]; review district court rules on [REDACTED] **(NO CHARGE FOR .2 Hrs.)** |
| 04/13/06 | 3.20 | SPH | review, revise and expand motion for attorneys fees; review, revise and expand affidavit re same **(NO CHARGE FOR 1.6 Hrs.)** |
| 04/14/06 | 0.20 | MFK | email from S. Park-Hoapili re [REDACTED]; call with S. Park-Hoapili re [REDACTED] |
| **04/14/06** | **0.20** | **SPH** | **discussion with M. Kuo re [REDACTED] (NO CHARGE)** |
| **04/17/06** | **3.50** | **NMK** | **work on categorizing and itemizing attorneys' fees pursuant to federal court rules (NO CHARGE)** |
| **04/15/06** | **4.50** | **NMK** | **continue to work on categorizing and itemizing attorneys' fees pursuant to federal court rules (NO CHARGE)** |
| 04/17/06 | 0.50 | MFK | emails and meetings with S. Park-Hoapili re [REDACTED]; review district court rules on treatment of taxable costs and non-taxable expenses; meeting with S. Park-Hoapili on [REDACTED]; review proposed exhibit on [REDACTED] **(NO CHARGE FOR .2 Hrs.)** |
| 04/17/06 | 6.30 | SPH | review, revise and expand motion for attorneys fees to |

| DATE | TIME | BY | DESCRIPTION |
|---|---|---|---|
| | | | include request for related non-taxable expenses; revise affidavit re same; initiate draft bill of costs (**NO CHARGE FOR 4.2 Hrs.**) |
| 04/18/06 | 4.10 | MFK | meeting and emails with S. Park-Hoapili re [REDACTED]; emails with accounting re fees and costs incurred in March 2006 for motion; review invoice on same; review local rules regarding recovery of attorneys' fees, expenses, and costs; draft introductory summary of arguments in motion for fees and costs, and review, revise, and expand factual background and arguments in motion for attorneys' fees and related costs, notice of bill of costs, supporting memorandums, and supporting declarations of counsel; emails to P. Alston and S. Park-Hoapili re [REDACTED] (**NO CHARGE FOR 2.0 Hrs.**) |
| **04/18/06** | **0.70** | **SPH** | **review March invoice and itemize fees and costs to comply with Local Rules; update itemization exhibits and calclulation re same (NO CHARGE)** |
| 04/19/06 | 0.40 | PA | work on fee motion |
| 04/20/06 | 0.60 | PA | review and revise motion for attorneys fees; multiple emails from and to M. Kuo and S. Park-Hoapili re [REDACTED] |
| 04/20/06 | 2.80 | MFK | review emails from P. Alston and S. Park-Hoapili re [REDACTED]; calls (2) from S. Park-Hoapili re [REDACTED]; review emails between S. Park-Hoapili and J. Carmicheal re [REDACTED]; draft declaration of J. Carmicheal in support of motion; review and revise to final and email to J. Carmicheal and team on final declaration and execution on same; review P. Alston's revisions to motion forattorney's fees and costs; and email to P. Alston re [REDACTED] |
| 04/20/06 | 2.50 | SPH | research Hawaii and federal case law re [REDACTED]; expand analysis of motion re same; prepare declaration of J. Carmichael; review and revise re same; email to and from J. Carmichael re [REDACTED]; discussion |

611344_3/7392-3

| DATE | TIME | BY | DESCRIPTION |
|------|------|-----|-------------|
| | | | with P. Alston re [REDACTED]; discussion with M. Kuo re [REDACTED]; track emails re [REDACTED] |
| 04/20/06 | 0.30 | NMK | research re [REDACTED] |
| 04/21/06 | 0.40 | PA | email from and to M. Kuo re [REDACTED]; finalize fee motion |
| 04/21/06 | 7.20 | MFK | emails with P. Alston and S. Park-Hoapili re [REDACTED]; email with P. Alston re [REDACTED]; emails and meeting with P. Alston on [REDACTED]; calls and meetings with S. Park-Hoapili re [REDACTED]; review, review, andexpand motion for attorneys' fees and costs and bill of costs to incorporate P. Alston's comments and S. Park-Hoapili's additional citations and to expand arguments re apportionment of damages and revisions in damages calculations; review motion and bill of costs for consistency in damages amount sought and review and expand declaration of counsel to correspond to same; emails with P. Alston re [REDACTED]; emails with C. Reynolds re [REDACTED]; review final motion, bill of costs, declarations, and exhibits to same and miscellaneous work with A. Matsuo re filing of motion and bill of costs **(NO CHARGE FOR 2.0 Hrs.)** |
| 04/21/06 | 3.80 | SPH | meet with M. Kuo to finalize motions for fees and expenses, and costs; update fee and costs calculation re work related to ARI action; revise motion and finalize exhibits re same; email to and from M. Kuo re [REDACTED]; finalize motions for filing (NO CHARGE For 1.9) |
| 04/22/06 | 0.30 | MFK | emails from A. Matsuo re [REDACTED]; review filed copy of memorandum in support; email to GMP counsel on same |
| 04/24/06 | 0.60 | MFK | emails with J. Carmicheal re [REDACTED]; call to federal court clerk re filing of motion for attorneys' fees |

611344_3/7392-3

| DATE | TIME | BY | DESCRIPTION |
|------|------|----|-------------|
| | | | and costs and missing page in transmission; miscellaneous work re filing of missing page and draft letter to Judges and ccing counsel re same |
| 04/25/06 | 0.20 | MFK | review minute from Court re scheduling of motion for attorneys' fees and cost; email to GMP counsel re consultation per rules |
| 04/29/06 | 0.10 | PA | email from and to M. Kuo re [REDACTED] |
| 04/30/06 | 0.10 | MFK | emails with P. Alston re [REDACTED] |

### F.  ATTENDING COURT HEARINGS

| DATE | TIME | BY | DESCRIPTION |
|------|------|----|-------------|
| *08/27/04* | *1.20* | *PA* | *prepare for and attend hearing on preliminary injunction* |
| 11/15/04 | 0.60 | PA | prepare for and attend status conference |
| 11/15/04 | 0.60 | MFK | attend scheduling conference |
| 02/17/05 | 0.10 | MFK | calls to J. King's chambers and court clerk (Leslie, left message) re continuing hearing on motion for summary judgment |
| 02/18/05 | 0.20 | MFK | calls to and from district court clerk re continuing hearing and J. King schedule; email to P. Alston updating on [REDACTED] |
| 02/22/05 | 0.30 | MFK | call to J. King's chambers regarding status of hearing date; meeting with P. Alston updating on [REDACTED]; [REDACTED] to R. Sutton (GMP counsel) updating on status of hearing and J. King's schedule |

611344_3/7392-3

Page 58

| DATE | TIME | BY | DESCRIPTION |
|------|------|-----|-------------|
| 02/23/05 | 0.30 | MFK | calls to and from District court and call (left message) to R. Sutton re continued hearing date |
| 02/24/05 | 1.60 | MFK | two calls with R. Sutton re continued hearing date and court information on strictness of deadlines; call to Court re continued hearing date, defendants opposition, and strictness of deadlines; draft letter to R. Sutton re hearing date and consequences of failure to file initial disclosures and review and revise letter; review Rule 26 and 37 for purposes of drafting letter |
| 03/21/05 | 0.40 | PA | attend status conference |
| 03/21/05 | 0.80 | MFK | review pleading file for key deadlines in preparation for status conference; attend status conference |
| 08/04/05 | 0.10 | PA | email from and to M. Kuo re settlement conference |
| 08/05/05 | 0.90 | MFK | review of settlement statement in preparation of settlement conference with Court; calls to and from Sutton's secretary, P. Alston, and Court regarding rescheduling of settlement conference due to Sutton's unavailability, and coordinating alternative conference date |
| 08/06/05 | 0.10 | PA | email from and to M. Kuo re scheduling |
| 08/09/05 | 0.10 | PA | review court minute order re settlement conference |
| 08/09/05 | 0.10 | MFK | email from P. Alston re rescheduling of settlement conference; review court minutes on same |
| 10/14/05 | 2.00 | MFK | review settlement conference statement and exhibits in preparation of settlement conference; attend status conference and settlement conference in federal district court; email to P. Alston updating on same |

| DATE | TIME | BY | DESCRIPTION |
|------|------|-----|-------------|
| 11/04/05 | 0.30 | MFK | emails with T. Pettit re amended notice of hearing; draft amended notice of hearing |
| 12/13/05 | 8.70 | MFK | review summary judgment pleadings, concise statements and oppositions, and related declarations and exhibits in preparation for hearing on motion for summary judgment; draft timeline of key events and dates of execution of contracts and scope of work; draft outline of arguments and counterarguments for motion hearing; emails with J. Carmicheal to clarify facts re [REDACTED] |
| 12/14/05 | 2.30 | MFK | continue preparing for hearing on summary judgment motion; review key cases cited by both parties in briefs; review timeline and outline of arguments; attend and argue motion for summary judgment at district court |
| 02/28/06 | 1.00 | PA | email from and to M. Kuo; prepare for and attend settlement conference; review pleadings; review and revise email to clients re status |
| 02/28/06 | 1.70 | MFK | review complaint, answer, and settlement conference statements in preparation for conference with GMP and Court; attend settlement conference with GMP, Judge, and P. Alston; call with J. Carmicheal and update email to clients on same. |
| 03/16/06 | 1.00 | MFK | attend status conference at district court with GMP counsel re agreement to vacate trial and deadlines and scheduling of pleading deadlines and hearing on motion for attorneys' fees and costs |

G.   **TRIAL PREPARATION AND ATTENDING TRIAL**
None.

H.   **POST-TRIAL MOTIONS.**
None.

611344_3/7392-3

| BY | RATE | HOURS | AMOUNT |
|---|---|---|---|
| PAUL ALSTON | 450.00 | 64.2 | $ 28,890.00 |
| MEI-FEI KUO | 135.00 | 392.7 | $ 53,014.50 |
| SHELLIE K. PARK-HOAPILI | 125.00 | 44.3 | $ 5,537.50 |
| DANIE K. KAKAZU | 120.00 | 25.3 | $ 3,036.00 |
| NOREEN M. KANADA | 100.00 | 20.3 | $ 2,030.00 |
| KELLIANN A. SHIMOTE | 75.00 | 1.3 | $ 97.50 |
| SAMSON W. LEE | 30.00 | 16.5 | $ 495.00 |
| JYA-MING M. BUNCH | 30.00 | 19.8 | $ 594.00 |
| TOTALS: | | 584.4 | $ 93,694.50 |

| | |
|---|---|
| FEES | $ 93,694.50 |
| HALF OF ANDRITZ FEES | (4,617.00) |
| NON-ASSUMPSIT FEES | (292.50) |
| COURTESY DISCOUNT | (4,410.50) |
| LEGAL SERVICES | $ 84,374.50 |
| STATE EXCISE TAX | 3,509.98 |
| **SUBTOTAL** | $ 87,884.48 |

611344_3/7392-3