

CR LOT 0110A**C001
#036751292#  06/02/06   810 P3 315
LIBRARY COPY II
ALSTON HUNT FLOYD & ING   HI 1 BL
1001 BISHOP ST STE 1800
HONOLULU, HI 96813-3689


   
  


EXHIBIT G

# LAW FIRMS
Ranked by number of lawyers including Of Counsel

| Rank | Firm / Website | Address | Phone / Fax | Lawyers | Hourly Rates | Specialties | Top Officer / Title |
|---|---|---|---|---|---|---|---|
| 1 (1) | Goodsill Anderson Quinn & Stifel / www.goodsill.com | 1099 Alakea St., Suite 1800, Honolulu, HI 96813 | (808) 547-5600 / (808) 547-5880 | 80 / 46 | DND / DND | Full-service firm, litigation, real property, tax, banking, employment, environmental, public utilities | Miki Okumura, Managing Director |
| 2 (2) | Carlsmith Ball LLP / www.carlsmith.com | 1001 Bishop St., ASB Tower Suite 2200, Honolulu, Hawaii 96813 | (808) 523-2500 / (808) 523-0842 | 64 / 41 | DND / DND | Real estate, land use, litigation, corporate, finance, pension, estate planning, employment, maritime | Karl Kobayashi, Chairman |
| 3 (3) | Cades Schutte LLP / www.cades.com | 1000 Bishop St., 12th Fl., Honolulu, HI 96813 | (808) 521-9200 / (808) 521-9210 | 57 / 34 | $200 - $400 / $130 - $275 | Business, litigation, real estate, tax, banking, finance, land use, property rights, estate planning | Management Committee[1] |
| 4 (5) | McCorriston Miller Mukai MacKinnon LLP / www.m4law.com | 500 Ala Moana Blvd., 5 Waterfront Plaza, 4th Fl., Honolulu, HI 96813 | (808) 529-7300 / (808) 524-8293 | 42 / 31 | $175 - $400 / $125 - $180 | Litigation, real estate, international business | D. Scott MacKinnon, Managing Partner |
| 5 (4) | Alston Hunt Floyd & Ing / www.ahfi.com | 1001 Bishop St., 18th Floor ASB Tower, Honolulu, HI 96813 | (808) 524-1800 / (808) 524-4591 | 41 / 18 | $215 - $475 / $115 - $280 | Commercial, health care, construction, labor, government contracts, insurance, real estate | Paul Alston, President |
| 6 (7) | Kobayashi Sugita & Goda, Attorneys at Law / www.ksglaw.com | 999 Bishop St., Ste 2600, Honolulu, HI 96813 | (808) 539-8700 / (808) 539-8799 | 35 / 22 | $185 - $350 / $125 - $185 | Complex litigation, commercial, construction, corporate, international business | Bert T. Kobayashi Jr., Senior Partner |
| 7 (9) | Torkildson Katz Fonseca Moore & Hetherington / www.torkildson.com | 700 Bishop St., 15th Fl., Honolulu, HI 96813 | (808) 523-6000 / (808) 523-6001 | 33 / 24 | $210 - $340 / $140 - $225 | Employment, litigation, corporate, health care, securities, retirement plans, real estate, tax, estates | J. George Hetherington, Chairman |
| 7 (6) | Watanabe Ing Kawashima & Komeiji LLP / www.wik.com | 999 Bishop St, 23rd Fl., Honolulu, HI 96813 | (808) 544-8300 / (808) 544-8399 | 33 / 24 | $200 - $450 / $150 - $200 | Litigation, government, regulatory affairs, banking, real estate, labor, employment, foreclosure | Jeffrey N. Watanabe, Managing Partner |
| 9 (10) | Ashford & Wriston / www.ashfordwriston.com | 1099 Alakea St., Suite 1400, Honolulu, HI 96813 | (808) 539-0400 / (808) 533-4945 | 26 / 13 | $190 - $260 / $125 - $185 | Real property, civil litigation, business, tax, bank and financial services, health care, family law | Cuyler Shaw, Managing Partner |
| 10 (12) | Ayabe Chong Nishimoto Sia & Nakamura LLLP / NA | 1001 Bishop St., Pauahi Tower 2500, Honolulu, HI 96813 | (808) 537-6119 / (808) 526-3491 | 25 / 20 | $150 - $300 / $110 - $150 | Commercial and civil litigation, professional liability, workers' compensation, dispute resolution | Sidney Ayabe, Managing Partner |
| 11 (7) | Damon Key Leong Kupchak Hastert / www.hawaiilawyer.com | 1001 Bishop St., Pauahi Tower, Suite 1600, Honolulu, HI 96813 | (808) 531-8031 / (808) 533-2242 | 24 / 9 | $230 - $300 / $130 - $210 | Full-service, business, commercial, construction, creditors' rights, dispute resolution, e-business | Denis C.H. Leong, President |
| 12 (10) | Case Bigelow & Lombardi ALC / www.casebigelow.com | 737 Bishop St., Suite 2600, Honolulu, HI 96813 | (808) 547-5400 / (808) 523-1888 | 23 / 14 | $210 - $360 / $150 - $185 | Real estate, business, land use, bankruptcy, collections, civil litigation, administrative, tax | Dennis Lombardi, Director & President |
| 12 (NR) | Stanton Clay Chapman Krumpton & Iwamura / www.paclawteam.com | 700 Bishop St., Suite 2100, Honolulu, HI 96813 | (808) 535-8412 / (808) 535-8472 | 23 / 8 | $200 - $285 / $150 - $225 | Business, collections, wills, condominium, construction, financial, immigration, mediation | Robert E. Chapman, President |
| 14 (14) | Bays Deaver Lung Rose & Baba / www.legalhawaii.com | 1099 Alakea St., 16th Fl., Honolulu, HI 96813 | (808) 523-9000 / (808) 533-4184 | 21 / 8 | $215 - $335 / $125 - $170 | Litigation, arbitration, real estate, construction, commercial, employment, trusts and estates | Harvey J. Lung, Managing Partner |
| 14 (13) | Rush Moore LLP / www.rmhawaii.com | 737 Bishop St., Suite 2400, Honolulu, HI 96813 | (808) 521-0400 / (808) 521-0597 | 21 / 16 | $185 - $285 / $105 - $150 | Civil litigation, real estate, corporate, estate planning, tax, health care, creditors' rights | David Shibata, Managing Partner |
| 16 (14) | Reinwald O'Connor & Playdon LLP / www.roplaw.com | 733 Bishop St., Suite 2400, Honolulu, HI 96813 | (808) 524-8350 / (808) 531-8628 | 18 / 11 | $150 - $300 / $125 - $200 | Insurance defense, commercial litigation, construction, trusts and estates, employment | Michael McGuigan, Managing Partner |
| 17 (17) | Cronin Fried Sekiya Kekina & Fairbanks / www.croninfried.com | 841 Bishop St., Suite 600, Honolulu, HI 96813 | (808) 524-1433 / (808) 536-2073 | 17 / 12 | NA[2] / NA | Personal injury, litigation | L. Richard Fried, President |
| 18 (19) | Oshima Chun Fong & Chung LLP / www.ocfc.com | 841 Bishop St., Suite 400, Honolulu, HI 96813 | (808) 528-4200 / (808) 531-5466 | 16 / 10 | DND / DND | Banking and finance, business and commercial, business litigation and arbitration, e-commerce | Alan Oshima, Managing Partner |
| 19 (18) | Chun Kerr Dodd Beaman & Wong LLP / ckdlaw.com | 745 Fort St. Mall, Suite 900, Honolulu, HI 96813 | (808) 528-8200 / (808) 536-5869 | 14 / 7 | $210 - $350 / $130 - $150 | Real estate, taxation, real estate and commercial litigation | Leroy Colombe, Managing Partner |
| 19 (20) | Kessner Duca Umebayashi Bain & Matsunaga / NA | 220 South King St., 19th Floor, Honolulu, HI 96813 | (808) 536-1900 / (808) 529-7177 | 14 / 8 | $125 - $275 / NA | Insurance defense, auto accidents, medical malpractice, workers' compensation, construction | John Bain, Managing Partner |
| 21 (14) | Burke McPheeters Bordner & Estes / www.bmbe-law.com | 737 Bishop St., Suite 3100, Honolulu, HI 96813 | (808) 523-9833 / (808) 528-1656 | 13 / 9 | $150 - $250 / $125 - $150 | Professional liability, commercial and real estate litigation, personal injury litigation, family law | William Bordner, President |
| 22 (20) | Paul Johnson Park & Niles / pjpn.com | 1001 Bishop St., ASB Tower, Suite 1300, Honolulu, HI 96813 | (808) 524-1212 / (808) 538-3322 | 12 / 9 | DND / DND | Litigation, arbitration, mediation, commercial, financing, real estate, construction, maritime | William McKeon, President |
| 23 (NR) | Belles Graham Proudfoot & Wilson / www.kauai-law.com | 4334 Rice St., Suite 202, Lihue, HI 96766 | (808) 245-4705 / 808-245-3277 | 7 / 4 | $200 - $250 / $135 - $175 | Land use, real property, business, cooperative, utilities, commercial litigation, admiralty and maritime | David Proudfoot, Managing Partner |
| 24 (NR) | Ing Horikawa Kuwada Jorgensen and Toma / www.ingmauilaw.com | 2145 Wells St. Ste. 204, Wailuku, HI 96793 | (808) 242-4555 / (808) 244-8994 | 4 / 3 | $200 - $225 / NA | Real estate, business, personal injury, litigation, estate planning, probate | Lawrence N.C. Ing, Senior Partner |
| 25 (NR) | David A. Sereno, A Law Corporation / www.davidserenolaw.com | 55-B N. Church St., Wailuku, HI 96793 | (808) 242-5710 / (808) 242-7246 | 3 / 0 | $200 - $350 / $0 | Criminal law | David Sereno, President |

Notes: DND: did not disclose; NA: not applicable/available; NR: not previously ranked. Last year, Oahu and Neighbor Island law firms were listed separately. Therefore, all neighbor island law firms are listed as not previously ranked. Number of support staff listed is full-time. Information on this list was supplied by individual firms through questionnaires.

[1] The members of the Cades Schutte management committee are Jeffrey S. Portnoy, Nicholas C. Dreher, David Schulmeister and Donna Y.L. Leong.
[2] Cronin Fried Sekiya Kekina & Fairbanks work on contingency fees and do not charge by the hour.