**EXHIBIT "H"**

Synagro/GMP
Civil No. CV04-00509 SPK LEK

Itemization of Non-Taxable Expenses

| Description | Amount |
|---|---|
| Messenger Services | $147.00 |
| Long-distance telephone charges | $11.16 |
| Facsimiles | $2.00 |
| Postage | $82.78 |
| **TOTAL** | **$242.94** |



## 1.   Messenger Services

| Date Incurred | Description | Amount |
|---|---|---|
| 9/11/04 | Messenger Services | $6.00 |
| 10/11/04 | Messenger Services | $9.00 |
| 11/6/04 | Messenger Services | $3.00 |
| 12/7/04 | Messenger Services | $9.00 |
| 1/7/05 | Messenger Services | $6.00 |
| 3/9/05 | Messenger Services | $3.00 |
| 4/12/05 | Messenger Services | $6.00 |
| 5/7/05 | Messenger Services | $6.00 |
| 6/15/05 | Messenger Services | $9.00 |
| 7/13/05 | Messenger Services | $3.00 |
| 8/17/05 | Messenger Services | $3.00 |
| 9/15/05 | Messenger Services | $18.00 |
| 10/12/05 | Messenger Services | $18.00 |
| 11/10/05 | Messenger Services | $6.00 |
| 1/11/06 | Messenger Services | $18.00 |
| 2/8/06 | Messenger Services | $3.00 |
| 3/13/06 | Messenger Services | $3.00 |
| 4/17/06 | Messenger Services | $6.00 |
| 5/03/06 | Messenger Services | $12.00 |
| | **Subtotal** | **$147.00** |

## 2.  Long-Distance Telephone Charges

| Date Incurred | Description | Amount |
|---|---|---|
| 9/14/04 | Long-Distance Telephone Charges | $0.42 |
| 12/9/04 | Long-Distance Telephone Charges | $0.49 |
| 2/25/05 | Long-Distance Telephone Charges | $0.87 |
| 3/3/05 | Long-Distance Telephone Charges | $1.19 |
| 3/31/05 | Long-Distance Telephone Charges | $0.42 |
| 9/6/05 | Long-Distance Telephone Charges | $0.59 |
| 9/10/05 | Long-Distance Telephone Charges | $0.47 |
| 9/19/05 | Long-Distance Telephone Charges | $0.78 |
| 9/21/05 | Long-Distance Telephone Charges | $0.89 |
| 9/30/05 | Long-Distance Telephone Charges | $0.39 |
| 10/4/05 | Long-Distance Telephone Charges | $1.08 |
| 11/30/05 | Long-Distance Telephone Charges | $0.81 |
| 12/01/05 | Long-Distance Telephone Charges | $2.76 |
|  | Subtotal | $11.16 |

## 3.  Facsimiles

| Date Incurred | Description | Amount |
|---|---|---|
| 12/7/14 | Facsimile | $2.00 |
|  | Subtotal | $2.00 |

## 4.  Postage

| Date Incurred | Description | Amount |
|---|---|---|
| 1/7/05 | Postage | $47.25 |
| 3/9/05 | Postage | $1.80 |
| 4/12/05 | Postage | $17.71 |
| 10/12/05 | Postage | $5.90 |

| Date Incurred | Description | Amount |
|---|---|---|
| 12/13/05 | Postage | $1.48 |
| 1/11/06 | Postage | $8.64 |
| | Subtotal | $82.78 |

## Alston Hunt Floyd & Ing

ALVIN L. THOMAS II
Client: 7392-3
Invoice No.: 184641

September 11, 2004
Page -5-

| DATE | COST ADVANCED | AMOUNT |
|------|---------------|--------|
|      | MESSENGER     | 6.00   |

## PAYABLE UPON RECEIPT

*This invoice may not include some expenses (telephone, copying, depositions, etc.) for which we have not yet been billed. Delinquent accounts will be charged interest at the maximum legal rate. Prior unpaid balance is for this matter only.*

## Alston Hunt Floyd & Ing

ALVIN L. THOMAS II
Client: 7392-3
Invoice No.: 186017

October 11, 2004
Page -3-

| DATE | COST ADVANCED | AMOUNT |
|------|---------------|--------|
|  | MESSENGER | 6.00 |
| 09/14/06 | LONG DISTANCE TELEPHONE | 0.42 |

## Alston Hunt Floyd & Ing

ALVIN L. THOMAS II
Client: 7392-3
Invoice No.: 187207

November 6, 2004
Page -2-

| DATE | COST ADVANCED | AMOUNT |
|------|---------------|--------|
|      | MESSENGER     | 3.00   |

## Alston Hunt Floyd & Ing

ALVIN L. THOMAS II
Client: 7392-3
Invoice No.: 188777

December 7, 2004
Page -4-

| DATE | COST ADVANCED | AMOUNT |
|------|---------------|--------|
|      | FAX           | 2.00   |
|      | MESSENGER     | 9.00   |

## PAYABLE UPON RECEIPT

*This invoice may not include some expenses (telephone, copying, depositions, etc.) for which we have not yet been billed.*
*Delinquent accounts will be charged interest at the maximum legal rate.*
*Prior unpaid balance is for this matter only.*

**Alston Hunt Floyd & Ing**

ALVIN L. THOMAS II
Client: 7392-3
Invoice No.: 189898

January 7, 2005
Page -3-

| DATE | COST ADVANCED | AMOUNT |
|------|---------------|--------|
|      | MESSENGER     | 6.00   |
|      | POSTAGE       | 47.25  |

## PAYABLE UPON RECEIPT

*This invoice may not include some expenses (telephone, copying, depositions, etc.) for which we have not yet been billed.*
*Delinquent accounts will be charged interest at the maximum legal rate.*
*Prior unpaid balance is for this matter only.*

## Alston Hunt Floyd & Ing

ALVIN L. THOMAS II
Client: 7392-3
Invoice No.: 193130

March 9, 2005
Page -4-

| DATE | COST ADVANCED | AMOUNT |
|------|---------------|--------|
|  | MESSENGER | 3.00 |
|  | POSTAGE | 1.80 |
| 12/09/04 | LONG DISTANCE TELEPHONE | 0.49 |

## PAYABLE UPON RECEIPT

*This invoice may not include some expenses (telephone, copying, depositions, etc.) for which we have not yet been billed.*
*Delinquent accounts will be charged interest at the maximum legal rate.*
*Prior unpaid balance is for this matter only.*

## Alston Hunt Floyd & Ing

ALVIN L. THOMAS II
Client: 7392-3
Invoice No.: 194539

April 12, 2005
Page -6-

| DATE | COST ADVANCED | AMOUNT |
|------|---------------|--------|
|      | MESSENGER     | 6.00   |

## Alston Hunt Floyd & Ing

ALVIN L. THOMAS II
Client: 7392-3
Invoice No.: 194539

April 12, 2005
Page -7-

| DATE | COST ADVANCED | AMOUNT |
|------|---------------|--------|
| | POSTAGE | 17.71 |
| 02/25/05 | LONG DISTANCE TELEPHONE | 0.87 |
| 03/03/05 | LONG DISTANCE TELEPHONE | 1.19 |

## PAYABLE UPON RECEIPT

*This invoice may not include some expenses (telephone, copying, depositions, etc.) for which we have not yet been billed.*
*Delinquent accounts will be charged interest at the maximum legal rate.*
*Prior unpaid balance is for this matter only.*

# Alston Hunt Floyd & Ing

ALVIN L. THOMAS II
Client: 7392-3
Invoice No.: 195926

May 7, 2005
Page -6-

| DATE | COST ADVANCED | AMOUNT |
|------|---------------|--------|
|      | MESSENGER     | 6.00   |

## PAYABLE UPON RECEIPT

*This invoice may not include some expenses (telephone, copying, depositions, etc.) for which we have not yet been billed.*
*Delinquent accounts will be charged interest at the maximum legal rate.*
*Prior unpaid balance is for this matter only.*

## Alston Hunt Floyd & Ing

ALVIN L. THOMAS II
Client: 7392-3
Invoice No.: 197734

June 15, 2005
Page -6-

| DATE | COST ADVANCED | AMOUNT |
|------|---------------|--------|
| | MESSENGER | 9.00 |
| 03/18/05 | LONG DISTANCE TELEPHONE | 0.42 |

## Alston Hunt Floyd & Ing

ALVIN L. THOMAS II
Client: 7392-3
Invoice No.: 199168

July 13, 2005
Page -3-

| DATE | COST ADVANCED | AMOUNT |
|------|---------------|--------|
|      | MESSENGER     | 3.00   |

## PAYABLE UPON RECEIPT

*This invoice may not include some expenses (telephone, copying, depositions, etc.) for which we have not yet been billed.*
*Delinquent accounts will be charged interest at the maximum legal rate.*
*Prior unpaid balance is for this matter only.*

# Alston Hunt Floyd & Ing

ALVIN L. THOMAS II
Client: 7392-3
Invoice No.: 200711

August 17, 2005
Page -4-

| DATE | COST ADVANCED | | AMOUNT |
|------|---------------|--|--------|
|      | MESSENGER     |  | 3.00   |

## Alston Hunt Floyd & Ing

ALVIN L. THOMAS II
Client: 7392-3
Invoice No.: 201986

September 15, 2005
Page -5-

| DATE | COST ADVANCED | AMOUNT |
|------|---------------|--------|
|      | MESSENGER     | 18.00  |

## Alston Hunt Floyd & Ing

ALVIN L. THOMAS II
Client: 7392-3
Invoice No.: 203518

October 12, 2005
Page -9-

| DATE | COST ADVANCED | AMOUNT |
|------|---------------|--------|
|      | MESSENGER     | 18.00  |

## Alston Hunt Floyd & Ing

ALVIN L. THOMAS II
Client: 7392-3
Invoice No.: 203518

October 12, 2005
Page -10-

| DATE | COST ADVANCED | AMOUNT |
|------|---------------|--------|
|      | POSTAGE       | 5.90   |

## PAYABLE UPON RECEIPT

*This invoice may not include some expenses (telephone, copying, depositions, etc.) for which we have not yet been billed.*
*Delinquent accounts will be charged interest at the maximum legal rate.*
*Prior unpaid balance is for this matter only.*

# Alston Hunt Floyd & Ing

ALVIN L. THOMAS II
Client: 7392-3
Invoice No.: 204842

November 10, 2005
Page -5-

| DATE | COST ADVANCED | AMOUNT |
|------|---------------|--------|
|  | MESSENGER | 6.00 |
| 09/06/05 | LONG DISTANCE TELEPHONE | 0.59 |
| 09/10/05 | LONG DISTANCE TELEPHONE | 0.47 |
| 09/19/05 | LONG DISTANCE TELEPHONE | 0.78 |
| 09/21/05 | LONG DISTANCE TELEPHONE | 0.89 |
| 09/30/05 | LONG DISTANCE TELEPHONE | 0.39 |
| 10/04/05 | LONG DISTANCE TELEPHONE | 1.08 |

# Alston Hunt Floyd & Ing

ALVIN L. THOMAS II
Client: 7392-3
Invoice No.: 206547

December 13, 2005
Page -3-

| DATE | COST ADVANCED | AMOUNT |
|------|---------------|--------|
|      | POSTAGE       | 1.48   |

## PAYABLE UPON RECEIPT

*This invoice may not include some expenses (telephone, copying, depositions, etc.) for which we have not yet been billed.*
*Delinquent accounts will be charged interest at the maximum legal rate.*
*Prior unpaid balance is for this matter only.*

## Alston Hunt Floyd & Ing

ALVIN L. THOMAS II
Client: 7392-3
Invoice No.: 207581

January 11, 2006
Page -5-

| DATE | COST ADVANCED | AMOUNT |
|------|---------------|--------|
|      | MESSENGER     | 18.00  |
|      | POSTAGE       | 8.64   |

## PAYABLE UPON RECEIPT

*This invoice may not include some expenses (telephone, copying, depositions, etc.) for which we have not yet been billed.*
*Delinquent accounts will be charged interest at the maximum legal rate.*
*Prior unpaid balance is for this matter only.*

## Alston Hunt Floyd & Ing

ALVIN L. THOMAS II
Client: 7392-3
Invoice No.: 208945

February 8, 2006
Page -2-

| DATE | COST ADVANCED | AMOUNT |
|------|---------------|--------|
|  | MESSENGER | 3.00 |
| 11/30/05 | LONG DISTANCE TELEPHONE | 0.81 |
| 12/01/05 | LONG DISTANCE TELEPHONE | 2.76 |

# Alston Hunt Floyd & Ing

ALVIN L. THOMAS II
Client: 7392-3
Invoice No.: 210619

March 13, 2006
Page -3-

| DATE | COST ADVANCED | AMOUNT |
|------|---------------|--------|
|      | MESSENGER     | 28.30  |

# Alston Hunt Floyd & Ing

ALVIN L. THOMAS II
Client: 7392-3
Invoice No.: 212078

April 17, 2006
Page -3-

| DATE | COST ADVANCED | AMOUNT |
|------|---------------|--------|
|      | MESSENGER     | 6.00   |

## PAYABLE UPON RECEIPT

*This invoice may not include some expenses (telephone, copying, depositions, etc.) for which we have not yet been billed.*
*Delinquent accounts will be charged interest at the maximum legal rate.*
*Prior unpaid balance is for this matter only.*

**Alston Hunt Floyd & Ing**

ALVIN L. THOMAS II
Client: 7392-3
Invoice No.: 213355

May 9, 2006
Page -6-

:

| DATE | COST ADVANCED | AMOUNT |
|------|---------------|--------|
|      | MESSENGER     | 12.00  |

## PAYABLE UPON RECEIPT

*This invoice may not include some expenses (telephone, copying, depositions, etc.) for which we have not yet been billed.*
*Delinquent accounts will be charged interest at the maximum legal rate.*
*Prior unpaid balance is for this matter only.*