Of Counsel:
ALSTON HUNT FLOYD & ING
Attorneys At Law
A Law Corporation

PAUL ALSTON                1126-0
MEI-FEI KUO                7377-0
SHELLIE K. PARK-HOAPILI    7885-0
American Savings Bank Tower
1001 Bishop Street, 18th Floor
Honolulu, Hawaiʻi  96813
Telephone:  (808) 524-1800
E-Mail: palston@ahfi.com

Attorneys for Plaintiff
  SYNAGRO TECHNOLOGIES, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| SYNAGRO TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> GMP HAWAIʻI, INC., <br><br> Defendant. | CIVIL NO. CV04-00509 SPK LEK <br><br> **AMENDED BILL OF COSTS; MEMORANDUM IN SUPPORT OF AMENDED BILL OF COSTS; DECLARATION OF PAUL ALSTON; EXHIBITS "A"-"G"; CERTIFICATE OF SERVICE** <br><br> Non-Hearing Motion |

**AMENDED BILL OF COSTS**

Plaintiff SYNAGRO TECHNOLOGIES, INC. ("Synagro"), by and through its attorneys, Alston Hunt Floyd & Ing, hereby submits an Amended Bill of Costs requesting that costs be taxed in its favor and against Defendant GMP Hawaiʻi, Inc. ("GMP").

612569 v1 / 7392-3

On January 11, 2006, the Court entered its *Order Granting Plaintiff's Renewed Motion For Summary Judgment On Defendant's Counterclaim And Denying Defendant's Motion For Leave To File Amended Counterclaim* (hereinafter "Summary Judgment Order"). The Summary Judgment Order effectively disposed of the Counterclaim in its entirety and validated Synagro's Complaint for declaratory judgment.[1] As the prevailing party, Synagro is entitled to costs and, therefore, requests taxation of the following costs:

| | |
|---|---:|
| Fees of the Clerk | $159.00 |
| Fees for Sheriff's Services for Service of the Complaint | $25.00 |
| Fees of the Court Reporter for all or any part of the stenographic transcripts necessary for use in the case | $2,862.48 |
| Fees for the Exemplification and Copies of Papers necessary for use in the case (at actual cost or at $.10 per page) | $2,042.42 |
| **TOTAL** | **$5,088.90** |

By this Amended Bill of Costs, Synagro seeks costs against GMP in the amount of $5,088.90 which were reasonably and necessarily incurred in prosecuting, defending, and defeating the

---

[1] On April 21, 2006, Synagro filed it Bill of Costs with concurrently with its Motion for Attorneys' Fees and Related Non-Taxable Expenses. On May 2, 2006, GMP filed Objections to the Bill of Costs. This Amended Bill of Costs includes the filing and service fees related to the Complaint, in the amount of $184.00, and addresses GMP's objections (*i.e.*, timeliness of the Bill of Costs and clarification of the photocopying charges). *See* GMP's Objections at 2-3.

claims raised in GMP's untenable Counterclaim for implied breach of contract and punitive damages and validating its overlapping Complaint for a declaratory ruling that Synagro had no contractual obligations to GMP.

This Amended Bill of Costs is brought pursuant to Fed. R. Civ. P. Rules 7 and 54(d)(1) and Local Rules 7.2, 54.2 and 54.3, and is supported by the accompanying memorandum of law, the declaration and exhibits attached hereto, the records and files in this matter, and any further evidence and argument that may be presented at the hearing of this Motion.

DATED:  Honolulu, Hawai'i, May 26, 2006.

                                          /s/ MEI-FEI KUO
                                 PAUL ALSTON
                                 MEI-FEI KUO
                                 SHELLIE K. PARK-HOAPILI
                                 Attorneys for Plaintiff
                                   SYNAGRO TECHNOLOGIES, INC.