## Alston Hunt Floyd & Ing

ALVIN L. THOMAS II
Client: 7392-3
Invoice No.: 184641

September 11, 2004
Page -5-

| DATE | COST ADVANCED | AMOUNT |
|------|---------------|--------|
|          | COPIES | 175.00 |
| 08/17/04 | FILING FEES USDC re Complaint | 159.00 |
| 08/19/04 | SHERIFF/SERVICE Wayde Guirguis | 25.00 |

## PAYABLE UPON RECEIPT

*This invoice may not include some expenses (telephone, copying, depositions, etc.) for which we have not yet been billed.*
*Delinquent accounts will be charged interest at the maximum legal rate.*
*Prior unpaid balance is for this matter only.*



**Alston Hunt Floyd & Ing**

ALVIN L. THOMAS II
Client: 7392-3
Invoice No.: 186017

October 11, 2004
Page -3-

| DATE | COST ADVANCED | AMOUNT |
|------|---------------|--------|
|      | COPIES        | 8.00   |

## Alston Hunt Floyd & Ing

ALVIN L. THOMAS II
Client: 7392-3
Invoice No.: 187207

November 6, 2004
Page -2-

| DATE | COST ADVANCED | AMOUNT |
|------|---------------|--------|
|      | COPIES        | 3.60   |

# Alston Hunt Floyd & Ing

ALVIN L. THOMAS II
Client: 7392-3
Invoice No.: 188777

December 7, 2004
Page -4-

| DATE | COST ADVANCED | AMOUNT |
|------|---------------|--------|
|      | COPIES        | 56.70  |

## PAYABLE UPON RECEIPT

*This invoice may not include some expenses (telephone, copying, depositions, etc.) for which we have not yet been billed.*
*Delinquent accounts will be charged interest at the maximum legal rate.*
*Prior unpaid balance is for this matter only.*

## Alston Hunt Floyd & Ing

ALVIN L. THOMAS II
Client: 7392-3
Invoice No.: 189898

January 7, 2005
Page -3-

| DATE | COST ADVANCED | AMOUNT |
|------|---------------|--------|
|      | COPIES        | 609.20 |

### PAYABLE UPON RECEIPT
*This invoice may not include some expenses (telephone, copying, depositions, etc.) for which we have not yet been billed.*
*Delinquent accounts will be charged interest at the maximum legal rate.*
*Prior unpaid balance is for this matter only.*

## Alston Hunt Floyd & Ing

ALVIN L. THOMAS II
Client: 7392-3
Invoice No.: 193130

March 9, 2005
Page -4-

| DATE | COST ADVANCED | AMOUNT |
|------|---------------|--------|
|      | COPIES        | 166.40 |

### PAYABLE UPON RECEIPT

*This invoice may not include some expenses (telephone, copying, depositions, etc.) for which we have not yet been billed.*
*Delinquent accounts will be charged interest at the maximum legal rate.*
*Prior unpaid balance is for this matter only.*

# Alston Hunt Floyd & Ing

ALVIN L. THOMAS II
Client: 7392-3
Invoice No.: 194539

April 12, 2005
Page -6-

| DATE | COST ADVANCED | AMOUNT |
|------|---------------|--------|
|      | COPIES        | 10.20  |

## Alston Hunt Floyd & Ing

ALVIN L. THOMAS II                                          May 7, 2005
Client: 7392-3                                              Page -6-
Invoice No.: 195926

| DATE | COST ADVANCED | AMOUNT |
|------|---------------|--------|
|      | COPIES        | 321.80 |

## PAYABLE UPON RECEIPT

*This invoice may not include some expenses (telephone, copying, depositions, etc.) for which we have not yet been billed.*
*Delinquent accounts will be charged interest at the maximum legal rate.*
*Prior unpaid balance is for this matter only.*

## Alston Hunt Floyd & Ing

ALVIN L. THOMAS II
Client: 7392-3
Invoice No.: 197734

June 15, 2005
Page -3-

| DATE | COST ADVANCED | AMOUNT |
|------|---------------|--------|
|      | COPIES        | 10.00  |
| 05/18/05 | DOCUMENT PRODUCTION 741 File copies – originals provided by Sakai Imanaka | 354.56 |

## Alston Hunt Floyd & Ing

ALVIN L. THOMAS II
Client: 7392-3
Invoice No.: 199168

July 13, 2005
Page -3-

| DATE | COST ADVANCED | AMOUNT |
|------|---------------|--------|
|      | COPIES        | 27.50  |

## PAYABLE UPON RECEIPT

*This invoice may not include some expenses (telephone, copying, depositions, etc.) for which we have not yet been billed. Delinquent accounts will be charged interest at the maximum legal rate. Prior unpaid balance is for this matter only.*

# Alston Hunt Floyd & Ing

ALVIN L. THOMAS II
Client: 7392-3
Invoice No.: 200711

August 17, 2005
Page -4-

| DATE | COST ADVANCED | AMOUNT |
|------|---------------|--------|
|  | COPIES | 304.90 |
| 05/31/05 | DOCUMENT PRODUCTION 78 File copies from Sakai Iwanaga Sutton | 11.38 |
| 07/15/05 | DEPOSITIONS Dr. Peter Melnyk | 881.40 |

## Alston Hunt Floyd & Ing

ALVIN L. THOMAS II
Client: 7392-3
Invoice No.: 201986

September 15, 2005
Page -5-

| DATE | COST ADVANCED | AMOUNT |
|------|---------------|--------|
|  | COPIES | 376.70 |
| 08/23/05 | DOCUMENT PRODUCTION 772 File copies of documents produced by GMP | 124.17 |
| 08/26/05 | DOCUMENT PRODUCTION 1,095 File | 881.40 |

## Alston Hunt Floyd & Ing

ALVIN L. THOMAS II
Client: 7392-3
Invoice No.: 201986

September 15, 2005
Page -6-

| DATE | COST ADVANCED | AMOUNT |
|------|---------------|--------|
|      | copies (B&W, Color copies & oversize) - originals from GMP |  |

## PAYABLE UPON RECEIPT

*This invoice may not include some expenses (telephone, copying, depositions, etc.) for which we have not yet been billed.*
*Delinquent accounts will be charged interest at the maximum legal rate.*
*Prior unpaid balance is for this matter only.*

**Alston Hunt Floyd & Ing**

ALVIN L. THOMAS II                                          October 12, 2005
Client: 7392-3                                             Page -9-
Invoice No.: 203518

| DATE | COST ADVANCED | AMOUNT |
|------|---------------|--------|
|      | COPIES        | 405.20 |

## Alston Hunt Floyd & Ing

ALVIN L. THOMAS II
Client: 7392-3
Invoice No.: 203518

October 12, 2005
Page -10-

| DATE | COST ADVANCED | AMOUNT |
|------|---------------|--------|
| 09/19/05 | DEPOSITIONS Wagdy Guirguis, P. E. | 1,156.92 |

## PAYABLE UPON RECEIPT

*This invoice may not include some expenses (telephone, copying, depositions, etc.) for which we have not yet been billed.*
*Delinquent accounts will be charged interest at the maximum legal rate.*
*Prior unpaid balance is for this matter only.*

## Alston Hunt Floyd & Ing

ALVIN L. THOMAS II
Client: 7392-3
Invoice No.: 204842

November 10, 2005
Page -5-

| <ins>DATE</ins> | <ins>COST ADVANCED</ins> | <ins>AMOUNT</ins> |
|------|--------------|--------|
|      | COPIES       | 55.60  |

## Alston Hunt Floyd & Ing

ALVIN L. THOMAS II
Client: 7392-3
Invoice No.: 206547

December 13, 2005
Page -3-

| DATE | COST ADVANCED | AMOUNT |
|------|---------------|--------|
|      | COPIES        | 205.20 |

### PAYABLE UPON RECEIPT

*This invoice may not include some expenses (telephone, copying, depositions, etc.) for which we have not yet been billed.*
*Delinquent accounts will be charged interest at the maximum legal rate.*
*Prior unpaid balance is for this matter only.*

**Alston Hunt Floyd & Ing**

ALVIN L. THOMAS II
Client: 7392-3
Invoice No.: 207581

January 11, 2006
Page -4-

<u>**DATE**</u>      <u>**COST ADVANCED**</u>                    <u>**AMOUNT**</u>

COPIES                                          28.10

## Alston Hunt Floyd & Ing

ALVIN L. THOMAS II
Client: 7392-3
Invoice No.: 207581

January 11, 2006
Page -5-

| DATE | COST ADVANCED | AMOUNT |
|------|---------------|--------|
| 10/05/05 | DEPOSITIONS Peter Melnyk, PH. D., P. E. | 672.91 |

### PAYABLE UPON RECEIPT

*This invoice may not include some expenses (telephone, copying, depositions, etc.) for which we have not yet been billed.*
*Delinquent accounts will be charged interest at the maximum legal rate.*
*Prior unpaid balance is for this matter only.*

# Alston Hunt Floyd & Ing

ALVIN L. THOMAS II
Client: 7392-3
Invoice No.: 208945

February 8, 2006
Page -2-

| DATE | COST ADVANCED | AMOUNT |
|------|---------------|--------|
|      | COPIES        | 0.20   |
| 01/13/06 | TRANSCRIPTS re 12/14/05 Plaintiff's Renewed and Supplemented Motion for Summary Motion on Defendant's Counterclaim Filed 9/15/04 | 151.25 |

## Alston Hunt Floyd & Ing

ALVIN L. THOMAS II
Client: 7392-3
Invoice No.: 210619

March 13, 2006
Page -3-

| DATE | COST ADVANCED | AMOUNT |
|------|---------------|--------|
|      | COPIES        | 28.30  |

# Alston Hunt Floyd & Ing

ALVIN L. THOMAS II
Client: 7392-3
Invoice No.: 212078

April 17, 2006
Page -3-

| DATE | COST ADVANCED | AMOUNT |
|------|---------------|--------|
|      | COPIES        | 43.20  |

## PAYABLE UPON RECEIPT

*This invoice may not include some expenses (telephone, copying, depositions, etc.) for which we have not yet been billed.*
*Delinquent accounts will be charged interest at the maximum legal rate.*
*Prior unpaid balance is for this matter only.*

# Alston Hunt Floyd & Ing

ALVIN L. THOMAS II
Client: 7392-3
Invoice No.: 213355

May 9, 2006
Page -6-

:

| DATE | COST ADVANCED | AMOUNT |
|------|---------------|--------|
|      | COPIES        | 103.50 |

# PAYABLE UPON RECEIPT

*This invoice may not include some expenses (telephone, copying, depositions, etc.) for which we have not yet been billed.*
*Delinquent accounts will be charged interest at the maximum legal rate.*
*Prior unpaid balance is for this matter only.*