**ALSTON HUNT FLOYD & ING**
ATTORNEYS AT LAW, A LAW CORPORATION
18TH FLOOR, PACIFIC TOWER   1001 BISHOP STREET
HONOLULU, HAWAII 96813

USDC $159.00
Filing Fee - Complaint

Synagro Technologies v. GMP Hawaii



**EXHIBIT C**