# SHERIFF'S INVOICE

№ 1250

**To:** ALSTON HUNT FLOYD & ING
**Attention:** ROSANNE PATRICINA
**Date:** 8/19/04

**From:** Cecilia Nakahira
3347 Campbell Ave. #9
Honolulu, Hawaii 96815
Pager #: 680-2847

**Plaintiff(s):** SYNAGRO TECHNOLOGIES    vs  **Defendant(s):** GMP HAWAII
**Document Served:** CAS                          **Person served:** WAYDE GUIRGUIS
**Case Number:** 04-00509SPK                **Date Served:** 8/19/04

| Fee | Mileage | Extra Service Fee | Total |
|---|---|---|---|
| $ 25.00 | $ | $ | $ 25.00 |

Terms: Net 30 days. 1 1/2% per month interest will be charged on all overdue accounts. Should bill become 60 days delinquent.

Comments:

**EXHIBIT D**