# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF HAWAII

INVOICE NO: 06000003

**MAKE CHECKS PAYABLE TO:**

Mei-Fei Kuo
Alston Hunt Floyd & Ing
American Savings Bank Tower
1001 Bishop St., Suite 1800
Honolulu, HI 96813

Phone: (808) 524-1800

Court Reporters, Inc.
Sharon Ross, Court Reporter
300 Ala Moana Blvd.
Room C-283
Honolulu, HI 96850

Phone: (808) 535-9200
FAX: (808) 535-9201
Tax ID: 76-0310242
Sharon_Ross@hid.uscourts.gov

☐ CRIMINAL    ☒ CIVIL

DATE ORDERED: 12-21-2005
DATE DELIVERED: 01-13-2006

**Case Style:** CV 04-00509 SPK-LEK, Synagro Technologies, Inc. v GMP Hawaii, Inc.
12-14-05 Plaintiff's Renewed and Supplemented Motion for Summary Judgment on Defendant's Counterclaim Filed September 15, 2004

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | 44 | 3.30 | 145.20 | | | | | | | 145.20 |
| Expedited | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

Misc. Desc.    MISC. CHARGES:

TOTAL: 145.20
LESS DISCOUNT FOR LATE DELIVERY:
TAX (If Applicable): 6.05
LESS AMOUNT OF DEPOSIT:
TOTAL REFUND:

Date Paid:   Amt:   TOTAL DUE: $151.25

**ADDITIONAL INFORMATION**
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

**CERTIFICATION**
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE  *Sharon Ross*   DATE  01-13-2006

(All previous editions of this form are cancelled and should be destroyed)



**EXHIBIT E**



# RALPH ROSENBERG
## Court Reporters, Inc.
A Referral Service
Fed. I.D. #99-0193243

1001 Bishop Street
2460 Pacific Tower
Honolulu, Hawaii 96813
Telephone: (808) 524-2090

8/1/2005

**BILLED TO:**
MEI-FEI KUO, ESQ.
ALSTON HUNT FLOYD & ING
1001 BISHOP STREET
1800 AMERICAN SAVINGS BANK TOWER
HONOLULU, HI 96813-0000

INVOICE NO: 55531

RE: SYNAGRO VS GMP HAWAII, INC.
CIVIL NO. NO. 04-00509 SPK LEK

*A Full Service Court Reporting Firm with Offices Throughout the State*

| DESCRIPTION | AMOUNT |
|---|---|
| THE DEPOSITION OF DR. PETER MELNYK TAKEN ON 7/15/2005 IN HONOLULU HI | |
| ORIGINAL & ONE COPY | 846.15 |
| 2A 153ST1 300EH 1S 1SF 1CT1<br>MYRLA SEGAWA — Tax | 35.25 |
| **TOTAL DUE** | **$881.40** |

Invoices payable within 30 days. A finance charge of 1 1/2% per month will apply on past due amounts.



# RALPH ROSENBERG
## Court Reporters, Inc.
### A Referral Service
Fed. I.D. #99-0193243

10/3/2005

*1001 Bishop Street*
*2460 Pacific Tower*
*Honolulu, Hawaii 96813*
*Telephone: (808) 524-2090*

**BILLED TO:** MEI-FEI KUO, ESQ.
ALSTON HUNT FLOYD & ING
1001 BISHOP STREET
1800 AMERICAN SAVINGS BANK TOWER
HONOLULU, HI 96813-0000

INVOICE NO: 56951

RE: SYNAGRO TECHNOLOGIES, INC. VS
GMP HAWAII, INC.
CIVIL NO. CV04-00509 SPK LEK

*A Full Service Court Reporting Firm with Offices Throughout the State*

| DESCRIPTION | AMOUNT |
|---|---|
| THE DEPOSITION OF WAGDY GUIRGUIS, P.E. TAKEN ON 09/19/05 IN HONOLULU HI | |
| ORIGINAL & ONE COPY | 1110.65 |
| 2A 221ST1 282EH 1S 1SF 1CT1　ELSIE TERADA　Tax | 46.27 |
| **TOTAL DUE** | **$1156.92** |

Invoices payable within 30 days. A finance charge of 1½% per month will apply on past due amounts.

# RALPH ROSENBERG
## Court Reporters, Inc.
A Referral Service
Fed. I.D. #99-0193243

1001 Bishop Street
2460 Pacific Tower
Honolulu, Hawaii 96813
Telephone: (808) 524-2090

10/12/2005

BILLED TO: MEI-FEI KUO, ESQ.
ALSTON HUNT FLOYD & ING
1001 BISHOP STREET
1800 AMERICAN SAVINGS BANK TOWER
HONOLULU, HI 96813-0000

INVOICE NO: 57217

RE: SYNAGRO TECHNOLOGIES, INC. VS
GMP HAWAII, INC.
CIVIL NO. CV04-00509 SPK LEK

*A Full Service Court Reporting Firm with Offices Throughout the State*

| DESCRIPTION | | AMOUNT |
|---|---|---|
| THE DEPOSITION OF PETER MELNYK, PH.D., P.E. TAKEN ON 10/05/05 IN HONOLULU HI | | |
| | ORIGINAL & ONE COPY | 646.00 |
| 1A 140ST1 54EH 1S 1SF 1CT1<br>MYRLA SEGAWA | Tax | 26.91 |
| | **TOTAL DUE** | **$672.91** |

Invoices payable within 30 days. A finance charge of 1 1/2% per month will apply on past due amounts.