**PROFESSIONAL IMAGE**

**INVOICE**

841 Bishop Street, Suite 150
Honolulu, Hawaii 96813
Tel: 524-0233 • Fax: 532-7575
Fed. ID 99-0184341

No. Q- 571801

Date 5/18/05

Customer P.O. No.

SOLD TO:
Alston, Hunt, Floyd & Ing
18th Floor Pacific Tower
1001 Bishop Street
Honolulu HI 96813
MEIFEI CUO
Phone: 808-524-1800

Terms: Net ten days from invoice date.

| QUANTITY | DESCRIPTION | AMOUNT |
|---|---|---|
| 426 | File Copies: MOSTLY AUTO FEED | 34.08 |
| 315 | 11X17 | 63.00 |
| 1 | Color, 8.5 x 11 White 28# Hammermill, 254 originals, copied on 1 side | 241.30 |
| | 2    Rebind | 2.00 |

ORIGINALS PROVIDED BY: SAKAI IMANAKA (DEBBIE)

ref: SYNAGRO VS. GMP

Sales Rep: Mary Jane

A finance charge of 1 1/2% per month will apply on past due amounts.

| | |
|---|---|
| SUBTOTAL | 340.38 |
| TAX | 14.18 |
| SHIPPING | |
| TOTAL | 354.56 |

This is your only invoice: No other copies will be sent.

**Remittance Advice**
Please return with your payment.

Invoice No: Q-57180

Amount Due: $ 354.5

Professional Image, Inc.
Accounting Dept.
841 Bishop Street, Suite 150
Honolulu, Hawaii 96813



**EXHIBIT F**

# Sakai ▲ Iwanaga ▲ Sutton Law Group

*Attorneys at Law, A Limited Liability Law Company*

Richard Sutton, Jr
E-mail: rsutton@silawgroup.com

May 31, 2005

PAUL ALSTON, ESQ.
MEI-FEI KUO
Alston Hunt Floyd & Ing
Attorneys At Law
American Savings Bank Tower
1001 Bishop Street, 18th Floor
Honolulu, Hawaii 96813

  Re: **Statement of Costs**
    **Synagro Technologies, Inc. vs. GMP Hawaii, Inc.**
    **Civil No: CV04-00509 SPK/LEK**

FOR COPYING COSTS:

| | |
|---|---|
| 78 copies (unstaple/restaple – staple copies) | $10.92 |
| 4.167 Hawaii State Tax | $  .46 |
| TOTAL AMOUNT DUE | **$11.38** |

Please make check payable to: **Sakai Iwanaga Sutton**



**PROFESSIONAL IMAGE**

**INVOICE**

841 Bishop Street, Suite 150
Honolulu, Hawaii 96813
Tel: 524-0233 • Fax: 532-7575
Fed. ID 99-0184341

No. Q- 573850

Date 8/23/05

Customer P.O. No.

SOLD TO:
Alston, Hunt, Floyd & Ing
18th Floor Pacific Tower
1001 Bishop Street
Honolulu HI 96813
Danie Kakazu
Phone: 808 524 1800

**Terms: Net ten days from invoice date.**

| QUANTITY | DESCRIPTION | AMOUNT |
|---|---|---|
| 738 | File Copies (Level IV) | 110.70 |
| 34 | B & W (fold & insert & staples), 11 x 17 White 20# Bond, copied on 1 side | 8.50 |

08-448
JC

Sales Rep: malcolm

REF: Synagro-GMP (7392-3)

dws plod by gmp m 8/23/05

| | |
|---|---|
| SUBTOTAL | 119.20 |
| TAX | 4.97 |
| SHIPPING | |
| TOTAL | 124.17 |

A finance charge of 1 1/2% per month will apply on past due amounts.

**This is your only invoice. No other copies will be sent.**



**PROFESSIONAL IMAGE**

### INVOICE

841 Bishop Street, Suite 150
Honolulu, Hawaii 96813
Tel: 524-0233 • Fax: 532-7575
Fed. ID 99-0184341

No. Q- 573942

Date 8/26/05

Customer P.O. No.

SOLD TO:
Alston, Hunt, Floyd & Ing
18th Floor Pacific Tower
1001 Bishop Street
Honolulu HI 96813
Danie K.
Phone: 808 524 1800

Terms: Net ten days from invoice date.

| QUANTITY | DESCRIPTION | AMOUNT |
|---|---|---|
| 825 | 11 x 17 b & w, , copied on 1 side | 148.50 |
| 87 | 24 x 36 | 495.90 |
| 1 | 21 x 35 | 6.25 |
| 21 | 8.5 x 11 color, , copied on 1 side | 19.95 |
| 161 | File Copies | 19.32 |

originals from GMP

Sales Rep: Malcolm           7392-3 - Synagro / GMP

Jkcs pd by GMP (Peter Myjnek)

| | |
|---|---|
| SUBTOTAL | 689.92 |
| TAX | 28.75 |
| SHIPPING | |
| TOTAL | 718.67 |

A finance charge of 1 1/2% per month will apply on past due amounts.

**This is your only invoice. No other copies will be sent.**