| | | Synagro - Pleadings Filed | | | | 0.1 |
|---|---|---|---|---|---|---|
| No. | Date | Description | # of pages | # of copies | Total # of pages | Total Cost (# of pages at $.10 ea) |
| 1 | 8/18/2004 | Complaint; Exhibits 1-4; Summons | 401 | 3 | 1203 | $120.30 |
| 2 | 8/19/2004 | Return of Service | 2 | 1 | 2 | $0.20 |
| 3 | 9/22/2004 | Reply to Defendant GMP Hawaii, Inc.'s Counterclaim | 9 | 2 | 18 | $1.80 |
| 4 | 10/27/2004 | Report of Planning Meeting | 6 | 2 | 12 | $1.20 |
| 5 | 11/5/2004 | Synagro's Initial Disclosures | 13 | 2 | 26 | $2.60 |
| 6 | 11/8/2004 | Synagro's Scheduling Conference Statement | 9 | 2 | 18 | $1.80 |
| 7 | 1/3/2005 | Motion for Summary Judgment on Defendant GMP Hawaii, Inc.'s Counterclaim, Filed 9/2/04 | 702 | 4 | 2808 | $280.80 |
| 8 | 1/11/2005 | Submission of Original Declaration of James R. Hecht in Support of Synagro's Motion for Summary Judgment on Defendant GMP Hawaii, Inc.'s Counterclaim, Filed September 2, 2004 | 6 | 4 | 24 | $2.40 |
| 9 | 3/4/2005 | Separate and Concise Statement of Facts in Support of Synagro's Motion for Summary Judgment on Defendant GMP Hawaii, Inc.'s Counterclaim, Filed September 2, 2004 | 45 | 4 | 180 | $18.00 |
| 10 | 3/7/2005 | Synagro's Consolidated (1) Reply Memorandum in Support of Plaintiff's Motion for Summary Judgment on Defendant GMP Hawaii, Inc.'s Counterclaim, and (2) Memorandum in opposition to Defendant's Motion to Continue Hearing on Plaintiff's Motion for Summary Judgment | 44 | 4 | 176 | $17.60 |
| 11 | 3/18/2005 | Submission of Original Supplemental Declaration of James P. Carmichael in Support of Synagro's Consolidated (1) Reply Memorandum in Support of Plaintiff's Motion for Summary Judgment on Defendant GMP Hawaii, Inc.'s Counterclaim, and (2) Memorandum in opposition to Defendant's Motion to Continue Hearing on Plaintiff's Motion for Summary Judgment | 6 | 4 | 24 | $2.40 |
| 12 | 3/28/2005 | First Request for Production of Documents to Defendant GMP Hawaii, Inc. | 14 | 2 | 28 | $2.80 |
| 13 | 3/28/2005 | Notice of Taking Deposition Upon Oral Examination Pursuant to Rule 30(b)(6) - GMP Rep. | 10 | 3 | 30 | $3.00 |
| 14 | 4/15/2005 | Synagro's Response to Defendant GMP Hawaii, Inc.'s First Request for Production of Documents to Synagro, dated March 16, 2005 | 12 | 2 | 24 | $2.40 |
| 15 | 5/6/2005 | Amended Notice of Taking Deposition Upon Oral Examination Pursuant to Rule 30(b)(6) - GMP Rep. | 10 | 3 | 30 | $3.00 |
| 16 | 5/6/2005 | Second Amended Notice of Taking Deposition Upon Oral Examination Pursuant to Rule 30(b)(6) - GMP Rep. | 10 | 3 | 30 | $3.00 |
| 17 | 6/24/2005 | Third Amended Notice of Taking Deposition Upon Oral Examination Pursuant to Rule 30(b)(6) - GMP Rep. | 10 | 3 | 30 | $3.00 |
| 18 | 7/27/2005 | Confidential Settlement Conference Statement; Exhibits A-K | 100 | 1 | 100 | $10.00 |



EXHIBIT G

| No | Date | Description | # of pages | # of copies | Total # of pages | Total Cost (# of pages at $.10 ea) |
|---|---|---|---|---|---|---|
| 19 | 8/16/2005 | Notice of Taking Deposition Upon Oral Examination Pursuant to Rule 30(b)(6) - GMP/Wagdy Guirguis | 10 | 3 | 30 | $3.00 |
| 20 | 8/25/2005 | Amended Notice of Taking Deposition Upon Oral Examination Pursuant to Rule 30(b)(6) - GMP/Wagdy Guirguis | 11 | 3 | 33 | $3.30 |
| 21 | 9/7/2005 | Amended Notice of Taking Deposition Upon Oral Examination Pursuant to Rule 30(b)(6) - GMP/Peter Melnyk | 10 | 3 | 30 | $3.00 |
| 22 | 9/8/2005 | Second Amended Notice of Taking Deposition Upon Oral Examination Pursuant to Rule 30(b)(6) - GMP/Wagdy Guirguis | 11 | 3 | 33 | $3.30 |
| 23 | 9/15/2005 | Synagro's Renewed and Supplemented Motion for Summary Judgment on Defendant GMP Hawaii, Inc.'s Counterclaim, Filed September 2, 2005 | 198 | 4 | 792 | $79.20 |
| 24 | 9/15/2005 | Separate and Concise Statement of Facts in Support of Synagro's Renewed and Supplemented Motion for Summary Judgment on Defendant GMP Hawaii, Inc.'s Counterclaim, Filed September 2, 2004 | 110 | 4 | 440 | $44.00 |
| 25 | 9/15/2005 | Ex Parte Motion to Shorten Time for Hearing on Synagro's Renewed and Supplemented Motion for Summary Judgment on Defendant GMP Hawaii, Inc.'s Counterclaim, Filed September 2, 2004 | 12 | 2 | 24 | $2.40 |
| 26 | 9/21/2005 | Second Amended Notice of Taking Deposition Upon Oral Examination Pursuant to Rule 30(b)(6) - GMP/Peter Melnyk | 10 | 3 | 30 | $3.00 |
| 27 | 9/23/2005 | Submission of Original Declaration of James R. Hecht in Support of Synagro's Renewed and Supplemented Motion for Summary Judgment on Defendant GMP Hawaii, Inc.'s Counterclaim, Filed September 15, 2005 | 6 | 4 | 24 | $2.40 |
| 28 | 9/30/2005 | Second Amended Notice of Taking Deposition Upon Oral Examination Pursuant to Rule 30(b)(6) - GMP/Peter Melnyk | 10 | 3 | 30 | $3.00 |
| 29 | 10/7/2005 | First Amended Confidential Settlement Conference Statement; Exhibits "A" - "R" | 162 | 1 | 162 | $16.20 |
| 30 | 11/4/2005 | Amended Notice of Hearing re Synagro's Renewed and Supplemented Motion for Summary Judgment on Defendant GMP Hawaii, Inc.'s Counterclaim, Lodged September 2, 2005 (Filed September 15, 2005) | 4 | 3 | 12 | $1.20 |
| 31 | 12/2/2005 | Synagro's Reply to Defendant GMP Hawaii, Inc.'s Opposition to Plaintiff's Separate and Concise Statement of Facts in Support of Synagro's Renewed and Supplemented Motion for Summary Judgment on Defendant GMP Hawaii, Inc.'s Counterclaim | 42 | 4 | 168 | $16.80 |
| 32 | 12/2/2005 | Synagro's Reply in Support of Renewed and Supplemented Motion for Summary Judgment on Defendant GMP Hawaii, Inc.'s Counterclaim, Filed September 15, 2005 | 112 | 4 | 448 | $44.80 |

| No | Date | Description | # of pages | # of copies | Total # of pages | Total Cost (# of pages at $.10 ea) |
|---|---|---|---|---|---|---|
| 33 | 12/5/2005 | Synagro's Errata to (1) Synagro's Reply in Support of Renewed and Supplemented Motion for Summary Judgment on Defendant GMP Hawaii, Inc.'s Counterclaim, Filed December 2, 2005, and (2) Synagro's Reply to Defendant | 10 | 4 | 40 | $4.00 |
| 34 | 12/20/2005 | Transcript Order | 1 | 1 | 1 | $0.10 |
| 35 | 12/27/2005 | Synagro's Memorandum in Opposition to Defendant GMP Hawaii, Inc.'s Motion for Leave to File Amended Counterclaim, Filed December 13, 2005 | 31 | 4 | 124 | $12.40 |
| 36 | 2/21/2006 | Synagro's Supplemented Confidential Settlement Conference Staetment; Exhibits "A" - "E" | 23 | 1 | 23 | $2.30 |
| 37 | 3/30/2006 | Stipulation and Order to (1) Vacate Trial Date, Trial-Related Deadlines, (2) Set Briefing on Plaintiff's Motion for Attorney's Fees and Costs, and (3) Dismiss Claims | 3 | 2 | 6 | $0.60 |
| 38 | 4/21/2006 | Synagro's Motion for Attorneys' Fees and Related Non-Taxable Expenses | 238 | 4 | 952 | $95.20 |
| 39 | 4/21/2006 | Bill of Costs | 43 | 4 | 172.00 | $17.20 |
| | | TOTAL | 2466 | 113 | 8337 | $833.70 |