# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

05/26/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 04-00509SPK-LEK |
| CASE NAME: | Synagro Technologies, Inc. Vs. GMP Hawai'i, Inc. |
| ATTYS FOR PLA: | |
| ATTYS FOR DEFT: | |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | |
| DATE: | 05/26/2006 | TIME: | |

COURT ACTION:  EO: Plaintiff's **Amended** Motion for Attorneys' Fees and Related Non-Taxable Costs filed on 5/26/06 was Referred to Magistrate Judge Leslie E. Kobayashi for consideration by Judge Samuel P. King.

Pursuant to LR 54.3 Plaintiff's **Amended** Motion for Attorneys' Fees and Related Non-Taxable Costs will be considered by Magistrate Judge Leslie E. Kobayashi as a Non Hearing Motion.

Pursuant to LR 54.3 Plaintiff's Statement of Consultation is due on **6/9/06**.

Pursuant to LR 54.3 and FRCvP Rule 6(e): Memorandum in Opposition is due **6/23/06**.

Reply Memorandum is due **7/7/06**.

Plaintiff's **Amended** Motion for Attorneys' Fees and Related Non-Taxable Costs will be taken under advisement by Magistrate Judge Leslie E. Kobayashi thereafter.

**Settlement Conference Re: Attorneys' Fees and Costs set for 9:30 6/14/06 before Magistrate Judge Leslie E. Kobayashi.**

Plaintiff's Motion for Attorneys' Fees and Related Non-Taxable Costs filed 4/21/06 is now deemed moot and **terminated**.

cc: all counsel

Submitted by: Warren N. Nakamura, Courtroom Manager