ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 0 6 2006

at ___ o'clock and ___ min ___ M
SUE BEITIA, CLERK

**SAKAI IWANAGA SUTTON**
A Law Group, AAL, LLLC
RICHARD C. SUTTON, JR.   1010-0
Email:  dsutton@lava.net
City Financial Tower
201 Merchant Street, Suite 2307
Honolulu, Hawaii 96813
Telephone: (808) 792-3888
Facsimile:  (808) 521-5262

**CASE LOMBARDI & PETTIT**
A Law Corporation
MICHAEL R. MARSH          1327-0
Email:  mmarsh@caselombardi.com
TED N. PETTIT             4287-0
Email:  tpettit@caselombardi.com
JOHN D. ZALEWSKI          4718-0
Email:  jzalewski@caselombardi.com
MALIA S. LEE              8159-0
Email:  mlee@caselombardi.com
Pacific Guardian Center, Mauka Tower
737 Bishop Street, Suite 2600
Honolulu, Hawaii 96813
Telephone (808) 547-5400
Facsimile:  (808) 523-1888

Co-Counsel for Defendant
**GMP HAWAI`I, INC.**

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| SYNAGRO TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> vs. | CIVIL NO. CV04-00509 SPK LEK <br><br> **DEFENDANT GMP HAWAI`I, INC.'S OBJECTIONS TO AMENDED BILL OF COSTS** <br><br> (caption continued on next page) |

28130/2/428626

| GMP HAWAI`I, INC.,<br><br>Defendant. | FILED HEREIN ON MAY 26, 2006; CERTIFICATE OF SERVICE |
|---|---|

## DEFENDANT GMP HAWAI`I, INC.'S OBJECTIONS TO AMENDED BILL OF COSTS FILED HEREIN ON MAY 26, 2006

Defendant GMP HAWAI`I, INC. ("GMP"), by and through its co-counsel, CASE LOMBARDI & PETTIT, hereby submits the following objections to Plaintiff SYNAGRO TECHNOLOGIES, INC.'S ("Synagro"'s) Amended Bill of Costs filed herein on May 26, 2006. Synagro's Amended Bill of Costs should be denied for the following reasons:

1. Synagro's Amended Bill of Costs, in its entirety, is untimely pursuant to Local Rule 54.2(b). Synagro claims that it is the "prevailing party in whose favor judgment was entered" herein on January 11, 2006 by way of the Court's Summary Judgment Order. If it is indeed the prevailing party as of that date, Synagro waived such costs when it did not file a Bill of Costs by February 10, 2006 (within thirty days of the alleged entry of judgment);

2. In the alternative, Synagro's Amended Bill of Costs is premature, in that Synagro admits that no judgment or other order pursuant to L.R. 54.2(b) has been entered by the Court, *see* Amended Bill of Costs at 2. Pursuant to L.R. 54.2(b), a Bill of Costs may only be submitted "within

28130/2/428626

thirty (30) days after the entry of judgment, the entry of an order denying a motion filed under Fed. R. Civ. P. 50(b), 52(b), or 59, or an order remanding to state court any removed action," and as such the instant Amended Bill of Costs is premature and must be denied in its entirety; and

3. The Stipulation and Order to (1) Vacate Trial Date, Trial-Related Deadlines, (2) Set Briefing on Plaintiff's Motion for Attorneys' Fees and Costs, and (3) Dismiss Claims, filed herein on March 30, 2006, does not address nor include an "agreement regarding entitlement to taxation of costs,"[1] and according to Local Rule 54.2(a), Synagro must therefore bear its own taxable costs as a result of settling the action.

Based upon the foregoing, GMP respectfully requests that the Clerk and this Court deny Synagro's Amended Bill of Costs.

---

[1] Because the Stipulation does not address taxation of costs by the clerk, these objections are being submitted in accordance with the time limits set forth in Local Rule 54.2(d). However, should the Court decide to address Synagro's Amended Bill of Costs for taxable costs pursuant to the Court's Minute Order regarding Synagro's Motion for Attorneys' Fees and Related Non-Taxable Expenses, filed herein on May 10, 2006, GMP will further submit a Memorandum in Opposition to the instant Amended Bill of Costs by or on June 23, 2006 in accordance therewith.

28130/2/428626

DATED: Honolulu, Hawaii, JUN 0 6 2006 _____.

_____
MICHAEL M. MARSH
TED N. PETTIT
JOHN D. ZALEWSKI
MALIA S. LEE
Co-Counsel for Defendant
**GMP HAWAI`I, INC.**

28130/2/428626

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| SYNAGRO TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> GMP HAWAI`I, INC., <br><br> Defendant. | CIVIL NO. CV04-00509 SPK LEK <br><br> CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was duly served upon the parties listed below at their last known addresses by U.S. Mail, postage pre-paid on the date stated below:

PAUL ALSTON, ESQ.
MEI-FEI KUO, ESQ.
ALSTON HUNT FLOYD & ING
American Savings Bank Tower
1001 Bishop Street, 18th Floor
Honolulu, Hawaii 96813

Attorneys for Plaintiff
**SYNAGRO TECHNOLOGIES, INC.**

28130/2/428626

RICHARD C. SUTTON, JR.
SAKAI IWANAGA SUTTON
City Financial Tower
201 Merchant Street, Suite 2307
Honolulu, Hawaii 96813

Co-Counsel for Defendant
**GMP HAWAI`I, INC.**


DATED: Honolulu, Hawaii, _____JUN 0 6 2006_____.

_____
MICHAEL M. MARSH
TED N. PETTIT
JOHN D. ZALEWSKI
MALIA S. LEE
Co-Counsel for Defendant
**GMP HAWAI`I, INC.**

28130/2/428626