Of Counsel:
ALSTON HUNT FLOYD & ING
Attorneys At Law
A Law Corporation

PAUL ALSTON              1126-0
MEI-FEI KUO              7377-0
SHELLIE K. PARK-HOAPILI  7885-0
American Savings Bank Tower
1001 Bishop Street, 18th Floor
Honolulu, Hawai‘i  96813
Telephone:  (808) 524-1800
E-Mail: palston@ahfi.com

Attorneys for Plaintiff
  SYNAGRO TECHNOLOGIES, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI‘I

| | |
|---|---|
| SYNAGRO TECHNOLOGIES, INC., | CIVIL NO. CV04-00509 SPK LEK |
| Plaintiff, | **PLAINTIFF SYNAGRO TECHNOLOGIES, INC.'S STATEMENT OF CONSULTATION; CERTIFICATE OF SERVICE** |
| vs. | |
| GMP HAWAI‘I, INC., | |
| Defendant. | |

**PLAINTIFF SYNAGRO TECHNOLOGIES, INC.'S STATEMENT OF CONSULTATION**

         Plaintiff Synagro Technologies, Inc. ("Synagro") respectfully submits its Statement of Consultation, pursuant to the Local Rule 54.3(b) of the Rules of the United States District Court for the District of Hawai‘i.

         On June 8, 2006, Paul Alston, counsel for Plaintiff Synagro, met with Michael Marsh, counsel for Defendant GMP Hawai‘i, Inc. ("GMP").

616077 v1 / 7392-3

The Parties were unable to reach any agreement; GMP has declined to make any specific offer.  Accordingly, the Parties agree that the Court must decide the pending Amended Motion for Fees and Expenses and review the Amended Bill of Costs.

DATED:  Honolulu, Hawai'i, June 9, 2006.


_____/s/ Mei-Fei Kuo_____
PAUL ALSTON
MEI-FEI KUO
SHELLIE K. PARK-HOAPILI
Attorneys for Plaintiff
  SYNAGRO TECHNOLOGIES, INC.