IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| SYNAGRO TECHNOLOGIES, INC., ) | CIVIL NO. CV04-00509 SPK LEK |
| Plaintiff, ) | **CERTIFICATE OF SERVICE** |
| vs. ) | |
| GMP HAWAII, INC., ) | |
| Defendant. ) | |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this date and by the methods of service noted below, true and correct copies of the foregoing were served on the following at their last known addresses:

**SERVED ELECTRONICALLY THROUGH CM/ECF:**

RICHARD C. SUTTON, JR., ESQ.                        dsutton@lava.net
Sakai Iwanaga Sutton
201 Merchant Street, Suite 2307
Honolulu, HI  96813

MICHAEL R. MARSH, ESQ.
TED N. PETTIT, ESQ.                                 tnp@caselombardi.com
JOHN D. ZALEWSKI, ESQ.
MALIA S. LEE, ESQ.                                  mlee@caselombardi.com
CASE BIGELOW & LOMBARDI
Pacific Guardian Center, Mauka Tower
737 Bishop Street, Suite 2600
Honolulu, Hawaii 96813

Attorneys for Defendant
  GMP HAWAII, INC.

DATED:  Honolulu, Hawaiʻi, June 9, 2006.

                                             /s/ MEI-FEI KUO
                                        PAUL ALSTON
                                        MEI-FEI KUO
                                        Attorneys for Plaintiff
                                            SYNAGRO TECHNOLOGIES, INC