IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| SYNAGRO TECHNOLOGIES, INC., ) | CIVIL NO. CV04-00509 SPK LEK |
| ) | |
| Plaintiff, ) | **CERTIFICATE OF SERVICE** |
| ) | |
| vs. ) | |
| ) | |
| GMP HAWAII, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this date and by the methods of service noted below, true and correct copies of the foregoing were served on the following at their last known addresses:

**SERVED ELECTRONICALLY THROUGH CM/ECF:**

RICHARD C. SUTTON, JR., ESQ.                         dsutton@lava.net
Sakai Iwanaga Sutton
201 Merchant Street, Suite 2307
Honolulu, HI  96813

MICHAEL R. MARSH, ESQ.
TED N. PETTIT, ESQ.                                  tnp@caselombardi.com
JOHN D. ZALEWSKI, ESQ.
MALIA S. LEE, ESQ.                                   mlee@caselombardi.com
CASE BIGELOW & LOMBARDI
Pacific Guardian Center, Mauka Tower
737 Bishop Street, Suite 2600
Honolulu, Hawaii 96813

Attorneys for Defendant
  GMP HAWAII, INC.

**SERVED VIA U.S. MAIL:**

MICHAEL R. MARSH, ESQ.
JOHN D. ZALEWSKI, ESQ.
CASE BIGELOW & LOMBARDI
Pacific Guardian Center, Mauka Tower
737 Bishop Street, Suite 2600
Honolulu, Hawaii 96813

Attorneys for Defendant
  GMP HAWAII, INC.

DATED:  Honolulu, Hawai`i, June 14, 2006.

          /s/ MEI-FEI KUO
PAUL ALSTON
MEI-FEI KUO
Attorneys for Plaintiff
  SYNAGRO TECHNOLOGIES, INC