# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

06/14/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 04-00509SPK-LEK |
| CASE NAME: | Synagro Technologies, Inc. Vs. GMP Hawaii, Inc. |
| ATTYS FOR PLA: | Paul Alston<br>Mei-Fei Kuo |
| ATTYS FOR DEFT: | Michael R. Marsh |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | In Chambers-No Record |
| DATE: | 06/14/2006 | TIME: | 9:30-11:30 |

COURT ACTION:  EP: Settlement Conference Re: Attorneys' Fees and Costs held.

Submitted by: Warren N. Nakamura, Courtroom Manager