28130-2
GMP Associates/Synagro Technologies (Contract Dispute)
**Total Summary of Fee Invoices by Category Claimed by Alston Hunt Floyd Ing**

| Month Billed | No. of Hours | Category C (Complaint) | Category CC (Counterclaim) | Category SJ (Motion for SJ) | Category AC (Amended Counterclaim) | Category M (Third Complaint & Counterclaim) | Category D (Discovery) | Category S (Settlement) | Category A (Arbitr.) | Category U (Unknown) | Category Q (Questionable) | Category R (Redacted) | Category MFC (Motion for Fees & Costs) | Category X (No Charge) | TOTALS | Inadequately Described | ADJUSTED TOTALS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Aug '04 | 32.90 | $5,076.00 | | | | | | | $4,950.00 | | | | | $90.00 | $11,529.00 | $8,685.00 | $2,844.00 |
| Sep '04 | 22.00 | $292.50 | $1,408.50 | $1,701.00 | | $319.50 | | | $207.00 | $90.00 | $265.50 | $1,413.00 | | | $4,009.50 | $2,601.00 | $1,408.50 |
| Oct '04 | 2.40 | | | | | | | $135.00 | | $13.50 | | | | | $544.50 | $382.50 | $162.00 |
| Nov '04 | 36.40 | $427.50 | | $2,164.50 | | $1,365.00 | | | | $135.00 | | $1,755.00 | | | $5,847.00 | $2,142.00 | $3,705.00 |
| Dec '04 | 10.90 | | | $2,335.50 | | | | | | | $90.00 | $135.00 | | | $2,889.00 | $1,045.00 | $1,844.00 |
| Feb '05 | 15.40 | | | $469.50 | | $873.00 | $216.00 | | $225.00 | | | $1,177.50 | | | $2,961.00 | $1,389.00 | $1,572.00 |
| Mar '05 | 57.10 | | | $4,171.50 | | $913.50 | $849.00 | | $90.00 | | | $2,578.50 | | | $8,602.50 | $5,841.00 | $2,761.50 |
| Apr '05 | 39.30 | | | | | $45.00 | $3,847.50 | | $45.00 | $495.00 | | $1,233.00 | | | $5,701.50 | $2,811.00 | $2,890.50 |
| May '05 | 8.80 | $36.00 | | | | $27.00 | $675.00 | $256.50 | $69.00 | | $67.50 | $463.50 | | | $1,095.00 | $159.00 | $936.00 |
| Jun '05 | 2.70 | | | | | $102.00 | $309.00 | $45.00 | | | | $54.00 | | | $510.00 | $81.00 | $429.00 |
| Jul '05 | 38.90 | | | | | $96.00 | $3,166.50 | $1,729.50 | | $13.50 | | $364.50 | | | $5,370.00 | $1,651.50 | $3,718.50 |
| Aug '05 | 26.20 | | | | | $214.50 | $2,386.50 | $180.00 | | | | | | | $2,794.50 | $216.00 | $2,578.50 |
| Sep '05 | 84.00 | | | $5,161.50 | | $397.50 | $5,429.50 | $81.00 | | | | $153.00 | | | $11,222.50 | $2,812.50 | $8,410.00 |
| Oct '05 | 35.80 | | | $72.00 | | $408.00 | $2,665.50 | $747.00 | | $315.00 | | $13.50 | | $220.00 | $4,441.00 | $396.00 | $4,045.00 |
| Nov '05 | 27.90 | | | $3,640.50 | | $215.00 | | | | $135.00 | | | | | $3,990.50 | $135.00 | $3,855.50 |
| Dec '05 | 57.80 | | | $5,755.50 | $3,244.50 | | | | | | | | | | $9,000.00 | $3,361.50 | $5,638.50 |
| Jan '06 | 2.60 | | $220.50 | | $130.50 | $292.50 | | $90.00 | | $90.00 | | | | | $823.50 | $315.00 | $508.50 |
| Feb '06 | 8.90 | | | | | $180.00 | | $1,718.00 | | | | | | | $1,898.00 | $495.00 | $1,403.00 |
| Mar '06 | 6.60 | | | | | | | $697.50 | | $45.00 | $94.50 | $273.50 | | | $1,110.50 | $408.50 | $702.00 |
| Apr '06 | 72.30 | | | | | | | | | | | | $9,689.50 | | $9,689.50 | $5,629.50 | $4,060.00 |
| 05/24/06 | | | | | | | | | | | | | | | | | |
| Adjustment | | | | | | | | | | | | | | | ($4,072.00) | | ($4,072.00) |
| SUBTOTAL: | 588.90 | $5,832.00 | $1,408.50 | $25,692.00 | $3,375.00 | $5,448.50 | $19,534.50 | $5,679.50 | $5,157.00 | $1,266.00 | $1,012.50 | $9,614.00 | $5,617.50 | $320.00 | $89,957.00 | $41,357.00 | $48,600.00 |
| GET: | | $242.96 | $58.68 | $1,070.33 | $140.60 | $226.98 | $813.81 | $236.61 | $214.84 | $52.74 | $42.18 | $400.52 | $234.03 | $13.33 | $3,747.61 | $1,722.93 | $2,024.68 |
| **TOTAL:** | | $6,074.96 | $1,467.18 | $26,762.33 | $3,515.60 | $5,675.48 | $20,348.31 | $5,916.11 | $5,371.84 | $1,318.74 | $1,054.68 | $10,014.52 | $5,851.53 | $333.33 | $93,704.61 | $43,079.93 | $50,624.68 |
| GET Inadequately Described: | | $136.10 | $16.87 | $519.29 | | $38.99 | $107.36 | $61.49 | $179.97 | $33.99 | $30.00 | $364.34 | $234.52 | | $1,722.93 | | |
| Total Inadequately Described: | | $3,403.10 | $421.87 | $12,984.29 | | $974.99 | $2,684.36 | $1,537.49 | $4,499.97 | $849.99 | $750.00 | $9,109.84 | $5,864.02 | | $43,079.93 | | |
| **ADJUSTED TOTALS:** | | $2,671.86 | $1,045.31 | $13,778.04 | $3,515.60 | $4,700.49 | $17,663.95 | $4,378.62 | $871.87 | $468.75 | $304.68 | $904.68 | ($12.50) | $333.33 | $50,624.68 | | |

Exhibit 1 Page 1 of 1