28130-2

GMP Associates/Synagro Technologies (Contract Dispute)
**Breakdown of Fee Invoices Claimed by Alston Hunt Floyd Ing**

| Date | Atty. | Rate | No. of Hours | Category C (Complaint) | Category CC (Counterclaim) | Category SJ (Motion for SJ) | Category AC (Amended Counterclaim) | Category M (Mixed - Complaint & Counterclaim) | Category D (Discovery) | Category S (Settlement) | Category A (Andriz) | Category U (Unknown) | Category Q (Questionable) | Category R (Redacted) | Category MFC (Motion for Fees & Costs) | Category X (No Charge) | TOTALS | Inadequately Described | ADJUSTED TOTALS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/03/04 | PA | $450.00 | 0.90 | $405.00 | | | | | | | | | | | | | | $405.00 | |
| 08/03/04 | PA | TOTAL | 0.90 | $405.00 | | | | | | | | | | | | | $405.00 | $405.00 | $0.00 |
| 08/04/04 | PA | $450.00 | 0.30 | $135.00 | | | | | | | | | | | | | | | |
| 08/04/04 | PA | TOTAL | 0.30 | $135.00 | | | | | | | | | | | | | $135.00 | | |
| 08/05/04 | PA | $450.00 | 1.20 | $540.00 | | | | | | | | | | | | | | $540.00 | |
| 08/05/04 | PA | TOTAL | 1.20 | $540.00 | | | | | | | | | | | | | $540.00 | $540.00 | $0.00 |
| 08/06/04 | PA | $450.00 | 0.70 | $315.00 | | | | | | | | | | | | | | $315.00 | |
| 08/06/04 | PA | TOTAL | 0.70 | $315.00 | | | | | | | | | | | | | $315.00 | $315.00 | $0.00 |
| 08/07/04 | PA | $450.00 | 0.50 | $225.00 | | | | | | | | | | | | | | $225.00 | |
| 08/07/04 | PA | TOTAL | 0.50 | $225.00 | | | | | | | | | | | | | $225.00 | $225.00 | $0.00 |
| 08/08/04 | PA | $450.00 | 0.10 | $45.00 | | | | | | | | | | | | | | $45.00 | |
| 08/08/04 | PA | TOTAL | 0.10 | $45.00 | | | | | | | | | | | | | $45.00 | $45.00 | $0.00 |
| 08/10/04 | PA | $450.00 | 0.70 | | | | | | | | | | | $315.00 | | | | | $315.00 | |
| 08/10/04 | PA | TOTAL | 0.70 | | | | | | | | | | | $315.00 | | | $315.00 | $315.00 | $0.00 |
| 08/12/04 | PA | $450.00 | 1.40 | | | | | | | | | | | $630.00 | | | | | $630.00 | |
| 08/12/04 | PA | $450.00 | 0.10 | | | | | | | | | | | $45.00 | | | | | | |
| 08/12/04 | PA | TOTAL | 1.50 | | | | | | | | | | | $675.00 | | | $675.00 | $630.00 | $45.00 |
| 08/13/04 | PA | $450.00 | 0.10 | | | | | | | | | | | $45.00 | | | | | $45.00 | |
| 08/13/04 | PA | TOTAL | 0.10 | | | | | | | | | | | $45.00 | | | $45.00 | $45.00 | $0.00 |
| 08/14/04 | PA | $450.00 | 0.30 | $135.00 | | | | | | | | | | | | | | $135.00 | |
| 08/14/04 | PA | $450.00 | 0.70 | $315.00 | | | | | | | | | | | | | | | |
| 08/14/04 | PA | TOTAL | 1.00 | $450.00 | | | | | | | | | | | | | $450.00 | | $315.00 |
| 08/16/04 | PA | $450.00 | 0.80 | $360.00 | | | | | | | | | | | | | | $360.00 | |
| 08/16/04 | PA | $450.00 | 0.50 | $225.00 | | | | | | | | | | | | | | | |
| 08/16/04 | PA | TOTAL | 1.30 | $585.00 | | | | | | | | | | | | | $585.00 | $360.00 | $225.00 |
| 08/16/04 | MFK | $135.00 | 7.10 | $958.50 | | | | | | | | | | | | | | | |
| 08/16/04 | MFK | TOTAL | 7.10 | $958.50 | | | | | | | | | | | | | $958.50 | | |
| 08/17/04 | PA | $450.00 | 0.20 | | | | | | | | | $90.00 | | | | | | | $90.00 | |
| 08/17/04 | PA | $450.00 | 0.50 | | | | | | | | | $225.00 | | | | | | | | |
| 08/17/04 | PA | TOTAL | 0.70 | | | | | | | | | $315.00 | | | | | $315.00 | $90.00 | $225.00 |
| 08/17/04 | MFK | $135.00 | 2.80 | | | | | | | | | | | | $378.00 | | | | $378.00 | |
| 08/17/04 | MFK | TOTAL | 2.80 | | | | | | | | | | | | $378.00 | | | $378.00 | $378.00 | $0.00 |
| 08/18/04 | PA | $450.00 | 0.40 | $180.00 | | | | | | | | | | | | | | $180.00 | |
| 08/18/04 | PA | $450.00 | 0.40 | $180.00 | | | | | | | | | | | | | | | |
| 08/18/04 | PA | TOTAL | 0.80 | $360.00 | | | | | | | | | | | | | $360.00 | $180.00 | $180.00 |

28130-2/429511

EXHIBIT 3   Page 1 of 28

28130-2
GMP Associates/Synagro Technologies (Contract Dispute)
Breakdown of Fee Invoices Claimed by Alston Hunt Floyd Ing

| Date | Atty. | Rate | No. of Hours | Category C (Complaint) | Category CC (Counterclaim) | Category SJ (Motion for SJ) | Category AC (Amended Counterclaim) | Category M (Mixed - Complaint & Counterclaim) | Category D (Discovery) | Category S (Settlement) | Category A (Anduitz) | Category U (Unknown) | Category Q (Questionable) | Category R (Redacted) | Category MFC (Motion for Fees & Costs) | Category X (No Charge) | TOTALS | Inadequately Described | ADJUSTED TOTALS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/18/04 | MFK | $135.00 | 0.20 | $27.00 | | | | | | | | | | | | | | $27.00 | |
| 08/18/04 | MFK | $135.00 | 0.30 | $40.50 | | | | | | | | | | | | | | | $40.50 |
| 08/18/04 | MFK | TOTAL | 0.50 | $67.50 | | | | | | | | | | | | | $67.50 | $27.00 | $40.50 |
| 08/19/04 | PA | $450.00 | 1.40 | $630.00 | | | | | | | | | | | | | | $630.00 | |
| 08/19/04 | PA | TOTAL | 1.40 | $630.00 | | | | | | | | | | | | | $630.00 | $630.00 | $0.00 |
| 08/20/04 | PA | $450.00 | 0.80 | $360.00 | | | | | | | | | | | | | | $360.00 | |
| 08/20/04 | PA | TOTAL | 0.80 | $360.00 | | | | | | | | | | | | | $360.00 | $360.00 | $0.00 |
| 08/23/04 | PA | $450.00 | 0.40 | | | | | | | | $180.00 | | | | | | | $180.00 | |
| 08/23/04 | PA | $450.00 | 0.90 | | | | | | | | $405.00 | | | | | | | | |
| 08/23/04 | PA | TOTAL | 1.30 | | | | | | | | $585.00 | | | | | | $585.00 | $180.00 | $405.00 |
| 08/24/04 | PA | $450.00 | 1.60 | | | | | | | | $720.00 | | | | | | | $720.00 | |
| 08/24/04 | PA | $450.00 | 0.40 | | | | | | | | $180.00 | | | | | | | | |
| 08/24/04 | PA | TOTAL | 2.00 | | | | | | | | $900.00 | | | | | | $900.00 | $720.00 | $180.00 |
| 08/25/04 | PA | $450.00 | 0.40 | | | | | | | | $180.00 | | | | | | | $180.00 | |
| 08/25/04 | PA | $450.00 | 0.10 | | | | | | | | | | | | | $45.00 | | | |
| 08/25/04 | PA | $450.00 | 1.20 | | | | | | | | $540.00 | | | | | | | $540.00 | |
| 08/25/04 | PA | TOTAL | 1.70 | | | | | | | | $720.00 | | | | | | $765.00 | $720.00 | $45.00 |
| 08/26/04 | PA | $450.00 | 2.80 | | | | | | | | $1,260.00 | | | | | | | $1,260.00 | |
| 08/26/04 | PA | TOTAL | 2.80 | | | | | | | | $1,260.00 | | | | | | $1,260.00 | $1,260.00 | $0.00 |
| 08/27/04 | PA | $450.00 | 1.20 | | | | | | | | $540.00 | | | | | | | $540.00 | |
| 08/27/04 | PA | $450.00 | 1.20 | | | | | | | | $540.00 | | | | | | | $540.00 | |
| 08/27/04 | PA | TOTAL | 2.40 | | | | | | | | $1,080.00 | | | | | | $1,080.00 | $1,080.00 | $0.00 |
| 08/29/04 | PA | $450.00 | 0.20 | | | | | | | | $90.00 | | | | | | | $90.00 | |
| 08/29/04 | PA | TOTAL | 0.20 | | | | | | | | $90.00 | | | | | | $90.00 | $90.00 | $0.00 |
| 08/31/04 | PA | $450.00 | 0.10 | | | | | | | | | | | | | $45.00 | | | |
| 08/31/04 | PA | TOTAL | 0.10 | | | | | | | | | | | | | $45.00 | $45.00 | | |
| 09/01/04 | PA | $450.00 | 0.30 | | | | | | | $135.00 | | | | | | | | | $135.00 | |
| 09/01/04 | PA | TOTAL | 0.30 | | | | | | | $135.00 | | | | | | | | $135.00 | $135.00 | $0.00 |
| 09/02/04 | MFK | $135.00 | 0.20 | | | | | | | | $27.00 | | | | | | | $27.00 | |
| 09/02/04 | MFK | TOTAL | 0.20 | | | | | | | | $27.00 | | | | | | $27.00 | | |
| 09/03/04 | PA | $450.00 | 0.10 | $45.00 | | | | | | | | | | | | | | $45.00 | |
| 09/03/04 | PA | $450.00 | 0.20 | $90.00 | | | | | | | | | | | | | | | |
| 09/03/04 | PA | TOTAL | 0.30 | $135.00 | | | | | | | | | | | | | $135.00 | $45.00 | $90.00 |
| 09/07/04 | PA | $450.00 | 0.40 | | | | | | | | $180.00 | | | | | | | $180.00 | |
| 09/07/04 | PA | TOTAL | 0.40 | | | | | | | | $180.00 | | | | | | $180.00 | $180.00 | $0.00 |
| 09/10/04 | MFK | $135.00 | 0.20 | | $27.00 | | | | | | | | | | | | | | |
| 09/10/04 | MFK | TOTAL | 0.20 | | $27.00 | | | | | | | | | | | | $27.00 | | |

28130-2
GMP Associates/Synagro Technologies (Contract Dispute)
**Breakdown of Fee Invoices Claimed by Alston Hunt Floyd Ing**

| Date | Atty. | Rate | No. of Hours | Category C (Complaint) | Category CC (Counterclaim) | Category SJ (Motion for SJ) | Category AC (Amended Counterclaim) | Category M (Mixed - Complaint & Counterclaim) | Category D (Discovery) | Category S (Settlement) | Category A (Andritz) | Category U (Unknown) | Category Q (Questionable) | Category R (Reduction) | Category MFC (Motion for Fees & Costs) | Category X (No Charge) | TOTALS | Inadequately Described | ADJUSTED TOTALS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/14/04 | PA | $450.00 | 0.30 | | $135.00 | | | | | | | | | | | | | $135.00 | |
| 09/14/04 | PA | TOTAL | 0.30 | | $135.00 | | | | | | | | | | | | $135.00 | $135.00 | $0.00 |
| 09/17/04 | MFK | $135.00 | 0.30 | | | | | | | | | | $40.50 | | | | | | |
| 09/17/04 | MFK | TOTAL | 0.30 | | | | | | | | | | $40.50 | | | | $40.50 | | |
| 09/18/04 | MFK | $135.00 | 0.50 | | $67.50 | | | | | | | | | | | | | | |
| 09/18/04 | MFK | $135.00 | 2.20 | | $297.00 | | | | | | | | | | | | | | |
| 09/18/04 | MFK | $135.00 | 1.80 | | $243.00 | | | | | | | | | | | | | | |
| 09/18/04 | MFK | TOTAL | 4.50 | | $607.50 | | | | | | | | | | | | $607.50 | | |
| 09/19/04 | PA | $450.00 | 0.10 | | $45.00 | | | | | | | | | | | | | | |
| 09/19/04 | PA | $450.00 | 0.50 | | $225.00 | | | | | | | | | | | | | | |
| 09/19/04 | PA | TOTAL | 0.60 | | $270.00 | | | | | | | | | | | | $270.00 | | $225.00 |
| 09/20/04 | PA | $450.00 | 0.20 | | $90.00 | | | | | | | | | | | | | $45.00 | |
| 09/20/04 | PA | TOTAL | 0.20 | | $90.00 | | | | | | | | | | | | $90.00 | $45.00 | $0.00 |
| 09/20/04 | MFK | $135.00 | 11.60 | | | $1,566.00 | | | | | | | | | | | | $1,566.00 | |
| 09/20/04 | MFK | TOTAL | 11.60 | | | $1,566.00 | | | | | | | | | | | $1,566.00 | $1,566.00 | $0.00 |
| 09/21/04 | MFK | $135.00 | 1.00 | | | $135.00 | | | | | | | | | | | | | |
| 09/21/04 | MFK | TOTAL | 1.00 | | | $135.00 | | | | | | | | | | | $135.00 | | |
| 09/22/04 | PA | $450.00 | 0.50 | | $225.00 | | | | | | | | | | | | | $225.00 | |
| 09/22/04 | PA | TOTAL | 0.50 | | $225.00 | | | | | | | | | | | | $225.00 | $225.00 | $0.00 |
| 09/22/04 | MFK | $135.00 | 0.40 | | $54.00 | | | | | | | | | | | | | | |
| 09/22/04 | MFK | TOTAL | 0.40 | | $54.00 | | | | | | | | | | | | $54.00 | | |
| 09/23/04 | PA | $450.00 | 0.10 | $45.00 | | | | | | | | | | | | | | | |
| 09/23/04 | PA | $450.00 | 0.10 | $45.00 | | | | | | | | | | | | | | | |
| 09/23/04 | PA | TOTAL | 0.20 | $90.00 | | | | | | | | | | | | | $90.00 | $45.00 | $45.00 |
| 09/23/04 | MFK | $135.00 | 0.50 | $67.50 | | | | | | | | | | | | | | | |
| 09/23/04 | MFK | TOTAL | 0.50 | $67.50 | | | | | | | | | | | | | $67.50 | | |
| 09/27/04 | PA | $450.00 | 0.50 | | | | | | | | | | $225.00 | | | | | $225.00 | |
| 09/27/04 | PA | TOTAL | 0.50 | | | | | | | | | | $225.00 | | | | $225.00 | $225.00 | $0.00 |
| 10/16/04 | MFK | $135.00 | 0.20 | | | | | | | | | | | $90.00 | | | | $90.00 | |
| 10/16/04 | MFK | TOTAL | 0.20 | | | | | | | | | | | $90.00 | | | $90.00 | $90.00 | $0.00 |
| 10/18/04 | PA | $450.00 | 0.10 | | | | | | | | | | | $45.00 | | | | $45.00 | |
| 10/18/04 | PA | TOTAL | 0.10 | | | | | | | | | | | $45.00 | | | $45.00 | $45.00 | $0.00 |
| 10/21/04 | MFK | $135.00 | 0.50 | | | | | $67.50 | | | | | | | | | | $67.50 | |
| 10/21/04 | MFK | TOTAL | 0.50 | | | | | $67.50 | | | | | | | | | $67.50 | $67.50 | $0.00 |
| 10/22/04 | PA | $450.00 | 0.20 | | | | | $90.00 | | | | | | | | | | $90.00 | |
| 10/22/04 | PA | TOTAL | 0.20 | | | | | $90.00 | | | | | | | | | $90.00 | $90.00 | $0.00 |

EXHIBIT 3 - Page 3 of 28

28130-2/42951.1

28130-2

## GMP Associates/Synagro Technologies (Contract Dispute)
### Breakdown of Fee Invoices Claimed by Alston Hunt Floyd Ing

| Date | Atty. | Rate | No. of Hours | Category C (Complaint) | Category CC (Counterclaim) | Category SJ (Motion for SJ) | Category AC (Amended Counterclaim) | Category M (Mixed - Complaint & Counterclaim) | Category D (Discovery) | Category S (Settlement) | Category A (Andritz) | Category U (Unknown) | Category Q (Questionable) | Category R (Redacted) | Category MFC (Motion for Fees & Costs) | Category X (No Charge) | TOTALS | Inadequately Described | ADJUSTED TOTALS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/22/04 | MFK | $135.00 | 1.00 | | | | | $135.00 | | | | | | | | | | | |
| 10/22/04 | MFK | TOTAL | 1.00 | | | | | $135.00 | | | | | | | | | $135.00 | | |
| 10/23/04 | PA | $450.00 | 0.20 | | | | | | | | | | | | | | | $90.00 | |
| 10/23/04 | PA | TOTAL | 0.20 | | | | | | | | | | | | | | $90.00 | $90.00 | $0.00 |
| 10/25/04 | MFK | $135.00 | 0.10 | | | | | $13.50 | | | | | | | | | | | |
| 10/25/04 | MFK | TOTAL | 0.10 | | | | | $13.50 | | | | | | | | | $13.50 | | |
| 10/27/04 | MFK | $135.00 | 0.10 | | | | | $13.50 | | | | | | | | | | | |
| 10/27/04 | MFK | TOTAL | 0.10 | | | | | $13.50 | | | | | | | | | $13.50 | | |
| 11/05/04 | MFK | $135.00 | 2.90 | $391.50 | | | | | | | | | | | | | | | |
| 11/05/04 | MFK | TOTAL | 2.90 | $391.50 | | | | | | | | | | | | | $391.50 | | |
| 11/06/04 | MFK | $135.00 | 1.70 | | | | | $229.50 | | | | | | | | | | | |
| 11/06/04 | MFK | TOTAL | 1.70 | | | | | $229.50 | | | | | | | | | $229.50 | | |
| 11/07/04 | PA | $450.00 | 0.20 | | | | | $90.00 | | | | | | | | | | $90.00 | |
| 11/07/04 | PA | TOTAL | 0.20 | | | | | $90.00 | | | | | | | | | $90.00 | $90.00 | $0.00 |
| 11/08/04 | MFK | $135.00 | 0.20 | | | | | $27.00 | | | | | | | | | | | |
| 11/08/04 | MFK | TOTAL | 0.20 | | | | | $27.00 | | | | | | | | | $27.00 | | |
| 11/15/04 | PA | $450.00 | 0.30 | | | | | $135.00 | | | | | | | | | | $135.00 | |
| 11/15/04 | PA | $450.00 | 0.60 | | | | | $270.00 | | | | | | | | | | | |
| 11/15/04 | PA | TOTAL | 0.90 | | | | | $405.00 | | | | | | | | | $405.00 | $135.00 | $270.00 |
| 11/15/04 | MFK | $135.00 | 0.30 | | | | | $40.50 | | | | | | | | | | | |
| 11/15/04 | MFK | $135.00 | 1.40 | | | | | $189.00 | | | | | | | | | | | |
| 11/15/04 | MFK | $135.00 | 0.60 | | | | | $81.00 | | | | | | | | | | | |
| 11/15/04 | MFK | TOTAL | 2.30 | | | | | $310.50 | | | | | | | | | $310.50 | | |
| 11/16/04 | PA | $450.00 | 0.30 | | | $135.00 | | | | | | | | | | | | $135.00 | |
| 11/16/04 | PA | $450.00 | 1.30 | | | $585.00 | | | | | | | | | | | | | |
| 11/16/04 | PA | TOTAL | 1.60 | | | $720.00 | | | | | | | | | | | $720.00 | $135.00 | $585.00 |
| 11/16/04 | MFK | $135.00 | 5.50 | | | $742.50 | | | | | | | | | | | | | |
| 11/16/04 | MFK | TOTAL | 5.50 | | | $742.50 | | | | | | | | | | | $742.50 | | |
| 11/16/04 | DKK | $120.00 | 0.30 | | | | | $36.00 | | | | | | | | | | | |
| 11/16/04 | DKK | TOTAL | 0.30 | | | | | $36.00 | | | | | | | | | $36.00 | | |
| 11/17/04 | PA | $450.00 | 0.20 | | | | | $90.00 | | | | | | | | | | | |
| 11/17/04 | PA | $450.00 | 0.20 | | | | | $90.00 | | | | | | | | | | | |
| 11/17/04 | PA | TOTAL | 0.40 | | | | | $180.00 | | | | | | | | | $180.00 | | |
| 11/17/04 | MFK | $135.00 | 1.00 | | | | | | | | | | | $135.00 | | | | $135.00 | |
| 11/17/04 | MFK | $135.00 | 2.00 | | | | | | | | | | | $270.00 | | | | $270.00 | |
| 11/17/04 | MFK | TOTAL | 3.00 | | | | | | | | | | | $405.00 | | | $405.00 | $405.00 | $0.00 |

28130-2/429511                                                                                                    EXHIBIT 3 - Page 4 of 28

28130-2
GMP Associates/Synagro Technologies (Contract Dispute)
**Breakdown of Fee Invoices Claimed by Alston Hunt Floyd Ing**

| Date | Atty. | Rate | No. of Hours | Category C (Complaint) | Category CC (Counterclaim) | Category SJ (Motion for SJ) | Category AC (Amended Counterclaim) | Category M (Mixed - Complaint & Counterclaim) | Category D (Discovery) | Category S (Settlement) | Category A (Andritz) | Category J (Unknown) | Category Q (Questionable) | Category R (Redacted) | Category MFC (Motion for Fees & Costs) | Category X (No Charge) | TOTALS | Inadequately Described | ADJUSTED TOTALS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/17/04 | DKK | $120.00 | 0.30 | $36.00 | | | | | | | | | | | | | | | |
| 11/17/04 | DKK | TOTAL | 0.30 | $36.00 | | | | | | | | | | | | | $36.00 | | |
| 11/18/04 | PA | $450.00 | 0.30 | | | | | | | | | | | | | | | | |
| 11/18/04 | PA | TOTAL | 0.30 | | | | | | | | | | | | | | $135.00 | | |
| 11/18/04 | MFK | $135.00 | 0.50 | | | | | | | | | $135.00 | | | | | | | |
| 11/18/04 | MFK | $135.00 | 8.30 | | | | | | | | | | | $67.50 | | | | $67.50 | |
| 11/18/04 | MFK | TOTAL | 8.80 | | | | | | | | | $135.00 | | $1,120.50 | | | | $1,120.50 | |
| | | | | | | | | | | | | | | | $1,188.00 | | $1,188.00 | $1,188.00 | $0.00 |
| 11/19/04 | MFK | $135.00 | 2.90 | | | $391.50 | | | | | | | | | | | | | |
| 11/19/04 | MFK | TOTAL | 2.90 | | | $391.50 | | | | | | | | | | | $391.50 | | |
| 11/22/04 | MFK | $135.00 | 0.20 | | | | | | | | | | | $27.00 | | | | $27.00 | |
| 11/22/04 | MFK | TOTAL | 0.20 | | | | | | | | | | | $27.00 | | | $27.00 | $27.00 | $0.00 |
| 11/22/04 | DKK | $120.00 | 0.20 | | | | | | $24.00 | | | | | | | | | | |
| 11/22/04 | DKK | TOTAL | 0.20 | | | | | | $24.00 | | | | | | | | $24.00 | | |
| 11/29/04 | PA | $450.00 | 0.10 | | | | | | | | | | | $45.00 | | | | $45.00 | |
| 11/29/04 | PA | $450.00 | 0.20 | | | | | | | | | | | $90.00 | | | | $90.00 | |
| 11/29/04 | PA | TOTAL | 0.30 | | | | | | | | | | | $135.00 | | | $135.00 | $135.00 | $0.00 |
| 11/29/04 | MFK | $135.00 | 0.20 | | | $27.00 | | | | | | | | | | | | | |
| 11/29/04 | MFK | $135.00 | 2.10 | | | $283.50 | | | | | | | | | | | | | |
| 11/29/04 | MFK | TOTAL | 2.30 | | | $310.50 | | | | | | | | | | | $310.50 | | $283.50 |
| 11/30/04 | JB | $30.00 | 2.10 | | | | | | $63.00 | | | | | | | | | | |
| 11/30/04 | JB | TOTAL | 2.10 | | | | | | $63.00 | | | | | | | | $63.00 | | |
| 12/06/04 | PA | $450.00 | 0.20 | | | | | | | | | | $90.00 | | | | | | |
| 12/06/04 | PA | TOTAL | 0.20 | | | | | | | | | | $90.00 | | | | $90.00 | | |
| 12/08/04 | MFK | $135.00 | 0.20 | | | $27.00 | | | | | | | | | | | | $27.00 | |
| 12/08/04 | MFK | $135.00 | 3.60 | | | $486.00 | | | | | | | | | | | | $486.00 | |
| 12/08/04 | MFK | TOTAL | 3.80 | | | $513.00 | | | | | | | | | | | $513.00 | $513.00 | $0.00 |
| 12/09/04 | PA | $450.00 | 1.00 | | | $450.00 | | | | | | | | | | | | | |
| 12/09/04 | PA | TOTAL | 1.00 | | | $450.00 | | | | | | | | | | | $450.00 | | |
| 12/09/04 | MFK | $135.00 | 1.10 | | | | | | | | | | | $148.50 | | | | $148.50 | |
| 12/09/04 | MFK | TOTAL | 1.10 | | | | | | | | | | | $148.50 | | | $148.50 | $148.50 | $0.00 |
| 12/16/04 | PA | $450.00 | 0.40 | | | $180.00 | | | | | | | | | | | | | |
| 12/16/04 | PA | TOTAL | 0.40 | | | $180.00 | | | | | | | | | | | $180.00 | $180.00 | $0.00 |
| 12/17/04 | MFK | $135.00 | 0.40 | | | $54.00 | | | | | | | | | | | | | |
| 12/17/04 | MFK | TOTAL | 0.40 | | | $54.00 | | | | | | | | | | | $54.00 | | |
| 12/21/04 | PA | $450.00 | 0.50 | | | $225.00 | | | | | | | | | | | | $225.00 | |
| 12/21/04 | PA | TOTAL | 0.50 | | | $225.00 | | | | | | | | | | | $225.00 | $225.00 | $0.00 |

28130-2
GMP Associates/Synagro Technologies (Contract Dispute)
Breakdown of Fee Invoices Claimed by Alston Hunt Floyd Ing

| Date | Atty. | Rate | No. of Hours | Category C (Complaint) | Category CC (Counterclaim) | Category SJ (Motion for SJ) | Category AC (Amended Counterclaim) | Category M (Mixed - Complaint & Counterclaim) | Category D (Discovery) | Category S (Settlement) | Category A (Andritz) | Category U (Unknown) | Category Q (Questionable) | Category R (Redacted) | Category MFC (Motion for Fees & Costs) | Category X (No Charge) | TOTALS | Inadequately Described | ADJUSTED TOTALS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/21/04 | MFK | $135.00 | 1.10 | | | $148.50 | | | | | | | | | | | | $148.50 | |
| 12/21/04 | MFK | TOTAL | 1.10 | | | $148.50 | | | | | | | | | | | $148.50 | $148.50 | $0.00 |
| 12/22/04 | PA | $450.00 | 0.70 | | | | | | | | | | | $315.00 | | | | $315.00 | |
| 12/22/04 | PA | TOTAL | 0.70 | | | | | | | | | | | $315.00 | | | $315.00 | $315.00 | $0.00 |
| 12/23/04 | PA | $450.00 | 0.50 | | | $225.00 | | | | | | | | | | | | $225.00 | |
| 12/23/04 | PA | $450.00 | 0.80 | | | $360.00 | | | | | | | | | | | | | |
| 12/23/04 | PA | TOTAL | 1.30 | | | $585.00 | | | | | | | | | | | $585.00 | $225.00 | $360.00 |
| 12/29/04 | PA | $450.00 | 0.20 | | | $90.00 | | | | | | | | | | | | $90.00 | |
| 12/29/04 | PA | $450.00 | 0.20 | | | $90.00 | | | | | | | | | | | | | |
| 12/29/04 | PA | TOTAL | 0.40 | | | $180.00 | | | | | | | | | | | $180.00 | $90.00 | $90.00 |
| 02/04/05 | PA | $450.00 | 0.50 | | | | | | | | | $225.00 | | | | | | $225.00 | |
| 02/04/05 | PA | TOTAL | 0.50 | | | | | | | | | $225.00 | | | | | $225.00 | | |
| 02/05/05 | PA | $450.00 | 0.20 | | | | | $90.00 | | | | | | | | | | $90.00 | |
| 02/05/05 | PA | TOTAL | 0.20 | | | | | $90.00 | | | | | | | | | $90.00 | $90.00 | $0.00 |
| 02/10/05 | PA | $450.00 | 0.20 | | | | | $90.00 | | | | | | | | | | $90.00 | |
| 02/10/05 | PA | TOTAL | 0.20 | | | | | $90.00 | | | | | | | | | $90.00 | $90.00 | $0.00 |
| 02/10/05 | MFK | $135.00 | 0.20 | | | | | $27.00 | | | | | | | | | | | |
| 02/10/05 | MFK | TOTAL | 0.20 | | | | | $27.00 | | | | | | | | | $27.00 | | |
| 02/11/05 | PA | $450.00 | 0.20 | | | | | | | | | | | $90.00 | | | | $90.00 | |
| 02/11/05 | PA | TOTAL | 0.20 | | | | | | | | | | | $90.00 | | | $90.00 | $90.00 | $0.00 |
| 02/16/05 | PA | $450.00 | 0.30 | | | $135.00 | | | | | | | | | | | | $135.00 | |
| 02/16/05 | PA | TOTAL | 0.30 | | | $135.00 | | | | | | | | | | | $135.00 | $135.00 | |
| 02/16/05 | MFK | $135.00 | 1.00 | | | $135.00 | | | | | | | | | | | | $135.00 | |
| 02/16/05 | MFK | TOTAL | 1.00 | | | $135.00 | | | | | | | | | | | $135.00 | $135.00 | |
| 02/17/05 | MFK | $135.00 | 0.10 | | | $13.50 | | | | | | | | | | | | | |
| 02/17/05 | MFK | TOTAL | 0.10 | | | $13.50 | | | | | | | | | | | $13.50 | | |
| 02/18/05 | MFK | $135.00 | 4.40 | | | | | | | | | | | $594.00 | | | | $594.00 | |
| 02/18/05 | MFK | $135.00 | 0.70 | | | | | | | | | | | $94.50 | | | | | |
| 02/18/05 | MFK | $135.00 | 0.20 | | | | | | | | | | | $27.00 | | | | $27.00 | |
| 02/18/05 | MFK | TOTAL | 5.30 | | | | | | | | | | | $715.50 | | | $715.50 | $621.00 | $94.50 |
| 02/22/05 | PA | $450.00 | 0.30 | | | | | | | | | | | $135.00 | | | | $135.00 | |
| 02/22/05 | PA | TOTAL | 0.30 | | | | | | | | | | | $135.00 | | | $135.00 | $135.00 | $0.00 |
| 02/22/05 | MFK | $135.00 | 0.30 | | | $40.50 | | | | | | | | | | | | $40.50 | |
| 02/22/05 | MFK | TOTAL | 0.30 | | | $40.50 | | | | | | | | | | | $40.50 | $40.50 | $0.00 |
| 02/23/05 | MFK | $135.00 | 0.60 | | | $81.00 | | | | | | | | | | | | | |
| 02/23/05 | MFK | $135.00 | 0.30 | | | $40.50 | | | | | | | | | | | | | |
| 02/23/05 | MFK | TOTAL | 0.90 | | | $121.50 | | | | | | | | | | | $121.50 | | |

28130-2

GMP Associates/Synagro Technologies (Contract Dispute)

**Breakdown of Fee Invoices Claimed by Alston Hunt Floyd Ing**

| Date | Atty. | Rate | No. of Hours | Category C (Complaint) | Category CC (Counterclaim) | Category SJ (Motion for SJ) | Category AC (Amended Counterclaim) | Category M (Mixed - Complaint & Counterclaim) | Category D (Discovery) | Category S (Settlement) | Category A (Andritz) | Category U (Unknown) | Category Q (Questionable) | Category R (Redacted) | Category MFC (Motion for Fees & Costs) | Category X (No Charge) | TOTALS | Inadequately Described | ADJUSTED TOTALS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/23/05 | DKK | $120.00 | 1.80 | | | | | | $216.00 | | | | | | | | | | |
| 02/23/05 | DKK | TOTAL | 1.80 | | | | | | $216.00 | | | | | | | | $216.00 | | |
| 02/24/05 | PA | $450.00 | 0.40 | | | | | | | | | | | $180.00 | | | | | |
| 02/24/05 | PA | $450.00 | 0.20 | | | | | $90.00 | | | | | | | | | | | |
| 02/24/05 | PA | $450.00 | 0.10 | | | | | | | | | | | $45.00 | | | | | $45.00 |
| 02/24/05 | PA | TOTAL | 0.70 | | | | | $90.00 | | | | | | $225.00 | | | $315.00 | $225.00 | $90.00 |
| 02/24/05 | MFK | $135.00 | 0.30 | | | | | $40.50 | | | | | | | | | | $40.50 | |
| 02/24/05 | MFK | $135.00 | 0.70 | | | | | $94.50 | | | | | | | | | | | |
| 02/24/05 | MFK | $135.00 | 1.60 | | | | | $216.00 | | | | | | | | | | | |
| 02/24/05 | MFK | TOTAL | 2.60 | | | | | $351.00 | | | | | | | | | $351.00 | $40.50 | $310.50 |
| 02/24/05 | DKK | $120.00 | 0.10 | | | | | | | | | | | $12.00 | | | | $12.00 | |
| 02/24/05 | DKK | TOTAL | 0.10 | | | | | | | | | | | $12.00 | | | $12.00 | $12.00 | $0.00 |
| 02/25/05 | PA | $450.00 | 0.50 | | | | | $225.00 | | | | | | | | | | | |
| 02/25/05 | PA | TOTAL | 0.50 | | | | | $225.00 | | | | | | | | | $225.00 | | |
| 02/25/05 | DKK | $120.00 | 0.20 | | | $24.00 | | | | | | | | | | | | | |
| 02/25/05 | DKK | TOTAL | 0.20 | | | $24.00 | | | | | | | | | | | $24.00 | | |
| 03/01/05 | MFK | $135.00 | 1.20 | | | $162.00 | | | | | | | | | | | | | |
| 03/01/05 | MFK | TOTAL | 1.20 | | | $162.00 | | | | | | | | | | | $162.00 | | |
| 03/02/05 | PA | $450.00 | 0.20 | | | $90.00 | | | | | | | | | | | | | |
| 03/02/05 | PA | TOTAL | 0.20 | | | $90.00 | | | | | | | | | | | $90.00 | | |
| 03/02/05 | MFK | $135.00 | 4.00 | | | | | | | | | | | $540.00 | | | | $540.00 | |
| 03/02/05 | MFK | TOTAL | 4.00 | | | | | | | | | | | $540.00 | | | $540.00 | $540.00 | $0.00 |
| 03/03/05 | PA | $450.00 | 0.20 | | | $90.00 | | | | | | | | | | | | $90.00 | |
| 03/03/05 | PA | TOTAL | 0.20 | | | $90.00 | | | | | | | | | | | $90.00 | $90.00 | $0.00 |
| 03/03/05 | MFK | $135.00 | 5.30 | | | | | | | | | | | $715.50 | | | | | |
| 03/03/05 | MFK | $135.00 | 8.40 | | | | | | | | | | | $1,134.00 | | | | $1,134.00 | |
| 03/03/05 | MFK | TOTAL | 13.70 | | | | | | | | | | | $1,849.50 | | | $1,849.50 | $1,134.00 | $715.50 |
| 03/04/05 | MFK | $135.00 | 4.80 | | | $648.00 | | | | | | | | | | | | $648.00 | |
| 03/04/05 | MFK | $135.00 | 7.40 | | | $999.00 | | | | | | | | | | | | $999.00 | |
| 03/04/05 | MFK | TOTAL | 12.20 | | | $1,647.00 | | | | | | | | | | | $1,647.00 | $1,647.00 | $0.00 |
| 03/05/05 | PA | $450.00 | 0.20 | | | | | $45.00 | | | | | | | | | | | |
| 03/05/05 | PA | $450.00 | 0.10 | | | $90.00 | | | | | | | | | | | | | |
| 03/05/05 | PA | TOTAL | 0.30 | | | $90.00 | | $45.00 | | | | | | | | | $135.00 | | |
| 03/05/05 | MFK | $135.00 | 5.90 | | | $796.50 | | | | | | | | | | | | $796.50 | |
| 03/05/05 | MFK | TOTAL | 5.90 | | | $796.50 | | | | | | | | | | | $796.50 | $796.50 | $0.00 |
| 03/06/05 | MFK | $135.00 | 1.00 | | | $135.00 | | | | | | | | | | | | $135.00 | |
| 03/06/05 | MFK | TOTAL | 1.00 | | | $135.00 | | | | | | | | | | | $135.00 | $135.00 | $0.00 |

28130-2

GMP Associates/Synagro Technologies (Contract Dispute)
## Breakdown of Fee Invoices Claimed by Alston Hunt Floyd Ing

| Date | Atty. | Rate | No. of Hours | Category C (Complaint) | Category CC (Counterclaim) | Category SJ (Motion for SJ) | Category AC (Amended Counterclaim) | Category M (Mixed - Complaint & Counterclaim) | Category D (Discovery) | Category S (Settlement) | Category A (Arbitz) | Category U (Unknown) | Category Q (Questionable) | Category R (Redacted) | Category MFC (Motion for Fees & Costs) | Category X (No Charge) | TOTALS | Inadequately Described | ADJUSTED TOTALS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/07/05 | MFK | $135.00 | 7.60 | | | $1,026.00 | | | | | | | | | | | | $1,026.00 | |
| 03/07/05 | MFK | TOTAL | 7.60 | | | $1,026.00 | | | | | | | | | | | $1,026.00 | $1,026.00 | $0.00 |
| 03/08/05 | PA | $450.00 | 0.20 | | | $90.00 | | | | | | | | | | | | | |
| 03/08/05 | PA | TOTAL | 0.20 | | | $90.00 | | | | | | | | | | | $90.00 | | |
| 03/08/05 | MFK | $135.00 | 0.10 | | | | | | | | | | | $13.50 | | | | $13.50 | |
| 03/08/05 | MFK | TOTAL | 0.10 | | | | | | | | | | | $13.50 | | | $13.50 | $13.50 | $0.00 |
| 03/09/05 | DKK | $120.00 | 0.10 | | | | | | | | | | | $12.00 | | | | $12.00 | |
| 03/09/05 | DKK | TOTAL | 0.10 | | | | | | | | | | | $12.00 | | | $12.00 | $12.00 | $0.00 |
| 03/10/05 | PA | $450.00 | 0.10 | | | | | | | | | | | $45.00 | | | | $45.00 | |
| 03/10/05 | PA | TOTAL | 0.10 | | | | | | | | | | | $45.00 | | | $45.00 | $45.00 | $0.00 |
| 03/10/05 | DKK | $120.00 | 0.90 | | | | | $108.00 | | | | | | | | | | $108.00 | | |
| 03/10/05 | DKK | TOTAL | 0.90 | | | | | $108.00 | | | | | | | | | $108.00 | | |
| 03/11/05 | PA | $450.00 | 0.00 | | | | | | | | | | | $0.00 | | | | | |
| 03/11/05 | PA | TOTAL | 0.00 | | | | | | | | | | | $0.00 | | | $0.00 | | |
| 03/11/05 | MFK | $135.00 | 0.50 | | | | | | $67.50 | | | | | | | | | $67.50 | $67.50 | |
| 03/11/05 | MFK | TOTAL | 0.50 | | | | | | $67.50 | | | | | | | | $67.50 | $67.50 | $0.00 |
| 03/16/05 | PA | $450.00 | 0.10 | | | | | $45.00 | | | | | | | | | | | | |
| 03/16/05 | PA | $450.00 | 0.20 | | | | | $90.00 | | | | | | | | | | | | |
| 03/16/05 | PA | $450.00 | 0.20 | | | | | $90.00 | | | | | | | | | | | | |
| 03/16/05 | PA | TOTAL | 0.50 | | | | | $225.00 | | | | | | | | | $225.00 | | |
| 03/16/05 | MFK | $135.00 | 0.40 | | | | | $54.00 | | | | | | | | | | | | |
| 03/16/05 | MFK | TOTAL | 0.40 | | | | | $54.00 | | | | | | | | | $54.00 | $54.00 | $0.00 |
| 03/17/05 | PA | $450.00 | 0.10 | | | | | $45.00 | | | | | | | | | | | | |
| 03/17/05 | PA | TOTAL | 0.10 | | | | | $45.00 | | | | | | | | | $45.00 | | |
| 03/17/05 | MFK | $135.00 | 0.10 | | | | | | | | | | | $13.50 | | | | $13.50 | |
| 03/17/05 | MFK | TOTAL | 0.10 | | | | | | | | | | | $13.50 | | | $13.50 | $13.50 | $0.00 |
| 03/18/05 | MFK | $135.00 | 0.80 | | | | | $108.00 | | | | | | | | | | | | |
| 03/18/05 | MFK | TOTAL | 0.80 | | | | | $108.00 | | | | | | | | | $108.00 | | |
| 03/21/05 | PA | $450.00 | 0.20 | | | | | $90.00 | | | | | | | | | | | | |
| 03/21/05 | PA | $450.00 | 0.20 | | | | | $90.00 | | | | | | | | | | | | |
| 03/21/05 | PA | $450.00 | 0.40 | | | | | $180.00 | | | | | | | | | | | | |
| 03/21/05 | PA | TOTAL | 0.80 | | | | | $360.00 | | | | | | | | | $360.00 | | |
| 03/22/05 | PA | $450.00 | 0.10 | | | | | | $45.00 | | | | | | | | | | $45.00 | |
| 03/22/05 | PA | $450.00 | 0.20 | | | | | | $90.00 | | | | | | | | | | | |
| 03/22/05 | PA | TOTAL | 0.30 | | | | | | $135.00 | | | | | | | | $135.00 | $45.00 | $90.00 |

EXHIBIT 3 - Page 8 of 28

28130-2/429511

28130-2
GMP Associates/Synagro Technologies (Contract Dispute)
Breakdown of Fee Invoices Claimed by Alston Hunt Floyd Ing

| Date | Atty. | Rate | No. of Hours | Category C (Complaint) | Category CC (Counterclaim) | Category SJ (Motion for SJ) | Category AC (Amended Counterclaim) | Category M (Mixed - Complaint & Counterclaim) | Category D (Discovery) | Category S (Settlement) | Category A (Andrizi) | Category U (Unknown) | Category Q (Questionable) | Category R (Redacted) | Category MFC (Motion for Fees & Costs) | Category X (No Charge) | TOTALS | Inadequately Described | ADJUSTED TOTALS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/22/05 | MFK | $135.00 | 0.40 | | | | | | | | | | | $54.00 | | | | | |
| 03/22/05 | MFK | TOTAL | 0.40 | | | | | | | | | | | $54.00 | | | $54.00 | $54.00 | $0.00 |
| 03/23/05 | MFK | $135.00 | 0.20 | | | | | | $27.00 | | | | | | | | | $27.00 | |
| 03/23/05 | MFK | $135.00 | 2.30 | | | | | | $310.50 | | | | | | | | | | $310.50 |
| 03/23/05 | MFK | TOTAL | 2.50 | | | | | | $337.50 | | | | | | | | $337.50 | $27.00 | $310.50 |
| 03/23/05 | DKK | $120.00 | 0.20 | | | | | | | | | | | $24.00 | | | | $24.00 | |
| 03/23/05 | DKK | TOTAL | 0.20 | | | | | | | | | | | $24.00 | | | $24.00 | $24.00 | $0.00 |
| 03/24/05 | PA | $450.00 | 0.00 | | | | | | $0.00 | | | | | | | | | | |
| 03/24/05 | PA | TOTAL | 0.00 | | | | | | $0.00 | | | | | | | | $0.00 | | |
| 03/24/05 | MFK | $135.00 | 1.90 | | | | | | $256.50 | | | | | | | | | | |
| 03/24/05 | MFK | TOTAL | 1.90 | | | | | | $256.50 | | | | | | | | $256.50 | | |
| 03/28/05 | MFK | $135.00 | 0.30 | | | | | | $40.50 | | | | | | | | | | |
| 03/28/05 | MFK | TOTAL | 0.30 | | | | | | $40.50 | | | | | | | | $40.50 | | |
| 03/29/05 | PA | $450.00 | 0.20 | | | | | | | | | $90.00 | | | | | | $90.00 | |
| 03/29/05 | PA | TOTAL | 0.20 | | | | | | | | | $90.00 | | | | | $90.00 | $90.00 | $0.00 |
| 03/29/05 | DKK | $120.00 | 0.10 | | | | | | $12.00 | | | | | | | | | | |
| 03/29/05 | DKK | TOTAL | 0.10 | | | | | | $12.00 | | | | | | | | $12.00 | | |
| 03/31/05 | MFK | $135.00 | 0.20 | | | | | | | | | | | $27.00 | | | | $27.00 | |
| 03/31/05 | MFK | TOTAL | 0.20 | | | | | | | | | | | $27.00 | | | $27.00 | $27.00 | $0.00 |
| 04/01/05 | PA | $450.00 | 0.10 | | | | | $45.00 | | | | | | | | | | | |
| 04/01/05 | PA | TOTAL | 0.10 | | | | | $45.00 | | | | | | | | | $45.00 | | |
| 04/05/05 | MFK | $135.00 | 0.10 | | | | | | $13.50 | | | | | | | | | | |
| 04/05/05 | MFK | TOTAL | 0.10 | | | | | | $13.50 | | | | | | | | $13.50 | | |
| 04/06/05 | PA | $450.00 | 1.10 | | | | | | | | | | $495.00 | | | | | $495.00 | |
| 04/06/05 | PA | TOTAL | 1.10 | | | | | | | | | | $495.00 | | | | $495.00 | $495.00 | $0.00 |
| 04/06/05 | MFK | $135.00 | 1.00 | | | | | | | | | | | $135.00 | | | | $135.00 | |
| 04/06/05 | MFK | TOTAL | 1.00 | | | | | | | | | | | $135.00 | | | $135.00 | $135.00 | $0.00 |
| 04/06/05 | DKK | $120.00 | 1.10 | | | | | | $132.00 | | | | | | | | | | |
| 04/06/05 | DKK | TOTAL | 1.10 | | | | | | $132.00 | | | | | | | | $132.00 | | |
| 04/12/05 | MFK | $135.00 | 0.10 | | | | | | | | | | | $13.50 | | | | $13.50 | |
| 04/12/05 | MFK | TOTAL | 0.10 | | | | | | | | | | | $13.50 | | | $13.50 | $13.50 | $0.00 |
| 04/12/05 | DKK | $120.00 | 0.00 | | | | | | $0.00 | | | | | | | | | | |
| 04/12/05 | DKK | TOTAL | 0.00 | | | | | | $0.00 | | | | | | | | $0.00 | | |
| 04/13/05 | MFK | $135.00 | 2.00 | | | | | | $270.00 | | | | | | | | | $270.00 | |
| 04/13/05 | MFK | TOTAL | 2.00 | | | | | | $270.00 | | | | | | | | $270.00 | $270.00 | $0.00 |

28130-2
GMP Associates/Synagro Technologies (Contract Dispute)
**Breakdown of Fee Invoices Claimed by Alston Hunt Floyd Ing**

| Date | Atty. | Rate | No. of Hours | Category C (Complaint) | Category CC (Counterclaim) | Category SJ (Motion for SJ) | Category AC (Amended Counterclaim) | Category M (Mixed - Complaint & Counterclaim) | Category D (Discovery) | Category S (Settlement) | Category A (Andritz) | Category U (Unknown) | Category Q (Questionable) | Category R (Redacted) | Category MFC (Motion for Fees & Costs) | Category X (No Charge) | TOTALS | Inadequately Described | ADJUSTED TOTALS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/13/05 | DKK | $120.00 | 0.40 | | | | | | $48.00 | | | | | | | | $48.00 | | |
| 04/13/05 | DKK | TOTAL | 0.40 | | | | | | $48.00 | | | | | | | | | | |
| 04/14/05 | MFK | $135.00 | 5.20 | | | | | | $702.00 | | | | | | | | $702.00 | | |
| 04/14/05 | MFK | TOTAL | 5.20 | | | | | | $702.00 | | | | | | | | | | |
| 04/15/05 | PA | $450.00 | 0.20 | | | | | | | | | | | $90.00 | | | $90.00 | $90.00 | $0.00 |
| 04/15/05 | PA | TOTAL | 0.20 | | | | | | | | | | | $90.00 | | | | $90.00 | |
| 04/15/05 | MFK | $135.00 | 0.60 | | | | | | $81.00 | | | | | | | | | | |
| 04/15/05 | MFK | $135.00 | 3.00 | | | | | | $405.00 | | | | | | | | | $405.00 | $81.00 |
| 04/15/05 | MFK | TOTAL | 3.60 | | | | | | $486.00 | | | | | | | | $486.00 | $405.00 | |
| 04/15/05 | DKK | $120.00 | 0.50 | | | | | | $60.00 | | | | | | | | $60.00 | | |
| 04/15/05 | DKK | TOTAL | 0.50 | | | | | | $60.00 | | | | | | | | | | |
| 04/16/05 | MFK | $135.00 | 0.70 | | | | | | $94.50 | | | | | | | | $94.50 | | |
| 04/16/05 | MFK | TOTAL | 0.70 | | | | | | $94.50 | | | | | | | | | | |
| 04/17/05 | PA | $450.00 | 2.10 | | | | | | $945.00 | | | | | | | | $945.00 | | |
| 04/17/05 | PA | TOTAL | 2.10 | | | | | | $945.00 | | | | | | | | | | |
| 04/18/05 | PA | $450.00 | 0.20 | | | | | | $90.00 | | | | | | | | $90.00 | | |
| 04/18/05 | PA | TOTAL | 0.20 | | | | | | $90.00 | | | | | | | | | | |
| 04/18/05 | MFK | $135.00 | 0.80 | | | | | | | | | | | $108.00 | | | $108.00 | $108.00 | $0.00 |
| 04/18/05 | MFK | TOTAL | 0.80 | | | | | | | | | | | $108.00 | | | | $108.00 | |
| 04/18/05 | DKK | $120.00 | 0.90 | | | | | | $108.00 | | | | | | | | $108.00 | | |
| 04/18/05 | DKK | TOTAL | 0.90 | | | | | | $108.00 | | | | | | | | | | |
| 04/18/05 | JB | $30.00 | 0.50 | | | | | | $15.00 | | | | | | | | $15.00 | | |
| 04/18/05 | JB | TOTAL | 0.50 | | | | | | $15.00 | | | | | | | | | | |
| 04/19/05 | MFK | $135.00 | 1.40 | | | | | | | | | | | $189.00 | | | $189.00 | $189.00 | $0.00 |
| 04/19/05 | MFK | TOTAL | 1.40 | | | | | | | | | | | $189.00 | | | | $189.00 | |
| 04/19/05 | DKK | $120.00 | 0.40 | | | | | | $48.00 | | | | | | | | $48.00 | | |
| 04/19/05 | DKK | TOTAL | 0.40 | | | | | | $48.00 | | | | | | | | | | |
| 04/20/05 | MFK | $135.00 | 1.10 | | | | | | | | | | | $148.50 | | | $148.50 | $148.50 | $0.00 |
| 04/20/05 | MFK | TOTAL | 1.10 | | | | | | | | | | | $148.50 | | | | $148.50 | |
| 04/21/05 | MFK | $135.00 | 0.40 | | | | | | | | | | | $54.00 | | | $54.00 | $54.00 | $0.00 |
| 04/21/05 | MFK | TOTAL | 0.40 | | | | | | | | | | | $54.00 | | | | $54.00 | |
| 04/21/05 | JB | $30.00 | 1.90 | | | | | | $57.00 | | | | | | | | $57.00 | | |
| 04/21/05 | JB | TOTAL | 1.90 | | | | | | $57.00 | | | | | | | | | | |
| 04/21/05 | SWL | $30.00 | 4.00 | | | | | | $120.00 | | | | | | | | $120.00 | | |
| 04/21/05 | SWL | TOTAL | 4.00 | | | | | | $120.00 | | | | | | | | | | |

28130-2

## GMP Associates/Synagro Technologies (Contract Dispute)
## Breakdown of Fee Invoices Claimed by Alston Hunt Floyd Ing

| Date | Atty. | Rate | No. of Hours | Category C (Complaint) | Category CC (Counterclaim) | Category SJ (Motion for SJ) | Category AC (Amended Counterclaim) | Category M (Mixed - Complaint & Counterclaim) | Category D (Discovery) | Category S (Settlement) | Category A (Andritz) | Category U (Unknown) | Category Q (Questionable) | Category R (Redacted) | Category MFC (Motion for Fees & Costs) | Category X (No Charge) | TOTALS | Inadequately Described | ADJUSTED TOTALS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/22/05 | MFK | $135.00 | 0.20 | | | | | | | | | | | $27.00 | | | $27.00 | $27.00 | |
| 04/22/05 | MFK | TOTAL | 0.20 | | | | | | | | | | | $27.00 | | | | $27.00 | $0.00 |
| 04/22/05 | DKK | $120.00 | 1.90 | | | | | | $228.00 | | | | | | | | $228.00 | $228.00 | |
| 04/22/05 | DKK | TOTAL | 1.90 | | | | | | $228.00 | | | | | | | | | $228.00 | $0.00 |
| 04/22/05 | KAS | $75.00 | 0.80 | | | | | | $60.00 | | | | | | | | $60.00 | | |
| 04/22/05 | KAS | TOTAL | 0.80 | | | | | | $60.00 | | | | | | | | | | |
| 04/22/05 | SWL | $30.00 | 0.70 | | | | | | $21.00 | | | | | | | | $21.00 | | |
| 04/22/05 | SWL | TOTAL | 0.70 | | | | | | $21.00 | | | | | | | | | | |
| 04/25/05 | KAS | $75.00 | 0.50 | | | | | | $37.50 | | | | | | | | $37.50 | | |
| 04/25/05 | KAS | TOTAL | 0.50 | | | | | | $37.50 | | | | | | | | | | |
| 04/25/05 | SWL | $30.00 | 1.50 | | | | | | $45.00 | | | | | | | | $45.00 | | |
| 04/25/05 | SWL | TOTAL | 1.50 | | | | | | $45.00 | | | | | | | | | | |
| 04/26/05 | DKK | $120.00 | 0.30 | $36.00 | | | | | | | | | | $36.00 | | | $36.00 | $36.00 | |
| 04/26/05 | DKK | TOTAL | 0.30 | $36.00 | | | | | | | | | | $36.00 | | | | $36.00 | $0.00 |
| 04/27/05 | PA | $450.00 | 0.90 | | | | | | | | | | | $405.00 | | | $405.00 | $405.00 | |
| 04/27/05 | PA | TOTAL | 0.90 | | | | | | | | | | | $405.00 | | | | $405.00 | $0.00 |
| 04/27/05 | MFK | $135.00 | 0.20 | | | | | | | | | | | $27.00 | | | $27.00 | $27.00 | |
| 04/27/05 | MFK | TOTAL | 0.20 | | | | | | | | | | | $27.00 | | | | $27.00 | $0.00 |
| 04/27/05 | DKK | $120.00 | 0.30 | $36.00 | | | | | | | | | | | | | $36.00 | | |
| 04/27/05 | DKK | TOTAL | 0.30 | $36.00 | | | | | | | | | | | | | | | |
| 04/28/05 | PA | $450.00 | 0.10 | | | | | | | | | $45.00 | | | | | $45.00 | $45.00 | |
| 04/28/05 | PA | TOTAL | 0.10 | | | | | | | | | $45.00 | | | | | | $45.00 | $0.00 |
| 04/28/05 | MFK | $135.00 | 0.90 | | | | | | $121.50 | | | | | | | | $121.50 | $121.50 | |
| 04/28/05 | MFK | TOTAL | 0.90 | | | | | | $121.50 | | | | | | | | | $121.50 | $0.00 |
| 04/28/05 | DKK | $120.00 | 0.70 | | | | | | $84.00 | | | | | | | | | | |
| 04/28/05 | DKK | $120.00 | 0.40 | | | | | | $48.00 | | | | | | | | | | |
| 04/28/05 | DKK | TOTAL | 1.10 | | | | | | $132.00 | | | | | | | | $132.00 | | |
| 04/29/05 | MFK | $135.00 | 0.10 | | | | | | $13.50 | | | | | | | | $13.50 | $13.50 | |
| 04/29/05 | MFK | TOTAL | 0.10 | | | | | | $13.50 | | | | | | | | | $13.50 | $0.00 |
| 05/02/05 | PA | $450.00 | 0.10 | | | | | | | | | $45.00 | | | | | $45.00 | $45.00 | |
| 05/02/05 | PA | TOTAL | 0.10 | | | | | | | | | $45.00 | | | | | | $45.00 | $0.00 |
| 05/02/05 | MFK | $135.00 | 0.40 | | | | | | $54.00 | | | | | | | | $54.00 | $54.00 | |
| 05/02/05 | MFK | TOTAL | 0.40 | | | | | | $54.00 | | | | | | | | | $54.00 | $0.00 |
| 05/02/05 | DKK | $120.00 | 0.10 | | | | | | $12.00 | | | | | | | | $12.00 | | |
| 05/02/05 | DKK | TOTAL | 0.10 | | | | | | $12.00 | | | | | | | | | | |

28130-2

GMP Associates/Synagro Technologies (Contract Dispute)

**Breakdown of Fee Invoices Claimed by Alston Hunt Floyd Ing**

| Date | Atty. | Rate | No. of Hours | Category C (Complaint) | Category CC (Counterclaim) | Category SJ (Motion for SJ) | Category AC (Amended Counterclaim) | Category M (Mixed - Complaint & Counterclaim) | Category D (Discovery) | Category S (Settlement) | Category A (And/z) | Category U (Unknown) | Category Q (Questionable) | Category R (Redacted) | Category MFC (Motion for Fees & Costs) | Category X (No Charge) | TOTALS | Inadequately Described | ADJUSTED TOTALS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/02/05 | SWL | $30.00 | 1.20 | | | | | | $36.00 | | | | | | | | $36.00 | | |
| 05/02/05 | SWL | TOTAL | 1.20 | | | | | | $36.00 | | | | | | | | | | |
| 05/03/05 | DKK | $120.00 | 0.90 | | | | | | $108.00 | | | | | | | | $108.00 | | |
| 05/03/05 | DKK | TOTAL | 0.90 | | | | | | $108.00 | | | | | | | | | | |
| 05/04/05 | MFK | $135.00 | 0.10 | | | | | | $13.50 | | | | | | | | $13.50 | | |
| 05/04/05 | MFK | TOTAL | 0.10 | | | | | | $13.50 | | | | | | | | | | |
| 05/06/05 | MFK | $135.00 | 0.40 | | | | | | $54.00 | | | | | | | | $54.00 | | |
| 05/06/05 | MFK | TOTAL | 0.40 | | | | | | $54.00 | | | | | | | | | | |
| 05/09/05 | MFK | $135.00 | 0.50 | | | | | | | | | | $67.50 | | | | $67.50 | | |
| 05/09/05 | MFK | TOTAL | 0.50 | | | | | | | | | | $67.50 | | | | | | |
| 05/09/05 | DKK | $120.00 | 0.20 | | | | | | | | | $24.00 | | | | | $24.00 | $24.00 | |
| 05/09/05 | DKK | TOTAL | 0.20 | | | | | | | | | $24.00 | | | | | | $24.00 | $0.00 |
| 05/12/05 | MFK | $135.00 | 0.20 | | | | | | $27.00 | | | | | | | | $27.00 | | |
| 05/12/05 | MFK | TOTAL | 0.20 | | | | | | $27.00 | | | | | | | | | | |
| 05/12/05 | DKK | $120.00 | 0.90 | | | | | | | $108.00 | | | | | | | $108.00 | | |
| 05/12/05 | DKK | TOTAL | 0.90 | | | | | | | $108.00 | | | | | | | | | |
| 05/13/05 | MFK | $135.00 | 0.10 | | | | | | $13.50 | | | | | | | | $13.50 | | |
| 05/13/05 | MFK | TOTAL | 0.10 | | | | | | $13.50 | | | | | | | | | | |
| 05/16/05 | MFK | $135.00 | 1.10 | | | | | | $148.50 | | | | | | | | $148.50 | | |
| 05/16/05 | MFK | TOTAL | 1.10 | | | | | | $148.50 | | | | | | | | | | |
| 05/18/05 | PA | $450.00 | 0.20 | | | | | | $90.00 | | | | | | | | $90.00 | | |
| 05/18/05 | PA | TOTAL | 0.20 | | | | | | $90.00 | | | | | | | | | | |
| 05/18/05 | MFK | $135.00 | 0.20 | | | | | | $27.00 | | | | | | | | $27.00 | | |
| 05/18/05 | MFK | TOTAL | 0.20 | | | | | | $27.00 | | | | | | | | | | |
| 05/20/05 | MFK | $135.00 | 0.20 | | | | | $27.00 | | | | | | | | | $27.00 | | |
| 05/20/05 | MFK | TOTAL | 0.20 | | | | | $27.00 | | | | | | | | | | | |
| 05/23/05 | MFK | $135.00 | 0.20 | | | | | | | $27.00 | | | | | | | $27.00 | | |
| 05/23/05 | MFK | TOTAL | 0.20 | | | | | | | $27.00 | | | | | | | | | |
| 05/24/05 | MFK | $135.00 | 0.90 | | | | | | | $121.50 | | | | | | | $121.50 | | |
| 05/24/05 | MFK | TOTAL | 0.90 | | | | | | | $121.50 | | | | | | | | | |
| 05/24/05 | DKK | $120.00 | 0.30 | | | | | | $36.00 | | | | | | | | $36.00 | | |
| 05/24/05 | DKK | TOTAL | 0.30 | | | | | | $36.00 | | | | | | | | | | |
| 05/25/05 | MFK | $135.00 | 0.10 | | | | | | $13.50 | | | | | | | | $13.50 | | |
| 05/25/05 | MFK | TOTAL | 0.10 | | | | | | $13.50 | | | | | | | | | | |

28130-2
GMP Associates/Synagro Technologies (Contract Dispute)
**Breakdown of Fee Invoices Claimed by Alston Hunt Floyd Ing**

| Date | Atty. | Rate | No. of Hours | Category C (Complaint) | Category CC (Counterclaim) | Category SJ (Motion for SJ) | Category AC (Amended Counterclaim) | Category M (Mixed - Complaint & Counterclaim) | Category D (Discovery) | Category S (Settlement) | Category A (Anal(z)) | Category J (Unknown) | Category Q (Questionable) | Category R (Redacted) | Category MFC (Motion for Fees & Costs) | Category X (No Charge) | TOTALS | Inadequately Described | ADJUSTED TOTALS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/25/05 | JB | $30.00 | 0.20 | | | | | | $6.00 | | | | | | | | | | |
| 05/25/05 | JB | TOTAL | 0.20 | | | | | | $6.00 | | | | | | | | $6.00 | | |
| 05/26/05 | DKK | $120.00 | 0.30 | | | | | | $36.00 | | | | | | | | | | |
| 05/26/05 | DKK | TOTAL | 0.30 | | | | | | $36.00 | | | | | | | | $36.00 | $36.00 | $0.00 |
| 06/01/05 | MFK | $135.00 | 0.10 | | | | | | $13.50 | | | | | | | | | | |
| 06/01/05 | MFK | TOTAL | 0.10 | | | | | | $13.50 | | | | | | | | $13.50 | | |
| 06/02/05 | PA | $450.00 | 0.20 | | | | | $90.00 | | | | | | | | | | | |
| 06/02/05 | PA | TOTAL | 0.20 | | | | | $90.00 | | | | | | | | | $90.00 | | |
| 06/07/05 | MFK | $135.00 | 0.10 | | | | | | $13.50 | | | | | | | | | | |
| 06/07/05 | MFK | TOTAL | 0.10 | | | | | | $13.50 | | | | | | | | $13.50 | | |
| 06/07/05 | DKK | $120.00 | 0.30 | | | | | | $36.00 | | | | | | | | | | |
| 06/07/05 | DKK | TOTAL | 0.30 | | | | | | $36.00 | | | | | | | | $36.00 | | |
| 06/08/05 | DKK | $120.00 | 0.10 | | | | | $12.00 | | | | | | | | | | | |
| 06/08/05 | DKK | TOTAL | 0.10 | | | | | $12.00 | | | | | | | | | $12.00 | | |
| 06/12/05 | PA | $450.00 | 0.10 | | | | | | $45.00 | | | | | | | | | | |
| 06/12/05 | PA | TOTAL | 0.10 | | | | | | $45.00 | | | | | | | | $45.00 | | |
| 06/13/05 | MFK | $135.00 | 0.20 | | | | | | $27.00 | | | | | | | | | | |
| 06/13/05 | MFK | TOTAL | 0.20 | | | | | | $27.00 | | | | | | | | $27.00 | | |
| 06/14/05 | MFK | $135.00 | 0.10 | | | | | | $13.50 | | | | | | | | | | |
| 06/14/05 | MFK | TOTAL | 0.10 | | | | | | $13.50 | | | | | | | | $13.50 | | |
| 06/14/05 | DKK | $120.00 | 0.40 | | | | | | $48.00 | | | | | | | | | | |
| 06/14/05 | DKK | TOTAL | 0.40 | | | | | | $48.00 | | | | | | | | $48.00 | | |
| 06/16/05 | PA | $450.00 | 0.10 | | | | | | | $45.00 | | | | | | | | | |
| 06/16/05 | PA | TOTAL | 0.10 | | | | | | | $45.00 | | | | | | | | $45.00 | | |
| 06/17/05 | MFK | $135.00 | 0.10 | | | | | | $45.00 | | | | | | | | | | |
| 06/17/05 | MFK | TOTAL | 0.10 | | | | | | $45.00 | | | | | | | | $45.00 | | |
| 06/17/05 | MFK | $135.00 | 0.20 | | | | | | | | | | | $27.00 | | | | | |
| 06/17/05 | MFK | $135.00 | 0.20 | | | | | | | | | | | $27.00 | | | | $27.00 | |
| 06/17/05 | MFK | TOTAL | 0.40 | | | | | | | | | | | $54.00 | | | $54.00 | $54.00 | $0.00 |
| 06/21/05 | MFK | $135.00 | 0.10 | | | | | | $13.50 | | | | | | | | | | |
| 06/21/05 | MFK | TOTAL | 0.10 | | | | | | $13.50 | | | | | | | | $13.50 | | |
| 06/23/05 | MFK | $135.00 | 0.20 | | | | | | $27.00 | | | | | | | | | $27.00 | |
| 06/23/05 | MFK | TOTAL | 0.20 | | | | | | $27.00 | | | | | | | | $27.00 | $27.00 | $0.00 |
| 06/24/05 | MFK | $135.00 | 0.20 | | | | | | $27.00 | | | | | | | | | | |
| 06/24/05 | MFK | TOTAL | 0.20 | | | | | | $27.00 | | | | | | | | $27.00 | | |

28130-2
GMP Associates/Synagro Technologies (Contract Dispute)
## Breakdown of Fee Invoices Claimed by Alston Hunt Floyd Ing

| Date | Atty. | Rate | No. of Hours | Category C (Complaint) | Category CC (Counterclaim) | Category SJ (Motion for SJ) | Category AC (Amended Counterclaim) | Category M (Mixed - Complaint & Counterclaim) | Category D (Discovery) | Category S (Settlement) | Category A (Andrtz) | Category J (Unknown) | Category Q (Questionable) | Category R (Redacted) | Category MFC (Motion for Fees & Costs) | Category X (No Charge) | TOTALS | Inadequately Described | ADJUSTED TOTALS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/07/05 | MFK | $135.00 | 0.10 | | | | | | | | | $13.50 | | | | | $13.50 | $13.50 | |
| 07/07/05 | MFK | TOTAL | 0.10 | | | | | | | | | $13.50 | | | | | $13.50 | $13.50 | $0.00 |
| 07/11/05 | MFK | $135.00 | 2.00 | | | | | | $270.00 | | | | | | | | $270.00 | | |
| 07/11/05 | MFK | TOTAL | 2.00 | | | | | | $270.00 | | | | | | | | $270.00 | | |
| 07/11/05 | DKK | $120.00 | 0.20 | | | | | $24.00 | | | | | | | | | $24.00 | | |
| 07/11/05 | DKK | TOTAL | 0.20 | | | | | $24.00 | | | | | | | | | $24.00 | | |
| 07/12/05 | MFK | $135.00 | 4.50 | | | | | | $607.50 | | | | | | | | $607.50 | $607.50 | |
| 07/12/05 | MFK | TOTAL | 4.50 | | | | | | $607.50 | | | | | | | | $607.50 | $607.50 | $0.00 |
| 07/13/05 | MFK | $135.00 | 0.60 | | | | | | $81.00 | | | | | | | | $81.00 | | |
| 07/13/05 | MFK | TOTAL | 0.60 | | | | | | $81.00 | | | | | | | | $81.00 | | |
| 07/13/05 | DKK | $120.00 | 0.80 | | | | | | $96.00 | | | | | | | | $96.00 | | |
| 07/13/05 | DKK | TOTAL | 0.80 | | | | | | $96.00 | | | | | | | | $96.00 | | |
| 07/13/05 | JB | $30.00 | 0.30 | | | | | | $9.00 | | | | | | | | $9.00 | | |
| 07/13/05 | JB | TOTAL | 0.30 | | | | | | $9.00 | | | | | | | | $9.00 | | |
| 07/13/05 | SWL | $30.00 | 1.70 | | | | | | $51.00 | | | | | | | | $51.00 | | |
| 07/13/05 | SWL | TOTAL | 1.70 | | | | | | $51.00 | | | | | | | | $51.00 | | |
| 07/14/05 | MFK | $135.00 | 6.40 | | | | | | $864.00 | | | | | | | | $864.00 | | |
| 07/14/05 | MFK | TOTAL | 6.40 | | | | | | $864.00 | | | | | | | | $864.00 | | |
| 07/15/05 | MFK | $135.00 | 8.80 | | | | | | $1,188.00 | | | | | | | | $1,188.00 | | |
| 07/15/05 | MFK | TOTAL | 8.80 | | | | | | $1,188.00 | | | | | | | | $1,188.00 | | |
| 07/17/05 | DKK | $120.00 | 0.20 | | | | | | | $24.00 | | | | | | | $24.00 | | |
| 07/17/05 | DKK | TOTAL | 0.20 | | | | | | | $24.00 | | | | | | | $24.00 | | |
| 07/18/05 | PA | $450.00 | 0.10 | | | | | $45.00 | | | | | | | | | $45.00 | | |
| 07/18/05 | PA | TOTAL | 0.10 | | | | | $45.00 | | | | | | | | | $45.00 | | |
| 07/18/05 | MFK | $135.00 | 0.20 | | | | | $27.00 | | | | | | | | | $27.00 | | |
| 07/18/05 | MFK | TOTAL | 0.20 | | | | | $27.00 | | | | | | | | | $27.00 | | |
| 07/20/05 | PA | $450.00 | 0.70 | | | | | | | $315.00 | | | | | | | $315.00 | $315.00 | |
| 07/20/05 | PA | TOTAL | 0.70 | | | | | | | $315.00 | | | | | | | $315.00 | $315.00 | $0.00 |
| 07/20/05 | MFK | $135.00 | 2.70 | | | | | | | | | | | $364.50 | | | $364.50 | $364.50 | |
| 07/20/05 | MFK | TOTAL | 2.70 | | | | | | | | | | | $364.50 | | | $364.50 | $364.50 | $0.00 |
| 07/25/05 | PA | $450.00 | 0.30 | | | | | | | $135.00 | | | | | | | $135.00 | | |
| 07/25/05 | PA | TOTAL | 0.30 | | | | | | | $135.00 | | | | | | | $135.00 | | |
| 07/25/05 | MFK | $135.00 | 6.70 | | | | | | | $904.50 | | | | | | | $904.50 | | |
| 07/25/05 | MFK | TOTAL | 6.70 | | | | | | | $904.50 | | | | | | | $904.50 | | |

EXHIBIT 3 - Page 14 of 28

28130.2/429511