28130-2

GMP Associates/Synagro Technologies (Contract Dispute)

**Breakdown of Fee Invoices Claimed by Alston Hunt Floyd Ing**

| Date | Atty. | Rate | No. of Hours | Category C (Complaint) | Category CC (Counterclaim) | Category SJ (Motion for SJ) | Category AC (Amended Counterclaim) | Category M (Mixed - Complaint & Counterclaim) | Category D (Discovery) | Category S (Settlement) | Category A (Andritz) | Category U (Unknown) | Category Q (Questionable) | Category R (Redacted) | Category MFC (Motion for Fees & Costs) | Category X (No Charge) | TOTALS | Inadequately Described | ADJUSTED TOTALS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/26/05 | MFK | $135.00 | 2.00 | | | | | | | $270.00 | | | | | | | | $270.00 | |
| 07/26/05 | MFK | TOTAL | 2.00 | | | | | | | $270.00 | | | | | | | | $270.00 | $270.00 | $0.00 |
| 07/26/05 | DKK | $120.00 | 0.00 | | | | | | | | | | | | | | | | | |
| 07/26/05 | DKK | TOTAL | 0.00 | | | | | | | | | | | | | | | $0.00 | | |
| 07/27/05 | MFK | $135.00 | 0.60 | | | | | | | $81.00 | | | | | | | | | | |
| 07/27/05 | MFK | TOTAL | 0.60 | | | | | | | $81.00 | | | | | | | | $81.00 | $81.00 | $0.00 |
| 08/01/05 | MFK | $135.00 | 0.10 | | | | | | | | | $13.50 | | | | | | | | |
| 08/01/05 | MFK | TOTAL | 0.10 | | | | | | | | | $13.50 | | | | | | $13.50 | $13.50 | $0.00 |
| 08/03/05 | MFK | $135.00 | 0.10 | | | | | | $13.50 | | | | | | | | | | | |
| 08/03/05 | MFK | $135.00 | 0.30 | | | | | | $40.50 | | | | | | | | | | | |
| 08/03/05 | MFK | TOTAL | 0.40 | | | | | | $54.00 | | | | | | | | | $54.00 | $13.50 | $40.50 |
| 08/04/05 | PA | $450.00 | 0.10 | | | | | | | $45.00 | | | | | | | | | | |
| 08/04/05 | PA | TOTAL | 0.10 | | | | | | | $45.00 | | | | | | | | $45.00 | | |
| 08/05/05 | MFK | $135.00 | 0.90 | | | | | | | $121.50 | | | | | | | | | | |
| 08/05/05 | MFK | TOTAL | 0.90 | | | | | | | $121.50 | | | | | | | | $121.50 | | |
| 08/06/05 | PA | $450.00 | 0.10 | | | | | $45.00 | | | | | | | | | | | | |
| 08/06/05 | PA | TOTAL | 0.10 | | | | | $45.00 | | | | | | | | | | $45.00 | | |
| 08/09/05 | PA | $450.00 | 0.10 | | | | | | $45.00 | | | | | | | | | | | |
| 08/09/05 | PA | $450.00 | 0.10 | | | | | | $45.00 | | | | | | | | | | | |
| 08/09/05 | PA | TOTAL | 0.20 | | | | | | $90.00 | | | | | | | | | $90.00 | | |
| 08/09/05 | MFK | $135.00 | 0.10 | | | | | | | $13.50 | | | | | | | | | | |
| 08/09/05 | MFK | TOTAL | 0.10 | | | | | | | $13.50 | | | | | | | | $13.50 | | |
| 08/10/05 | MFK | $135.00 | 0.10 | | | | | | $13.50 | | | | | | | | | | | |
| 08/10/05 | MFK | $135.00 | 0.20 | | | | | | $27.00 | | | | | | | | | | | |
| 08/10/05 | MFK | TOTAL | 0.30 | | | | | | $40.50 | | | | | | | | | $40.50 | | |
| 08/11/05 | MFK | $135.00 | 0.60 | | | | | | $81.00 | | | | | | | | | | | |
| 08/11/05 | MFK | $135.00 | 0.40 | | | | | | $54.00 | | | | | | | | | | | |
| 08/11/05 | MFK | TOTAL | 1.00 | | | | | | $135.00 | | | | | | | | | $135.00 | | |
| 08/11/05 | DKK | $120.00 | 0.20 | | | | | $24.00 | | | | | | | | | | | | |
| 08/11/05 | DKK | $120.00 | 0.20 | | | | | $24.00 | | | | | | | | | | | | |
| 08/11/05 | DKK | TOTAL | 0.40 | | | | | $48.00 | | | | | | | | | | $48.00 | | |
| 08/12/05 | MFK | $135.00 | 0.40 | | | | | $54.00 | | | | | | | | | | | | |
| 08/12/05 | MFK | $135.00 | 0.50 | | | | | $67.50 | | | | | | | | | | | | |
| 08/12/05 | MFK | TOTAL | 0.90 | | | | | $121.50 | | | | | | | | | | $121.50 | | |
| 08/15/05 | DKK | $120.00 | 0.80 | | | | | | $96.00 | | | | | | | | | | | |
| 08/15/05 | DKK | TOTAL | 0.80 | | | | | | $96.00 | | | | | | | | | $96.00 | | |

28130-2/429511                                                                    EXHIBIT 3 - Page 15 of 28

28130-2
GMP Associates/Synagro Technologies (Contract Dispute)
Breakdown of Fee Invoices Claimed by Alston Hunt Floyd Ing

| Date | Atty. | Rate | No. of Hours | Category C (Complaint) | Category CC (Counterclaim) | Category SJ (Motion for SJ) | Category AC (Amended Counterclaim) | Category M (Mixed Complaint & Counterclaim) | Category D (Discovery) | Category S (Settlement) | Category A (Andritz) | Category U (Unknown) | Category Q (Questionable) | Category R (Redacted) | Category MFC (Motion for Fees & Costs) | Category X (No Charge) | TOTALS | Inadequately Described | ADJUSTED TOTALS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/16/05 | MFK | $135.00 | 0.40 | | | | | | $54.00 | | | | | | | | | | |
| 08/16/05 | MFK | TOTAL | 0.40 | | | | | | $54.00 | | | | | | | | $54.00 | | |
| 08/17/05 | PA | $450.00 | 0.10 | | | | | | $45.00 | | | | | | | | | | |
| 08/17/05 | PA | TOTAL | 0.10 | | | | | | $45.00 | | | | | | | | $45.00 | | |
| 08/18/05 | MFK | $135.00 | 0.20 | | | | | | $27.00 | | | | | | | | | | |
| 08/18/05 | MFK | TOTAL | 0.20 | | | | | | $27.00 | | | | | | | | $27.00 | | |
| 08/22/05 | MFK | $135.00 | 0.10 | | | | | | $13.50 | | | | | | | | | | |
| 08/22/05 | MFK | TOTAL | 0.10 | | | | | | $13.50 | | | | | | | | $13.50 | | |
| 08/22/05 | DKK | $120.00 | 0.50 | | | | | | $60.00 | | | | | | | | | | |
| 08/22/05 | DKK | TOTAL | 0.50 | | | | | | $60.00 | | | | | | | | $60.00 | | |
| 08/23/05 | DKK | $120.00 | 0.40 | | | | | | $48.00 | | | | | | | | | | |
| 08/23/05 | DKK | TOTAL | 0.40 | | | | | | $48.00 | | | | | | | | $48.00 | | |
| 08/23/05 | SWL | $30.00 | 0.70 | | | | | | $21.00 | | | | | | | | | | |
| 08/23/05 | SWL | TOTAL | 0.70 | | | | | | $21.00 | | | | | | | | $21.00 | | |
| 08/24/05 | DKK | $120.00 | 0.60 | | | | | | $72.00 | | | | | | | | | | |
| 08/24/05 | DKK | $120.00 | 0.20 | | | | | | $24.00 | | | | | | | | | | |
| 08/24/05 | DKK | TOTAL | 0.80 | | | | | | $96.00 | | | | | | | | $96.00 | | |
| 08/24/05 | JB | $30.00 | 0.70 | | | | | | $21.00 | | | | | | | | | | |
| 08/24/05 | JB | TOTAL | 0.70 | | | | | | $21.00 | | | | | | | | $21.00 | | |
| 08/25/05 | PA | $450.00 | 0.20 | | | | | | $90.00 | | | | | | | | | | |
| 08/25/05 | PA | TOTAL | 0.20 | | | | | | $90.00 | | | | | | | | $90.00 | | |
| 08/25/05 | MFK | $135.00 | 0.60 | | | | | | $81.00 | | | | | | | | | | |
| 08/25/05 | MFK | $135.00 | 3.00 | | | | | | $405.00 | | | | | | | | | | |
| 08/25/05 | MFK | TOTAL | 3.60 | | | | | | $486.00 | | | | | | | | $486.00 | | |
| 08/25/05 | DKK | $120.00 | 0.90 | | | | | | $108.00 | | | | | | | | | | |
| 08/25/05 | DKK | TOTAL | 0.90 | | | | | | $108.00 | | | | | | | | $108.00 | | |
| 08/25/05 | SWL | $30.00 | 1.70 | | | | | | $51.00 | | | | | | | | | | |
| 08/25/05 | SWL | TOTAL | 1.70 | | | | | | $51.00 | | | | | | | | $51.00 | | |
| 08/26/05 | DKK | $120.00 | 0.10 | | | | | | $12.00 | | | | | | | | | | |
| 08/26/05 | DKK | $120.00 | 0.20 | | | | | | $24.00 | | | | | | | | | | |
| 08/26/05 | DKK | TOTAL | 0.30 | | | | | | $36.00 | | | | | | | | $36.00 | | |
| 08/29/05 | DKK | $120.00 | 0.70 | | | | | | $84.00 | | | | | | | | | | |
| 08/29/05 | DKK | TOTAL | 0.70 | | | | | | $84.00 | | | | | | | | $84.00 | | |
| 08/30/05 | MFK | $135.00 | 0.10 | | | | | | $13.50 | | | | | | | | | | |
| 08/30/05 | MFK | TOTAL | 0.10 | | | | | | $13.50 | | | | | | | | $13.50 | | |

28130-2
GMP Associates/Synagro Technologies (Contract Dispute)
## Breakdown of Fee Invoices Claimed by Alston Hunt Floyd Ing

| Date | Atty. | Rate | No. of Hours | Category C (Complaint) | Category CC (Counterclaim) | Category SJ (Motion for SJ) | Category AC (Amended Counterclaim) | Category M (Mixed - Complaint & Counterclaim) | Category D (Discovery) | Category S (Settlement) | Category A (Analyze) | Category J (Unknown) | Category Q (Questionable) | Category R (Redacted) | Category MFC (Motion for Fees & Costs) | Category X (No Charge) | TOTALS | Inadequately Described | ADJUSTED TOTALS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/30/05 | JB | $30.00 | 1.60 | | | | | | $48.00 | | | | | | | | | | |
| 08/30/05 | JB | TOTAL | 1.60 | | | | | | $48.00 | | | | | | | | $48.00 | | |
| 08/31/05 | MFK | $135.00 | 0.20 | | | | | | $27.00 | | | | | | | | | | |
| 08/31/05 | MFK | $135.00 | 2.00 | | | | | | $270.00 | | | | | | | | | | |
| 08/31/05 | MFK | $135.00 | 1.40 | | | | | | $189.00 | | | | | | | | | $189.00 | |
| 08/31/05 | MFK | TOTAL | 3.60 | | | | | | $486.00 | | | | | | | | $486.00 | $189.00 | $297.00 |
| 08/31/05 | DKK | $120.00 | 0.60 | | | | | | $72.00 | | | | | | | | | | |
| 08/31/05 | DKK | TOTAL | 0.60 | | | | | | $72.00 | | | | | | | | $72.00 | | |
| 08/31/05 | JB | $30.00 | 3.70 | | | | | | $111.00 | | | | | | | | | | |
| 08/31/05 | JB | TOTAL | 3.70 | | | | | | $111.00 | | | | | | | | $111.00 | | |
| 09/01/05 | PA | $450.00 | 0.10 | | | | | $45.00 | | | | | | | | | | | |
| 09/01/05 | PA | $450.00 | 0.10 | | | | | $45.00 | | | | | | | | | | | |
| 09/01/05 | PA | TOTAL | 0.20 | | | | | $90.00 | | | | | | | | | $90.00 | | |
| 09/01/05 | MFK | $135.00 | 0.30 | | | | | | $40.50 | | | | | | | | | | |
| 09/01/05 | MFK | TOTAL | 0.30 | | | | | | $40.50 | | | | | | | | $40.50 | | |
| 09/01/05 | JB | $30.00 | 3.20 | | | | | | $96.00 | | | | | | | | | | |
| 09/01/05 | JB | TOTAL | 3.20 | | | | | | $96.00 | | | | | | | | $96.00 | | |
| 09/02/05 | PA | $450.00 | 0.10 | | | | | | | | | | | $45.00 | | | | | |
| 09/02/05 | PA | TOTAL | 0.10 | | | | | | | | | | | $45.00 | | | $45.00 | $45.00 | $0.00 |
| 09/02/05 | MFK | $135.00 | 1.70 | | | | | | $229.50 | | | | | | | | | $229.50 | |
| 09/02/05 | MFK | TOTAL | 1.70 | | | | | | $229.50 | | | | | | | | $229.50 | $229.50 | $0.00 |
| 09/02/05 | JB | $30.00 | 0.30 | | | | | | $9.00 | | | | | | | | | | |
| 09/02/05 | JB | TOTAL | 0.30 | | | | | | $9.00 | | | | | | | | $9.00 | | |
| 09/06/05 | MFK | $135.00 | 0.30 | | | | | | | $40.50 | | | | | | | | | |
| 09/06/05 | MFK | $135.00 | 0.30 | | | | | | | $40.50 | | | | | | | | | |
| 09/06/05 | MFK | TOTAL | 0.60 | | | | | | | $81.00 | | | | | | | | $81.00 | | |
| 09/06/05 | DKK | $120.00 | 0.40 | | | | | | $48.00 | | | | | | | | | | |
| 09/06/05 | DKK | TOTAL | 0.40 | | | | | | $48.00 | | | | | | | | $48.00 | | |
| 09/07/05 | PA | $450.00 | 0.20 | | | $90.00 | | | | | | | | | | | | | |
| 09/07/05 | PA | TOTAL | 0.20 | | | $90.00 | | | | | | | | | | | $90.00 | | |
| 09/07/05 | JB | $30.00 | 1.20 | | | | | | $36.00 | | | | | | | | | | |
| 09/07/05 | JB | TOTAL | 1.20 | | | | | | $36.00 | | | | | | | | $36.00 | | |
| 09/08/05 | MFK | $135.00 | 0.30 | | | | | | $40.50 | | | | | | | | | | |
| 09/08/05 | MFK | $135.00 | 0.30 | | | | | | $40.50 | | | | | | | | | | |
| 09/08/05 | MFK | TOTAL | 0.60 | | | | | | $81.00 | | | | | | | | $81.00 | | |
| 09/08/05 | DKK | $120.00 | 0.40 | | | | | | $48.00 | | | | | | | | | | |
| 09/08/05 | DKK | TOTAL | 0.40 | | | | | | $48.00 | | | | | | | | $48.00 | | |

28130-2

GMP Associates/Synagro Technologies (Contract Dispute)
**Breakdown of Fee Invoices Claimed by Alston Hunt Floyd Ing**

| Date | Atty. | Rate | No. of Hours | Category C (Complaint) | Category CC (Counterclaim) | Category SJ (Motion for SJ) | Category AC (Amended Counterclaim) | Category M (Mixed - Complaint & Counterclaim) | Category D (Discovery) | Category S (Settlement) | Category A (Andritz) | Category U (Unknown) | Category Q (Questionable) | Category R (Redacted) | Category MFC (Motion for Fees & Costs) | Category X (No Charge) | TOTALS | Inadequately Described | ADJUSTED TOTALS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/09/05 | MFK | $135.00 | 1.80 | | | | | | $243.00 | | | | | | | | | | |
| 09/09/05 | MFK | $135.00 | 0.30 | | | | | | $40.50 | | | | | | | | | | |
| 09/09/05 | MFK | $135.00 | 1.80 | | | | | | $243.00 | | | | | | | | | $243.00 | |
| 09/09/05 | MFK | $135.00 | 1.30 | | | | | | $175.50 | | | | | | | | | | |
| **09/09/05** | **MFK** | **TOTAL** | **5.20** | | | | | | **$702.00** | | | | | | | | **$702.00** | **$243.00** | |
| 09/10/05 | MFK | $135.00 | 3.40 | | | $459.00 | | | | | | | | | | | | | $459.00 |
| **09/10/05** | **MFK** | **TOTAL** | **3.40** | | | **$459.00** | | | | | | | | | | | **$459.00** | **$243.00** | **$459.00** |
| 09/11/05 | PA | $450.00 | 0.10 | | | | | | $45.00 | | | | | | | | | | |
| **09/11/05** | **PA** | **TOTAL** | **0.10** | | | | | | **$45.00** | | | | | | | | **$45.00** | | |
| 09/11/05 | MFK | $135.00 | 10.50 | | | $1,417.50 | | | | | | | | | | | | $1,417.50 | |
| **09/11/05** | **MFK** | **TOTAL** | **10.50** | | | **$1,417.50** | | | | | | | | | | | **$1,417.50** | **$1,417.50** | **$0.00** |
| 09/12/05 | PA | $450.00 | 0.30 | | | $135.00 | | | | | | | | | | | | $135.00 | |
| 09/12/05 | PA | $450.00 | 0.40 | | | $180.00 | | | | | | | | | | | | $180.00 | |
| **09/12/05** | **PA** | **TOTAL** | **0.70** | | | **$315.00** | | | | | | | | | | | **$315.00** | **$315.00** | **$0.00** |
| 09/12/05 | MFK | $135.00 | 0.10 | | | $13.50 | | | | | | | | | | | | | |
| 09/12/05 | MFK | $135.00 | 8.00 | | | $1,080.00 | | | | | | | | | | | | | |
| **09/12/05** | **MFK** | **TOTAL** | **8.10** | | | **$1,093.50** | | | | | | | | | | | **$1,093.50** | | |
| 09/12/05 | SWL | $30.00 | 2.90 | | | | | | $87.00 | | | | | | | | | | |
| **09/12/05** | **SWL** | **TOTAL** | **2.90** | | | | | | **$87.00** | | | | | | | | **$87.00** | | |
| 09/13/05 | PA | $450.00 | 1.00 | | | $450.00 | | | | | | | | | | | | | |
| **09/13/05** | **PA** | **TOTAL** | **1.00** | | | **$450.00** | | | | | | | | | | | **$450.00** | | |
| 09/13/05 | MFK | $135.00 | 6.60 | | | $891.00 | | | | | | | | | | | | | |
| **09/13/05** | **MFK** | **TOTAL** | **6.60** | | | **$891.00** | | | | | | | | | | | **$891.00** | | |
| 09/13/05 | DKK | $120.00 | 0.20 | | | $24.00 | | | | | | | | | | | | | |
| **09/13/05** | **DKK** | **TOTAL** | **0.20** | | | **$24.00** | | | | | | | | | | | **$24.00** | | |
| 09/14/05 | PA | $450.00 | 0.10 | | | $45.00 | | | | | | | | | | | | | |
| **09/14/05** | **PA** | **TOTAL** | **0.10** | | | **$45.00** | | | | | | | | | | | **$45.00** | | |
| 09/14/05 | MFK | $135.00 | 2.70 | | | $364.50 | | | | | | | | | | | | $364.50 | |
| **09/14/05** | **MFK** | **TOTAL** | **2.70** | | | **$364.50** | | | | | | | | | | | **$364.50** | **$364.50** | **$0.00** |
| 09/14/05 | DKK | $120.00 | 0.10 | | | $12.00 | | | | | | | | | | | | | |
| **09/14/05** | **DKK** | **TOTAL** | **0.10** | | | **$12.00** | | | | | | | | | | | **$12.00** | | |
| 09/15/05 | MFK | $135.00 | 0.90 | | | | | $121.50 | | | | | | | | | | | |
| **09/15/05** | **MFK** | **TOTAL** | **0.90** | | | | | **$121.50** | | | | | | | | | **$121.50** | | |
| 09/16/05 | PA | $450.00 | 0.30 | | | | | | $135.00 | | | | | | | | | | |
| 09/16/05 | PA | $450.00 | 0.30 | | | | | | $135.00 | | | | | | | | | | |
| 09/16/05 | PA | $450.00 | 0.10 | | | | | | $45.00 | | | | | | | | | | |
| **09/16/05** | **PA** | **TOTAL** | **0.70** | | | | | | **$315.00** | | | | | | | | **$315.00** | | |

28130-2
GMP Associates/Synagro Technologies (Contract Dispute)
**Breakdown of Fee Invoices Claimed by Alston Hunt Floyd Ing**

| Date | Atty. | Rate | No. of Hours | Category C (Complaint) | Category CC (Counterclaim) | Category SJ (Motion for SJ) | Category AC (Amended Counterclaim) | Category M (Mixed - Complaint & Counterclaim) | Category D (Discovery) | Category S (Settlement) | Category A (Andritz) | Category U (Unknown) | Category Q (Questionable) | Category R (Rejects/S) | Category MFC (Motion for Fees & Costs) | Category X (No Charge) | TOTALS | Inadequately Described | ADJUSTED TOTALS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/16/05 | MFK | $135.00 | 0.60 | | | | | | $81.00 | | | | | | | | | | |
| 09/16/05 | MFK | $135.00 | 0.60 | | | | | | $81.00 | | | | | | | | | | |
| 09/16/05 | MFK | TOTAL | 1.20 | | | | | | $162.00 | | | | | | | | $162.00 | | |
| 09/16/05 | DKK | $120.00 | 0.30 | | | | | $36.00 | | | | | | | | | | | |
| 09/16/05 | DKK | $120.00 | 0.30 | | | | | $36.00 | | | | | | | | | | | |
| 09/16/05 | DKK | TOTAL | 0.60 | | | | | $72.00 | | | | | | | | | $72.00 | | |
| 09/18/05 | MFK | $135.00 | 6.70 | | | | | | $904.50 | | | | | | | | | | |
| 09/18/05 | MFK | TOTAL | 6.70 | | | | | | $904.50 | | | | | | | | $904.50 | | |
| 09/19/05 | MFK | $135.00 | 3.20 | | | | | | $432.00 | | | | | | | | | | |
| 09/19/05 | MFK | $135.00 | 5.60 | | | | | | $756.00 | | | | | | | | | | |
| 09/19/05 | MFK | TOTAL | 8.80 | | | | | | $1,188.00 | | | | | | | | $1,188.00 | | |
| 09/19/05 | DKK | $120.00 | 0.30 | | | | | | $36.00 | | | | | | | | | | |
| 09/19/05 | DKK | $120.00 | 0.80 | | | | | | $96.00 | | | | | | | | | | |
| 09/19/05 | DKK | TOTAL | 1.10 | | | | | | $132.00 | | | | | | | | $132.00 | | |
| 09/19/05 | JB | $30.00 | 0.60 | | | | | | $18.00 | | | | | | | | | | |
| 09/19/05 | JB | TOTAL | 0.60 | | | | | | $18.00 | | | | | | | | $18.00 | | |
| 09/20/05 | PA | $450.00 | 0.20 | | | | | | $90.00 | | | | | | | | | | |
| 09/20/05 | PA | TOTAL | 0.20 | | | | | | $90.00 | | | | | | | | $90.00 | | |
| 09/20/05 | MFK | $135.00 | 0.50 | | | | | | | | | | | $67.50 | | | | | |
| 09/20/05 | MFK | TOTAL | 0.50 | | | | | | | | | | | $67.50 | | | $67.50 | $67.50 | $0.00 |
| 09/21/05 | PA | $450.00 | 0.20 | | | | | $90.00 | | | | | | | | | | | |
| 09/21/05 | PA | TOTAL | 0.20 | | | | | $90.00 | | | | | | | | | $90.00 | $90.00 | $0.00 |
| 09/21/05 | MFK | $135.00 | 0.30 | | | | | | | | | | | $40.50 | | | | | |
| 09/21/05 | MFK | TOTAL | 0.30 | | | | | | | | | | | $40.50 | | | $40.50 | $40.50 | $0.00 |
| 09/21/05 | DKK | $120.00 | 0.10 | | | | | | $12.00 | | | | | | | | | | |
| 09/21/05 | DKK | TOTAL | 0.10 | | | | | | $12.00 | | | | | | | | $12.00 | | |
| 09/23/05 | DKK | $120.00 | 0.50 | | | | | | $60.00 | | | | | | | | | | |
| 09/23/05 | DKK | TOTAL | 0.50 | | | | | | $60.00 | | | | | | | | $60.00 | | |
| 09/26/05 | DKK | $120.00 | 0.20 | | | | | | $24.00 | | | | | | | | | | |
| 09/26/05 | DKK | TOTAL | 0.20 | | | | | | $24.00 | | | | | | | | $24.00 | | |
| 09/28/05 | DKK | $120.00 | 0.20 | | | | | $24.00 | | | | | | | | | | | |
| 09/28/05 | DKK | TOTAL | 0.20 | | | | | $24.00 | | | | | | | | | $24.00 | | |
| 09/28/05 | SWL | $30.00 | 0.10 | | | | | | $3.00 | | | | | | | | | | |
| 09/28/05 | SWL | TOTAL | 0.10 | | | | | | $3.00 | | | | | | | | $3.00 | | |

EXHIBIT 3 - Page 19 of 28

28130-2/42951.1

28130-2
GMP Associates/Synagro Technologies (Contract Dispute)
**Breakdown of Fee Invoices Claimed by Alston Hunt Floyd Ing**

| Date | Atty. | Rate | No. of Hours | Category C (Complaint) | Category CC (Counterclaim) | Category SJ (Motion for SJ) | Category AC (Amended Counterclaim) | Category M (Mixed - Complaint & Counterclaim) | Category D (Discovery) | Category S (Settlement) | Category A (Andrez) | Category U (Unknown) | Category Q (Questionable) | Category R (Redacted) | Category MFC (Motion for Fees & Costs) | Category X (No Charge) | TOTALS | Inadequately Described | ADJUSTED TOTALS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/29/05 | MFK | $135.00 | 0.30 | | | | | | $40.50 | | | | | | | | | | |
| 09/29/05 | MFK | $135.00 | 1.80 | | | | | | $243.00 | | | | | | | | | | |
| 09/29/05 | MFK | $135.00 | 2.30 | | | | | | $310.50 | | | | | | | | | | |
| 09/29/05 | MFK | TOTAL | 4.40 | | | | | | $594.00 | | | | | | | | $594.00 | | |
| 09/30/05 | MFK | $135.00 | 0.40 | | | | | | $54.00 | | | | | | | | | | |
| 09/30/05 | MFK | $135.00 | 0.80 | | | | | | $108.00 | | | | | | | | | | |
| 09/30/05 | MFK | TOTAL | 1.20 | | | | | | $162.00 | | | | | | | | $162.00 | | |
| 09/30/05 | DKK | $120.00 | 0.30 | | | | | | $36.00 | | | | | | | | | | |
| 09/30/05 | DKK | TOTAL | 0.30 | | | | | | $36.00 | | | | | | | | $36.00 | | |
| 09/30/05 | NMK | $100.00 | 2.50 | | | | | | $250.00 | | | | | | | | | | |
| 09/30/05 | NMK | TOTAL | 2.50 | | | | | | $250.00 | | | | | | | | $250.00 | | |
| 09/30/05 | JB | $30.00 | 0.50 | | | | | | $15.00 | | | | | | | | | | |
| 09/30/05 | JB | TOTAL | 0.50 | | | | | | $15.00 | | | | | | | | $15.00 | | |
| 09/30/05 | SWL | $30.00 | 1.40 | | | | | | $42.00 | | | | | | | | | | |
| 09/30/05 | SWL | TOTAL | 1.40 | | | | | | $42.00 | | | | | | | | $42.00 | | |
| 10/03/05 | NMK | $100.00 | 1.80 | | | | | | $180.00 | | | | | | | | | | |
| 10/03/05 | NMK | TOTAL | 1.80 | | | | | | $180.00 | | | | | | | | $180.00 | | |
| 10/03/05 | JB | $30.00 | 1.60 | | | | | | $48.00 | | | | | | | | | | |
| 10/03/05 | JB | TOTAL | 1.60 | | | | | | $48.00 | | | | | | | | $48.00 | | |
| 10/04/05 | PA | $450.00 | 0.20 | | | | | | | $90.00 | | | | | | | | | | |
| 10/04/05 | PA | TOTAL | 0.20 | | | | | | | $90.00 | | | | | | | | $90.00 | | |
| 10/04/05 | MFK | $135.00 | 0.60 | | | | | | $81.00 | | | | | | | | | | |
| 10/04/05 | MFK | $135.00 | 1.30 | | | | | | $175.50 | | | | | | | | | | |
| 10/04/05 | MFK | $135.00 | 0.60 | | | | | | $81.00 | | | | | | | | | | |
| 10/04/05 | MFK | $135.00 | 3.60 | | | | | | $486.00 | | | | | | | | | | |
| 10/04/05 | MFK | TOTAL | 6.10 | | | | | | $823.50 | | | | | | | | $823.50 | | |
| 10/04/05 | NMK | $100.00 | 0.60 | | | | | | $60.00 | | | | | | | | | | |
| 10/04/05 | NMK | TOTAL | 0.60 | | | | | | $60.00 | | | | | | | | $60.00 | | |
| 10/04/05 | SWL | $30.00 | 0.20 | | | | | | $6.00 | | | | | | | | | | |
| 10/04/05 | SWL | TOTAL | 0.20 | | | | | | $6.00 | | | | | | | | $6.00 | | |
| 10/05/05 | PA | $450.00 | 0.10 | | | | | | | | | $45.00 | | | | | | | | |
| 10/05/05 | PA | TOTAL | 0.10 | | | | | | | | | $45.00 | | | | | | $45.00 | | |
| 10/05/05 | MFK | $135.00 | 0.50 | | | | | | $67.50 | | | | | | | | | | |
| 10/05/05 | MFK | $135.00 | 7.30 | | | | | | $985.50 | | | | | | | | | | |
| 10/05/05 | MFK | TOTAL | 7.80 | | | | | | $1,053.00 | | | | | | | | $1,053.00 | | |
| 10/06/05 | PA | $450.00 | 0.20 | | | | | | | | | $90.00 | | | | | | | | |
| 10/06/05 | PA | TOTAL | 0.20 | | | | | | | | | $90.00 | | | | | | $90.00 | $90.00 | $0.00 |

28130-2
GMP Associates/Synagro Technologies (Contract Dispute)
**Breakdown of Fee Invoices Claimed by Alston Hunt Floyd Ing**

| Date | Atty. | Rate | No. of Hours | Category C (Complaint) | Category CC (Counterclaim) | Category SJ (Motion for SJ) | Category AC (Amended Counterclaim) | Category M (Mixed - Complaint & Counterclaim) | Category D (Discovery) | Category S (Settlement) | Category A (And/2) | Category U (Unknown) | Category Q (Questionable) | Category R (Rejected) | Category MFC (Motion for Fees & Costs) | Category X (No Charge) | TOTALS | Inadequately Described | ADJUSTED TOTALS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/06/05 | MFK | $135.00 | 0.20 | | | | | $27.00 | | | | | | | | | | | |
| 10/06/05 | MFK | $135.00 | 1.40 | | | | | $189.00 | | | | | | | | | | | |
| 10/06/05 | MFK | TOTAL | 1.60 | | | | | $216.00 | | | | | | | | | $216.00 | | |
| 10/07/05 | PA | $450.00 | 0.20 | | | | | | | $90.00 | | | | | | | | | |
| 10/07/05 | PA | TOTAL | 0.20 | | | | | | | $90.00 | | | | | | | $90.00 | $90.00 | $0.00 |
| 10/07/05 | MFK | $135.00 | 2.20 | | | | | | | $297.00 | | | | | | | | | |
| 10/07/05 | MFK | TOTAL | 2.20 | | | | | | | $297.00 | | | | | | | $297.00 | | |
| 10/11/05 | PA | $450.00 | 0.10 | | | | | $45.00 | | | | | | | | | | | |
| 10/11/05 | PA | TOTAL | 0.10 | | | | | $45.00 | | | | | | | | | $45.00 | | |
| 10/12/05 | NMK | $100.00 | 1.50 | | | | | | $150.00 | | | | | | | | | | |
| 10/12/05 | NMK | $100.00 | 1.40 | | | | | | $140.00 | | | | | | | | | | |
| 10/12/05 | NMK | TOTAL | 2.90 | | | | | | $290.00 | | | | | | | | $290.00 | | |
| 10/13/05 | NMK | $100.00 | 2.30 | | | | | | | | | | | | | $230.00 | | |
| 10/13/05 | NMK | TOTAL | 2.30 | | | | | | | | | | | | | $230.00 | $230.00 | | |
| 10/13/05 | JB | $30.00 | 1.00 | | | | | | $30.00 | | | | | | | | | | |
| 10/13/05 | JB | TOTAL | 1.00 | | | | | | $30.00 | | | | | | | | $30.00 | | |
| 10/14/05 | PA | $450.00 | 0.20 | | | | | | $90.00 | | | | | | | | | | |
| 10/14/05 | PA | TOTAL | 0.20 | | | | | | $90.00 | | | | | | | | $90.00 | | |
| 10/14/05 | MFK | $135.00 | 2.00 | | | | | | | $270.00 | | | | | | | | | |
| 10/14/05 | MFK | TOTAL | 2.00 | | | | | | | $270.00 | | | | | | | $270.00 | | |
| 10/16/05 | JB | $30.00 | 2.10 | | | | | | $63.00 | | | | | | | | | | |
| 10/16/05 | JB | TOTAL | 2.10 | | | | | | $63.00 | | | | | | | | $63.00 | | |
| 10/19/05 | SWL | $30.00 | 0.40 | | | | | | $12.00 | | | | | | | | | | |
| 10/19/05 | SWL | TOTAL | 0.40 | | | | | | $12.00 | | | | | | | | $12.00 | | |
| 10/21/05 | MFK | $450.00 | 0.10 | | | $45.00 | | | | | | | | | | | | | |
| 10/21/05 | MFK | TOTAL | 0.10 | | | $45.00 | | | | | | | | | | | $45.00 | | |
| 10/21/05 | MFK | $135.00 | 0.20 | | | $27.00 | | | | | | | | | | | | | |
| 10/21/05 | MFK | TOTAL | 0.20 | | | $27.00 | | | | | | | | | | | $27.00 | $27.00 | $0.00 |
| 10/24/05 | MFK | $135.00 | 0.10 | | | | | | | | | | | $13.50 | | | | | |
| 10/24/05 | MFK | TOTAL | 0.10 | | | | | | | | | | | $13.50 | | | $13.50 | | |
| 10/25/05 | PA | $450.00 | 0.10 | | | | | | | | | $45.00 | | | | | | | |
| 10/25/05 | PA | TOTAL | 0.10 | | | | | | | | | $45.00 | | | | | $45.00 | $45.00 | $0.00 |
| 10/26/05 | PA | $450.00 | 0.10 | | | | | | | | | $45.00 | | | | | | | |
| 10/26/05 | PA | TOTAL | 0.10 | | | | | | | | | $45.00 | | | | | $45.00 | | |
| 10/26/05 | MFK | $135.00 | 0.40 | | | | | $54.00 | | | | | | | | | | | |
| 10/26/05 | MFK | TOTAL | 0.40 | | | | | $54.00 | | | | | | | | | $54.00 | $54.00 | $0.00 |

EXHIBIT 3 - Page 21 of 28

28130-2/429511

28130-2
GMP Associates/Synagro Technologies (Contract Dispute)
Breakdown of Fee Invoices Claimed by Alston Hunt Floyd Ing

| Date | Atty | Rate | No. of Hours | Category C (Complaint) | Category CC (Counterclaim) | Category SJ (Motion for SJ) | Category AC (Amended Counterclaim) | Category M (Mixed - Complaint & Counterclaim) | Category D (Discovery) | Category S (Settlement) | Category A (And/Or) | Category J (Unknown) | Category Q (Questionable) | Category R (Redacted) | Category MFC (Motion for Fees & Costs) | Category X (No Charge) | TOTALS | Inadequately Described | ADJUSTED TOTALS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/26/05 | JB | $30.00 | 0.40 | | | | | $12.00 | | | | | | | | | | | |
| 10/26/05 | JB | TOTAL | 0.40 | | | | | $12.00 | | | | | | | | | $12.00 | | |
| 10/27/05 | PA | $450.00 | 0.20 | | | | | | | | | $90.00 | | | | | | | |
| 10/27/05 | PA | TOTAL | 0.20 | | | | | | | | | $90.00 | | | | | $90.00 | $90.00 | $0.00 |
| 10/27/05 | MFK | $135.00 | 0.50 | | | | | $67.50 | | | | | | | | | | | |
| 10/27/05 | MFK | TOTAL | 0.50 | | | | | $67.50 | | | | | | | | | $67.50 | | |
| 10/28/05 | MFK | $135.00 | 0.10 | | | | | $13.50 | | | | | | | | | | | |
| 10/28/05 | MFK | TOTAL | 0.10 | | | | | $13.50 | | | | | | | | | $13.50 | | |
| 11/02/05 | PA | $450.00 | 0.10 | | | | | $45.00 | | | | | | | | | | | |
| 11/02/05 | PA | TOTAL | 0.10 | | | | | $45.00 | | | | | | | | | $45.00 | | |
| 11/02/05 | MFK | $135.00 | 0.10 | | | $13.50 | | | | | | | | | | | | | |
| 11/02/05 | MFK | TOTAL | 0.10 | | | $13.50 | | | | | | | | | | | $13.50 | | |
| 11/04/05 | MFK | $135.00 | 0.30 | | | $40.50 | | | | | | | | | | | | | |
| 11/04/05 | MFK | TOTAL | 0.30 | | | $40.50 | | | | | | | | | | | $40.50 | | |
| 11/07/05 | NMK | $100.00 | 1.70 | | | | | $170.00 | | | | | | | | | | | |
| 11/07/05 | NMK | TOTAL | 1.70 | | | | | $170.00 | | | | | | | | | $170.00 | | |
| 11/28/05 | MFK | $135.00 | 0.20 | | | $27.00 | | | | | | | | | | | | | |
| 11/28/05 | MFK | TOTAL | 0.20 | | | $27.00 | | | | | | | | | | | $27.00 | | |
| 11/29/05 | PA | $450.00 | 0.10 | | | $45.00 | | | | | | | | | | | | | |
| 11/29/05 | PA | $450.00 | 0.40 | | | $180.00 | | | | | | | | | | | | | |
| 11/29/05 | PA | TOTAL | 0.50 | | | $225.00 | | | | | | | | | | | $225.00 | | |
| 11/29/05 | MFK | $135.00 | 10.50 | | | $1,417.50 | | | | | | | | | | | | | |
| 11/29/05 | MFK | TOTAL | 10.50 | | | $1,417.50 | | | | | | | | | | | $1,417.50 | | |
| 11/30/05 | MFK | $135.00 | 0.30 | | | | | | | | | $135.00 | | | | | | | |
| 11/30/05 | MFK | TOTAL | 0.30 | | | | | | | | | $135.00 | | | | | $135.00 | $135.00 | $0.00 |
| 11/30/05 | PA | $450.00 | 0.10 | | | | | | | | | | | | | | | | |
| 11/30/05 | MFK | $135.00 | 14.20 | | | $1,917.00 | | | | | | | | | | | | | |
| 11/30/05 | MFK | TOTAL | 14.20 | | | $1,917.00 | | | | | | | | | | | $1,917.00 | | |
| 12/01/05 | MFK | $135.00 | 5.00 | | | $675.00 | | | | | | | | | | | | | |
| 12/01/05 | MFK | TOTAL | 5.00 | | | $675.00 | | | | | | | | | | | $675.00 | $675.00 | $0.00 |
| 12/02/05 | PA | $450.00 | 1.00 | | | $450.00 | | | | | | | | | | | | | |
| 12/02/05 | PA | TOTAL | 1.00 | | | $450.00 | | | | | | | | | | | $450.00 | | |
| 12/02/05 | MFK | $135.00 | 5.80 | | | $783.00 | | | | | | | | | | | | | |
| 12/02/05 | MFK | $135.00 | 11.20 | | | $1,512.00 | | | | | | | | | | | | | |
| 12/02/05 | MFK | TOTAL | 17.00 | | | $2,295.00 | | | | | | | | | | | $2,295.00 | $1,512.00 | $783.00 |
| 12/04/05 | MFK | $135.00 | 0.30 | | | $40.50 | | | | | | | | | | | | | |
| 12/04/05 | MFK | TOTAL | 0.30 | | | $40.50 | | | | | | | | | | | $40.50 | | |

28130-2/429511

EXHIBIT 3  Page 22 of 28

28130-2
GMP Associates/Synagro Technologies (Contract Dispute)
Breakdown of Fee Invoices Claimed by Alston Hunt Floyd Ing

| Date | Atty. | Rate | No. of Hours | Category C (Complaint) | Category CC (Counterclaim) | Category SJ (Motion for SJ) | Category AC (Amended Counterclaim) | Category M (Mixed - Complaint & Counterclaim) | Category D (Discovery) | Category S (Settlement) | Category A (Arnitz) | Category J (Unknown) | Category Q (Questionable) | Category R (Redacted) | Category MFC (Motion for Fees & Costs) | Category X (No Charge) | TOTALS | Inadequately Described | ADJUSTED TOTALS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/05/05 | PA | $450.00 | 0.60 | | | $270.00 | | | | | | | | | | | $270.00 | | |
| 12/05/05 | PA | TOTAL | 0.60 | | | $270.00 | | | | | | | | | | | | | |
| 12/05/05 | MFK | $135.00 | 0.60 | | | $81.00 | | | | | | | | | | | $81.00 | | |
| 12/05/05 | MFK | TOTAL | 0.60 | | | $81.00 | | | | | | | | | | | | | |
| 12/07/05 | PA | $450.00 | 0.10 | | | $45.00 | | | | | | | | | | | $45.00 | | |
| 12/07/05 | PA | TOTAL | 0.10 | | | $45.00 | | | | | | | | | | | | | |
| 12/13/05 | PA | $450.00 | 0.20 | | | $90.00 | | | | | | | | | | | $90.00 | | |
| 12/13/05 | PA | TOTAL | 0.20 | | | $90.00 | | | | | | | | | | | | | |
| 12/13/05 | MFK | $135.00 | 8.70 | | | $1,174.50 | | | | | | | | | | | $1,174.50 | $1,174.50 | |
| 12/13/05 | MFK | TOTAL | 8.70 | | | $1,174.50 | | | | | | | | | | | | $1,174.50 | $0.00 |
| 12/14/05 | MFK | $135.00 | 2.30 | | | $310.50 | | | | | | | | | | | | | |
| 12/14/05 | MFK | $135.00 | 2.30 | | | $310.50 | | | | | | | | | | | | | |
| 12/14/05 | MFK | TOTAL | 4.60 | | | $621.00 | | | | | | | | | | | $621.00 | | |
| 12/15/05 | PA | $450.00 | 0.40 | | | | $180.00 | | | | | | | | | | $180.00 | | |
| 12/15/05 | PA | TOTAL | 0.40 | | | | $180.00 | | | | | | | | | | | | |
| 12/15/05 | MFK | $135.00 | 0.10 | | | $13.50 | | | | | | | | | | | $13.50 | | |
| 12/15/05 | MFK | TOTAL | 0.10 | | | $13.50 | | | | | | | | | | | | | |
| 12/23/05 | MFK | $135.00 | 6.40 | | | | $864.00 | | | | | | | | | | $864.00 | | |
| 12/23/05 | MFK | TOTAL | 6.40 | | | | $864.00 | | | | | | | | | | | | |
| 12/24/05 | MFK | $135.00 | 6.20 | | | | $837.00 | | | | | | | | | | $837.00 | | |
| 12/24/05 | MFK | TOTAL | 6.20 | | | | $837.00 | | | | | | | | | | | | |
| 12/25/05 | MFK | $135.00 | 2.90 | | | | $391.50 | | | | | | | | | | $391.50 | | |
| 12/25/05 | MFK | TOTAL | 2.90 | | | | $391.50 | | | | | | | | | | | | |
| 12/26/05 | PA | $450.00 | 1.50 | | | | $675.00 | | | | | | | | | | $675.00 | | |
| 12/26/05 | PA | TOTAL | 1.50 | | | | $675.00 | | | | | | | | | | | | |
| 12/26/05 | MFK | $135.00 | 1.30 | | | | $175.50 | | | | | | | | | | $175.50 | | |
| 12/26/05 | MFK | TOTAL | 1.30 | | | | $175.50 | | | | | | | | | | | | |
| 12/27/05 | MFK | $135.00 | 0.90 | | | | $121.50 | | | | | | | | | | $121.50 | | |
| 12/27/05 | MFK | TOTAL | 0.90 | | | | $121.50 | | | | | | | | | | | | |
| 01/09/06 | MFK | $135.00 | 0.30 | | | | $40.50 | | | | | | | | | | $40.50 | | |
| 01/09/06 | MFK | TOTAL | 0.30 | | | | $40.50 | | | | | | | | | | | | |
| 01/10/06 | PA | $450.00 | 0.20 | | | | $90.00 | | | | | | | | | | $90.00 | | |
| 01/10/06 | PA | TOTAL | 0.20 | | | | $90.00 | | | | | | | | | | | | |
| 01/11/06 | PA | $450.00 | 0.40 | | | $180.00 | | | | | | | | | | | | $180.00 | | |
| 01/11/06 | PA | TOTAL | 0.40 | | | $180.00 | | | | | | | | | | | | | | |

28130-2

GMP Associates/Synagro Technologies (Contract Dispute)
**Breakdown of Fee Invoices Claimed by Alston Hunt Floyd Ing**

| Date | Atty. | Rate | No. of Hours | Category C (Complaint) | Category CC (Counterclaim) | Category SJ (Motion for SJ) | Category AC (Amended Counterclaim) | Category M (Mixed - Complaint & Counterclaim) | Category D (Discovery) | Category S (Settlement) | Category A (Arbitrz) | Category U (Unknown) | Category Q (Questionable) | Category R (Redacted) | Category MFC (Motion for Fees & Costs) | Category X (No Charge) | TOTALS | Inadequately Described | ADJUSTED TOTALS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/11/06 | MFK | $135.00 | 0.30 | | | $40.50 | | | | | | | | | | | | | |
| 01/11/06 | MFK | TOTAL | 0.30 | | | $40.50 | | | | | | | | | | | $40.50 | | |
| 01/17/06 | PA | $450.00 | 0.10 | | | | | $45.00 | | | | | | | | | | | |
| 01/17/06 | PA | TOTAL | 0.10 | | | | | $45.00 | | | | | | | | | $45.00 | $45.00 | $0.00 |
| 01/23/06 | PA | $450.00 | 0.40 | | | | | $180.00 | | | | | | | | | | | |
| 01/23/06 | PA | TOTAL | 0.40 | | | | | $180.00 | | | | | | | | | $180.00 | $180.00 | $0.00 |
| 01/23/06 | MFK | $135.00 | 0.50 | | | | | $67.50 | | | | | | | | | | | |
| 01/23/06 | MFK | TOTAL | 0.50 | | | | | $67.50 | | | | | | | | | $67.50 | | |
| 01/24/06 | PA | $450.00 | 0.20 | | | | | | | $90.00 | | | | | | | | | |
| 01/24/06 | PA | TOTAL | 0.20 | | | | | | | $90.00 | | | | | | | $90.00 | | |
| 01/29/06 | PA | $450.00 | 0.20 | | | | | | | | | $90.00 | | | | | | | |
| 01/29/06 | PA | TOTAL | 0.20 | | | | | | | | | $90.00 | | | | | $90.00 | $90.00 | $0.00 |
| 02/01/06 | PA | $450.00 | 0.30 | | | | | | | $135.00 | | | | | | | | | |
| 02/01/06 | PA | TOTAL | 0.30 | | | | | | | $135.00 | | | | | | | $135.00 | | |
| 02/06/06 | PA | $450.00 | 0.20 | | | | | | | $90.00 | | | | | | | | | |
| 02/06/06 | PA | TOTAL | 0.20 | | | | | | | $90.00 | | | | | | | $90.00 | | |
| 02/06/06 | MFK | $135.00 | 0.20 | | | | | | | $27.00 | | | | | | | | | |
| 02/06/06 | MFK | TOTAL | 0.20 | | | | | | | $27.00 | | | | | | | $27.00 | | |
| 02/07/06 | PA | $450.00 | 0.10 | | | | | $45.00 | | | | | | | | | | | |
| 02/07/06 | PA | TOTAL | 0.10 | | | | | $45.00 | | | | | | | | | $45.00 | | |
| 02/07/06 | MFK | $135.00 | 0.30 | | | | | | | $40.50 | | | | | | | | | |
| 02/07/06 | MFK | TOTAL | 0.30 | | | | | | | $40.50 | | | | | | | $40.50 | | |
| 02/09/06 | MFK | $135.00 | 0.20 | | | | | | | $27.00 | | | | | | | | | |
| 02/09/06 | MFK | TOTAL | 0.20 | | | | | | | $27.00 | | | | | | | $27.00 | | |
| 02/13/06 | PA | $450.00 | 0.20 | | | | | | | $90.00 | | | | | | | | | |
| 02/13/06 | PA | TOTAL | 0.20 | | | | | | | $90.00 | | | | | | | $90.00 | | |
| 02/15/06 | PA | $450.00 | 0.30 | | | | | $135.00 | | | | | | | | | | | |
| 02/15/06 | PA | TOTAL | 0.30 | | | | | $135.00 | | | | | | | | | $135.00 | | |
| 02/15/06 | MFK | $135.00 | 0.10 | | | | | | | $13.50 | | | | | | | | | |
| 02/15/06 | MFK | TOTAL | 0.10 | | | | | | | $13.50 | | | | | | | $13.50 | | |
| 02/16/06 | MFK | $135.00 | 0.30 | | | | | | | $40.50 | | | | | | | | | |
| 02/16/06 | MFK | TOTAL | 0.30 | | | | | | | $40.50 | | | | | | | $40.50 | | |
| 02/18/06 | MFK | $135.00 | 0.10 | | | | | | | $13.50 | | | | | | | | | |
| 02/18/06 | MFK | TOTAL | 0.10 | | | | | | | $13.50 | | | | | | | $13.50 | | |

28130-2/42951.1

EXHIBIT 3 - Page 24 of 28

Case 1:04-cv-00509-SPK-LEK  Document 89-7  Filed 06/23/2006  Page 11 of 14

28130-2

GMP Associates/Synagro Technologies (Contract Dispute)
**Breakdown of Fee Invoices Claimed by Alston Hunt Floyd Ing**

| Date | Atty. | Rate | No. of Hours | Category C (Complaint) | Category CC (Counterclaim) | Category SJ (Motion for SJ) | Category AC (Amended Counterclaim) | Category M (Mixed - Complaint & Counterclaim) | Category D (Discovery) | Category S (Settlement) | Category A (And/z) | Category U (Unknown) | Category Q (Questionable) | Category R (Redacted) | Category MFC (Motion for Fees & Costs) | Category X (No Charge) | TOTALS | Inadequately Described | ADJUSTED TOTALS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/20/06 | PA | $450.00 | 0.10 | | | | | | | $45.00 | | | | | | | | $45.00 | |
| 02/20/06 | PA | $450.00 | 0.10 | | | | | | | $45.00 | | | | | | | | $45.00 | $45.00 |
| 02/20/06 | PA | TOTAL | 0.20 | | | | | | | $90.00 | | | | | | | $90.00 | | |
| 02/20/06 | MFK | $135.00 | 2.00 | | | | | | | $270.00 | | | | | | | | | |
| 02/20/06 | MFK | TOTAL | 2.00 | | | | | | | $270.00 | | | | | | | $270.00 | | |
| 02/21/06 | MFK | $135.00 | 0.70 | | | | | | | $94.50 | | | | | | | | | |
| 02/21/06 | MFK | TOTAL | 0.70 | | | | | | | $94.50 | | | | | | | $94.50 | | |
| 02/21/06 | NMK | $100.00 | 0.80 | | | | | | | $80.00 | | | | | | | | | |
| 02/21/06 | NMK | TOTAL | 0.80 | | | | | | | $80.00 | | | | | | | $80.00 | | |
| 02/28/06 | PA | $450.00 | 1.00 | | | | | | | $450.00 | | | | | | | | $450.00 | |
| 02/28/06 | PA | TOTAL | 1.00 | | | | | | | $450.00 | | | | | | | $450.00 | $450.00 | $0.00 |
| 02/28/06 | MFK | $135.00 | 0.20 | | | | | | | $27.00 | | | | | | | | | |
| 02/28/06 | MFK | $135.00 | 1.70 | | | | | | | $229.50 | | | | | | | | | |
| 02/28/06 | MFK | TOTAL | 1.90 | | | | | | | $256.50 | | | | | | | $256.50 | | |
| 03/03/06 | PA | $450.00 | 0.20 | | | | | | | | | | | $90.00 | | | | $90.00 | |
| 03/03/06 | PA | TOTAL | 0.20 | | | | | | | | | | | $90.00 | | | $90.00 | $90.00 | $0.00 |
| 03/08/06 | MFK | $135.00 | 0.50 | | | | | | | | | | $67.50 | | | | | | | |
| 03/08/06 | MFK | $135.00 | 0.60 | | | | | | | | | | | $81.00 | | | | $81.00 | |
| 03/08/06 | MFK | TOTAL | 1.10 | | | | | | | | | | $67.50 | $81.00 | | | $148.50 | $81.00 | $67.50 |
| 03/08/06 | SPH | $125.00 | 0.10 | | | | | | | | | | | $12.50 | | | | $12.50 | |
| 03/08/06 | SPH | TOTAL | 0.10 | | | | | | | | | | | $12.50 | | | $12.50 | $12.50 | $0.00 |
| 03/09/06 | PA | $450.00 | 0.20 | | | | | | | $90.00 | | | | | | | | $90.00 | |
| 03/09/06 | PA | TOTAL | 0.20 | | | | | | | $90.00 | | | | | | | $90.00 | $90.00 | $0.00 |
| 03/09/06 | MFK | $135.00 | 0.20 | | | | | | | | | | $27.00 | | | | | | |
| 03/09/06 | MFK | $135.00 | 0.40 | | | | | | | $54.00 | | | | | | | | | |
| 03/09/06 | MFK | TOTAL | 0.60 | | | | | | | $54.00 | | | | $27.00 | | | | $81.00 | | |
| 03/10/06 | PA | $450.00 | 0.00 | | | | | | | | | | | | | $0.00 | $0.00 | | $0.00 |
| 03/10/06 | PA | TOTAL | 0.00 | | | | | | | | | | | | | $0.00 | $0.00 | | |
| 03/10/06 | MFK | $135.00 | 0.50 | | | | | | | $67.50 | | | | | | | | | |
| 03/10/06 | MFK | TOTAL | 0.50 | | | | | | | $67.50 | | | | | | | $67.50 | | $67.50 |
| 03/16/06 | MFK | $135.00 | 0.20 | | | | | | | $27.00 | | | | | | | | | |
| 03/16/06 | MFK | $135.00 | 1.70 | | | | | | | $229.50 | | | | | | | | | |
| 03/16/06 | MFK | $135.00 | 1.00 | | | | | | | $135.00 | | | | | | | | | |
| 03/16/06 | MFK | TOTAL | 2.90 | | | | | | | $391.50 | | | | | | | $391.50 | | |
| 03/23/06 | MFK | $135.00 | 0.10 | | | | | | | $13.50 | | | | | | | | | |
| 03/23/06 | MFK | TOTAL | 0.10 | | | | | | | $13.50 | | | | | | | $13.50 | | |




EXHIBIT 3 - Page 25 of 28

28130-2/429511

28130-2
GMP Associates/Synagro Technologies (Contract Dispute)
**Breakdown of Fee Invoices Claimed by Alston Hunt Floyd Ing**

| Date | Atty. | Rate | No. of Hours | Category C (Complaint) | Category CC (Counterclaim) | Category SJ (Motion for SJ) | Category AC (Amended Counterclaim) | Category M (Mixed - Complaint & Counterclaim) | Category D (Discovery) | Category S (Settlement) | Category A (Arbitz) | Category J (Unknown) | Category Q (Questionable) | Category R (Redacted) | Category MFC (Motion for Fees & Costs) | Category X (No Charge) | TOTALS | Inadequately Described | ADJUSTED TOTALS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/24/06 | PA | $450.00 | 0.10 | | | | | | | | | $45.00 | | | | | | $45.00 | |
| 03/24/06 | PA | TOTAL | 0.10 | | | | | | | | | $45.00 | | | | | $45.00 | $45.00 | $0.00 |
| 03/24/06 | MFK | $135.00 | 0.20 | | | | | | | | | | | | | | | | |
| 03/24/06 | MFK | TOTAL | 0.20 | | | | | | | | | | | | | | $27.00 | | |
| 03/28/06 | PA | $450.00 | 0.20 | | | | | | | | | | | $90.00 | | | | | |
| 03/28/06 | PA | TOTAL | 0.20 | | | | | | | | | | | $90.00 | | | $90.00 | $90.00 | $0.00 |
| 03/28/06 | MFK | $135.00 | 0.40 | | | | | | | $54.00 | | | | | | | | | |
| 03/28/06 | MFK | TOTAL | 0.40 | | | | | | | $54.00 | | | | | | | $54.00 | | |
| 04/01/06 | PA | $450.00 | 0.10 | | | | | | | | | | | | $45.00 | | | | |
| 04/01/06 | PA | TOTAL | 0.10 | | | | | | | | | | | | $45.00 | | $45.00 | | |
| 04/04/06 | SPH | $125.00 | 2.10 | | | | | | | | | | | | $262.50 | | | | |
| 04/04/06 | SPH | TOTAL | 2.10 | | | | | | | | | | | | $262.50 | | $262.50 | | |
| 04/05/06 | PA | $450.00 | 0.40 | | | | | | | | | | | | $180.00 | | | | |
| 04/05/06 | PA | TOTAL | 0.40 | | | | | | | | | | | | $180.00 | | $180.00 | | |
| 04/05/06 | MFK | $135.00 | 0.20 | | | | | | | | | | | | $27.00 | | | | |
| 04/05/06 | MFK | TOTAL | 0.20 | | | | | | | | | | | | $27.00 | | $27.00 | $27.00 | $0.00 |
| 04/05/06 | SPH | $125.00 | 7.00 | | | | | | | | | | | | $875.00 | | | | |
| 04/05/06 | SPH | TOTAL | 7.00 | | | | | | | | | | | | $875.00 | | $875.00 | $875.00 | $0.00 |
| 04/06/06 | MFK | $135.00 | 0.20 | | | | | | | | | | | | $27.00 | | | | |
| 04/06/06 | MFK | TOTAL | 0.20 | | | | | | | | | | | | $27.00 | | $27.00 | $27.00 | $0.00 |
| 04/06/06 | SPH | $125.00 | 1.40 | | | | | | | | | | | | $175.00 | | | | |
| 04/06/06 | SPH | TOTAL | 1.40 | | | | | | | | | | | | $175.00 | | $175.00 | $175.00 | $0.00 |
| 04/07/06 | SPH | $125.00 | 1.40 | | | | | | | | | | | | $175.00 | | | | |
| 04/07/06 | SPH | TOTAL | 1.40 | | | | | | | | | | | | $175.00 | | $175.00 | | |
| 04/10/06 | SPH | $125.00 | 1.60 | | | | | | | | | | | | $200.00 | | | | |
| 04/10/06 | SPH | TOTAL | 1.60 | | | | | | | | | | | | $200.00 | | $200.00 | | |
| 04/11/06 | MFK | $135.00 | 0.40 | | | | | | | | | | | | $54.00 | | | | |
| 04/11/06 | MFK | TOTAL | 0.40 | | | | | | | | | | | | $54.00 | | $54.00 | $54.00 | $0.00 |
| 04/11/06 | SPH | $125.00 | 7.20 | | | | | | | | | | | | $900.00 | | | | |
| 04/11/06 | SPH | TOTAL | 7.20 | | | | | | | | | | | | $900.00 | | $900.00 | $900.00 | $0.00 |
| 04/12/06 | MFK | $135.00 | 0.10 | | | | | | | | | | | | $13.50 | | | | |
| 04/12/06 | MFK | TOTAL | 0.10 | | | | | | | | | | | | $13.50 | | $13.50 | $13.50 | $0.00 |
| 04/12/06 | SPH | $125.00 | 6.80 | | | | | | | | | | | | $850.00 | | | | |
| 04/12/06 | SPH | TOTAL | 6.80 | | | | | | | | | | | | $850.00 | | $850.00 | | |

28130-2
GMP Associates/Synagro Technologies (Contract Dispute)
**Breakdown of Fee Invoices Claimed by Alston Hunt Floyd Ing**

| Date | Atty | Rate | No. of Hours | Category C (Complaint) | Category CC (Counterclaim) | Category SJ (Motion for SJ) | Category AC (Amended Counterclaim) | Category M (Mixed - Complaint & Counterclaim) | Category D (Discovery) | Category S (Settlement) | Category A (Arbitr.) | Category U (Unknown) | Category Q (Questionable) | Category R (Redacted) | Category MFC (Motion for Fees & Costs) | Category X (No Charge) | TOTALS | Inadequately Described | ADJUSTED TOTALS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/13/06 | MFK | $135.00 | 0.50 | | | | | | | | | | | | $67.50 | | | $67.50 | |
| 04/13/06 | MFK | TOTAL | 0.50 | | | | | | | | | | | | $67.50 | | $67.50 | $67.50 | $0.00 |
| 04/13/06 | SPH | $125.00 | 3.20 | | | | | | | | | | | | $400.00 | | | | |
| 04/13/06 | SPH | TOTAL | 3.20 | | | | | | | | | | | | $400.00 | | $400.00 | | |
| 04/14/06 | MFK | $135.00 | 0.20 | | | | | | | | | | | | $27.00 | | | $27.00 | |
| 04/14/06 | MFK | TOTAL | 0.20 | | | | | | | | | | | | $27.00 | | $27.00 | $27.00 | $0.00 |
| 04/14/06 | SPH | $125.00 | 0.20 | | | | | | | | | | | | $25.00 | | | | |
| 04/14/06 | SPH | TOTAL | 0.20 | | | | | | | | | | | | $25.00 | | $25.00 | | |
| 04/15/06 | NMK | $100.00 | 4.50 | | | | | | | | | | | | $450.00 | | | | |
| 04/15/05 | NMK | TOTAL | 4.50 | | | | | | | | | | | | $450.00 | | $450.00 | | |
| 04/17/06 | MFK | $135.00 | 0.50 | | | | | | | | | | | | $67.50 | | | $67.50 | |
| 04/17/06 | MFK | TOTAL | 0.50 | | | | | | | | | | | | $67.50 | | $67.50 | $67.50 | $0.00 |
| 04/17/06 | SPH | $125.00 | 6.30 | | | | | | | | | | | | $787.50 | | | | |
| 04/17/06 | SPH | TOTAL | 6.30 | | | | | | | | | | | | $787.50 | | $787.50 | | |
| 04/17/06 | NMK | $100.00 | 3.50 | | | | | | | | | | | | $350.00 | | | | |
| 04/17/06 | NMK | TOTAL | 3.50 | | | | | | | | | | | | $350.00 | | $350.00 | | |
| 04/18/06 | MFK | $135.00 | 4.10 | | | | | | | | | | | | $553.50 | | | $553.50 | |
| 04/18/06 | MFK | TOTAL | 4.10 | | | | | | | | | | | | $553.50 | | $553.50 | $553.50 | $0.00 |
| 04/18/06 | SPH | $125.00 | 0.70 | | | | | | | | | | | | $87.50 | | | | |
| 04/18/06 | SPH | TOTAL | 0.70 | | | | | | | | | | | | $87.50 | | $87.50 | | |
| 04/19/06 | PA | $450.00 | 0.10 | | | | | | | | | | | | $45.00 | | | $45.00 | |
| 04/19/06 | PA | $450.00 | 0.40 | | | | | | | | | | | | $180.00 | | | | |
| 04/19/06 | PA | TOTAL | 0.50 | | | | | | | | | | | | $225.00 | | $225.00 | $45.00 | $180.00 |
| 04/20/06 | PA | $450.00 | 0.60 | | | | | | | | | | | | $270.00 | | | $270.00 | |
| 04/20/06 | PA | TOTAL | 0.60 | | | | | | | | | | | | $270.00 | | $270.00 | $270.00 | $0.00 |
| 04/20/06 | MFK | $135.00 | 2.80 | | | | | | | | | | | | $378.00 | | | $378.00 | |
| 04/20/06 | MFK | TOTAL | 2.80 | | | | | | | | | | | | $378.00 | | $378.00 | $378.00 | $0.00 |
| 04/20/06 | SPH | $125.00 | 2.50 | | | | | | | | | | | | $312.50 | | | $312.50 | |
| 04/20/06 | SPH | TOTAL | 2.50 | | | | | | | | | | | | $312.50 | | $312.50 | $312.50 | $0.00 |
| 04/20/06 | NMK | $100.00 | 0.30 | | | | | | | | | | | | $30.00 | | | $30.00 | |
| 04/20/06 | NMK | TOTAL | 0.30 | | | | | | | | | | | | $30.00 | | $30.00 | $30.00 | $0.00 |
| 04/21/06 | PA | $450.00 | 0.40 | | | | | | | | | | | | $180.00 | | | $180.00 | |
| 04/21/06 | PA | TOTAL | 0.40 | | | | | | | | | | | | $180.00 | | $180.00 | $180.00 | $0.00 |
| 04/21/06 | MFK | $135.00 | 7.20 | | | | | | | | | | | | $972.00 | | | $972.00 | |
| 04/21/06 | MFK | TOTAL | 7.20 | | | | | | | | | | | | $972.00 | | $972.00 | $972.00 | $0.00 |

 

28130-2
GMP Associates/Synagro Technologies (Contract Dispute)
**Breakdown of Fee Invoices Claimed by Alston Hunt Floyd Ing**

| Date | Atty. | Rate | No. of Hours | Category C (Complaint) | Category CC (Counterclaim) | Category SJ (Motion for SJ) | Category AC (Amended Counterclaim) | Category M (Mixed - Complaint & Counterclaim) | Category D (Discovery) | Category S (Settlement) | Category A (Andritz) | Category U (Unknown) | Category Q (Questionable) | Category R (Redacted) | Category MFC (Motion for Fees & Costs) | Category X (No Charge) | TOTALS | Inadequately Described | ADJUSTED TOTALS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/21/06 | SPH | $125.00 | 3.80 | | | | | | | | | | | | $475.00 | | | | |
| 04/21/06 | SPH | TOTAL | 3.80 | | | | | | | | | | | | $475.00 | | $475.00 | $475.00 | $0.00 |
| 04/22/06 | MFK | $135.00 | 0.30 | | | | | | | | | | | | $40.50 | | | | |
| 04/22/06 | MFK | TOTAL | 0.30 | | | | | | | | | | | | $40.50 | | $40.50 | $40.50 | $0.00 |
| 04/24/06 | MFK | $135.00 | 0.60 | | | | | | | | | | | | $81.00 | | | | |
| 04/24/06 | MFK | TOTAL | 0.60 | | | | | | | | | | | | $81.00 | | $81.00 | $81.00 | $0.00 |
| 04/25/06 | MFK | $135.00 | 0.20 | | | | | | | | | | | | $27.00 | | | | |
| 04/25/06 | MFK | TOTAL | 0.20 | | | | | | | | | | | | $27.00 | | $27.00 | | |
| 04/28/06 | MFK | $135.00 | 0.30 | | | | | | | | | | | | $40.50 | | | | |
| 04/28/06 | MFK | TOTAL | 0.30 | | | | | | | | | | | | $40.50 | | $40.50 | | |
| 04/29/06 | PA | $450.00 | 0.10 | | | | | | | | | | | | $45.00 | | | | |
| 04/29/06 | PA | TOTAL | 0.10 | | | | | | | | | | | | $45.00 | | $45.00 | $45.00 | $0.00 |
| 04/30/06 | MFK | $135.00 | 0.10 | | | | | | | | | | | | $13.50 | | | | |
| 04/30/06 | MFK | TOTAL | 0.10 | | | | | | | | | | | | $13.50 | | $13.50 | $13.50 | $0.00 |
| 05/24/06 | ADJUSTMENT | | | | | | | | | | | | | | ($4,072.00) | | | | |
| SUB TOTALS: | | | 588.90 | $5,832.00 | $1,408.50 | $25,692.00 | $3,375.00 | $5,448.50 | $19,534.50 | $5,679.50 | $5,157.00 | $1,266.00 | $1,012.50 | $9,614.00 | $5,617.50 | $320.00 | $89,957.00 | $41,357.00 | $48,600.00 |
| GET: | | | | $242.96 | $58.68 | $1,070.33 | $140.60 | $226.98 | $813.81 | $236.61 | $214.84 | $52.74 | $42.18 | $400.52 | $234.03 | $13.33 | $3,747.61 | $1,722.93 | $2,024.68 |
| GRAND TOTALS: | | | | $6,074.96 | $1,467.18 | $26,762.33 | $3,515.60 | $5,675.48 | $20,348.31 | $5,916.11 | $5,371.84 | $1,318.74 | $1,054.68 | $10,014.52 | $5,851.53 | $333.33 | $93,704.61 | $43,079.93 | $50,624.68 |
| | Inadequately Described: | | | $3,267.00 | $405.00 | $12,465.00 | | $936.00 | $2,577.00 | $1,476.00 | $4,320.00 | $816.00 | $720.00 | $8,745.50 | $5,629.50 | | $41,357.00 | | |
| GET | Inadequately Described: | | | $136.10 | $16.87 | $519.29 | | $38.99 | $107.36 | $61.49 | $179.97 | $33.99 | $30.00 | $364.34 | $234.52 | | $1,722.93 | | |
| Total | Inadequately Described: | | | $3,403.10 | $421.87 | $12,984.29 | | $974.99 | $2,684.36 | $1,537.49 | $4,499.97 | $849.99 | $750.00 | $9,109.84 | $5,864.02 | | $43,079.93 | | |
| ADJUSTED TOTALS: | | | | $2,671.86 | $1,045.31 | $13,778.04 | $3,515.60 | $4,700.49 | $17,663.95 | $4,378.62 | $871.87 | $468.75 | $304.69 | $904.68 | | $512.50 | $50,624.68 | | |

EXHIBIT 3 - Page 28 of 28

28130-2/42951.1