Of Counsel:
ALSTON HUNT FLOYD & ING
Attorneys At Law
A Law Corporation

PAUL ALSTON             1126-0
MEI-FEI KUO             7377-0
SHELLIE K. PARK-HOAPILI 7885-0
American Savings Bank Tower
1001 Bishop Street, 18th Floor
Honolulu, Hawai'i  96813
Telephone:  (808) 524-1800
E-Mail: palston@ahfi.com

Attorneys for Plaintiff
  SYNAGRO TECHNOLOGIES, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| SYNAGRO TECHNOLOGIES, INC., ) | CIVIL NO. CV04-00509 SPK LEK |
| ) | |
| Plaintiff, ) | **CERTIFICATE OF COMPLIANCE WITH** |
| ) | **WORD LIMIT** |
| vs. ) | |
| ) | |
| GMP HAWAII, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

**CERTIFICATE OF COMPLIANCE WITH WORD LIMIT**

I hereby certify pursuant to Local Rule 7.5 of the United States District Court for the District of Hawai`i, that the foregoing **SYNAGRO TECHNOLOGIES, INC.'S REPLY IN SUPPORT OF SYNAGRO TECHNOLOGIES, INC'S *AMENDED* MOTION FOR ATTORNEYS' FEES AND RELATED NON-TAXABLE EXPENSES, FILED MAY 26, 2006,** complies with the applicable word count limitation of 4,500 words, and contains 3,899 words, including headings, footnotes, and quotations, but not counting the case caption, table of contents, table of authorities, exhibits, declarations, certificate of

counsel, or certificate of service, as determined by the alternate method provided by Local Rules 7.5(b), (d) and (e), using a word count feature of the word processing system, WordPerfect 10 Service Pack 4.

DATED:  Honolulu, Hawai'i, July 7, 2006.

```
        /s/ MEI-FEI KUO
PAUL ALSTON
MEI-FEI KUO
SHELLIE K. PARK-HOAPILI
Attorneys for Plaintiff
  SYNAGRO TECHNOLOGIES, INC.
```