**Safwat Gergis**

**From:** "Safwat Gergis" <sgergis@gmpassociates.com>
**To:** <jhecht@synagro.com>
**Sent:** Friday, July 26, 2002 9:23 AM
**Subject:** Sand Island Bio-Solids Project

Hi John:

Peter Melnyk asked me to email you the following regarding our engineering fees proposal pertinent to the subject project:

**Sludge Drying Building:**

    Architectural design (9 drawings)
    Structural design (7 drawings)
    Mechanical design for the process area ventilation, etc (17 drawings)
    Electrical design (25 drawings)
    Design services include: Basis of design, fire protection plan, code review, construction specifications, on-site inspection by electrical and mechanical designers during construction.

The above services will be provided at the cost of **$254,469.00**

The cost for the soils investigation by GMP's Geotechnical Consultant is **$25,916.00**

**Construction Management services**

GMP proposes to provide a full time Resident Engineer and a clerk (word processor, filing, etc) during the fifteen months of construction. The cost for this service is **$427,691.00.**

In addition GMP will provide a full time Inspector during construction of the sludge drying facilities for a period of 7.5 months at a cost of **$108,863.00.**

A full time Inspector during the construction of the digester facilities for 11 months at a cost of **$159,677.00**



**EXHIBIT L**

7/26/02