```
                                                              154
 1            IN THE UNITED STATES DISTRICT COURT

 2                   FOR THE DISTRICT OF HAWAII

 3

 4   SYNAGRO TECHNOLOGIES,    ) CIVIL NO. CV04-00509SPK LEK
     INC.,                    )
 5                            )
                  Plaintiff,  )
 6                            )
          vs.                 )
 7                            )
     GMP HAWAII, INC.,        )
 8                            )
                  Defendant.  )
 9   _____)

10

11      CONTINUED DEPOSITION OF PETER MELNYK, Ph.D., P.E.

12

13   Taken on behalf of the Plaintiff SYNAGRO TECHNOLOGIES,

14   INC., at the law offices of Alston, Hunt, Floyd & Ing,

15   1001 Bishop Street, Suite 1800, American Savings Bank

16   Tower, Honolulu, Hawaii 96813, commencing at 11:10 a.m.,

17   on Wednesday, October 5, 2005 pursuant to Notice.

18

19          BEFORE:  MYRLA R. SEGAWA, CSR No. 397

20          Notary Public, State of Hawaii

21

22

23

24                    EXHIBIT  N

25
```

RALPH ROSENBERG COURT REPORTERS, INC.
Honolulu, HI (808) 524-2090

```
                                                              155
 1   APPEARANCES:

 2        For Plaintiff SYNAGRO TECHNOLOGIES, INC.:

 3             MEI-FEI KUO, ESQ.
               Alston, Hunt, Floyd & Ing
 4             American Savings Bank, Suite 1800
               1001 Bishop Street
 5             Honolulu, Hawaii  96813

 6


 7
     For Defendant GMP HAWAII, INC.:
 8
               RICHARD C. SUTTON, JR., ESQ.
 9             Sakai, Iwanaga, Sutton Law Group
               City Financial Tower, Suite 2307
10             201 Merchant Street
               Honolulu, Hawaii 96813
11

12

13        Also present:   DANIEL HABIB

14

15

16

17

18

19

20

21

22

23

24

25
               RALPH ROSENBERG COURT REPORTERS, INC.
                      Honolulu, HI (808) 524-2090
```

```
                                                      175
 1   counterclaim is attached to your formal deposition
 2   exhibit.  It's Exhibit 3.
 3            MR. SUTTON:  I have a copy here.
 4            MS. KUO:  You have a copy, okay.
 5   BY MS. KUO:
 6       Q    I discussed this very brief with
 7   Mr. Guirguis, but I wanted to ask you the same thing
 8   because he had said you had more information on
 9   engineering design work.  And specifically my
10   question related to paragraph -- let me see if I can
11   find it.  Paragraph 12 on page 4.
12            MR. SUTTON:  I want him to get
13   familiar with the whole thing.
14   BY MS. KUO:
15       Q    Just take your time and review it, if you
16   want.
17       A    I read paragraph 12.
18       Q    My question is right here on paragraph 12
19   it says quote, "The total of the design expenses is
20   approximately $2,683,422 for the said contract."  Do
21   you see that?
22       A    Uh-huh.
23       Q    Said contract you're talking about the
24   implied contract?
25            MR. SUTTON:  Well, let me object to
```

```
                                                           176
 1   the form of the question.  But see, what this section
 2   is called breach of implied contract, and so that's
 3   the reference you're making is that this is -- do you
 4   understand what she's asking at this point?  Perhaps
 5   you might clarify again.
 6   BY MS. KUO:
 7        Q    My question is this $2 million figure, is
 8   this what GMP's claiming is the design expenses
 9   damages and pursuant to their implied contract?
10        A    Well, I think my interpretation -- and I
11   didn't write this -- my interpretation refers to the
12   total design expenses for the project.
13        Q    And Mr. Guirguis testified previously that
14   this -- do you know where this figure is based upon
15   before I --
16        A    Which figure?
17        Q    The $2 million figure.
18             MR. SUTTON:  I think it may be helpful
19   to make reference to the contract, the cost breakdown
20   to see if that's what it says.
21             THE WITNESS:  Repeat the question.
22   BY MS. KUO:
23        Q    Do you have an understanding of where this
24   figure comes from, the $2 million?
25        A    Not really.  I mean, I didn't prepare this.
```

RALPH ROSENBERG COURT REPORTERS, INC.
Honolulu, HI (808) 524-2090

```
                                                            177
 1   So I can't testify where it came from.
 2       Q    Okay.  However, you did previously testify
 3   that your understanding that this is based upon the
 4   engineering design expenses for the whole project,
 5   correct?
 6       A    Correct.
 7       Q    That would include work that Andritz and
 8   CBI, the engineering design work that Andritz and CBI
 9   would be doing on the project as well?
10       A    In our understanding as the consulting
11   engineering firm, no.
12       Q    No?
13       A    No.
14       Q    And why is that?
15       A    Because typically the engineering expenses
16   from the equipment manufacturer are included in the
17   cost of the equipment.
18       Q    I don't think I quite understand.  Can you
19   explain what that means, the equipment?
20       A    Well, Andritz essentially is the
21   manufacturer and they provide a sludge drier which is
22   actually very complicated.  It's actually a system.
23   It's more than one piece of equipment.  Typically
24   their design expenses are included in the equipment
25   cost, the price of the equipment.
```

```
                                                        178
 1        Q    So you're saying or your understanding
 2   would be their design cost would be under equipment
 3   cost references the engineering design cost?
 4        A    Yes.
 5        Q    And what is that understanding based upon,
 6   just general practice?
 7        A    Yes.
 8        Q    What about with respect to CBI's work on
 9   the project, is their engineering design cost
10   encompassed in this $2 million figure?
11        A    I do not believe so, no.
12        Q    And why is that your understanding as well?
13        A    For the same explanation that I gave for
14   Andritz that the cost for the digester included their
15   design expenses.
16        Q    I do want to show you this document here.
17        A    And also --
18        Q    I'm sorry.  Go ahead.
19        A    I'd also like to add that they're selling
20   the same equipment to a number of different clients
21   so that a lot of their design costs are prorated, you
22   know, over various clients.
23        Q    What about the engineer and design work
24   that GMP was contracted to perform for Andritz and
25   CBI, is that engineering design work cost encompassed
```

```
                                                           179
 1   in the $2 million figure?
 2        A    Yes.
 3        Q    Okay.  And I want to show you next what's
 4   marked as Exhibit 15 to your prior deposition.
 5        A    Uh-huh.
 6        Q    Mr. Wagdy Guirguis -- and I'm going to say
 7   the full name so that we can get it clarified for the
 8   record -- had testified that the $2 million figure
 9   was based on Exhibit 1.
10        A    Exhibit?
11        Q    One.
12             MR. SUTTON:  You mean attached to the
13   letter?
14             MS. KUO:  Yes.
15             MR. SUTTON:  Okay.
16   BY MS. KUO:
17        Q    Now, Mr. Wagdy Guirguis believed that -- he
18   believed the $2 million figure came from the design
19   expenses adjusted price.  Do you see that figure?
20        A    Yes.
21        Q    Do you know who created this document?
22        A    Synagro created this document.
23        Q    This $2 million figure is that Synagro's
24   figure?
25        A    That is correct.
```

```
                                                            180
 1       Q    Did GMP have any involvement in providing
 2  this figure to Synagro?
 3       A    Yes.
 4       Q    And what involvement was that?
 5       A    This would have been the price proposal
 6  that I gave to Steve Huff in June of 2001, and then
 7  of course then subsequent proposals that I would have
 8  given to both Andritz and CBI.
 9       Q    Okay.  Now, when you talk about the
10  proposals, is this a proposal you're talking about?
11  And I'm referencing Exhibit 7 of Wagdy Guirguis's
12  deposition.  It's a June 1, 2001 letter.
13       A    What is the question?
14       Q    You previously stated that Synagro obtained
15  this figure -- I'm sorry.  You previously testified
16  that this figure had arose from GMP was involved in
17  coming up with this figure in helping Synagro come up
18  with this figure; is that correct?
19       A    Correct.
20       Q    And then you mentioned -- I asked you what
21  was that based upon and you said a proposal that you
22  submitted to Steve Huff.  So is this exhibit proposal
23  the one you're referring to?
24       A    Yes.  Well, I would like to clarify is that
25  if you look at the exhibit, there are three -- four
```

```
                                                              293
 1                      C E R T I F I C A T E

 2    STATE OF HAWAII              )
                                   )  SS:
 3    CITY AND COUNTY OF HONOLULU  )

 4              I, MYRLA R. SEGAWA, Notary Public, State of

 5    Hawaii, do hereby certify:

 6              That on Wednesday, October 5, 2005, 2005,

 7    at 11:10 a.m., appeared before me PETER MELNYK, the

 8    witness whose deposition is contained herein; that

 9    prior to being examined he was by me duly sworn;

10              That the deposition was taken down by me in

11    machine shorthand and was thereafter reduced to

12    typewriting under my supervision; that the foregoing

13    represents, to the best of my ability, a true and

14    correct transcript of the proceedings had in the

15    foregoing matter.

16              I further certify that I am not an attorney

17    for any of the parties hereto, nor in any way

18    concerned with the cause.

19              DATED this 12th day of October, 2005, in

20    Honolulu, Hawaii.

21

22
                           _____
23                         MYRLA R. SEGAWA, CSR NO. 397
                           Notary Public, State of Hawaii
24                         My Commission Exp:  1-27-2009

25
```

RALPH ROSENBERG COURT REPORTERS, INC.
Honolulu, HI (808) 524-2090