# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

09/12/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 04-00509SPK-LEK |
| CASE NAME: | Synagro Technologies, Inc. vs. GMP Hawaii, Inc. |
| ATTYS FOR PLA: | Mei-Fei Kuo |
| ATTYS FOR DEFT: | Richard C. Sutton, Jr.<br>Ted N. Pettit<br>John D. Zalewski |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | In Chambers-No Record |
| DATE: | 09/12/2006 | TIME: | 9:30-11:30 |

COURT ACTION:  EP: Further Settlement Conference Re: Attorneys' Fees and Costs held.

Settlement not reached.  Court to rule on Motion for Attorneys' Fees and Costs. No further briefing permitted.

Submitted by: Warren N. Nakamura, Courtroom Manager