

**ALSTON HUNT FLOYD & ING**
LAWYERS
Attorneys at Law - A Law Corporation

August 30, 2006

**FACSIMILE (808) 541-1386**

Hon. Mag. Judge Leslie Kobayashi
United States District Court
District of Hawai'i
300 Ala Moana Boulevard, Room C-338
Honolulu, Hawai'i 96850

Re:  *Synagro Technologies, Inc. v. GMP Hawai'i, Inc.,*
Civ. No. CV04-00509 SPK LEK

Dear Honorable Judge Kobayashi:

This letter concerns Plaintiff Synagro Technologies, Inc.'s *Amended* Motion for Attorneys' Fees and Related Non-taxable Expenses, filed on May 26, 2006 ("Motion"), which is pending before the Court. In its Opposition, GMP Hawaii, Inc. argued that the legal services descriptions in Exhibit "F" to the Motion ("Itemized List") were insufficient to permit the Court to evaluate the reasonableness of the requested fees pursuant to Local Rule ("L.R.") 54.3 of the Rules of the United States District Court for the District of Hawai'i.

As discussed in Synagro's Reply, L.R. 54.3 permits parties to redact "matters giving rise to attorney-client privilege and attorney work product doctrine". Nonetheless, Synagro is willing to fully disclose the disputed information to the Court for *in camera review* to assist the Court in ruling on this Motion, while maintaining Synagro's attorney-client privilege and attorney work product protection.

Please advise whether the Court desires Synagro to submit for *in camera* review (1) an unredacted copy of the Itemized List and (2) copies of its monthly invoices for the upcoming Settlement Conference on September 12, 2006.

Feel free to contact us if you have any questions.

Sincerely,

PAUL ALSTON
MEI-FEI KUO

cc:  Ted Petit, Esq. (U.S. Mail)
Michael Marsh, Esq. (U.S. Mail)
Richard Sutton, Esq. (U.S.Mail)

American Savings Bank Tower
18th Floor
1001 Bishop Street
Honolulu, Hawai'i 96813
Phone: (808) 524-1800
Fax: (808) 524-4591

Palani Court, Suite 104
74-5620 Palani Road
Kailua-Kona, Hawai'i 96740
Phone: (808) 326-7979
Fax: (808) 326-4779

www.ahfi.com

621172 v1 / 7392-3



EXHIBIT B

```
***************
*** TX REPORT ***
***************

JOB NO.              1149
ST. TIME             08/30 12:39
PGS.                 2
SEND DOCUMENT NAME

TX/RX INCOMPLETE     -----
TRANSACTION OK       *1*1*5411386
ERROR                -----
```



ALSTON
HUNT
FLOYD
& ING
LAWYERS

Attorneys at Law • A Law Corporation

18th Floor ASB Tower
1001 Bishop Street
Honolulu Hawai'i 96813
Tel: (808) 524-1800
Fax: (808) 524-4591

Carter Professional Center
Suite C21
65-1230 Mamalahoa Highway
Kamuela Hawai'i 96743
Tel: (808) 885-6762
Fax: (808) 885-8065

E-mail: info@ahfi.com
www.ahfi.com

DATE: August 30, 2006

TO: The Honorable Leslie Kobayashi
Attn: Donna

FAX NO.: 541-1386

FROM: Mei-Fei Kuo          OUR FAX NO.: (808) 524-4591

RE: *Synagro Technologies, Inc. v. GMP Hawai'i, Inc.*
Civil No. CV04-00509 SPK LEK

---

PLEASE SEE THAT THIS FAX IS DELIVERED IMMEDIATELY. IF THERE ARE ANY
PROBLEMS, PLEASE CALL ALY OF THIS OFFICE AT (808) 524-1800 FOR ASSISTANCE.

TOTAL PAGES: 2 (INCLUDING THIS PAGE)    ORIGINAL [ ] WILL  [✓] WILL NOT FOLLOW

[✓] FOR YOUR INFORMATION/FILES      [ ] PER YOUR REQUEST/OUR
                                        CONVERSATION
[ ] FOR REVIEW AND COMMENT          [ ] IN RESPONSE TO YOUR FAX

REMARKS: Transmitting copy of letter to you of this date.