**Alston Hunt Floyd & Ing**
Attorneys at Law
A Law Corporation

P.O. Box 2281
18th Floor Pacific Tower
1001 Bishop Street
Honolulu, Hawaii 96813
Tel: (808) 524-1800
Fax: (808) 524-4591
e-mail: info@ahfi.com
www.ahfi.com

ALVIN L. THOMAS II
EXECUTIVE VICE PRESIDENT/GENERAL COUNSEL
SYNAGRO TECHNOLOGIES, INC.
1800 BERING DRIVE, SUITE 1000
HOUSTON TX 77057

DATE 07/16/06

INVOICE NO. 216590

PAGE 1

FOR LEGAL SERVICES RENDERED THROUGH: JUNE 2006

Federal I.D.# 99-0287757
Hawaii I.D.# 10438996

RE:   GMP ASSOCIATES - CONTRACT DISPUTE
      (7392-3)

| DATE | TIME | BY | DESCRIPTION |
|---|---|---|---|
| 06/05/06 | 2.00 | MFK | draft confidential settlement conference statement to Court - expand introduction, factual backgrounds, and arguments related to motions for fees and costs; review and revise draft of same |
| 06/06/06 | 0.30 | PA | email from and to M. Marsh; email from and to M. Kuo; review and revise supplemental settlement statement |
| 06/06/06 | 1.20 | MFK | continue drafting confidential supplemental settlement conference statement for conference on fees and costs - expand section re evaluation of likelihood of success on motion and draft sections on bill of costs, settlement efforts, and conclusion; review and revise settlement conference statement to final draft; email to P. Alston on same |
| 06/07/06 | 0.10 | PA | email from and to M. Kuo re fee claims (NO CHARGE) |
| 06/08/06 | 0.20 | PA | review objections to bill of costs; email to M. Kuo; email from and to J. Carmichael; email from and to A. Thomas |
| 06/08/06 | 1.10 | MFK | call with J. Carmicheal re status of case, consultation, and maintaining of breifing deadlines; email to P. Alston updating on same; emails with P. Alston re consultation with GMP and clarification of participants for statement |

**EXHIBIT C**

**Alston Hunt Floyd & Ing**

ALVIN L. THOMAS II  
Client: 7392-3  
Invoice No.: 216590  

July 16, 2006  
Page -2-

| DATE | TIME | BY | DESCRIPTION |
|---|---|---|---|
|  |  |  | of consultation; email update to client on consultation and extent of settlement offer from GMP; emails with clients on comments to same; draft statement of consulation for Court; review and revise draft of same; emails with P. Alston on draft |
| 06/12/06 | 2.10 | MFK | review GMP's objections to bill of costs in preparation of drafting reply; review local rule 54.2 and FRCP rule 54 on judgment for bill of costs and timing for reply; research Hawaii district court decisions on same; draft reply in support of bill of costs; review and revise draft of same; email to P. Alston on draft of same |
| 06/13/06 | 0.20 | PA | review memorandum in support of bill of costs |
| 06/14/06 | 0.80 | PA | prepare for and attend settlement conference; conference with M. Marsh re strategy for resolving disputed issues. |
| 06/14/06 | 1.50 | MFK | attend settlement conference with P. Alston, GMP Counsel, and Judge at District Court; meeting with P. Alston on GMP's counterclaim and argument for reply; draft summary update to clients re settlement conference, parties position on damages, and case strategy re motion for fees and costs |
| 06/26/06 | 0.20 | PA | review opposition to motion for attorneys fees; email to M. Kuo re reply |
| 06/26/06 | 0.30 | MFK | emails with M. Marsh re GMP's opposition to motion for fees and expenses, status of filing, and time of filing same; emails with and meeting with P. Alston re potential argument in reply and deposition and pleading arguments re claim of damages |
| 06/26/06 | 0.20 | SPH | review GMP's memo in opposition to motion for fees and related non-taxable expenses |
| 06/28/06 | 0.90 | MFK | review GMP's arguments re inadequately decribed scope of work and invoices of same in opposition; review GMP's identification of inadequately decribed work; calls and meetings with S. Park-Hoapili and N. Kanada re unredacted drafts of work compilations and creation |

## Alston Hunt Floyd & Ing

ALVIN L. THOMAS II  
Client: 7392-3  
Invoice No.: 216590

July 16, 2006  
Page -3-

| DATE | TIME | BY | DESCRIPTION |
|---|---|---|---|
| | | | of same; meetings with S. Park-Hoapili, A. Matsuo, and K. Ancheta re creation of unredacted exhibit on scope of work; email and meeting with P. Alston on same and update on strategy re same |
| 06/28/06 | 0.40 | SPH | discussions to and from M. Kuo re specificity f time submissions and coordinating revising invoices to include specific time submissions previously redacted in response to GMP's memo in opposition to request for fees and expenses |
| 06/30/06 | 0.30 | MFK | emails with A. Matsuo and S. Park-Hoapili re electronic invoices and redactions to same; review of draft section on expansion of redactions; meeting with A. Matsuo re revising and expanding same (NO CHARGE) |

| BY | RATE | HOURS | AMOUNT |
|---|---|---|---|
| PA | 450.00 | 1.80 | $ 810.00 |
| SPH | 125.00 | 0.60 | $ 75.00 |
| MFK | 135.00 | 9.40 | $ 1,269.00 |
| TOTALS: | | 11.80 | $ 2,154.00 |

|  |  |
|---|---|
| FEES | $ 2,154.00 |
| COURTESY DISCOUNT | ( 85.50 ) |
| LEGAL SERVICES | $ 2,068.50 |
| STATE EXCISE TAX | 86.05 |
| SUBTOTAL | $ 2,154.55 |

| DATE | COST ADVANCED | AMOUNT |
|---|---|---|
| | COPIES | 26.10 |
| | POSTAGE | 3.27 |
| 05/05/06 | WESTLAW RESEARCH | 305.59 |

**Alston Hunt Floyd & Ing**

ALVIN L. THOMAS II  
Client: 7392-3  
Invoice No.: 216590

July 16, 2006  
Page -4-

|  |  |
|---|---|
| COST ADVANCED | 334.96 |
| INVOICE TOTAL | 2,489.51 |

**PAYABLE UPON RECEIPT**

*This invoice may not include some expenses (telephone, copying, depositions, etc.) for which we have not yet been billed.*  
*Delinquent accounts will be charged interest at the maximum legal rate.*  
*Prior unpaid balance is for this matter only.*



**Alston Hunt Floyd & Ing**
Attorneys at Law
A Law Corporation

P.O. Box [illegible]
18th Floor Pacific Tower
1001 Bishop Street
Honolulu, Hawaii 96813
Tel: (808) 524-1800
Fax: (808) 524-4591
e-mail: info@ahfi.com
www.ahfi.com

ALVIN L. THOMAS II
EXECUTIVE VICE PRESIDENT/GENERAL COUNSEL
SYNAGRO TECHNOLOGIES, INC.
1800 BERING DRIVE, SUITE 1000
HOUSTON TX  77057

DATE 08/12/06

INVOICE NO. 218109

PAGE 1

FOR LEGAL SERVICES RENDERED THROUGH: JULY 2006

Federal I.D.# 99-0287757
Hawaii I.D.# 10438996

RE:     GMP ASSOCIATES - CONTRACT DISPUTE
        (7392-3)

| DATE | TIME | BY | DESCRIPTION |
|---|---|---|---|
| 07/04/06 | 1.40 | SPH | review, revise and finalize itemization of attorneys' fees to incorporate redacted submissions |
| 07/05/06 | 6.40 | MFK | review GMP's opposition to motion for fees and supporting declarations and exhibits in preparation of drafting reply; review counterclaim, depositions of Wagdy Guirguis and Peter Melnyk, and GMP's arguments and representations in prior pleadings for statements to support nature and extent of claim on damages in case; review cases cited by GMP in support of opposition and research of state and federal cases re Rule 54.3, protection of privileged information and required extent of disclosure in legal services descriptions; draft reply to motion for fees - introductory summary of argumenst, factual background on deposition testimony of Gurguis and GMP's representations in motion to continue declarations, and argument on legal sufficiency of decription of services and LR 54.3 and requirements on same |
| 07/06/06 | 7.50 | MFK | continue drafting reply in support of motion for fees - expand facts related to Melnyk and Guirguis deposition testimony, GMP's representations in prior pleadings, and arguments (sections B, subsections of B, C, and conclusion); review and revise draft of reply; email to P. Alston on same; emails with J. Carmicheal re GMP's |

## Alston Hunt Floyd & Ing

| | |
|---|---|
| ALVIN L. THOMAS II<br>Client: 7392-3<br>Invoice No.: 218109 | August 12, 2006<br>Page -2- |

| DATE | TIME | BY | DESCRIPTION |
|---|---|---|---|
| | | | delivery of plans under Andritz contract |
| 07/07/06 | 0.00 | PA | review and revise reply memo; email from and to M. Kuo |
| 07/07/06 | 3.10 | MFK | email from P. Alston re revisons to reply; review revisions and incorporate in draft of reply; emails and calls (3) with J. Carmichael re GMP's delivery of plans and drawings under Andritz contract, participation in same, knowledge of same, and drafting and executing declaration on same; draft declaration of J. Carmichael and M. Kuo in support of reply; review Andritz TRO file for background information supporting J. Carmicheal declaration; review and revise drafts of declaration to final; emails and meeting with N. Kanada re exhibits to reply; review pleadings to identify declarations of GMP and July 2002 email as exhibits to reply; review compiled exhibits for review and verify deposition pages; continuing drafting of reply to incorporate additional facts re GMP's delivery of plans and drawings under Andrtiz contracts, procedural background on complaint, counterclaim, and discovery in case, coinciding facts and arguments on same, and locating pinpoint cites from prior pleadings in reply; review and revise reply to final for filing; review work certification for reply |
| 07/07/06 | 0.40 | NMK | research and prepare exhibits to Synagro's reply memorandum in support of our motion for fees and costs |
| 07/14/06 | 0.20 | PA | review opposition to motion for attorneys' fees |
| 07/26/06 | 0.20 | MFK | call with J. Carmicheal updating on status of case and motion for fees and costs; emails from and to Dvoshe Roscoe on same; call from D. Roscoe on same and anticipated ruling from court on motion and call with J. Carmicheal |
| 07/27/06 | 0.10 | MFK | meeting with P. Alston re updating on communications with clients on status of motion and submission of invoices for in camera review |

## Alston Hunt Floyd & Ing

ALVIN L. THOMAS II  
Client: 7392-3  
Invoice No.: 218109

August 12, 2006  
Page -3-

| DATE | TIME | BY | DESCRIPTION |
|---|---|---|---|
| 07/28/06 | 0.40 | MFK | call W. Nakamura re submission of invoices and itemized list for in camera review; email updating P. Alston on same; draft letter to Court on same and review and revise same for delivery |

| BY | RATE | HOURS | AMOUNT |
|---|---|---|---|
| PA | 450.00 | 0.20 | $ 90.00 |
| SPH | 125.00 | 1.40 | $ 175.00 |
| MFK | 135.00 | 17.70 | $ 2,389.50 |
| NMK | 100.00 | 0.40 | $ 40.00 |
| TOTALS: | | 19.70 | $ 2,694.50 |

LEGAL SERVICES          $   2,694.50

STATE EXCISE TAX              112.09

SUBTOTAL                $   2,806.59

| DATE | COST ADVANCED | AMOUNT |
|---|---|---|
| 06/12/06 | WESTLAW RESEARCH | 8.45 |
| 06/30/06 | WESTLAW RESEARCH | 41.66 |

COST ADVANCED                 50.11

INVOICE TOTAL              2,856.70

# Alston Hunt Floyd & Ing
Attorneys at Law
A Law Corporation

P.O. Box 2281
18th Floor Pacific Tower
1001 Bishop Street
Honolulu, Hawaii 96813
Tel: (808) 524-1800
Fax: (808) 524-4591
e-mail: info@ahfi.com
www.ahfi.com

ALVIN L. THOMAS II
EXECUTIVE VICE PRESIDENT/GENERAL COUNSEL
SYNAGRO TECHNOLOGIES, INC.
1800 BERING DRIVE, SUITE 1000
HOUSTON TX  77057

DATE 09/09/06

INVOICE NO. 219294

PAGE 1

FOR LEGAL SERVICES RENDERED THROUGH: AUGUST 2006

Federal I.D.# 99-0287757
Hawaii I.D.# 10438996

RE:     GMP ASSOCIATES - CONTRACT DISPUTE
        (7392-3)

| DATE | TIME | BY | DESCRIPTION |
|---|---|---|---|
| 08/29/06 | 0.10 | MFK | call from W. Nakmura of J. Kobayashi re GMP's request for settlement conference and scheduling of same |
| 08/30/06 | 0.20 | PA | email from and to M. Kuo re scheduling settlement conference and re possibility of settlement |
| 08/30/06 | 0.60 | MFK | emails with P. Alston re scheuduling of settlement conference; calls (3x) with W. Nakamura re scheduling of settlement conference, submission of invoices and exhibits in camera, letter on same, and Judge's informal response not requiring submission; email to clients updating on same; finalize letter to Court re submission of invoices and exhibits; call with J. Carmichael updating on same and background on settlement conference and GMP's call to Court |

| BY | RATE | HOURS | AMOUNT |
|---|---|---|---|
| PA | 450.00 | 0.20 | $ 90.00 |
| MFK | 135.00 | 0.70 | $ 94.50 |
| TOTALS: | | 0.90 | $ 184.50 |

LEGAL SERVICES               $    184.50

**Alston Hunt Floyd & Ing**

ALVIN L. THOMAS II  
Client: 7392-3  
Invoice No.: 219294

September 9, 2006  
Page -2-

| | | |
|---|---|---|
| STATE EXCISE TAX | | 7.68 |
| SUBTOTAL | $ | 192.18 |

| DATE | COST ADVANCED | AMOUNT | |
|---|---|---|---|
| | POSTAGE | 0.78 | |
| 07/05/06 | WESTLAW RESEARCH | 45.04 | |
| | COST ADVANCED | | 45.82 |
| | INVOICE TOTAL | | 238.00 |

**PAYABLE UPON RECEIPT**

*This invoice may not include some expenses (telephone, copying, depositions, etc.) for which we have not yet been billed.*  
*Delinquent accounts will be charged interest at the maximum legal rate.*  
*Prior unpaid balance is for this matter only.*