IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| SYNAGRO TECHNOLOGIES, INC., ) | CIVIL NO. CV04-00509 SPK LEK |
| ) | |
| Plaintiff, ) | **CERTIFICATE OF SERVICE** |
| ) | |
| vs. ) | |
| ) | |
| GMP HAWAII, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of Plaintiff Synagro Technologies, Inc.'s Ex Parte Motion to Submit a Supplemental Exhibit in Support of Synagro Technologies, Inc.'s *Amended* Motion for Attorneys' Fees and Related Non-taxable Expenses, filed May 26, 2006, filed on September 14, 2006, was served by the following methods of service to the following counsel at their last known addresses on the referenced date:

**SERVED ELECTRONICALLY THROUGH CM/ECF on September 14, 2006:**

RICHARD C. SUTTON, JR., ESQ.                    sutton@silawgroup.com
Sakai Iwanaga Sutton
201 Merchant Street, Suite 2307
Honolulu, HI  96813

TED N. PETTIT, ESQ.                             tnp@caselombardi.com
CASE BIGELOW & LOMBARDI
Pacific Guardian Center, Mauka Tower
737 Bishop Street, Suite 2600
Honolulu, Hawaii 96813

**SERVED VIA U.S. MAIL on September 15, 2006:**

MICHAEL R. MARSH, ESQ.
JOHN D. ZALEWSKI, ESQ.
CASE BIGELOW & LOMBARDI
Pacific Guardian Center, Mauka Tower
737 Bishop Street, Suite 2600
Honolulu, Hawaii 96813

Attorneys for Defendant
  GMP HAWAII, INC.

DATED:  Honolulu, Hawai`i, September 14, 2006.

                    /s/ MEI-FEI KUO
            PAUL ALSTON
            MEI-FEI KUO
            Attorneys for Plaintiff
              SYNAGRO TECHNOLOGIES, INC