Of Counsel:
ALSTON HUNT FLOYD & ING
Attorneys At Law
A Law Corporation

PAUL ALSTON                1126-0
MEI-FEI KUO                7377-0
SHELLIE K. PARK-HOAPILI    7885-0
American Savings Bank Tower
1001 Bishop Street, 18th Floor
Honolulu, Hawai'i  96813
Telephone:  (808) 524-1800
E-Mail: palston@ahfi.com

Attorneys for Plaintiff
  SYNAGRO TECHNOLOGIES, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| SYNAGRO TECHNOLOGIES, INC.,<br><br>    Plaintiff,<br><br>    vs.<br><br>GMP HAWAI'I, INC.,<br><br>    Defendant. | CIVIL NO. CV04-00509 SPK LEK<br><br>**AMENDED CERTIFICATE OF SERVICE**<br><br>**[Re: Plaintiff Synagro Technologies, Inc.'s Ex Parte Motion to Submit a Supplemental Exhibit in Support of Synagro Technologies, Inc.'S** *Amended* **Motion for Attorneys' Fees and Related Non-taxable Expenses, Filed May 26, 2006, Filed 9/14/06]** |

**AMENDED CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on September 15, 2006, a true and correct copy of Plaintiff Synagro Technologies, Inc.'s Ex Parte Motion to Submit a Supplemental Exhibit in Support of Synagro Technologies, Inc.'s *Amended* Motion for Attorneys' Fees and Related Non-taxable Expenses, filed May 26, 2006, filed on

625621 v1 / 7392-3

September 14, 2006, was served by the following via HAND

DELIVERY.

       MICHAEL R. MARSH, ESQ.
       JOHN D. ZALEWSKI, ESQ.
       CASE BIGELOW & LOMBARDI
       Pacific Guardian Center, Mauka Tower
       737 Bishop Street, Suite 2600
       Honolulu, Hawaii 96813

       Attorneys for Defendant
         GMP HAWAII, INC.

DATED:  Honolulu, Hawai`i, September 15, 2006.

                           /s/ MEI-FEI KUO
                       PAUL ALSTON
                       MEI-FEI KUO
                       Attorneys for Plaintiff
                         SYNAGRO TECHNOLOGIES, INC