IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| SYNAGRO TECHNOLOGIES, INC., | CIVIL NO. CV04-00509 SPK LEK |
| Plaintiff, | |
| vs. | CERTIFICATE OF SERVICE |
| GMP HAWAI`I, INC., | |
| Defendant. | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was duly served upon the parties listed below at their last known addresses by U.S. Mail, postage pre-paid on the date stated below:

PAUL ALSTON, ESQ.
MEI-FEI KUO, ESQ.
ALSTON HUNT FLOYD & ING
American Savings Bank Tower
1001 Bishop Street, 18th Floor
Honolulu, Hawaii 96813

Attorneys for Plaintiff
**SYNAGRO TECHNOLOGIES, INC.**

28130/2/436557

RICHARD C. SUTTON, JR.
SAKAI IWANAGA SUTTON
City Financial Tower
201 Merchant Street, Suite 2307
Honolulu, Hawaii 96813

Co-Counsel for Defendant
**GMP HAWAI'I, INC.**

DATED: Honolulu, Hawaii, SEP 2 5 2006 _____.

_____
MICHAEL M. MARSH
TED N. PETTIT
JOHN D. ZALEWSKI
MALIA S. LEE
Co-Counsel for Defendant
**GMP HAWAI'I, INC.**

28130/2/436557