IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| SYNAGRO TECHNOLOGIES, INC., ) | CIVIL NO. 04-00509 SPK-LEK |
| Plaintiff, ) | |
| vs. ) | |
| GMP HAWAI`I, INC., ) | |
| Defendant. ) | |

**ORDER DENYING PLAINTIFF SYNAGRO TECHNOLOGIES, INC.'S EX PARTE MOTION TO SUBMIT A SUPPLEMENTAL EXHIBIT IN SUPPORT OF SYNAGRO TECHNOLOGIES, INC.'S AMENDED MOTION FOR ATTORNEYS' FEES AND RELATED NON-TAXABLE EXPENSES, FILED MAY 26, 2006**

Plaintiff Synagro Technologies, Inc. moves ex parte for an order to submit a supplemental exhibit in support of Synagro Technologies, Inc.'s Amended Motion for Attorneys' Fees and Related Non-Taxable Expenses, Filed May 26.  Plaintiff Synagro Technologies, Inc.'s Ex Parte Motion To Submit A Supplemental Exhibit in Support of Synagro Technologies, Inc.'s Amended Motion for Attorneys' Fees and Related Non-Taxable Expenses, Filed May 26, 2006 is DENIED.

IT IS SO ORDERED.

DATED AT HONOLULU, HAWAI`I, October 2, 2006.



/S/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States Magistrate Judge