**SAKAI IWANAGA SUTTON**
A Law Group, AAL, LLLC
RICHARD C. SUTTON, JR.   1010-0
Email: dsutton@lava.net
City Financial Tower
201 Merchant Street, Suite 2307
Honolulu, Hawaii 96813
Telephone: (808) 792-3888
Facsimile: (808) 521-5262

**CASE LOMBARDI & PETTIT**
A Law Corporation
MICHAEL R. MARSH          1327-0
Email: mmarsh@caselombardi.com
TED N. PETTIT              4287-0
Email: tpettit@caselombardi.com
JOHN D. ZALEWSKI           4718-0
Email: jzalewski@caselombardi.com
MALIA S. LEE               8159-0
Email: mlee@caselombardi.com
Pacific Guardian Center, Mauka Tower
737 Bishop Street, Suite 2600
Honolulu, Hawaii 96813
Telephone  (808) 547-5400
Facsimile: (808) 523-1888

Co-Counsel for Defendant
**GMP HAWAI'I, INC.**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| SYNAGRO TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> vs. | CIVIL NO. CV04-00509 SPK LEK <br><br> **NOTICE OF NON-HEARING MOTION; DEFENDANT'S MOTION TO MODIFY REPORT** <br><br> [caption continued on next page] |

|  |  |
|---|---|
| GMP HAWAI'I, INC.,<br><br>            Defendant. | OF SPECIAL MASTER ON PLAINTIFF'S AMENDED MOTION FOR ATTORNEYS' FEES AND RELATED NON-TAXABLE EXPENSES; MEMORANDUM IN SUPPORT OF MOTION; DECLARATION OF MALIA S. LEE; EXHIBITS "1" – "5"; CERTIFICATE OF SERVICE<br><br>**Non-Hearing Motion** |

## NOTICE OF NON-HEARING MOTION

TO:   PAUL ALSTON, ESQ.
      MEI-FEI KUO, ESQ.
      ALSTON HUNT FLOYD & ING
      American Savings Bank Tower
      1001 Bishop Street, 18th Floor
      Honolulu, Hawaii 96813

      Attorneys for Plaintiff
      **SYNAGRO TECHNOLOGIES, INC.**

NOTICE IS HEREBY GIVEN that Defendant GMP Hawaii, Inc.'s Non-Hearing Motion to Modify Special Master's Report on Synagro Technologies, Inc.'s Amended Motion for Attorneys' Fees and Related Non-Taxable Expenses was filed and served on February 2, 2007. Any opposition shall be served and filed not more than eleven (11) days after service of the motion.

28130/2/646816.1

Dated:   Honolulu, Hawaii   FEB 0 2 2007                .

_____
MICHAEL M. MARSH
TED N. PETTIT
JOHN D. ZALEWSKI
MALIA S. LEE
Co-Counsel for Defendant
**GMP HAWAI'I, INC.**

3

28130/2/646816.1