IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| SYNAGRO TECHNOLOGIES, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>GMP HAWAI'I, INC.,<br><br>Defendant. | CIVIL NO. CV04-00509 SPK LEK<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was duly served upon the parties listed below electronically through CM/ECF on the date stated below:

PAUL ALSTON, ESQ.
MEI-FEI KUO, ESQ.
ALSTON HUNT FLOYD & ING
American Savings Bank Tower
1001 Bishop Street, 18th Floor
Honolulu, Hawaii 96813

Attorneys for Plaintiff
**SYNAGRO TECHNOLOGIES, INC.**

RICHARD C. SUTTON, JR.
SAKAI IWANAGA SUTTON
City Financial Tower
201 Merchant Street, Suite 2307
Honolulu, Hawaii 96813

Co-Counsel for Defendant
**GMP HAWAI'I, INC.**

DATED: Honolulu, Hawaii, _____FEB 0 2 2007_____.

_____
MICHAEL M. MARSH
TED N. PETTIT
JOHN D. ZALEWSKI
MALIA S. LEE
Co-Counsel for Defendant
**GMP HAWAI'I, INC.**