Of Counsel:
ALSTON HUNT FLOYD & ING
Attorneys At Law
A Law Corporation

PAUL ALSTON          1126-0
MEI-FEI KUO          7377-0
American Savings Bank Tower
1001 Bishop Street, 18th Floor
Honolulu, Hawai'i 96813
Telephone: (808) 524-1800
E-Mail: palston@ahfi.com

Attorneys for Plaintiff
  SYNAGRO TECHNOLOGIES, INC.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 3 0 2006

at 1 o'clock and 70 min P M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| SYNAGRO TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> GMP HAWAI'I, INC., <br><br> Defendant. | CIVIL NO. CV04-00509 SPK LEK <br><br> STIPULATION AND ORDER TO (1) VACATE TRIAL DATE, TRIAL-RELATED DEADLINES, (2) SET BRIEFING ON PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND COSTS, AND (3) DISMISS CLAIMS |

**STIPULATION AND ORDER TO (1) VACATE TRIAL DATE, TRIAL-RELATED DEADLINES, (2) SET BRIEFING ON PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND COSTS, AND (3) DISMISS CLAIMS**

Plaintiff SYNAGRO TECHNOLOGIES, INC. and Defendant GMP

HAWAI'I, INC., by and through their respective counsel, HEREBY STIPULATE:

(1)   The trial date, currently scheduled to commence on May 2,

2006, and all trial-related deadlines in the above-captioned case are vacated;



EXHIBIT 2

(2)   Upon approval of this stipulation, the Court will set a briefing schedule and hearing date for Plaintiff's Motion for Attorneys' Fees and Costs ("Plaintiff's Motion"), and schedule a settlement conference on the disputed issue of attorneys' fees and costs;

(3)   The Plaintiff will file its Motion by April 21, 2006. That motion will be heard by Magistrate Judge Leslie E. Kobayashi, pursuant to Local Rule ("LR") 53.1 of the Rules of the United States District Court for the District of Hawai'i, and the parties reserve their right to have the decision reviewed by Judge Samuel P. King, pursuant to LR 53.2; and

(4)   After the Court has rendered its final decision and order on Plaintiff's Motion, the Parties will dismiss the remaining claims in this action with prejudice. Thereafter, an appropriate final judgment will entered based upon the foregoing.

Honolulu, Hawai'i, _____ MAR 2 9 2006 _____.

_____
PAUL ALSTON
MEI-FEI KUO
Attorneys for Plaintiff
   SYNAGRO TECHNOLOGIES, INC.

_____
MICHAEL R. MARSH
TED N. PETTIT
RICHARD C. SUTTON, JR.
Attorneys for Defendant
   GMP HAWAI'I, INC.

2

APPROVED AND SO ORDERED

**SAMUEL P. KING**
---
JUDGE OF ABOVE-ENTITLED COURT

---

*Synagro Technologies, Inc. v. GMP Hawai'i, Inc.*, Civ. No. CV04-00509 SPK LEK; STIPULATION AND ORDER TO VACATE TRIAL DATE AND TRIAL RELATED DEADLINES PENDING BRIEFING ON PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND COSTS