

**Alston Hunt Floyd & Ing**
Attorneys at Law
A Law Corporation

18th Floor ASB Tower
1001 Bishop Street
Honolulu, Hawaii 96813
Tel: (808) 524-1800
Fax: (808) 524-4591
e-mail: info@ahfi.com
www.ahfi.com

ALVIN L. THOMAS II
EXECUTIVE VICE PRESIDENT/GENERAL COUNSEL
SYNAGRO TECHNOLOGIES, INC.
1800 BERING DRIVE, SUITE 1000
HOUSTON TX  77057

DATE 02/13/07

INVOICE NO. 226713

PAGE 1

---

DRAFT INVOICE
FOR LEGAL SERVICES RENDERED FROM FEBRUARY 1 - 13, 2007

RE:   GMP ASSOCIATES - CONTRACT DISPUTE
      (7392-3)

## Alston Hunt Floyd & Ing

ALVIN L. THOMAS II
Client: 7392-3
Invoice No.: 226713

February 13, 2007
Page -1-

| DATE | TIME | BY | DESCRIPTION |
|---|---|---|---|
| 02/02/07 | 1.00 | MFK | review of GMP's Motion to Modify the Special Report and draft email summary to clients on GMP's objections, counter-arguments to same, and *[Redact Protected Attorney-Client Privileged Communication]* |
| 02/05/07 | 0.30 | MFK | emails with J. Carmicheal and call with A. Thomas re GMP's Motion to Modify and objections to Special Report and case strategy re countering same and *[Redact Protected Attorney-Client Privileged Communication]* |
| 02/06/07 | 3.30 | MFK | calls (2) with J. Carmichael re *[Redact Protected Attorney-Client Privileged Communication]* and responding to GMP's objections, timing of deadlines on same, and *[Redact Protected Attorney-Client Privileged Communication]*; review GMP's objections to special report, declaration of counsel and exhibits in support of same, and magistrate judge's ruling on ceiling for damages in nature in assumpsit claims and that award under 25% ceiling in preparation of drafting; review |



EXHIBIT 9

| DATE | TIME | BY | DESCRIPTION |
|------|------|----|-------------|
|      |      |    | GMP's opposition to motion for fees andSynagro's reply on amended motion for arguments related to ceiling on assumpsit claims to support opposition argument that issue previously raised by GMP and properly considered by court; review district court rules (FRCP 53 and L.R. 53.2) and conduct research of district court cases on standard of review for objections to special report; review deposition transcripts for Wagdy Gurguis and P. Melynk re damages claimed by GMP in counterclaim, clarification of nature of implied contract claim andwork encompassed in implied contract, and value of implied contracts, comparision to overall contract and work to Andrtitz and CBI, and claim for profits for supporting testimony to support opposition and to counter GMP's descriptions and arguments on testimony; draft opposition to motion to modify special report - draft statement of facts related to factual case backrgroung and procedural backgroud from filing of complaint and counterclaim to summary judgment order and draft standard of reviewfor objections to conclusions of law and finding of facts for special reports |
| 02/07/07 | 3.70 | MFK | draft statement of fact in support of opposition to GMP's Motion to Modify/Objections to Special Report - drafting sections on general case background, procedural background on complaint and counterclaim and relevant paragraphs in counterclaim on damages sought for implied contract claim, and procedings on motions for summary judgment; review deposition testimonies of Guirguis and Melnyk to conform statements made by GMP in Motion to Modify and review other portions of depositions to locate testimony refutting same and affirming Synagro's position on GPM's claim of damages |
| 02/08/07 | 4.00 | MFK | review GMP's prior representations in pleadings and declarations supporting pleadings for additional statements confirming GMP's claim on damages related to implied contract; continuing drafting statement of facts - sections on procedural background on motion for fees and bill of costs, parties' arguments in those pleadings relevant to issues in opposition to motion to modify, and expand on GMP's representations in prior pleading on damages for implied contract and expand on deposition testimony excerpts to refute GMP's |

| DATE | TIME | BY | DESCRIPTION |
|---|---|---|---|
| | | | arguments and incorrect interpretation of deposition testimony, and summary of Court's primary ruling in Special Report on Fees and Costs |
| 02/09/07 | 7.30 | MFK | draft arguments for opposition to modify special report - arguments on recommended award not exceeding 25% of amount prayed for in complaint, the amount sued for my GMP in counterclaim, that damages sought by GMP not limited to 10% of profits, and that Synagro is entitled to recover the fees incurred in opposing GMP's meritless objections in motion to modify; draft introductory summary for opposition of primary arguments and counter-arguments to GMP's contentions in Motion to Modify |
| 02/10/07 | 2.80 | MFK | review and revise draft of opposition to motion to modify to final; email to P. Alston on draft of same and summary of arguments raised; meeting with P. Alston on opposition and including arguments of undue delay of action by GMP and its refusal to settle dispute and Synagro's incurring significant fees defending counterclaim; expand footnote in opposition on same |
| 02/10/07 | 0.30 | PA | review draft of opposition to Motion to Modify |
| 02/11/07 | 0.10 | MFK | email from P. Alston on comments to opposition on Motion to Modify |
| 02/12/07 | 0.50 | MFK | insert exhibit references in opposition and confirming exhibits throughout pleading; emails with N. Kanada re supporting declaration for exhibits and clarifying exhibits for opposition |
| 02/12/07 | 0.80 | NMK | work on declaration in support of opposition to motion to modify special report (.3); compile/prepare exhibits in support of opposition to motion to modify special report (.5) |
| 02/13/07 | 2.80 | MFK | meeting with N. Kanada re clarifying exhibits to opposition; review pleadings and order related to motion to continue and motion for leave and limited discovery by GMP to support declaration and opposition arguments; review draft of declaration and expand declaration to include relevant facts on settlement offers, GMP's failure to respond to same, and frivolous filings |

| DATE | TIME | BY | DESCRIPTION |
|---|---|---|---|
| | | | by GMP and its efforts to delay proceedings; review HRE 408 on permissible use of facts related to settlement offers and include footnote on same in declaration; review and revise declaration to final; emails with D. Taira re draft invoice of billing to date and review draft invoice and revise to redact privileged communications and remove entries unrelated to opposition; re-calculate additional attorneys' fees with hourly rate established in Special Report; expand opposition footnote on GMP's delay tactics and review and revise opposition to motion to modify to final for filing to include declaration paragraphs and supra citations, discussion on invoice billing and revisions and re-calculations, and review compiled oppositon, declaration of counsel, and exhibits to final for filing |
| 02/13/07 | 0.80 | NMK | continue to work on compiling/preparing exhibits in support of opposition to motion to modify special report; revise declaration in support of opposition |

| BY | RATE | HOURS | AMOUNT |
|---|---|---|---|
| PA | 450.00 | 0.30 | $ 135.00 |
| MFK | 135.00 | 25.80 | $ 3,483.00 |
| NMK | 100.00 | 1.60 | $ 160.00 |
| TOTALS: | | 27.10 | $ 3,778.00 |

### REVISED CALCULATION OF FEES ACCORDING TO ADJUSTED HOURLY RATES IN SPECIAL REPORT

| BY | RATE | HOURS | AMOUNT |
|---|---|---|---|
| PA | 300.00 (Instead of $450) | 0.30 | $ 90.00 |
| MFK | 135.00 (same) | 25.80 | $ 3,483.00 |
| NMK | 100.00 (Instead of $100) | 1.60 | $ 128.00 |
| TOTALS: | | 27.10 | $ 3,701.00 |