IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| SYNAGRO TECHNOLOGIES, INC.,<br><br>        Plaintiff,<br><br>vs.<br><br>GMP HAWAI`I, INC.,<br><br>        Defendant. | CIVIL NO. CV04-00509 SPK LEK<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was duly served upon the parties listed below electronically through CM/ECF on the date stated below:

PAUL ALSTON, ESQ.                    palston@ahfi.com
MEI-FEI KUO, ESQ.                    mkuo@ahfi.com
ALSTON HUNT FLOYD & ING
American Savings Bank Tower
1001 Bishop Street, 18th Floor
Honolulu, Hawaii 96813

Attorneys for Plaintiff
**SYNAGRO TECHNOLOGIES, INC.**

RICHARD C. SUTTON, JR().   rsutton@silawgroup.com
SAKAI IWANAGA SUTTON
City Financial Tower
201 Merchant Street, Suite 2307
Honolulu, Hawaii 96813

Co-Counsel for Defendant
**GMP HAWAIʻI, INC.**

DATED: Honolulu, Hawaii, February 23, 2007.

      /s/ Malia S. Lee
     MICHAEL M. MARSH
     TED N. PETTIT
     JOHN D. ZALEWSKI
     MALIA S. LEE
     Co-Counsel for Defendant
     **GMP HAWAIʻI, INC.**

28130/2/428993       2