ORIGINAL

**SAKAI IWANAGA SUTTON**
A Law Group, AAL, LLLC
RICHARD C. SUTTON, JR.  1010-0
Email:  dsutton@lava.net
City Financial Tower
201 Merchant Street, Suite 2307
Honolulu, Hawaii 96813
Telephone: (808) 792-3888
Facsimile:  (808) 521-5262

**CASE LOMBARDI & PETTIT**
A Law Corporation
MICHAEL R. MARSH        1327-0
Email:  mmarsh@caselombardi.com
TED N. PETTIT              4287-0
Email:  tpettit@caselombardi.com
JOHN D. ZALEWSKI         4718-0
Email:  jzalewski@caselombardi.com
MALIA S. LEE              8159-0
Email:  mlee@caselombardi.com
Pacific Guardian Center, Mauka Tower
737 Bishop Street, Suite 2600
Honolulu, Hawaii 96813
Telephone (808) 547-5400
Facsimile:  (808) 523-1888

Co-Counsel for Defendant
**GMP HAWAI`I, INC.**

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 1 7 2007

at /O o'clock and ___ min ___ M
SUE BEITIA, CLERK

LODGED

APR 1 1 2007
3 20 pm Ag
CLERK, U. S. DISTRICT COURT
DISTRICT OF HAWAII

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| SYNAGRO TECHNOLOGIES, INC., | CIVIL NO. CV04-00509 SPK LEK |
| Plaintiff, | **WITHDRAWAL AND SUBSTITUTION OF COUNSEL AND ORDER** |
| vs. | (caption continued on next page) |

GMP HAWAI`I, INC.,

                    Defendant.

## WITHDRAWAL AND SUBSTITUTION OF COUNSEL AND ORDER

COMES NOW JOHN D. ZALEWSKI, TED N. PETTIT, MICHAEL R. MARSH, MALIA S. LEE and the law firm of CASE LOMBARDI & PETTIT, hereby withdraw as co-counsel for Defendant GMP HAWAI`I, INC., and TATYANA CERULLO, hereby enters her appearance as co-counsel for Defendant GMP HAWAI`I, INC. in the above-entitled matter.

This Withdrawal and Substitution of Counsel is made pursuant to LR 83.6 of the Local Rules for the District of Hawaii.

DATED:   Honolulu, Hawaii, April 11, 2007.

_____
MICHAEL R. MARSH
TED N. PETTIT
JOHN D. ZALEWSKI
MALIA S. LEE
Withdrawing Attorneys for
Defendant **GMP HAWAI`I, INC.**

_____
TATYANA CERULLO
Appearing Attorney for Defendant
**GMP HAWAI`I, INC.**

28130/2/671699.1

APPROVED AND SO ORDERED:


_____
JUDGE OF THE ABOVE-ENTITLED COURT


SYNAGRO TECHNOLOGIES, INC. v. GMP HAWAI'I, INC.; In The
United States District Court for the District of Hawaii; Civil No. CV04-
00509 SPK LEK; WITHDRAWAL AND SUBSTITUTION OF
COUNSEL AND ORDER

28130/2/671699.1