Of Counsel:
ALSTON HUNT FLOYD & ING
Attorneys At Law
A Law Corporation

PAUL ALSTON                 1126-0
MEI-FEI KUO                 7377-0
SHELLIE K. PARK-HOAPILI     7885-0
American Savings Bank Tower
1001 Bishop Street, 18th Floor
Honolulu, Hawaiʻi  96813
Telephone:  (808) 524-1800
E-Mail: palston@ahfi.com

Attorneys for Plaintiff
  SYNAGRO TECHNOLOGIES, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| SYNAGRO TECHNOLOGIES, INC., | ) CIVIL NO. CV04-00509 SPK LEK |
| | ) |
| Plaintiff, | ) **CERTIFICATE OF SERVICE** |
| | ) |
| vs. | ) **[Re: Stipulated Dismissal of** |
| | ) **Claims by Plaintiff Synagro** |
| GMP HAWAIʻI, INC., | ) **Technologies, Inc. Against** |
| | ) **Defendant GMP Hawai`i, Inc.** |
| Defendant. | ) **With Prejudice, Filed 5/3/07]** |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on May 10, 2007,
a true and correct copy of the **Stipulated Dismissal of Claims by
Plaintiff Synagro Technologies, Inc. Against Defendant GMP
Hawai`i, Inc. With Prejudice, Filed May 3, 2007,** was served on
the following by email.

646349 v1 / 7392-3

TATYANA CERULLO, ESQ.        tcerullo@gmpassociates.com
GMP Hawaii, Inc.
1100 Alakea Street, Suite 1800
Honolulu, HI 96813

Attorney for Defendant
   GMP HAWAII, INC.


The undersigned hereby certifies that on May 15, 2007, true and correct copies of the **Stipulated Dismissal of Claims by Plaintiff Synagro Technologies, Inc. Against Defendant GMP Hawai`i, Inc. With Prejudice, Filed May 3, 2007**, was served on the following by HAND DELIVERY.

RICHARD C. SUTTON, JR., ESQ.
Sakai Iwanaga Sutton
201 Merchant Street, Suite 2307
Honolulu, HI  96813

TATYANA CERULLO, ESQ.
GMP Hawaii, Inc.
1100 Alakea Street, Suite 1800
Honolulu, HI 96813

Attorneys for Defendant
   GMP HAWAII, INC.

DATED:  Honolulu, Hawai`i, May 15, 2007


            /s/ MEI-FEI KUO
PAUL ALSTON
MEI-FEI KUO
Attorneys for Plaintiff
   SYNAGRO TECHNOLOGIES, INC