Of Counsel:
ALSTON HUNT FLOYD & ING
Attorneys At Law
A Law Corporation

PAUL ALSTON          1126-0
MEI-FEI KUO          7377-0
American Savings Bank Tower
1001 Bishop Street, 18th Floor
Honolulu, Hawai'i  96813
Telephone:  (808) 524-1800
E-Mail: palston@ahfi.com

Attorneys for Plaintiff
  SYNAGRO TECHNOLOGIES, INC.

ORIGINAL
LODGED
MAY 24 2007
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
JUN - 1 2007
at 4 o'clock and 50 min. P M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| SYNAGRO TECHNOLOGIES, INC.,<br><br>         Plaintiff,<br><br>  vs.<br><br>GMP HAWAI'I, INC.,<br><br>         Defendant. | CIVIL NO. CV04-00509 SPK LEK<br><br>**PLAINTIFF SYNAGRO TECHNOLOGIES, INC.'S** *EX PARTE* **APPLICATION FOR ISSUANCE OF POST-JUDGMENT GARNISHEE SUMMONS; DECLARATION OF MEI-FEI KUO; EXHIBIT "A"; ORDER FOR ISSUANCE OF GARNISHEE SUMMONS; GARNISHEE SUMMONS**<br><br>Judgment Amount: $58,546.72<br>Date of Judgment: May 14, 2007 |

**PLAINTIFF SYNAGRO TECHNOLOGIES, INC.'S *EX PARTE* APPLICATION FOR ISSUANCE OF POST-JUDGMENT GARNISHEE SUMMONS**

Plaintiff SYNAGRO TECHNOLOGIES, INC. (hereinafter referred to as "Plaintiff" and/or "Judgment Creditor"), by and through its attorney Alston Hunt Floyd & Ing, hereby moves this Court to issue a Garnishee Summons in accordance with the law, directing a duly authorized representative of the CITY AND COUNTY

646698 v1 / 7392-3

OF HONOLULU (hereinafter referred to as the "Garnishee") to appear and disclose under oath, as required by law, whether:

   1. Defendant GMP HAWAI'I, INC. (hereinafter referred to as "Defendant" and/or "Judgment Debtor"), also dba GMP ASSOCIATES, was in receipt of or entitled to, from Garnishee, any wages, salary, commissions, stipend, annuity, net income or a portion of net income, under a trust, and if so, the amount or rate thereof; or

   2. Garnishee has or had in its possession any goods or effects belonging to the Judgment Debtor, and if so, their nature, amount, and value; or

   3. Garnishee has or had in its possession any monies of the Judgment Debtor that it is holding for safekeeping and, if so, the amount thereof; or

   4. Garnishee is or was indebted to the Judgment Debtor, and if so, the nature and the amount of the debt.

   This motion is made pursuant to Haw. Rev. Stat. § 652-1(b), Chapter 653, and Rule 69 of the Federal Rules of Civil Procedure and is based upon the attached Declaration of Mei-Fei Kuo and the record on file herein.

   DATED: Honolulu, Hawai'i, MAY 2 4 2007

   PAUL ALSTON
   MEI-FEI KUO
   Attorneys for Plaintiff
   SYNAGRO TECHNOLOGIES, INC.