IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| SYNAGRO TECHNOLOGIES, INC., | CIVIL NO. CV04-00509 SPK LEK |
| Plaintiff, | **DECLARATION OF MEI-FEI KUO** |
| vs. | |
| GMP HAWAI'I, INC., | |
| Defendant. | |

**DECLARATION OF MEI-FEI KUO**

I, MEI-FEI KUO, hereby declares that:

1. I am an attorney with the law firm of Alston Hunt Floyd & Ing and I am one of the attorneys for Plaintiff SYNAGRO TECHNOLOGIES, INC. (hereinafter referred to as "Plaintiff" and/or "Judgment Creditor") in the above-captioned action.

2. I make this Declaration based on my personal knowledge and I am competent to testify to the matters discussed herein.

3. I make this Declaration in support of Plaintiff's *Ex Parte* Motion for Issuance of Garnishee Summons After Judgment.

4. On May 14, 2007, Judgment was entered in this action in favor of Plaintiff and against Defendant GMP HAWAI'I, INC. (hereinafter referred to as "Defendant" and/or "Judgment Debtor"), also dba GMP ASSOCIATES, in the amount of FIFTY EIGHT THOUSAND FIVE HUNDRED FORTY SIX DOLLARS AND 72/100 ($58,546.72). A copy of the Judgment is attached hereto as Exhibit "A".

646698 v1 / 7392-3

5. At the time of the filing of the *Ex Parte* Application for Issuance of Garnishee Summons After Judgment, the Judgment has not been appealed, reversed, modified, or set aside, in whole or in part, and it remains in full force and effect.

6. There is still due and owing to the Judgment Creditor the sum of $58,546.72 as reflected on the Judgment attached as Exhibit "A". Therefore, the Judgment is unsatisfied, and Judgment Creditor is still the owner and holder of the Judgment.

7. Upon information and belief, the CITY AND COUNTY OF HONOLULU (hereinafter referred to as the "Garnishee") is indebted to the Judgment Debtor; or is holding monies or good or effects of the Judgment Debtor for safekeeping; or is paying to the Judgment Debtor salaries, stipends, commissions, wages, annuities, or net income or portions of net income under a trust.

I hereby declare under penalty of law or perjury that the foregoing is true and accurate to the best of my knowledge.

DATED: Honolulu, Hawai'i, MAY 2 4 2007.

_____
MEI-FEI KUO