AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## DISTRICT OF HAWAII

SYNAGRO TECHNOLOGIES, INC.

Plaintiff(s),

V.

GMP HAWAI'I, INC.

Defendant(s).

JUDGMENT IN A CIVIL CASE

Case: CIVIL 04-00509 SPK LEK

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

May 14, 2007

At 4 o'clock and 00 min p.m.
SUE BEITIA, CLERK

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[✓] **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Judgment is entered in favor of Plaintiff pursuant to the "Order Denying Defendant's Motion to Modify Report of Special Master on Plaintiff's Amended Motion for Attorney's Fees and Related Non-Taxable Expenses, and Adopting Report of Special Master" filed on March 15, 2007 and the "Report of Special Master on Plaintiff's Amended Motion for Attorney's Fees and Related Non-Taxable Expenses" filed on January 23, 2007. It is further ordered that Judgment shall enter in the amount of $58,546.72, which represents attorneys' fees of $53,214.82, taxable costs under § 607-12 of $242.94, and an additional $5,088.96 in taxable costs under Fed. R. Civ. P. 54(d)(1).

cc: all counsel of record

| May 14, 2007 | SUE BEITIA |
|---|---|
| Date | Clerk |
| | (By) Deputy Clerk |

**EXHIBIT "A"**