IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| SYNAGRO TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> GMP HAWAI'I, INC., <br><br> Defendant. | CIVIL NO. CV04-00509 SPK LEK <br><br> **ORDER FOR ISSUANCE OF GARNISHEE SUMMONS** |

**ORDER FOR ISSUANCE OF GARNISHEE SUMMONS**

The foregoing Ex Parte Application for Issuance of Post-Judgment Garnishee Summons is GRANTED and it is hereby ordered that a Garnishee Summons shall be issued in accordance with the law.

DATED: Honolulu, Hawai'i, _5/25/07_.

_____
Judge of the Above-Entitled Court

646698 v1 / 7392-3