ORIGINAL

GMP HAWAII, INC.

Tatyana E. Cerullo    8473
General Counsel
GMP Hawaii, Inc.
1100 Alakea Street
Suite 1800
Honolulu, Hawaii 96813

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 0 1 2007

at ____ o'clock and ____ min. ___ M
SUE BEITIA, CLERK

Counsel for Defendant
**GMP HAWAI'I, INC.**

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAI'I

| SYNAGRO TECHNOLOGIES, INC., | CIVIL NO. CV04-00509 SPK LEK |
|---|---|
| Plaintiff, | **NOTICE OF APPEAL** |
| vs. | |
| GMP HAWAI'I, INC., | |
| Defendant. | |

Notice is hereby given that GMP Hawai'i Inc., Defendant in the above named case, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the Order Denying Defendant's Motion to Modify Report of the Special Master on Plaintiff's Amended Motion for Attorneys' Fees and Related Non-Taxable Expenses, and Adopting Report of Special Master entered in this action on March 15, 2007.

28130/2/428993

DATED: Honolulu, Hawaii, _____June 1, 2007_____.

_____Tatyana Cerullo_____
Tatyana E. Cerullo
Counsel for Defendant
**GMP HAWAI'I, INC.**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| SYNAGRO TECHNOLOGIES, INC., | CIVIL NO. CV04-00509 SPK LEK |
| Plaintiff, | |
| vs. | CERTIFICATE OF SERVICE |
| GMP HAWAI'I, INC., | |
| Defendant. | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was duly served upon the parties listed below at their last known addresses on the date stated below:

PAUL ALSTON, ESQ.
MEI-FEI KUO, ESQ.
ALSTON HUNT FLOYD & ING
American Savings Bank Tower
1001 Bishop Street, 18th Floor
Honolulu, Hawaii 96813

Attorneys for Plaintiff
**SYNAGRO TECHNOLOGIES, INC.**

DATED: Honolulu, Hawaii, _June 1, 2007_.

_____
Tatyana E. Cerullo
Counsel for Defendant
**GMP HAWAI`I, INC.**

Case 1:04-cv-00509-SPK-LEK   Document 107   Filed 06/01/2007   Page 4 of 4