# Court Copy

Receipt for Payment

## U.S. District Court - Hawaii

For Internal Use Only

| | |
|---|---|
| Receipt | 239691 |
| Trans | 145850 |

Received From:   **GMP HAWAII INC**
Case Number:
Reference Number:   **CV 04-509SPK**

|  | | |
|---|---:|---:|
| | Check | 455.00 |
| | Total | 455.00 |

| Description | Fund | Qty | Amount |
|---|---|---|---|
| APPEAL, NOTICE OF, CROSS | 086900 | 1 | 105.00 |
| APPEAL, NOTICE OF, CROSS | 510000 | 1 | 150.00 |
| APPEAL, NOTICE OF, CROSS | 086400 | 1 | 200.00 |
| | | **Total** | **455.00** |
| | | Tend | 455.00 |
| | | Due | 0.00 |

06/01/2007 02:30:47 PM        Deputy Clerk:  et/AG