ORIGINAL

Of Counsel:
ALSTON HUNT FLOYD & ING
Attorneys At Law
A Law Corporation

PAUL ALSTON                    1126-0
MEI-FEI KUO                    7377-0
American Savings Bank Tower
1001 Bishop Street, 18th Floor
Honolulu, Hawai'i  96813
Telephone:  (808) 524-1800
E-Mail: palston@ahfi.com

Attorneys for Plaintiff
  SYNAGRO TECHNOLOGIES, INC.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 0 6 2007

at 3 o'clock and 15 m P
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| SYNAGRO TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> GMP HAWAI'I, INC., <br><br> Defendant. | CIVIL NO. CV04-00509 SPK LEK <br><br> **RETURN AND ACKNOWLEDGMENT OF SERVICE** <br><br> [City and County of Honolulu] |

**RETURN AND ACKNOWLEDGMENT OF SERVICE**

I HEREBY CERTIFY that I served the document listed herein by delivering a copy to the person at the time, date and place herein shown.

648161 v1 / 7392-3

DOCUMENT SERVED:

1. Plaintiff Synagro Technologies, Inc.'s Ex Parte Application for Issuance of Post-Judgment Garnishee Summons; Declaration of Mei-Fei Kuo; Exhibit "A"; Order for Issuance of Garnishee Summons; Garnishee Summons, Filed June 1, 2007

| NAME OF PERSON SERVED | TIME | DATE | PLACE |
| --- | --- | --- | --- |
| Ipo Kalahiki | 2:45 p.m. | 6/5/07 | 530 So. King St. |
| | | | Honolulu, HI 96813 |
| | | | |

DATED: Honolulu, Hawai'i, _June 5, 2007_.

X _Ipo Kalahiki_
SIGN:

PRINT: Ipo Kalahiki

TITLE: Private Secretary I

6/5/07

DEXTER CARRASCO
Civil Process Server

648161 v1 / 7392-3                2