**ORIGINAL**

GMP HAWAII, INC.

Tatyana E. Cerullo      8473
General Counsel
GMP Hawaii, Inc.
1100 Alakea Street
Suite 1800
Honolulu, Hawaii 96813

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 0 8 2007

at 3 o'clock and 45 min ___M
SUE BEITIA, CLERK

Counsel for Defendant
**GMP HAWAI'I, INC.**

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| SYNAGRO TECHNOLOGIES, INC., | CIVIL NO. CV04-00509 SPK LEK |
| Plaintiff, | **REPRESENTATION STATEMENT** |
| vs. | |
| GMP HAWAI'I, INC., | |
| Defendant. | |

Pursuant to Rule 12(b) of the Federal Rules of Appellate Procedure and Circuit Rule 3-2 of the Ninth Circuit Court of Appeals, Appellant GMP Hawaii, Inc. hereby identifies all parties to the action along with the names, addresses and telephone numbers of their respective counsel:

Appellee:
**SYNAGRO TECHNOLOGIES, INC.**

Represented by:
PAUL ALSTON, ESQ.
MEI-FEI KUO, ESQ.
ALSTON HUNT FLOYD & ING
American Savings Bank Tower
1001 Bishop Street, 18th Floor
Honolulu, Hawaii 96813
Telephone: (808) 524-1800
Facsimile: (808) 524-4591

Appellant:
**GMP HAWAII, INC.**

Represented by:
Tatyana E. Cerullo
General Counsel
GMP Hawaii, Inc.
1100 Alakea Street
Suite 1800
Honolulu, Hawaii 96813
Telephone: (808) 521-4711
Facsimile: (808) 538-3269

DATED: Honolulu, Hawaii, _June 8, 2007_.

_Tatyana Cerullo_
Tatyana E. Cerullo
Counsel for Defendant
**GMP HAWAI'I, INC.**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| SYNAGRO TECHNOLOGIES, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>GMP HAWAI'I, INC.,<br><br>Defendant. | CIVIL NO. CV04-00509 SPK LEK<br><br>CERTIFICATE OF SERVICE |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing was duly served upon the parties listed below at their last known addresses on the date stated below:

PAUL ALSTON, ESQ.
MEI-FEI KUO, ESQ.
ALSTON HUNT FLOYD & ING
American Savings Bank Tower
1001 Bishop Street, 18th Floor
Honolulu, Hawaii 96813

Attorneys for Plaintiff
**SYNAGRO TECHNOLOGIES, INC.**

DATED: Honolulu, Hawaii, _____June 8, 2007_____.

_____
Tatyana E. Cerullo
Counsel for Defendant
**GMP HAWAI`I, INC.**