ORIGINAL

GMP HAWAII, INC.

Tatyana E. Cerullo   8473
General Counsel
GMP Hawaii, Inc.
1100 Alakea Street
Suite 1800
Honolulu, Hawaii 96813

Counsel for Defendant
**GMP HAWAI'I, INC.**

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 0 8 2007

at 3 o'clock and 50 min P M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| SYNAGRO TECHNOLOGIES, INC., | CIVIL NO. CV04-00509 SPK LEK |
|---|---|
| Plaintiff, | **FRAP 10(b)(1)(B) Certificate** |
| vs. | |
| GMP HAWAI'I, INC., | |
| Defendant. | |

Pursuant to Rule 10(b)(1)(B) of the Federal Rules of Appellate Procedure and Circuit Rule 10-3.1(a) of the Ninth Circuit Court of Appeals, Appellant GMP Hawaii, Inc., hereby certifies that it does not intend to order any transcripts.

DATED: Honolulu, Hawaii, _June 8, 2007_.

_____
Tatyana E. Cerullo
Counsel for Defendant
**GMP HAWAI`I, INC.**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| SYNAGRO TECHNOLOGIES, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>GMP HAWAI'I, INC.,<br><br>Defendant. | CIVIL NO. CV04-00509 SPK LEK<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was duly served upon the parties listed below at their last known addresses on the date stated below:

PAUL ALSTON, ESQ.
MEI-FEI KUO, ESQ.
ALSTON HUNT FLOYD & ING
American Savings Bank Tower
1001 Bishop Street, 18th Floor
Honolulu, Hawaii 96813

Attorneys for Plaintiff
**SYNAGRO TECHNOLOGIES, INC.**

DATED: Honolulu, Hawaii, _June 8, 2007_.

_____
Tatyana E. Cerullo
Counsel for Defendant
**GMP HAWAI'I, INC.**