## UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT

### DOCKET FEE PAYMENT NOTIFICATION FORM

I.     SHORT CASE TITLE:    Synagro Technologies, Inc., vs. GMP Hawaii, Inc.,

U.S. COURT OF APPEALS DOCKET NUMBER: _____

U.S. DISTRICT COURT FOR THE DISTRICT OF HAWAII

U.S. DISTRICT COURT DOCKET NUMBER: Civil No. 04-00509SPK-LEK

II     DATE NOTICE OF APPEAL FILED:    June 01, 2007

III     U.S. COURT OF APPEALS PAYMENT STATUS:

DOCKET FEE PAID ON: 06/04/07     AMOUNT: $455.00

NOT PAID YET:     BILLED:

U.S. GOVERNMENT APPEAL:     FEE WAIVED:

WAS APPELLANT OR APPELLEE GRANTED F.P. STATUS?

IF YES, SHOW DATE:     & ATTACH COPY OF ORDER/CJA

WAS F.P. STATUS REVOKED:     DATE:

WAS F.P. STATUS LIMITED IN SOME FASHION?

IF YES, EXPLAIN:

IV     COMPANION CASES, IF ANY:

V.     COMPLETED IN THE U.S. DISTRICT COURT BY:

Laila M. Geronimo

_____

AMENDED NOTIFICATION _____ PAID _____ F.P. _____

DISTRICT COURT CLERK BY: _____

(Note: This form is only utilized to notify the U.S. Court of Appeals concerning the satisfaction of the U.S. Court of Appeals Docket Fee.)

UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OFFICE OF THE CLERK
300 ALA MOANA BLVD., RM C-338
HONOLULU, HAWAII 96850

SUE BEITIA
CLERK

TEL (808) 541-1300
FAX (808) 541-1303

June 18, 2007

To All Counsel of Record as Appellees:

    IN RE:   Synagro Technologies, Inc., vs. GMP Hawaii, Inc.,
    Civil No. 04-00509SPK-LEK

Dear Counsel:

Pursuant to Rule 3(d) FRAP, you are hereby notified that a Notice of Appeal was filed in the above-entitled case on June 01, 2007.

All counsel (or Pro Se) should read and follow the enclosed instructions. Thank You.

Sincerely Yours,
SUE BEITIA, CLERK
by: Laila M. Geronimo
Deputy Clerk

Enclosures

cc:    Clerk, 9th CCA w/copy of NA,
        docket sheet, dfnf
    GMP Hawaii, Inc. (attorney for appellant)
        w/copy of instructions for civil appeals
        Transcript Desig. & Ordering Form
        with instructions and a copy of the
        docket sheet; CADS