ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 2 0 2007

at ___4___ o'clock and __15__ min __P__ M _y_
SUE BEITIA, CLERK

Of Counsel:
SAKAI IWANAGA SUTTON
LAW GROUP, AAL, LLLC

RICHARD C. SUTTON JR. 1010-0
City Financial Tower, Suite 2307
201 Merchant Street
Honolulu, Hawaii 96813
Tel. No. (808) 792-3888
Fax No. (808) 521-5262

LODGED

JUN 1 9 2007
3 4/15
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

Attorneys for Defendant
GMP HAWAII, INC.

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| SYNAGRO TECHNOLOGIES, INC., | CIVIL NO. CV04-00509 (SPK/LEK) |
| Plaintiff, | |
| vs. | **WITHDRAWAL AND SUBSTITUTION OF COUNSEL AND ORDER** |
| GMP HAWAII, INC., | |
| Defendants. | |

**WITHDRAWAL AND SUBSTITUTION OF COUNSEL AND ORDER**

Comes now, RICHARD C. SUTTON, JR., ESQ. and the law firm of Sakai Iwanaga Sutton Law Group, AAL, LLLC, hereby withdraw as counsel for Defendant GMP HAWAII, INC., and

TATYANA CERULLO, hereby enters her appearance as counsel for Defendant GMP HAWAI'I, INC., in the above-entitled matter.

This withdrawal and substitution is made pursuant to LR 83.6 of the Local Rules for the District of Hawaii.

DATED: Honolulu, Hawaii, _____ JUN 1 9 2007 _____.

RICHARD C. SUTTON, JR.
Sakai Iwanaga Sutton Law Group,
AAL, LLLC

TATYANA CERULLO
Appearing Attorney for Defendant
GMP HAWAI'I, INC.

APPROVED AND SO ORDERED:

Judge of the above-entitled Court

------------------------------------------------

SYNAGRO TECHNOLOGIES, INC. v. GMP HAWAII, INC. et. al, CIVIL NO.  CV04-00509 (SPK /LEK); **WITHDRAWAL AND SUBSTITUTION OF COUNSEL AND ORDER**