# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## DOCKET FEE PAYMENT NOTIFICATION FORM

I.     **SHORT CASE TITLE:** Synagro Technologies, Inc., vs. GMP Hawaii, Inc.,

       **U.S. COURT OF APPEALS DOCKET NUMBER:** 07-16123

       **U.S. DISTRICT COURT FOR THE DISTRICT OF HAWAII**

       **U.S. DISTRICT COURT DOCKET NUMBER:** Civil No. 04-00509SPK-LEK

II     **DATE NOTICE OF APPEAL FILED:** June 01, 2007

III     **U.S. COURT OF APPEALS PAYMENT STATUS:**

       **DOCKET FEE PAID ON:** 06/04/07       **AMOUNT:** $455.00

       **NOT PAID YET:**       **BILLED:**

       **U.S. GOVERNMENT APPEAL:**       **FEE WAIVED:**

       **WAS APPELLANT OR APPELLEE GRANTED F.P. STATUS?**

       **IF YES, SHOW DATE:**       **& ATTACH COPY OF ORDER/CJA**

       **WAS F.P. STATUS REVOKED:**       **DATE:**

       **WAS F.P. STATUS LIMITED IN SOME FASHION?**

       **IF YES, EXPLAIN:**

IV     **COMPANION CASES, IF ANY:**

V.     **COMPLETED IN THE U.S. DISTRICT COURT BY:**

       Laila M. Geronimo

---

AMENDED NOTIFICATION _____ PAID _____ F.P. _____

DISTRICT COURT CLERK BY: _____

(Note: This form is only utilized to notify the U.S. Court of Appeals concerning the satisfaction of the U.S. Court of Appeals Docket Fee.)