# MINUTES

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 04-00509SPK-LEK |
| CASE NAME: | Synagro Technologies, Inc. Vs. GMP Hawaii, Inc. |
| ATTYS FOR PLA: | Mei-Fei Kuo |
| ATTYS FOR DEFT: | Tatyana E. Cerullo |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | Courtroom 7-No Record |
| DATE: | 07/09/2007 | TIME: | 10:00-10:05 |

COURT ACTION:  EP: Return Date on Post-Judgment Garnishee Summons - [City and County of Honolulu] held.

No one representing City and County of Honolulu was present.

Submitted by: Warren N. Nakamura, Courtroom Manager