ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 13 2007

at 3 o'clock and 25 min P M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| SYNAGRO TECHNOLOGIES, INC., ) | CIVIL NO. CV04-00509 SPK LEK |
| Plaintiff, ) | **AMENDED GARNISHEE SUMMONS** |
| vs. ) | JUDGMENT AMOUNT DUE: $58,546.72 |
| GMP HAWAI'I, INC., ) | |
| Defendant. ) | DATE OF JUDGMENT ORDER: May 14, 2007 |

**AMENDED GARNISHEE SUMMONS**

TO: ANY OFFICER IN HAWAI'I AUTHORIZED TO MAKE SERVICE

You are commanded to leave a true and correct copy of this summons and order with the Garnishee named below.

TO: **CITY AND COUNTY OF HONOLULU**
**HONOLULU HALE**
**530 South King Street, Room 110**
**Honolulu, Hawai'i 96813**

You, as Garnishee, are hereby SUMMONED and required to appear personally before the Judge presiding in the above-entitled proceeding in the PJKK Federal Building, 300 Ala Moana Boulevard, Honolulu, Hawai'i, at 9:00 a.m., on July 30, 2007, before the Honorable Judge Leslie E. Kobayashi of the above-entitled Court, OR to file a written disclosure in the above-entitled Court and serve a copy of it to counsel for Plaintiff Synagro Technologies, Inc., the Judgment Creditor, within (20) days after service of this summons upon you, exclusive of the date of service.

Your disclosure must be made under oath. It must state whether at the time of service of this Garnishee Summons:

  a. Defendant GMP HAWAI'I INC. (hereinafter referred to as the "Judgment Debtor"), also dba GMP ASSOCIATES, was in receipt of or entitled to receipt of any salary, wages, commissions, stipend, annuity, net income or portion of net income under a trust, and, if so, the amount or rate thereof; OR

  b. You have or had in your possession any of the goods or effects belonging to the Judgment Debtor and, if so, the nature, amount and value; OR

  c. You have or had in your possession any monies of the Judgment Debtor that you are holding for safekeeping and, if so, the amount thereof; OR

  d. You are or were indebted to the Judgment Debtor, and, if so, the nature and amount of the debt.

You, as the Garnishee, are HEREBY ORDERED, to hold and secure from the time of service of this summons, and until further ordered by the Court, an amount of money which shall not exceed 120% of the amount of the judgment indicated above, including costs and interest, as approved by Haw. Rev. Stat. Chapters 652 and 653.

  DATED: Honolulu, Hawai'i, __JUL 1 3 2007__.

         SUE BEITIA
         Clerk of the Above-Entitled Court

         Deputy Clerk, United States
         District Court, District of Hawaii