# ORIGINAL

Of Counsel:
ALSTON HUNT FLOYD & ING
Attorneys At Law
A Law Corporation

PAUL ALSTON          1126-0
MEI-FEI KUO          7377-0
American Savings Bank Tower
1001 Bishop Street, 18th Floor
Honolulu, Hawai'i  96813
Telephone:  (808) 524-1800
E-Mail: palston@ahfi.com

Attorneys for Plaintiff
  SYNAGRO TECHNOLOGIES, INC.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 17 2007

at ____ o'clock and ____ min. ____ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| SYNAGRO TECHNOLOGIES, INC., | ) CIVIL NO. CV04-00509 SPK LEK |
| Plaintiff, | ) **RETURN AND ACKNOWLEDGMENT OF SERVICE** |
| vs. | ) [City and County of Honolulu] |
| GMP HAWAI'I, INC., | ) |
| Defendant. | ) |

## RETURN AND ACKNOWLEDGMENT OF SERVICE

    I HEREBY CERTIFY that I served the document listed herein by delivering a copy to the person at the time, date and place herein shown.

**DOCUMENT SERVED:**

1.   Amended Garnishee Summons

| NAME OF PERSON SERVED | TIME | DATE | PLACE |
|---|---|---|---|
| Gordon Nelson | 9:30 a.m. | 7/17/07 | Honolulu Hale 530 S. King St. |
| | | | Room 110 Honolulu, HI 96813 |
| | | | |

DATED: Honolulu, Hawai'i, ___7/17/07___ .

_RAYMOND PATCHO_

### ACKNOWLEDGMENT OF SERVICE

Receipt of the document listed above is/are hereby acknowledged.

| | | |
|---|---|---|
| _[signature]_ | 9:30 | 7/17/07 |
| Name | Time | Date |

| | | |
|---|---|---|
| | | |
| Name | Time | Date |