Of Counsel:
ALSTON HUNT FLOYD & ING
Attorneys At Law
A Law Corporation

PAUL ALSTON              1126-0
MEI-FEI KUO              7377-0
SHELLIE K. PARK-HOAPILI  7885-0
American Savings Bank Tower
1001 Bishop Street, 18th Floor
Honolulu, Hawai'i  96813
Telephone:  (808) 524-1800
E-Mail: palston@ahfi.com

Attorneys for Plaintiff
  SYNAGRO TECHNOLOGIES, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| SYNAGRO TECHNOLOGIES, INC., | CIVIL NO. CV04-00509 SPK LEK |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| vs. | **[Re: Amended Garnishee Summons, filed 7/13/07 and Return and Acknowledgment of Service, filed 7/17/07]** |
| GMP HAWAI'I, INC., | |
| Defendant. | |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on July 18, 2007, a copy of the **Amended Garnishee Summons,** filed July 13, 2007, and **Return and Acknowledgment of Service**, filed July 17, 2007, were served on the following by HAND DELIVERY.

       RICHARD C. SUTTON, JR., ESQ.
       Sakai Iwanaga Sutton
       201 Merchant Street, Suite 2307
       Honolulu, HI  96813

651922 v1 / 7392-3

```
TATYANA CERULLO, ESQ.
GMP Hawaii, Inc.
1100 Alakea Street, Suite 1800
Honolulu, HI 96813

Attorneys for Defendant
  GMP HAWAII, INC.

DATED:  Honolulu, Hawai`i, July 19, 2007


                            /s/ MEI-FEI KUO
                      PAUL ALSTON
                      MEI-FEI KUO
                      Attorneys for Plaintiff
                        SYNAGRO TECHNOLOGIES, INC
```