CARRIE K. S. OKINAGA, 5958
Corporation Counsel
GORDON D. NELSON, 1819
Deputy Corporation Counsel
City and County of Honolulu
Honolulu, Hawaii  96813
Telephone:  (808) 523-4832
Facsimile:  (808) 523-4583
Email:  gnelson1@honolulu.gov

Attorneys for Garnishee
  City and County of Honolulu

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| SYNAGRO TECHNOLOGIES, INC., | ) | CIVIL NO. CV04-00509 SPK/LEK |
| | ) | |
| Plaintiff, | ) | GARNISHEE CITY AND COUNTY |
| | ) | OF HONOLULU'S DISCLOSURE; |
| vs. | ) | DECLARATION OF MARY |
| | ) | PATRICIA WATERHOUSE; |
| GMP HAWAI'I, INC., | ) | CERTIFICATE OF SERVICE |
| | ) | |
| Defendant. | ) | Hearing |
| | ) | |
| | ) | DATE:  July 30, 2007 |
| | ) | TIME:  9:00 a.m. |
| | ) | JUDGE:  Magistrate Judge |
| | ) |         Leslie E. Kobayashi |
| | ) | |
| | ) | |

<u>GARNISHEE CITY AND COUNTY OF HONOLULU'S DISCLOSURE</u>

COMES NOW Garnishee CITY AND COUNTY OF HONOLULU (hereinafter "City"), and in response to the Amended Garnishee Summons filed herein on July13, 2007, makes disclosure as set forth in the attached Declaration of Mary Patricia Waterhouse.

As set forth therein, the City is not currently indebted or otherwise obligated to GMP Hawai`i, Inc. dba GMP Associates (hereinafter "Debtor"), and is not in receipt of its monies or goods.

As further set forth therein, the City currently owes monies to Debtor's related company, GMP Associates, Inc., but that company is a distinct legal entity from Debtor.  Further, monies currently owed to GMP Associates, Inc. are the subject of a previous assignment by said company to Hawaii Pacific Finance, Ltd.

WHEREFORE, the City prays that the Garnishment served upon it be released and that the City be discharged from any obligation to make payment to Garnishor.

IN THE ALTERNATIVE, in the event the City is not discharged, the City prays that the Court determine the priority of the claims of the assignee, Hawaii

Pacific Finance, Ltd., and of the Garnishor, and enter an order directing payment to the proper party.

DATED:  Honolulu, Hawaii, July 20, 2007.

CARRIE K. S. OKINAGA
Corporation Counsel


By /s/Gordon D. Nelson
GORDON D. NELSON
Deputy Corporation Counsel
Attorneys for Garnishee
City and County of Honolulu