IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SYNAGRO TECHNOLOGIES, INC., ) | CIVIL NO. CV04-00509 SPK/LEK |
| ) | |
| Plaintiff, ) | CERTIFICATE OF SERVICE |
| ) | |
| vs. ) | |
| ) | |
| GMP HAWAI'I, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy hereof was served upon the following by hand delivery on July 20, 2007:

    PAUL ALSTON, ESQ.
    MEI-FEI KUO, ESQ.
    Alston Hunt Floyd and Ing
    American Savings Bank Tower
    1001 Bishop Street, 18th Floor
    Honolulu, Hawaii  96813

    Attorneys for Plaintiff
     SYNAGRO TECHNOLOGIES, INC.

-2-

TATYANA E. CERULLO, ESQ.
GMP Hawaii, Inc.
1100 Alakea Street, Suite 1800
Honolulu, Hawaii  96813

Attorney for Defendant
 GMP HAWAI'I, INC.

DATED:  Honolulu, Hawaii, July 20, 2007.

/s/Gordon D. Nelson
GORDON D. NELSON
Deputy Corporation Counsel
Attorney for Garnishee
 City and County of Honolulu

DISCLOSURE