# MINUTES

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 04-00509SPK-LEK |
| CASE NAME: | Synagro Technologies, Inc. Vs. GMP Hawaii, Inc. |
| ATTYS FOR PLA: | Mei-Fei Kuo |
| ATTYS FOR DEFT: | Gordon D. Nelson<br>Christopher J. Muzzi<br>Tatyana E. Cerullo |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | Courtroom 7-No Record |
| DATE: | 07/30/2007 | TIME: | 9:20-9:27 |

COURT ACTION:  EP: Return Date on Post-Judgment Garnishee Summons - Atty Gordon D. Nelson appeared for the City and County of Honolulu.  Atty Christopher J. Muzzi appeared for interested party Hawaii Pacific Finance.

Question raised regarding discharge of garnishee.

Briefing to be submitted regarding Requested Discharge of Garnishee and the appropriated action to be taken.

City and County of Honolulu's Brief is due **8/13/07.**
Plaintiff's Brief is due **9/4/07.**
City and County of Honolulu's Optional Reply Brief and Interested Party Hawaii Pacific Finance's Brief is due **9/11/07.**

Court to schedule hearing if necessary.  Court to issue Order.

Submitted by: Warren N. Nakamura, Courtroom Manager