# EXHIBIT A

GP-22 (REV. 12/97)

**DEPARTMENT OF FINANCE**
**CITY AND COUNTY OF HONOLULU**

# ASSIGNMENT

Date February 5, 2004

Director of Finance
City and County of Honolulu
Honolulu, Hawaii 96813
Dear Sir:

For value received, the undersigned __GMP Hawaii, Inc.__ hereinafter called the "ASSIGNOR", does hereby sell, assign, transfer and set over unto __Hawaii Pacific Finance__, hereinafter called the "ASSIGNEE", and whose signature appears below, all moneys now or hereafter payable to the Assignor by the City and County of Honolulu under the following:

Department or Division __Department of Design and Construction__
Contract Number __F-27964__   Job Number _____
Date of Contract __1-08-04__   Amount of Original Contract $ __1,600,000 (Fixed Fee)__

The Assignor does hereby appoint the assignee his true and lawful attorney with full power of substitution for him and his name and stead, to collect and receive any and all sums assigned or intended to be assigned hereby, and to execute and deliver receipts therefore, with full power to sue for and collect said moneys in his name or the name of the Assignor.

The receipt of the above by the Assignee for such sums paid shall be full quittance and discharge to the City and County of Honolulu and to you as Finance Director of the City and County of Honolulu.

Dated at Honolulu, Hawaii
This __6th__ day of __February__, __2004__

_____
(Signature of Assignor)

_____
(Signature of Assignee)

**ASSIGNOR**

STATE OF HAWAII         )
CITY AND COUNTY OF HONOLULU ) SS:

On this __6th__ day of __February__, __2004__ before me appeared __Wagdy A. _____ to me personally known to be the person described in the foregoing instrument, who, by me being duly sworn, did say that he is the __President__ and _____ of __Gmp Hawaii, Inc.__ and is authorized to execute the said instrument, and that he acknowledges that __he__ executed the same as the free act and deed of __Gmp Hawaii, Inc.__.

Carolyn A. Richey
Notary Public, First Judicial Circuit
State of Hawaii
My Commission Expires __July 8, 2006__

**ASSIGNEE**

STATE OF HAWAII         )
CITY AND COUNTY OF HONOLULU ) SS:

On this __6th__ day of __February__, __2004__ before me personally appeared __Derrill S. W. Chock__ to me known to be the person described in and who executed the foregoing instrument, and acknowledged that __he__ executed the same as __his__ free act and deed.

ACCEPTED:

_____
For Director of Finance
City and County of Honolulu
Date __2/11/04__

Carolyn A. Richey
Notary Public, First Judicial Circuit
State of Hawaii
My Commission Expires __July 8, 2006__

WHITE - FINANCE
YELLOW - ASSIGNEE
PINK - ASSIGNOR

EXHIBIT A