# EXHIBIT B

**DEPARTMENT OF FINANCE**
CITY AND COUNTY OF HONOLULU

# ASSIGNMENT

Date: May 13, 2002

Director of Finance
City and County of Honolulu
Honolulu, Hawaii 96813

Dear Sir:

For value received, the undersigned __GMP Hawaii, Inc. dba GMP Associates__ hereinafter called the "ASSIGNOR", does hereby sell, assign, transfer and set over unto __Hawaii Pacific Finance, Ltd.__, hereinafter called the "ASSIGNEE", and whose signature appears below, all moneys now or hereafter payable to the Assignor by the City and County of Honolulu under the following:

Department or Division: __Department of Design and Construction__
Contract Number: __F90972__     Job Number: _____
Date of Contract: __1/22/2002__     Amount of Original Contract $ __2,775,000.00__

The Assignor does hereby appoint the assignee his true and lawful attorney with full power of substitution for him and his name and stead, to collect and receive any and all sums assigned or intended to be assigned hereby, and to execute and deliver receipts therefore, with full power to sue for and collect said moneys in his name or the name of the Assignor.

The receipt of the above by the Assignee for such sums paid shall be full quittance and discharge to the City and County of Honolulu and to you as Finance Director of the City and County of Honolulu.

Dated at Honolulu, Hawaii
This __13__ day of __May__, 19 __2002__

_(Signature of Assignor)_ GMP Hawaii, Inc.

_(Signature of Assignee)_ Hawaii Pacific Finance, LTD. By: Terrill Chock, CFO

**ASSIGNOR**

STATE OF HAWAII        )
CITY AND COUNTY OF HONOLULU ) SS:

On this __13th__ day of __May__, __2002__, before me appeared __Wagdy Guirguis__ to me personally known to be the person described in the foregoing instrument, who, by me being duly sworn, did say that he is the __President__ and _____ of __GMP Hawaii, Inc.__ and is authorized to execute the said instrument, and that he acknowledges that __HE__ executed the same as the free act and deed of __GMP Hawaii Inc__.

Hattie P Foster
Notary Public, First Judicial Circuit
State of Hawaii
My Commission Expires __6/6/2004__

**ASSIGNEE**

STATE OF HAWAII        )
CITY AND COUNTY OF HONOLULU ) SS:

On this __13th__ day of __May__, __2002__, before me personally appeared __Terrill Chock__ to me known to be the person described in and who executed the foregoing instrument and acknowledged that __HE__ executed the same as __his__ free act and deed.

ACCEPTED:

For Director of Finance
City and County of Honolulu
Date __May 16, 2002__

Hattie P Foster
Notary Public, First Judicial Circuit
State of Hawaii
My Commission Expires __6/6/2004__

WHITE - FINANCE
YELLOW - ASSIGNEE
PINK - ASSIGNOR

EXHIBIT B