IN THE UNTIED STATES DISTRICT COURT

FOR THE DISTRICT STATE OF HAWAII

| | |
|---|---|
| SYNAGRO TECHNOLOGIES, INC., ) | CIVIL NO. CV04-00509 SPK LEK |
| ) | |
| Plaintiff, ) | CERTIFICATE OF SERVICE |
| ) | |
| vs. ) | |
| ) | |
| GMP HAWAI'I, INC. ) | |
| ) | |
| Defendant, ) | |
| ) | |
| and ) | |
| ) | |
| CITY AND COUNTY OF ) | |
| HONOLULU, ) | |
| ) | |
| Garnishee, ) | |
| ) | |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the date and by the method of service noted below, a true and correct copy of the foregoing was served on the following at their last known address on August 13, 2007:

Served Electronically through CM/ECF:

| | |
|---|---|
| PAUL ALSTON, ESQ. | palston@ahfi.com |
| MEI-FEI KUO, ESQ. | mkuo@ahfi.com |

Attorneys for Plaintiffs

TATYANA E. CERULLO, ESQ.        tcerullo@gmpassociates.com

Attorney for Defendant
GMP HAWAI'I, INC.

CHRISTOPHER J. MUZZI, ESQ.        cmuzzi@hilaw.us

Attorney for HAWAII PACIFIC FINANCE, LTD.

DATED:  Honolulu, Hawaii, August 13, 2007.

/s/Gordon D. Nelson
GORDON D. NELSON
Deputy Corporation Counsel
Attorney for Garnishee
 City and County of Honolulu