# MINUTES

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 04-00509SPK-LEK |
| CASE NAME: | Synagro Technologies, Inc. Vs. GMP Hawaii, Inc. |
| ATTYS FOR PLA: | Mei-Fei Kuo |
| ATTYS FOR DEFT: | Gordon D. Nelson<br>Christopher J. Muzzi |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | Courtroom 7-No Record |
| DATE: | 09/05/2007 | TIME: | 11:15-11:30 |

COURT ACTION: EP: Status Conference held.

Briefing Regarding the Requested Discharge of Garnishee and appropriate action to be taken adjusted.

Plaintiff's Brief previously due 9/4/07 is now due **9/25/07**.
City and County of Honolulu's Optional Reply Brief and Interested Party Hawaii Pacific Finance's Brief previously due 9/11/07 is now due **10/2/07**.

Submitted by: Warren N. Nakamura, Courtroom Manager