# MINUTES

CASE NUMBER:    CIVIL NO. 04-00509SPK-LEK

CASE NAME:    Synagro Technologies, Inc. Vs. GMP Hawaii, Inc.

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE:    Leslie E. Kobayashi    REPORTER:

DATE:    09/19/2007    TIME:

COURT ACTION:  EO: Parties have stipulated.

Briefing Regarding the Requested Discharge of Garnishee and appropriate action to taken is adjusted.

Plaintiff's Brief previously due 9/25/07 is now due **10/10/07.**
City and County of Honolulu's Optional Reply Brief and Interested Party Hawaii Pacific Finance's Responsive Brief previously due 10/2/07 is now due **10/17/07.**

Submitted by: Warren N. Nakamura, Courtroom Manager