# MINUTES

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 04-00509SPK-LEK |
| CASE NAME: | Synagro Technologies, Inc. Vs. GMP Hawaii, Inc. |
| ATTYS FOR PLA: | |
| ATTYS FOR DEFT: | |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | |
| DATE: | 10/12/2007 | TIME: | |

COURT ACTION:  EO: Counsel's Request dated 10/10/07 is Granted.

Briefing Regarding the Requested Discharge of Garnishee and appropriate action to be taken is adjusted.

Plaintiff's Brief previously due 10/10/07 is now due **11/9/07.**
City and County of Honolulu's Optional Reply Brief and Interested Party Hawaii Pacific Finance's Responsive Brief previously due 10/17/07 is now due **11/16/07.**

Submitted by: Warren N. Nakamura, Courtroom Manager