Of Counsel:
ALSTON HUNT FLOYD & ING
Attorneys At Law
A Law Corporation

PAUL ALSTON                 1126-0
MEI-FEI KUO                 7377-0
American Savings Bank Tower
1001 Bishop Street, 18th Floor
Honolulu, Hawai'i  96813
Telephone:  (808) 524-1800
E-Mail: palston@ahfi.com

Attorneys for Plaintiff
  SYNAGRO TECHNOLOGIES, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| SYNAGRO TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> GMP HAWAI'I, INC., <br><br> Defendant. | CIVIL NO. CV04-00509 SPK LEK <br><br> **PLAINTIFF SYNAGRO TECHNOLOGIES, INC.'S DISMISSAL AND RELEASE OF AMENDED GARNISHEE SUMMONS AGAINST THE CITY AND COUNTY OF HONOLULU, FILED JULY 13, 2007; CERTIFICATE OF SERVICE** |

**PLAINTIFF SYNAGRO TECHNOLOGIES, INC.'S DISMISSAL AND RELEASE OF
AMENDED GARNISHEE SUMMONS AGAINST THE CITY AND COUNTY OF
HONOLULU, FILED JULY 13, 2007**

On June 4, 2007, Plaintiff Synagro Technologies, Inc. ("Synagro") filed an *Ex Parte* Application for Issuance of post-Judgment Garnishee Summons against the City and County of Honolulu ("CCH"), pursuant to Haw. Rev. Stat. § 652-1(b) and Chapter 653.

On July 13, 2007, Synagro filed an Amended Garnishee Summons against the CCH, which sought to garnish the goods, effects, and/or any monies of Defendant GMP Hawaii, Inc., dba GMP Associates, Inc. ("Defendant" and/or "Judgment Debtor") in the CCH's possession to satisfy the Judgment issued by the Court in this action in Synagro's favor in this action on May 14, 2007.

Synagro, by and through its attorney Alston Hunt Floyd & Ing, hereby dismisses and releases the CCH from the Amended Garnishee Summons filed in this action on July 13, 2007.

DATED:  Honolulu, Hawai`i, October 12, 2007.

       /s/ MEI-FEI KUO
PAUL ALSTON
MEI-FEI KUO
Attorneys for Plaintiff
  SYNAGRO TECHNOLOGIES, INC