Of Counsel:

PAUL ALSTON                 1126-0
MEI-FEI KUO                 7377-0
ALSTON HUNT FLOYD & ING
American Savings Bank Tower
1001 Bishop Street, 18th Floor
Honolulu, Hawaiʻi  96813
Telephone:  (808) 524-1800
E-Mail: palston@ahfi.com

Attorneys for Plaintiff
  SYNAGRO TECHNOLOGIES, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| SYNAGRO TECHNOLOGIES, INC.,<br><br>     Plaintiff,<br><br>     vs.<br><br>GMP HAWAIʻI, INC.,<br><br>     Defendant. | CIVIL NO. CV04-00509 SPK LEK<br><br>**SATISFACTION AND RELEASE OF JUDGMENT ON AWARD OF ATTORNEYS' FEES AND COSTS IN FAVOR OF PLAINTIFF SYNAGRO TECHNOLOGIES, INC. AND AGAINST DEFENDANT GMP HAWAII, INC., FILED ON MAY 14, 2007; CERTIFICATE OF SERVICE** |

**SATISFACTION AND RELEASE OF JUDGMENT ON AWARD OF ATTORNEYS' FEES AND COSTS IN FAVOR OF PLAINTIFF SYNAGRO TECHNOLOGIES, INC. AND AGAINST DEFENDANT GMP HAWAII, INC., FILED ON MAY 14, 2007**

Plaintiff SYNAGRO TECHNOLOGIES, INC., by and through its attorneys Alston Hunt Floyd & Ing, hereby releases Defendant GMP Hawaii, Inc. from the Judgment awarding attorneys' fees and costs, filed in the above-captioned case on May 14, 2007.

DATED:  Honolulu, Hawai`i, October 17, 2007.

                              /s/ MEI-FEI KUO
                        PAUL ALSTON
                        MEI-FEI KUO
                        Attorneys for Plaintiff
                           SYNAGRO TECHNOLOGIES, INC.

659805 v1 / 7392-3