IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| SYNAGRO TECHNOLOGIES, INC., ) | CIVIL NO. CV04-00509 SPK LEK |
| ) | |
| Plaintiff, ) | **CERTIFICATE OF SERVICE** |
| ) | |
| vs. ) | |
| ) | |
| GMP HAWAII, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this date and by the methods of service noted below, true and correct copies of the foregoing were served on the following at their last known addresses:

**SERVED ELECTRONICALLY THROUGH CM/ECF:**

TATYANA E. CERULLO, ESQ.          tcerullo@gmpassociates.com
General Counsel
GMP Hawai`i, Inc.
1100 Alakea Street, Suite 1800
Honolulu, HI 96813

Attorney for Defendant
  GMP HAWAII, INC.

```
GORDON D. NELSON, ESQ.                    gnelson1@honolulu.gov
Corporation Counsel
City and County of Honolulu
Honolulu, HI 96813

Attorney for Garnishee
  CITY & COUNTY OF HONOLULU
```

DATED:  Honolulu, Hawai`i, October 17, 2007.

```
              /s/ MEI-FEI KUO
        PAUL ALSTON
        MEI-FEI KUO
        Attorneys for Plaintiff
          SYNAGRO TECHNOLOGIES, INC
```