UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

OCT 15 2007

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

SYNAGRO TECHNOLOGIES, INC.,

Plaintiff - Appellee,

v.

GMP HAWAII, INC.,

Defendant - Appellant.

No. 07-16123

D.C. No. CV-04-00509-SPK/LEK
District of Hawaii,
Honolulu

ORDER

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 17 2007

at __ o'clock and __ min. __ M.
SUE BEITIA, CLERK

Appellant's motion to dismiss this appeal is granted. Fed. R. App. P. 42(b).

A certified copy of this order shall serve as the mandate of this court.

FOR THE COURT

Margaret A. Corrigan
Circuit Mediator

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

OCT 15 2007

by Ruben Talavera
Deputy Clerk