INTERNAL USE ONLY: Proceedings include all events.
07-16123 Synagro Technologies v. GMP Hawaii, Inc.

| | |
|---|---|
| SYNAGRO TECHNOLOGIES, INC.<br>    Plaintiff - Appellee | Paul Alston<br>808/524-1212<br>[COR LD NTC ret]<br>Mei-Fei Kuo, Esq.<br>808-524-1800<br>Suite 1800<br>[COR NTC ret]<br>ALSTON HUNT FLOYD & ING<br>1001 Bishop Street<br>1800 Pacific Tower<br>Honolulu, HI 96813 |
| v. | |
| GMP HAWAII, INC.<br>    Defendant - Appellant | Tatyana E. Cerullo, Esq.<br>FAX 808-538-3269<br>808-521-4711<br>Suite 1800<br>[COR LD NTC ret]<br>OFFICE OF GENERAL COUNSEL<br>GMP Hawaii, Inc.<br>1100 Alakea St.<br>Honolulu, HI 96813 |

```
INTERNAL USE ONLY: Proceedings include all events.
07-16123 Synagro Technologies v. GMP Hawaii, Inc.
```

SYNAGRO TECHNOLOGIES, INC.

    Plaintiff - Appellee

  v.

GMP HAWAII, INC.

    Defendant - Appellant

MOATT

NON-PUBLIC DOCKET FOR
Ninth Circuit Court of Appeals

Court of Appeals Docket #: 07-16123                              Filed: 6/22/07
Nsuit: 4190  Other contract (Div)
Synagro Technologies v. GMP Hawaii, Inc.
Appeal from: District of Hawaii (Honolulu)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Case type information:
    1) civil
    2) private
    3)
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Lower court information:

     District: 0975-1 : CV-04-00509-SPK/LEK
     presiding judge: Samuel P. King, Senior Judge
     Date Filed: 8/18/04
     Date order/judgment: 5/14/07
     Date NOA filed: 6/1/07
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Fee status: paid

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Prior cases:
   None
Current cases:
   None
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Panel Assignment:

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -


Docket as of August 23, 2007 11:11 pm              Page 1    NON-PUBLIC