# MINUTES

CASE NUMBER:	CIVIL NO. 04-00509SPK-LEK

CASE NAME:	Synagro Technologies, Inc. Vs. GMP Hawaii, Inc.

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE:	Leslie E. Kobayashi	REPORTER:

DATE:	10/18/2007	TIME:

COURT ACTION: EO: The Briefing Schedule issued on 10/12/2007 Regarding the Requested Discharge of Garnishee and appropriate action to be taken is **Vacated.**

Satisfaction of Judgment and Satisfaction and Release of Judgment on Award of Attorneys' Fees and Costs was filed on 10/17/2007.

Submitted by: Warren N. Nakamura, Courtroom Manager