UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**
OCT 16 2007
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| SYNAGRO TECHNOLOGIES, INC., <br><br> Plaintiff - Appellee, <br><br> v. <br><br> GMP HAWAII, INC., <br><br> Defendant - Appellant. | No. 07-16123 <br><br> D.C. No. CV-04-00509-SPK/LEK <br> District of Hawaii, <br> Honolulu <br><br> ORDER |

RECEIVED
CLERK, U.S. DISTRICT COURT
OCT 19 2007
DISTRICT OF HAWAII

This appeal is selected for inclusion in the Mediation Program. During the time the appeal remains in the Mediation Program, all procedural matters should be brought to the attention of the Circuit Mediator.

The court has been informed that the parties have resolved their dispute. On or before October 15, 2007, appellant shall serve on the Circuit Mediator for her filing with the court either a motion or stipulation to dismiss the appeal pursuant to Fed. R. App. P. 42(b), or shall contact the Circuit Mediator. Service on the Circuit Mediator shall be made by forwarding the original and two copies of either the motion or stipulation to dismiss to the Circuit Mediation Office, U.S. Court of Appeals, Post Office Box 193939, San Francisco, California 94119-3939.

FOR THE COURT

*Margaret A. Corrigan*
Margaret A. Corrigan
Circuit Mediator